United States District Court
Eastern District of New York

NOTICE OF
RELATED CASE

The Civil Cover Sheet filed in civil action

**22-CV-6340-JS/JMW**

1) indicated that this case is related to the following case(s):

# 17-CV-4375-JS/GRB

-OR-

2) was directly assigned as a Pro Se or Habeas case as related to