**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW YORK**

*FILED*

2023 APR -4  AM 8:50

CLERK
U.S. DISTRICT COURT
E.D.N.Y.

| | |
|---|---|
| Mario E. Castro, | Case No. 2:22-cv-06340-JS-JMW |
|         Plaintiff), | |
| vs. | 1st AMENDED COMPLAINT for violations of the Fair Credit Reporting Act (FCRA), 15 U.S.C.§ 1681 et seq., COMMON LAW |
| NewRez LLC D.B.A. SHELLPOINT MORTGAGE SERVICING, THE BANK OF NEW YORK MELLON, INC., REAL TIME SOLUTIONS, INC., EXPERIAN INFORMATION SOLUTIONS, INC., TRANS UNION, LLC, EQUIFAX, INFORMATION SERVICES, LLC, et al. | DEFAMATION ("LIBEL"), Failure to comply U.C.C. 9-210 et seq., and NY UCC § 9-210 et seq. |
| | DEMAND FOR TRIAL BY JURY AS PROVIDED UNDER THE SEVENTH AMENDMENT |
|         Defendant(s). | |

---

### 1ST AMENDED COMPLAINT

    Comes now Plaintiff, **Mario E. Castro**, hereby individually and separately sues each Defendant identified in this matter.  Plaintiff does not consent to magistrate jurisdiction.  Plaintiff respectfully sets forth, complains, and states as follows with his complaint the following facts:

### PRELIMINARY STATEMENT

1.  This is an action for damages (actual, statutory, compensatory and punitive costs and if applicable, attorneys' fees) brought by an individual consumer for Defendants' Violations of the Fair Credit Reporting Act, 15 U.S.C. § 1681, et seq. (the "FCRA") and COMMON LAW DEFAMATION ("LIBEL"), Failure to comply U.C.C. 9-210 et seq., and NY UCC § 9-210 et seq.

2.  Unless otherwise stated, Plaintiff alleges that any violations by Defendants were knowing,

Willful, intentional, reckless, negligent, done with malice, the intent to injure plaintiff, to harm and damage the plaintiff and his credit worthiness as Defendants did not maintain procedures reasonably adapted to avoid any such violations and/or did not do a reasonable nor a proper investigation and/or reinvestigation into the matter.

## JURISDICTION AND VENUE

3. The Court has jurisdiction over this matter pursuant to 15 U.S.C. § 1681p et seq.

4. This Court has subject matter jurisdiction over this matter pursuant to 28 U.S.C. § 1331 because the rights and obligations of the parties in this action are defined by 15 U.S.C. § 1681 and pursuant to 15 U.S.C. § 1681p et seq. which in general provides that an action to enforce any liability created under 15 U.S.C. § 1681 may be brought in any appropriate United States district court, without regard to the amount in controversy.  This court has Article III jurisdiction because plaintiff's inaccurate report has been disseminated to third parties as evidence by the inquiries on plaintiff's consumer disclosures and credit denials (See…Exhibit A).

5. This court further has jurisdiction because of diversity and because the amount of damages are over $75,000.

6. Venue is proper pursuant to 28 U.S.C. § 1391(b)(2) because a substantial part of the events and omissions giving rise to Plaintiff's claims occurred in New York.

7. Plaintiff brings this action for injuries and damages arising from the Defendants' violations of 15 U.S.C. § 1681 *et seq.*, commonly known as the Fair Credit Reporting Act ("FCRA").

## PARTIES

8. Plaintiff, **Mario E. Castro**, is a natural person, who resides in the State of New York.

9. At all times material hereto, Plaintiff was and is a "consumer" as said term is defined under

15 U.S.C. § 1681a(c).

10. As part of its business, Defendant **NewRez, LLC D.B.A. SHELLPOINT MORTGAGE SERVICING (hereinafter "Shellpoint")** is a "furnisher" of consumer credit information, are persons who furnished information to consumer reporting agencies such as Defendants, Trans Union, Equifax, and Experian as that term is used in Section 1681s-2 et seq. SHELLPOINT is a Corporation with its principal place of business in Delaware and is authorized to do business in this judicial district. SHELLPOINT conducts business in this jurisdiction, and may be served with process through their registered agent C/O CORPORATION SERVICE COMPANY at 80 STATE STREET, ALBANY, NY, UNITED STATES, 12207.

11. As part of its business, Defendant **THE BANK OF NEW YORK MELLON CORPORATION (hereinafter "BANK OF NEW YORK MELLON")** is a Corporation with its principal place of business in Delaware and is authorized to do business in this judicial district and conducts business in this jurisdiction, and may be served with process through the Secretary of State as Agent at 240 GREENWICH STREET, NEW YORK, NY, UNITED STATES, 10286.

12. As part of its business, Defendant **REAL TIME SOLUTIONS, INC. (hereinafter "REAL TIME SOLUTIONS")** is a Corporation with its principal place of business in Texas and conducts business in this jurisdiction, and may be served with process at PO Box 561207 Dallas, TX 75356-10207.

13. **Experian Information Solutions, Inc. (hereinafter "Experian")** is an Ohio corporation with its principal place of business in California.  Experian is a nationwide consumer reporting agency as that term is defined by 15 U.S.C. § 1681a(f) of the FCRA. Defendant

Experian is a Ohio corporation registered to do business in the State of New York and may be served with process upon the EXPERIAN INFORMATION SOLUTIONS, INC., for service of process at 475 ANTON BOULEVARD, COSTA MESA, CA, UNITED STATES, 92626.

14. **Equifax Information Services, LLC** (hereinafter "Equifax") is a nationwide consumer reporting agency as that term is defined by 15 U.S.C. § 1681a(f) of the FCRA. Defendant Equifax is a Georgia corporation registered to do business in the State of New York, upon information and belief its members are citizens of the state of Georgia and may be served with process upon the C/O CORPORATION SERVICE COMPANY, its registered agent for service of process at 80 STATE STREET, ALBANY, NY, UNITED STATES, 12207-2543.

15. **Trans Union, LLC (hereinafter "Trans Union" or "TransUnion")** is a limited liability company, a nationwide consumer reporting agency as that term is defined by 15 U.S.C. §1681a(f) of the FCRA. Defendant TransUnion is a Delaware corporation registered to do business in the State of New York, upon information and belief, its members are citizens of the state of Delaware and may be served with process upon the THE LLC, its registered agent for service of process at ATTN: TAX DEPARTMENT, 555 WEST ADAMS ST., CHICAGO, IL, UNITED STATES, 60661 - 3601.

16. At all times material here to, Defendants, TransUnion, Experian, and Equifax are consumer reporting agencies regularly engaged in the business of assembling, evaluating and disbursing information concerning consumers such as plaintiff for the purpose of furnishing consumer reports, as said term is defined under 15 U.S.C. § 1681(d) and 15 U.S.C. §1681a(f) to third parties.

17. Upon information and belief TransUnion, Experian and Equifax disburse consumer reports to

third parties for monetary compensation.

18. All events herein occurred in this judicial district.

## STATEMENT OF FACTS
### BACKGROUND

19. At all times relevant to this matter, Plaintiff was and is an individual, a natural person, a consumer residing within the State of New York.

20. The consumer report at issue is a written communication of information concerning Plaintiff's credit worthiness, credit standing, credit capacity, character, general reputation, personal characteristics, or mode of living which is used or for the purpose of serving as a factor in establishing the consumer's eligibility for credit to be used primarily for personal, family, or household purposes as defined by 15 U.S.C. § 1681a(d)(1) of the FCRA.

21. On information and belief, on a date better known to Defendants TransUnion, Experian and Equifax, hereinafter ("the Bureaus"), the Bureaus prepared and issued credit reports concerning the Plaintiff that included inaccurate and materially misleading information relating to a Shellpoint mortgage account.

22. The information furnished by Shellpoint and published by the Bureaus is inaccurate and misleading because the Plaintiff disputed information that was inaccurately being reported including the balance allegedly owed on the Shellpoint mortgage debt account which the Bureaus should have properly investigated.

23. Additionally, the account reported was not marked as disputed by defendants in violation of the FCRA.

24. The Bureaus have been reporting this inaccurate information through the issuance of false and inaccurate credit information and consumer reports that it has disseminated to various third parties, persons and credit grantors, both known and unknown.

25. Plaintiff notified all defendants that he disputed the accuracy of the information the Bureaus were reporting by sending a dispute letter triggering an investigation/reinvestigation.

26. On or about October 15, 2020, Plaintiff pulled his consumer credit file/report evidencing inaccuracies/incomplete information being reported and sent out disputes to all defendants in this case similar or identical to the dispute referenced in **Exhibit B** which is hereby incorporated by reference in its entirety, which triggered an investigation/reinvestigation, disputing an alleged mortgage account and all information uploaded by Shellpoint to be reported by all the Credit Bureau defendants who published the information which all defendants received notice of on or about October 2020.

27. These disputes provided information in an effort to assist the credit bureaus and help with their reinvestigation of the accounts, that defendants are required to have originally investigated as the defendants are required under the FCRA to make sure every piece of information is being reported and published with maximum possible accuracy, 100% accuracy on plaintiff's consumer report as plaintiff pointed out to all Defendants the improper, derogatory tradeline to be investigated/reinvestigated and requested that the tradeline be deleted/removed.  As of May 2022, it appears the inaccuracies have not been corrected, for example the open dates and the date of last payments are not identical throughout all 3 bureaus which indicate there is inaccuracies and are reporting the same information that should have been investigated in October 2020. **(See…Exhibit B,** which is hereby incorporated by reference in its entirety).

28. On or about 12/11/2020, Defendant Trans Union provided results of their investigation/reinvestigation of plaintiff's dispute which they "verified as accurate" the information disputed but appears to have failed to provide a copy of plaintiffs entire

consumer file/report identifying the updates, failed to do a reasonable investigation because the information reported is still inaccurate, was not verified. It appears that defendant failed to provide all the notices required after a dispute to the plaintiff which include but is not limited to, plaintiff's right to request the procedure used determine the accuracy and completeness of the information including the business name and address of the furnisher of information contacted, and if necessary available, the telephone number, failed to provide plaintiff with notice that he has a right to add a statement, in violation of the FCRA.

**(See…Exhibit C,** which is hereby incorporated by reference in its entirety).

29. On or about November 2020, Defendant Equifax provided results of their investigation/reinvestigation of plaintiff's dispute which they verified that the account belonged to me, thereby admitting that they did not do a reasonable investigation of the inaccurate information being reported.  Defendant did not do a reasonable investigation because the information reported is still inaccurate/incomplete, was not verified.

**(See…Exhibit B,** which is hereby incorporated by reference in its entirety). For example, Trans Union is showing a date opened of 3-7-2006 but Experian and Equifax are reporting a date of 3-1-2006 which is clearly inaccurate.

30. On or about October 2021, plaintiff sent out letters similar or identical to the letter referenced in **Exhibit B** which is hereby incorporated by reference in its entirety, requesting the procedure used to verify as accurate the information being reported regarding the Shellpoint account to all defendant credit bureaus in this case which it appears that the defendant credit bureaus failed to provide the exact procedure used when requested in violation of the FCRA.

31. Shell Point improperly and in violation of the FCRA, continued to report the debt account on Plaintiff's credit report which defendant knows or has reasonable cause to believe that the

information is inaccurate.

32. Defendants ignored all signs of inaccuracies being reported such as the "Account type, Date Opened, Terms, Past Due Amount, Payment Status, Date Last Reported, Comments, Date Last Active, Date of Last Payment and Payment History Grid , etc.(**See...Exhibit B,** which is hereby incorporated by reference in its entirety) and continue to not do a reasonable investigation/reinvestigation as the alleged mortgage account was not being reported with maximum possible accuracy, 100% accuracy as outlined in the October 2020 dispute.

33. The defendant bureaus are required under 15 U.S.C. § 1681e(b) to investigate all information being reported to assure maximum possible accuracy in the preparation of the credit report and credit files they publish and maintain concerning the Plaintiff which they have failed to do.

34. On or about January and February of 2019, Defendant Shellpoint received a direct dispute from plaintiff dispute mortgage account reported by Shellpoint who failed to report the account as disputed.  Defendant is prohibited form reporting the mortgage account to the credit bureaus unless they report it as disputed but as specified above, defendant has failed to report the mortgage account as disputed in violation of the FCRA which they hold a duty to comply with as plaintiff disputed the entire loan and requested proof of claim to validate and verify the alleged loan that was never produced. (See...Exhibit B)

35. Between Nov. 1 and 2 of 2022, defendants Shellpoint, the Bank of New York Mellon and REAL TIME SOLUTIONS received a "Request for an Accounted Accounting" from plaintiff under U.S.P.S. Certified Mail No.'s, **7022 2410 0000 5366 2574, 70222410000053662550,** and **70222410000053662543** but have failed to either comply by failing to provide an authenticated accounting within 14 days as required under U.C.C. 9-210

et seq., and NY UCC § 9-210 et seq. (See…Exhibit B)

36. It appears that the defendants are not and have not been in possession of the collateral security, the Note evidencing plaintiff's wet ink signature and obligation to pay an alleged debt to an servicer, Shellpoint who has acknowledged is not in their possession nor the current investors possession which is required to be in order to demand any such payments from the plaintiff as they have specified that the note is lost therefore no balances nor payment history should have been reported as there is no holders in due course of plaintiff's original wet-ink signature note.

37. It appears that Congress has also excluded transactions and experiences between the consumer (Plaintiff) and the Person (Shellpoint) making the consumer report therefore any "transaction" and "experiences" such as payments and charge offs are to be excluded from a consumer credit report, see…15 U.S. Code § 1681a(d)(2)(A)(i) therefore it is a violation to report such payment information and charge offs on a consumer report therefore the defendant Bureaus are in violation of this section of the FCRA as the consumer reports evidenced on the record clearly evidences that the defendants are reporting

38. It appears that plaintiff has already tendered payment to the original lender since March of 2006 for the full amount of the credit loaned to plaintiff in the form of a "promissory note" (Note) which was accepted as collateral for the loan of credit in accords with the law, the Federal Reserve Act as the Note could be deposited in exchange for federal reserve bank notes which has equal value of what was lent to the plaintiff therefore no money is owed to the current creditor/investor of the Mortgage Backed Security (MBS) that SHELLPOINT is and or was reporting to the credit bureau defendants and therefore no balance is owed nor should be reported.

39. It appears that the plaintiff's note was converted into a collateral security, a draft as it evidences "Pay to the Order" of stamp on it since March of 2006, that it was deposited with the local federal reserve agent where according to law, the federal reserve act, federal reserve notes was or could be issued in exchange for the note.

40. The FCRA requires Trans Union, Experian, and Equifax to review all information reported to determine maximum possible accuracy of the information being reported. Their policies require Shellpoint to report accurate information and account status regarding an account which include but is not limited to, "Account type, Date Opened, Terms, Past Due Amount, Payment Status, Date Last Reported, Comments, Date Last Active, Date of Last Payment, Payment History Grid, balance information, date of first delinquency, etc..

41. At all times, plaintiff states and claims that defendants acts were willful, grossly negligent, knowing, done with "reckless disregard" of their obligations under the statutes, codes and laws presented in this complaint therefore have clearly demonstrate reckless disregard of its statutory obligations by repeatedly ignoring warning signs (plaintiff's dispute which triggered an reinvestigation identifying the inaccuracies) that it is violating the law, by refusing to do a proper and reasonable investigation and by failing to take corrective action to prevent future violations in a reasonable amount of time.

42. The defendants acted maliciously, intentionally with ill will, recklessly or wantonly, with conscious indifference to the plaintiff's rights in violation of 15 U.S.C. § 1681h(e) which because of their actions allows for state defamation and disclosure claims to be asserted.

43. Notwithstanding Plaintiff's efforts, Defendants continue to publish and disseminate such inaccurate information to other third parties, persons, entities and credit grantors, as evidenced by the inquiries on the Plaintiff's credit report in the form of hard and soft pulls.

(See…Exhibit A, which is hereby incorporated by reference in its entirety).

44. As a result of the Defendants failure to comply with the FCRA, The Federal Reserve Act, and the erroneous derogatory information, Plaintiff has suffered significant damages, Plaintiff suffered concrete harm in one or more of the following forms: a significant drop in his credit score, loss of credit, loss of the ability to purchase and benefit from credit, a chilling effect on credit applications resulting in denials of credit, mental and emotional distress and pain, anguish, humiliation, loss of happiness, interest in outside activities, loss of sleep, headaches, sensitive stomach and embarrassment caused by the inability to obtain financing/credit for everyday expenses and or to obtain investment property, bank account denials, denial of credit and credit card applications (**See…Exhibit A**), higher interest rates on loans and credit cards that would otherwise be affordable and other damages that may be ascertained at a later date.

## <u>REQUEST FOR JUDICIAL NOTICE</u>

The court is requested to take judicial notice of the information contained in this complaint, including the relevant laws and regulations, such as the Federal Reserve Act, Congressional Act of March 9, 1933, and Federal Reserve operating circular 10 (See…Exhibit D). The Federal Reserve Act, specifically Section 13, Subsection (o), which provides for advances to individuals, partnerships, and corporations on direct obligations of the United States. The text of Section 13, Subsection (o), of the Federal Reserve Act, as it was amended in 1935:

"Subject to such limitations, restrictions, and regulations as the Board of Governors of the Federal Reserve System may prescribe, any Federal Reserve bank may make advances to any individual, partnership, or corporation on the promissory notes of such individual, partnership, or corporation secured by direct obligations of the United States or by any obligation which is a

direct obligation of, or fully guaranteed as to principal and interest by, any agency of the United States. Such advances shall be made for periods not exceeding 90 days and shall bear interest at rates fixed from time to time by the Federal Reserve Bank, subject to the review and determination of the Board of Governors of the Federal Reserve System." The fact that the promissory note can no longer be found is clear evidence that the note had already been deposited and federal reserve bank notes have been issued to the bank who deposited the promissory note. Discovery would further prove such facts.

## RESERVATIONS OF RIGHTS

45. Plaintiffs hereby reserves the right to request leave of court at a later date to amend his Complaint to remove claims and or to add more claims, damages and enjoin defendants relevant to the case upon discovery.

## FIRST CAUSE OF ACTION
### (Willful and Negligent Violation of the FCRA 15 U.S.C. § 1681 et seq. as to TransUnion, Experian, and Equifax)

46. Plaintiff incorporates by reference all the above paragraphs of this Complaint as though fully stated herein with the same force and effect as if the same were set forth at length herein;

47. This is an action for willful and negligent violation of the Fair Credit Reporting Act U.S.C. § 1681 et seq.;

48. Defendants violated 15 U.S.C. §1681i by failing to delete inaccurate information in the Plaintiff's credit file after receiving actual notices of such inaccuracies or reason to belief the information is inaccurate; by failing to conduct a reasonable and lawful investigation and/or reinvestigation; by failing to investigate all the information Shellpoint was reporting and publishing; by failing to maintain reasonable procedures with which to filter and verify disputed information in the Plaintiff's credit file; and by relying upon verification from a source they have reason to believe is unreliable;

49. Defendants violated 15 U.S.C. § 1681e(b) by failing to establish or to follow reasonable

procedures to assure maximum possible accuracy in the preparation of the credit report and credit files they publish and maintain concerning the Plaintiff;

50. Defendants have willfully and recklessly failed to comply with the FCRA. The failure of Defendants to comply with the Act include but are not necessarily limited to the following:

   a) The failure to follow reasonable procedures to assure the maximum possible accuracy of the information reported;

   b) The failure to remove and/or correct the inaccuracy and derogatory credit information after a reasonable request by the Plaintiff;

   c) The failure to promptly and adequately investigate information which Defendants had notice was inaccurate;

   d) The continual placement of inaccurate information into the credit report of the Plaintiff after being advised by the Plaintiff that the information was inaccurate;

   e) The failure to continuously note in the credit report that the Plaintiff disputed the accuracy of the information;

   f) The failure to promptly delete information that was found to be inaccurate, incomplete or could not be verified, or that the source of information had advised to delete;

   g) The failure to take adequate steps to verify information defendants had reason to believe was inaccurate before including it in the credit report of the consumer;

   h) The Failure to insure and exercise their grave responsibilities with fairness, and impartiality;

51. As a result of the wrongful conduct, action and inaction of Defendants, and the erroneous derogatory information reported, Plaintiff has suffered significant damages, concrete harm in one or more of the following forms which include but are not limited to: a diminished credit score, loss of credit, loss of the ability to purchase and benefit from credit, a chilling effect on credit applications, and the mental and emotional distress and pain, anguish, humiliation and embarrassment caused by the inability to obtain financing for everyday expenses, bank account denials, denials of credit and credit card applications, higher interest rates on loans and credit cards that would otherwise be affordable and other damages that may be ascertained at a later date;

52. The wrongful conduct, action and/or inaction of Defendants was willful, negligent, and

reckless done with the intent to injure the plaintiff rendering Defendants separately liable for actual or statutory damages, compensatory and/or punitive damages in an amount to be determined by a Jury pursuant to 15 U.S.C. § 1681(n) to be calculated at a Ratio as determined in **Younger v. Experian Info. Sols., Inc., No. 2:15-cv-00952, 2019 WL 1296256, at \*13 (N.D. Ala. Mar. 21, 2019)** to punish and deter the defendants as it appears the defendants will continue to violate the FCRA against consumers;

53. Plaintiff's claims are within 2 years from the date of discovery of the violation that is the basis for such liability and within 5 years after the date on which the violation that is the basis for such liability occurs pursuant to 15 U.S.C. § 1681p et seq. as a result of a dispute triggering a duty to investigate and discovering defendant's investigations was unreasonable and improper regarding all disputes and reinvestigations;

54. The wrongful conduct, action and/or inaction of Defendants was knowing, willful, negligent, reckless, done with the intent to injure the plaintiff in one or more forms or fashion entitling the Plaintiff to damages actual and/or statutory damages of $1,000 per violation each month as prescribed under 15 U.S.C. § 1681n and 15 U.S.C. § 1681o from the past 5 years to be calculated at a later date;

55. The Plaintiff is entitled to recover reasonable costs and attorney's fees from defendants in an amount to be determined by the Jury pursuant to 15 U.S.C. § 1681n and 1681o if applicable;

    **WHEREFORE**, Plaintiff, Mario E. Castro, an individual consumer, demands judgement in his favor against Defendants, for damages together with, if applicable, attorney's fees and Court costs pursuant to 15 U.S.C. § 1681n;

## SECOND CAUSE OF ACTION
### (Willful and Negligent Violation of the FCRA 15 U.S.C. § 1681 et seq. as to Shellpoint)

56. Plaintiff incorporates by reference the above paragraphs of this Complaint as though fully stated herein with the same force and effect as if the same were set forth at length herein.

57. This is an action for willful and negligent violation of the Fair Credit Reporting Act U.S.C. § 1681 *et seq.*;

58. Pursuant to the Act, all persons who furnished information to reporting agencies must participate in re-investigations conducted by the agencies when consumers dispute the accuracy and completeness of information contained in a consumer credit report;

59. Pursuant to the Act, a furnisher of disputed information is notified by the reporting agency when the agency receives a notice of dispute from a consumer such as the Plaintiff. The furnisher must then conduct a timely investigation/reinvestigation of the disputed information and review all relevant information provided by the agency;

60. The results of the investigation must be reported to the agency and, if the investigation reveals that the original information is incomplete or inaccurate, the information from a furnisher such as the Defendant must be reported to other agencies which supplied such information;

61. The Defendant violated 15 U.S.C. § 1681s-2(b) *et seq.* by failing to fully and properly investigate the dispute of the Plaintiff; by failing to review or consider all relevant information regarding same; and by failing to correctly report results of an accurate investigation to the credit reporting agencies. By continuing to publish to Trans Union, Experian and Equifax the inaccurate information regarding the alleged account; and by failing report accurate information which is identified in its own records to prevent the re-reporting of inaccurate, incomplete, misleading information;

62. Defendant have willfully and recklessly failed to comply with the FCRA. The failure of Defendant to comply with the Act include but are not necessarily limited to the following:

   i)   The failure to follow reasonable procedures to assure the maximum possible accuracy of the information reported;

   j)   The failure to remove and/or correct the inaccuracy and derogatory credit information after a reasonable request by the Plaintiff;

   k)   The failure to promptly and adequately investigate information which Defendants had notice was inaccurate;

   l)   Failing to do a reasonable investigation of plaintiff's dispute;

   m)   The continual placement of inaccurate information into the credit report of the

Plaintiff after being advised by the Plaintiff that the information was inaccurate;

n) The failure to continuously note in the credit report that the Plaintiff disputed the accuracy of the information as they are prohibited from reporting such information without it being reported as disputed;

o) The failure to promptly delete information that was found to be inaccurate, incomplete or could not be verified, or that the source of information had advised to delete;

p) The failure to take adequate steps to verify information defendants had reason to believe was inaccurate before including it in the credit report of the consumer;

q) The Failure to insure and exercise their grave responsibilities with fairness, and impartiality;

63. Specifically, the Defendant continued to report an inaccurate and incomplete account information on the Plaintiff's credit report after being notified of his dispute/request for investigation/reinvestigation regarding the mortgage account and all aspects of the information and balances being reported and published that are inconsistently being reported to the bureaus;

64. Additionally, the Defendant continued to report accounts which defendant knows or has reasonable cause to believe that the information is inaccurate. Defendant continuously failed to provide accurate information regarding the entire accounts reported and published to the bureaus which the bureaus published to third parties;

65. Defendant failed to report that federal reserve notes were received in exchange for plaintiff's promissory note that was converted to a draft and deposited in a deposit account with the local Federal Reserve Agent therefore no money is owed to Shellpoint or the investors they are servicing the loan for;

66. A reasonable investigation would require a furnisher such as Defendant to consider and evaluate a specific dispute by the consumer, along with all other facts, evidence and materials provided by the agency to the furnisher;

67. As a result of the wrongful conduct, action and inaction of Defendant, and the erroneous derogatory information reported, Plaintiff has suffered significant damages, concrete harm in one or more of the following forms which include but are not limited to: a diminished credit

score, loss of credit, loss of the ability to purchase and benefit from credit, a chilling effect on credit applications, and the mental and emotional distress and pain, anguish, humiliation and embarrassment caused by the inability to obtain financing for everyday expenses, bank account denials, denials of credit and credit card applications, higher interest rates on loans and credit cards that would otherwise be affordable and other damages that may be ascertained at a later date;

68. The wrongful conduct, action and/or inaction of Defendants was willful, negligent, and reckless done with the intent to injure the plaintiff rendering Defendants separately liable for actual or statutory damages, compensatory and/or punitive damages in an amount to be determined by a Jury pursuant to 15 U.S.C. § 1681(n) to be calculated at a Ratio as determined in **Younger v. Experian Info. Sols., Inc., No. 2:15-cv-00952, 2019 WL 1296256, at \*13 (N.D. Ala. Mar. 21, 2019)** to punish and deter the defendants as it appears the defendants will continue to violate the FCRA against consumers;

69. Plaintiff's claims are within 2 years from the date of discovery of the violation that is the basis for such liability and within 5 years after the date on which the violation that is the basis for such liability occurs pursuant to 15 U.S.C. § 1681p et seq. as a result of a dispute triggering a duty to investigate and discovering defendant's investigations was unreasonable and improper regarding all disputes and reinvestigations;

70. The wrongful conduct, action and/or inaction of Defendant was knowing, willful, negligent, reckless, done with the intent to injure the plaintiff in one or more forms or fashion entitling the Plaintiff to damages actual and/or statutory damages of $1,000 per violation each month as prescribed under 15 U.S.C. § 1681n and 15 U.S.C. § 1681o from the past 5 years to be calculated at a later date;

71. The Plaintiff is entitled to recover reasonable costs and attorney's fees from defendant in an amount to be determined by the Jury pursuant to 15 U.S.C. § 1681n and 1681o if applicable;

   **WHEREFORE**, Plaintiff, Mario E. Castro, an individual consumer, demands judgement in his favor against Defendants, for damages together with, if applicable, attorney's fees and

Court costs pursuant to 15 U.S.C. § 1681n.

### THIRD CAUSE OF ACTION
### (COMMON LAW DEFAMATION ("LIBEL") AS TO ALL DEFENDANT CREDIT BUREAUS AND SHELLPOINT)

72. Plaintiff incorporates by reference the above paragraphs of this Complaint as though fully stated herein with the same force and effect as if the same were set forth at length herein;

73. The defendants are guilty of defamation per se, in that defendants intentionally reported and/or allowed third parties to submit inaccurate information which was published and sold to third parties evidenced by plaintiff's inquiries showing on his consumer report that showed account information that they knew or should have known was false, misleading, inaccurate, unverified, and/or the correct nature of the accounts as it relates to the plaintiff and his rights. Defendants by reporting the accounts inaccurately, unverified and/or without the written consent of the plaintiff was intended to harm and defame plaintiff's reputation when published to third parties who request for reports to qualify or approve Plaintiff based off of his credit and credit worthiness;

74. Said false representations made by Shellpoint and published by Trans Union, Experian and Equifax were not privileged and were not consented to by Plaintiff;

75. Defamation of Plaintiff was willful, done with malice, willful intent to injure the plaintiff;

76. As a result of the wrongful conduct, action and inaction of Defendants, and the erroneous derogatory information reported, Plaintiff has suffered significant damages, concrete harm in one or more of the following forms which include but are not limited to: a diminished credit score, loss of credit, loss of the ability to purchase and benefit from credit, a chilling effect on credit applications, and the mental and emotional distress and pain, anguish, humiliation and embarrassment caused by the inability to obtain financing for everyday expenses, bank

account denials, denials of credit and credit card applications, higher interest rates on loans and credit cards that would otherwise be affordable and other damages that may be ascertained at a later date;

77. Defendants are each separately and individually liable to plaintiff for damages caused by their actions and this court should award plaintiff an amount equal to or greater than $250,000 as courts have frequently sustain emotional distress awards in the range of $250,000 in defamation cases. *Simon v. Shearson Lehman Bros., Inc.,* **895 F.2d 1304, 1319-20 (11th Cir. 1990)** (upholding an award of $250,000, given that the slander caused "an impairment of [the plaintiffs] reputation, personal humiliation, and mental anguish and suffering");

78. The conduct of Defendants was a direct and proximate cause, as well as a substantial factor, in bringing about the injuries, damages and harm to Plaintiff that are outlined more fully above and, as a result, Defendants are liable to Plaintiff;

**Wherefore**, Plaintiff seeks judgment in his favor against Defendants for compensatory and punitive damages in such sums as the jury may assess, plus interest and costs along with such other and further relief as may be necessary, just and proper.

## FOURTH CAUSE OF ACTION
### (KNOWING, WILLFUL AND NEGLIGENT VIOLATIONS OF U.C.C. 9-210 ET SEQ., AND NY UCC § 9-210 ET SEQ. AS TO DEFENDANTS "BANK OF NEW YORK MELLON, SHELLPOINT AND REAL TIME SOLUTIONS")

79. Plaintiff incorporates by reference the above paragraphs of this Complaint as though fully stated herein with the same force and effect as if the same were set forth at length herein;

80. Defendants hold a duty to comply with plaintiff's request for an authenticated record of accounting (See...Exhibit B, which is hereby incorporated by reference in its entirety) related

to the alleged outstanding debt and has failed to comply can produce an authenticated record of accounting to plaintiff as required under U.C.C. 9-210 et seq. and NY UCC § 9-210 et seq. as of the date of this filing;

81. As a result of Defendants conduct and failure to comply, Defendants are liable to Plaintiff for damages, and statutory damages as provided under U.C.C. 9-625 ET SEQ. and NY UCC § 9-625 ET SEQ., which include but is not limited to sections "b", "c" and "f" and any other such further relief, as may be permitted by law;

82. The conduct of Defendants was a direct and proximate cause, as well as a substantial factor, in bringing about the injuries, damages and harm to Plaintiff that are outlined more fully above;

83. As a result of the conduct, action and inaction of Defendants, Plaintiff has suffered significant damages, concrete harm in one or more of the following forms which include but are not limited to: a diminished credit score, loss of credit, loss of the ability to purchase and benefit from credit, a chilling effect on credit applications, and the mental and emotional distress and pain, anguish, humiliation and embarrassment caused by the inability to obtain financing for everyday expenses, bank account denials, denials of credit and credit card applications, higher interest rates on loans and credit cards that would otherwise be affordable and other damages that may be ascertained at a later date;

## PLAINTIFF DEMANDS A TRIAL BY JURY

84. Plaintiff demands and hereby respectfully exercises his right to trial by jury for all claims and issues in this complaint to which Plaintiff is or may be entitled to.

## PRAYER FOR RELIEF

**WHEREFORE, PREMISES CONSIDERED,** Plaintiff demands judgment against all

Defendants individually and separately as follows:

a) Actual damages in an amount to be proved at trial;
b) For actual damages provided and pursuant to 15 U.S.C. § 1681o(a) be awarded for each negligent violation as alleged herein;
c) For Statutory damages provided and pursuant to 15 U.S.C. § 1681n(a);
d) For Compensatory and/or Punitive Damages to be calculated in a Ratio of 98:1 see… *Younger v. Experian Info. Sols., Inc.,* **No. 2:15-cv-00952, 2019 WL 1296256, at \*13 (N.D. Ala. Mar. 21, 2019)** or higher to punish and deter the defendant from future violations of the FCRA;
e) For defamation "Libel" award in an amount equal to or greater than $250,000;
f) For any such other and further relief, as well as further costs, expenses and disbursements of this action as this Court may deem just and proper.
g) Plaintiff demands $2,250,000 separately from each defendant credit bureaus, and Shellpoint, $550,896 from defendant The Bank of New York Mellon, and $55,500 from defendant Real Time Solutions, Inc. in the case of a default/default judgment

Date this _2ND_ day of **April, 2023**.

RESPECTFULLY PRESENTED,

"Without Prejudice"

Mario E. Castro, Propria Persona, Sui Juris
All Natural Rights Explicitly Reserved and Retained
U.C.C. 1-207/1-308, 1.103.6
c/o 419 West Hills Road, Melville, New York 11747
Ph. 917-513-7741
Email: 4lifemcastro@gmail.com

# EXHIBITS
# A

Credit Report - IdentityIQ                                                   https://member.identityiq.com/CreditReport.aspx

**EXHIBIT A**

 **IDENTITYIQ**      REPORTS & SCORES    MONITORING    PLAN AHEAD    OFFERS    🔔 19     Hi, Mario

Dashboard > **Credit Report**

# CREDIT REPORT

Credit reports are key to helping you confidently protect and manage your identity. You can rest assured - reviewing your report does not negatively impact your standing or score.

Financial institutions, employers and insurers use credit reports to gain insight into your financial profile. Because they provide a record of your present and past credit use, credit reports may determine whether or not you will be offered credit, and on what terms. Inaccurate or fraudulent account information on credit reports can result in denial of credit, higher loan and insurance rates and even rejection for employment. The Federal Trade Commission (FTC) has prepared A Summary of Your Rights Under the Fair Credit Reporting Act, you may also find additional information on their website www.FTC.gov/credit.

Understanding your credit score and the factors that impact it will prepare you to make the best possible decisions for your financial future. Want help reading your report? We've prepared a quick educational guide for you: How to Read, Use and Act on Your Credit Report. If you find inaccurate information on your report, you may contact one of our Credit Specialists to help dispute this information directly with the credit reporting agencies.

See Less

PURCHASE REPORT

Report History:  10/17/2022 - 3B ∨          🖨 Print this page    ⤓ Download this report

### Three Bureau Credit Report

**Report Date:** 10/17/2022

**Reference #**  M41384585

Quick Links: Credit Score / Summary / Account History / Inquiries / Creditor Contacts

## Personal Information

ℹ️ Below is your personal information as it appears in your credit file. This information includes your legal name, current and previous addresses, employment information and other details.

| | TransUnion | Experian | Equifax |
|---|---|---|---|
| Credit Report Date: | 10/17/2022 | 10/17/2022 | 10/17/2022 |
| Name: | MARIO ENRIQUE CASTRO | MARIO E CASTRO | MARIO E CASTRO |
| Also Known As: | - | - | - |
| Former: | | | MARIO E CASSTRO<br>MARLON J CASTRO |
| Date of Birth: | 1/18/1966 | 1966 | 1/18/1966 |
| Current Address(es): | 419 W HILLS RD<br>MELVILLE, NY<br>11747 | 419 W HILLS RD<br>MELVILLE, NY<br>11747-1045<br>11/2017 | 419 W HILLS RD<br>MELVILLE, NY<br>11747 |
| Previous Address(es): | | 11406 89TH AVE FL 3<br>RICHMOND HILL, NY<br>11418-3125<br>03/2006<br>114068 9 THAVEFL 3<br>RICHMOND HILL, NY<br>11418<br>01/2006 | 11406 89TH AVE FL 3<br>RICHMOND HILL, NY<br>11418<br>6832 MANSE ST<br>FOREST HILLS, NY<br>13375 |
| Employers: | - | COUNTRYWIDE HOME LOANS<br>SARSROUTE 3950 HORSEBLOCK RD<br>MEDFORD NY 11763 | - |

10/17/2022, 8:08 PM

Credit Report - IdentityIQ                              https://member.identityiq.com/CreditReport.aspx

## EXHIBIT A

### Credit Score                                                    ⬆ Back to Top

ℹ Your Credit Score is a representation of your overall credit health. Most lenders utilize some form of credit scoring to help determine your credit worthiness.

|  | TransUnion | Experian | Equifax |
|---|---|---|---|
| Credit Score: | 614 | 607 | 613 |
| Lender Rank: | Fair | Fair | Fair |
| Score Scale: | 300-850 | 300-850 | 300-850 |

#### Risk Factors

| | |
|---|---|
| TransUnion: | **The date that you opened your oldest account is too recent** [+]<br>**Lack of sufficient relevant real estate account information** [+]<br>**Balances on bankcard or revolving accounts too high compared to credit limits** [+]<br>**Total of all balances on bankcard or revolving accounts is too high** [+] |
| Experian: | The date that you opened your oldest account is too recent<br>Total of all balances on bankcard or revolving accounts is too high<br>Lack of sufficient relevant real estate account information<br>The balances on your accounts are too high compared to loan amounts |
| Equifax: | |

The score(s) on your IdentityIQ credit report (using the VantageScore® 3.0 model) are provided as a tool to help you understand how lenders may view the data contained in your credit reports and evaluate your credit risk. We provide these scores solely for educational purposes. IdentityIQ does not offer credit; delivery of these scores does not qualify you for any loan. The scoring model your lender uses may be different than the VantageScore® 3.0. As a result, the score and score factors we have delivered may show differences when compared to the score and score factors produced by your lender's scoring model. Please also understand that lenders use multiple sources of information when underwriting a loan and making lending decisions. Credit scores are just one factor that may be used and each lender will have different criteria they consider.

IdentityIQ provides informational materials along with your credit report(s) and score(s) these materials are educational in nature and intended to broaden your understanding of how credit scoring works. They should not be construed as advice in handling your financial problems or making financial decisions. If you are having trouble keeping up with your bill payments or experiencing other financial difficulties, please contact a non-profit credit counseling service for assistance. These materials are for educational purposes only.

### Summary                                                    ⬆ Back to Top

ℹ Below is an overview of your present and past credit status including open and closed accounts and balance information.

|  | TransUnion | Experian | Equifax |
|---|---|---|---|
| Total Accounts: | 7 | 9 | 17 |
| Open Accounts: | 6 | 6 | 6 |
| Closed Accounts: | 1 | 3 | 11 |
| Delinquent: | 0 | 0 | 0 |
| Derogatory: | 0 | 0 | 0 |
| Collection: | 0 | 0 | 0 |
| Balances: | $17,451.00 | $21,931.00 | $21,932.00 |
| Payments: | $537.00 | $650.00 | $651.00 |
| Public Records: | 0 | 0 | 0 |
| Inquiries(2 years): | 2 | 3 | 1 |

### Account History                                                    ⬆ Back to Top

ℹ Information on accounts you have opened in the past is displayed below.

#### JPMCB CARD

|  | TransUnion | Experian | Equifax |
|---|---|---|---|

Credit Report - IdentityIQ     https://member.identityiq.com/CreditReport.aspx

## EXHIBIT A

| | |
|---|---|
| Account Status: | Paid |
| Monthly Payment: | $0.00 |
| Date Opened: | 02/01/1997 |
| Balance: | $0.00 |
| No. of Months (terms): | 0 |
| High Credit: | $102.00 |
| Credit Limit: | $0.00 |
| Past Due: | $0.00 |
| Payment Status: | Current |
| Last Reported: | 04/01/2017 |
| Comments: | Closed or paid account/zero balance Charge |
| Date Last Active: | - |
| Date of Last Payment: | - |

**Two-Year payment history**   ≣ Legend

| Month | Mar | Feb | Jan | Dec | Nov | Oct | Sep | Aug | Jul | Jun | May | Apr | Mar | Feb | Jan | Dec | Nov | Oct | Sep | Aug | Jul | Jun | May | Apr |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Year | 17 | 17 | 17 | 16 | 16 | 16 | 16 | 16 | 16 | 16 | 16 | 16 | 16 | 16 | 16 | 15 | 15 | 15 | 15 | 15 | 15 | 15 | 15 | 15 |
| TransUnion | | | | | | | | | | | | | | | | | | | | | | | | |
| Experian | | | | | | | | | | | | | | | | | | | | | | | | |
| Equifax | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK |

### SYNCB/L&T

| | TransUnion | Experian | Equifax |
|---|---|---|---|
| Account #: | | | 026463**** |
| Account Type: | | | Revolving |
| Account Type - Detail: | | | - |
| Bureau Code: | | | Individual |
| Account Status: | | | Paid |
| Monthly Payment: | | | $0.00 |
| Date Opened: | | | 02/01/2005 |
| Balance: | | | $0.00 |
| No. of Months (terms): | | | 0 |
| High Credit: | | | $125.00 |
| Credit Limit: | | | $0.00 |
| Past Due: | | | $0.00 |
| Payment Status: | | | Current |
| Last Reported: | | | 12/01/2014 |
| Comments: | | | Closed or paid account/zero balance |
| Date Last Active: | | | 03/01/2005 |
| Date of Last Payment: | | | 03/01/2005 |

**Two-Year payment history**   ≣ Legend

| Month | Nov | Oct | Sep | Aug | Jul | Jun | May | Apr | Mar | Feb | Jan | Dec | Nov | Oct | Sep | Aug | Jul | Jun | May | Apr | Mar | Feb | Jan | Dec |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Year | 14 | 14 | 14 | 14 | 14 | 14 | 14 | 14 | 14 | 14 | 14 | 13 | 13 | 13 | 13 | 13 | 13 | 13 | 13 | 13 | 13 | 13 | 13 | 12 |
| TransUnion | | | | | | | | | | | | | | | | | | | | | | | | |
| Experian | | | | | | | | | | | | | | | | | | | | | | | | |
| Equifax | OK | OK | OK | OK | OK | OK | OK | | | OK | OK | OK | OK | OK | OK | OK | OK | OK | | | OK | OK | OK | OK |

---

### Inquiries   ⬆ Back to Top

ⓘ Below are the names of people and/or organizations who have obtained a copy of your Credit Report. Inquiries such as these can remain on your credit file for up to two years.

| Creditor Name | Type of Business | Date of Inquiry | Credit Bureau |
|---|---|---|---|
| EMS | - | 10/11/2022 | Equifax |
| P S E C U | Credit Unions | 10/11/2022 | Experian |
| EMS/AMERISAVE MORTGAGE | Mortgage Companies - Finance | 10/11/2022 | Experian |

## EXHIBIT A

| | | | |
|---|---|---|---|
| EQUIFAX MTG | Credit Bureaus/Mortgage Processing | 10/11/2022 | TransUnion |
| SYNCB/CC | Sales Financing | 10/06/2022 | TransUnion |
| JPMCB CARD | Bank Credit Cards | 09/21/2021 | Experian |

## Public Information                                    ⬆ Back to Top

ⓘ  Below is an overview of your public records and can include details of bankruptcy filings, court records, tax liens and other monetary judgments. Public records typically remain on your Credit Report for 7 - 10 years.

**None Reported**

## Creditor Contacts                                    ⬆ Back to Top

ⓘ  Information about how to contact people and/or organizations that appear on this credit report is listed below.

| Creditor Name | Address | Phone Number |
|---|---|---|
| SYNCB/CARE CREDIT | PO BOX 8726<br>DAYTON, OH 45401 | (800) 924-2927 |
| EQUIFAX MORTGAGE SERVICE | 815 EAST GATE DR SUITE 102<br>MOUNT LAUREL, NJ 08054 | (800) 685-5000 |
| BEST BUY/CBNA | PO BOX 6497<br>SIOUX FALLS, SD 57117 | - |
| JPMCB CARD SERVICES | PO BOX 15369<br>WILMINGTON, DE 19850 | (800) 945-2000 |
| JPMCB CARD SERVICES | PO BOX 15369<br>WILMINGTON, DE 19850 | (800) 945-2000 |
| THE HOME DEPOT/CBNA | PO BOX 6497<br>SIOUX FALLS, SD 57117 | - |
| CAPITAL ONE | PO BOX 31293<br>SALT LAKE CITY, UT 84131 | (800) 955-7070 |
| THD/CBNA | PO BOX 6497<br>SIOUX FALLS, SD 57117 | (800) 950-5114 |
| SEARS/CBNA | PO BOX 6283<br>SIOUX FALLS, SD 57117 | (800) 917-7700 |
| P S E C U | 1500 ELMERTON AVE<br>HARRISBURG, PA 17110 | (717) 234-8484 |
| KOHLS/CAPONE | N56 RIDGEWOOD DR<br>MENOMONEE FAL, WI 53051 | (262) 703-7000 |
| JPMCB CARD | PO BOX 15369<br>WILMINGTON, DE 19850 | (800) 945-2000 |
| JPMCB CARD | PO BOX 15077<br>WILMINGTON, DE 19850 | (800) 453-9719 |
| JPMCB CARD | PO BOX 15369<br>WILMINGTON, DE 19850 | (800) 945-2000 |
| EMS/AMERISAVE MORTGAGE | 4300 WESTOWN PKWY STE 20<br>WEST DES MOINES, IA 50266 | (800) 333-0037 |
| CAPITAL ONE | PO BOX 31293<br>SALT LAKE CITY, UT 84131 | (800) 955-7070 |
| BEST BUY/CBNA | 50 NORTHWEST POINT ROAD<br>ELK GROVE VILLAGE, IL 60007 | - |

🖨 Print this page          ⬇ Download this report   ⬆ Back to Top

  

Term of Use      Privacy Policy      Contact us

REPORTS & SCORES       MONITORING       PLAN AHEAD       OFFERS       . 13   Hi, Mario

Dashboard > **Credit Report**

# CREDIT REPORT

Credit reports are key to helping you confidently protect and manage your identity. You can rest assured - reviewing your report does not negatively impact your standing or score.

Financial institutions, employers and insurers use credit reports to gain insight into your financial profile. Because they provide a record of your present and past credit use, credit reports may determine whether or not you will be offered credit, and on what terms. Inaccurate or fraudulent account information on credit reports can result in denial of credit, higher loan and insurance rates and even rejection for employment. The Federal Trade Commission (FTC) has prepared A Summary of Your Rights Under the Fair Credit Reporting Act, you may also find additional information on their website www.FTC.gov/credit.

Understanding your credit score and the factors that impact it will prepare you to make the best possible decisions for your financial future. Want help reading your report? We've prepared a quick educational guide for you: How to Read, Use and Act on Your Credit Report. If you find inaccurate information on your report, you may contact one of our Credit Specialists to help dispute this information directly with the credit reporting agencies.

See Less

PURCHASE REPORT       REFRESH NOW

🖨 Print this page       ⬇ Download this report

## Three Bureau Credit Report

**Reference #**   M38314880                          **Report Date:**   05/28/2022

Quick Links: Credit Score / Summary / Account History / Inquiries / Creditor Contacts

## Personal Information

ⓘ Below is your personal information as it appears in your credit file. This information includes your legal name, current and previous addresses, employment information and other details.

|  | TransUnion | Experian | Equifax |
|---|---|---|---|
| Credit Report Date: | 05/28/2022 | 05/28/2022 | 05/28/2022 |
| Name: | MARIO ENRIQUE CASTRO | MARIO E CASTRO | MARIO E CASTRO |
| Also Known As: | - | - | - |
| Former: | - | - | MARIO E CASSTRO<br>MARLON J CASTRO |
| Date of Birth: | 1/18/1966 | 1966 | 1/18/1966 |
| Current Address(es): |  |  |  |

10/4/22, 2:03 PM

**EXHIBIT A** Credit Report - IdentityIQ

| | 419 W HILLS RD MELVILLE, NY 11747 | 419 W HILLS RD MELVILLE, NY 11747-1045 11/2017 | 419 W HILLS RD MELVILLE, NY 11747 |
|---|---|---|---|
| **Previous Address(es):** | - | 11406 89TH AVE FL 3 RICHMOND HILL, NY 11418-3125 03/2006 1140689 THAVEFL 3 RICHMOND HILL, NY 11418 01/2006 | 11406 89TH AVE FL 3 RICHMOND HILL, NY 11418 6832 MANSE ST FOREST HILLS, NY 11375 |
| **Employers:** | - | COUNTRYWIDE HOME LOANS SARSROUTE 3950 HORSEBLOCK RD MEDFORD NY 11763 | - |

## Credit Score

🔼 Back to Top

ℹ️ Your Credit Score is a representation of your overall credit health. Most lenders utilize some form of credit scoring to help determine your credit worthiness.

| | TransUnion | Experian | Equifax |
|---|---|---|---|
| **Credit Score:** | 579 | 581 | 586 |
| **Lender Rank:** | Unfavorable | Unfavorable | Unfavorable |
| **Score Scale:** | 300-850 | 300-850 | 300-850 |

### Risk Factors

| | |
|---|---|
| **TransUnion** | The balances on your accounts are too high compared to loan amounts [+] <br> The total of your delinquent or derogatory account balances is too high [+] <br> You have too many delinquent or derogatory accounts [+] <br> The date that you opened your oldest account is too recent [+] |
| **Experian:** | The balances on your accounts are too high compared to loan amounts <br> The total of your delinquent or derogatory account balances is too high <br> You have too many delinquent or derogatory accounts <br> The date that you opened your oldest account is too recent |
| **Equifax:** | |

The score(s) on your IdentityIQ credit report (using the VantageScore® 3.0 model) are provided as a tool to help you understand how lenders may view the data contained in your credit reports and evaluate your credit risk. We provide these scores solely for educational purposes. IdentityIQ does not offer credit; delivery of these scores does not qualify you for any loan. The scoring model your lender uses may be different than the VantageScore® 3.0. As a result, the score and score factors we have delivered may show differences when compared to the score and score factors produced by your lender's scoring model. Please also understand that lenders use multiple sources of information when underwriting a loan and making lending decisions. Credit scores are just one factor that may be used and each lender will have different criteria they consider.

IdentityIQ provides informational materials along with your credit report(s) and score(s) these materials are educational in nature and intended to broaden your understanding of how credit scoring works. They should not be construed as advice in handling your financial problems or making financial decisions. If you are having trouble keeping up with your bill payments or experiencing other financial difficulties, please contact a non-profit credit counseling service for assistance. These materials are for educational purposes only.

10/4/22, 2:03 PM

**EXHIBIT A** Credit Report - IdentityIQ

| | 22 | 22 | 22 | 22 | 21 | 21 | 21 | 21 | 21 | 21 | 21 | 21 | 21 | 21 | 21 | 21 | 20 | 20 | 20 | 20 | 20 | 20 | 20 | 20 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| TransUnion | | 120 | 120 | | 120 | 120 | 120 | 120 | 120 | 120 | 120 | 120 | 120 | 120 | 120 | 120 | 120 | 120 | 120 | 120 | 120 | 120 | 120 | 120 |
| Experian | 180 | 180 | 180 | | 180 | 180 | 180 | 180 | 180 | 180 | 180 | 180 | 180 | 180 | 180 | 180 | 180 | 180 | 180 | 180 | 180 | 180 | 180 | 180 |
| Equifax | 120 | 120 | 120 | OK | 120 | 120 | 120 | 120 | 120 | 120 | 120 | 120 | 120 | 120 | 120 | 120 | 120 | 120 | 120 | 120 | 120 | 120 | 120 | 120 |

## JPMCB CARD

| | TransUnion | Experian | Equifax |
|---|---|---|---|
| Account #: | 426684145943**** | 42668414**** | 42668414**** |
| Account Type: | Revolving | Revolving | Revolving |
| Account Type - Detail: | Flexible spending credit card | Credit Card | Flexible spending credit card |
| Bureau Code: | Authorized User | Authorized User | Authorized User |
| Account Status: | Open | Open | Open |
| Monthly Payment: | $174.00 | $174.00 | $174.00 |
| Date Opened: | 10/06/2014 | 10/01/2014 | 10/01/2014 |
| Balance: | $6,771.00 | $6,771.00 | $6,771.00 |
| No. of Months (terms): | 0 | 0 | 0 |
| High Credit: | $10,509.00 | $10,509.00 | $0.00 |
| Credit Limit: | $15,700.00 | $15,700.00 | $15,700.00 |
| Past Due: | $0.00 | $0.00 | $0.00 |
| Payment Status: | Current | Current | Current |
| Last Reported: | 05/03/2022 | 05/03/2022 | 05/01/2022 |
| Comments: | Dispute resolved; reported by grantor | Account was in dispute - now resolved - reported by subscriber. | Amount in H/C column is credit limit Flexible spending credit card |
| Date Last Active: | 05/03/2022 | 05/01/2022 | 05/01/2022 |
| Date of Last Payment: | 04/28/2022 | 04/28/2022 | 05/01/2022 |

### Two-Year payment history

🗒 Legend

| Month | May | Apr | Mar | Feb | Jan | Dec | Nov | Oct | Sep | Aug | Jul | Jun | May | Apr | Mar | Feb | Jan | Dec | Nov | Oct | Sep | Aug | Jul | Jun |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Year | 22 | 22 | 22 | 22 | 22 | 21 | 21 | 21 | 21 | 21 | 21 | 21 | 21 | 21 | 21 | 21 | 21 | 21 | 20 | 20 | 20 | 20 | 20 | 20 |
| TransUnion | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK |
| Experian | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK |
| Equifax | | OK | | OK | OK | OK | OK | OK | OK | OK | OK | OK | | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK |

## CAPITAL ONE

| | TransUnion | Experian | Equifax |
|---|---|---|---|
| Account #: | 51780585**** | 51780585**** | 51780585**** |
| Account Type: | Revolving | Revolving | Revolving |
| Account Type - Detail: | Credit Card | Credit Card | Credit Card |
| Bureau Code: | Individual | Individual | Individual |
| Account Status: | Open | Open | Open |
| Monthly Payment: | $42.00 | $42.00 | $42.00 |
| Date Opened: | 10/13/2017 | 10/01/2017 | 10/01/2017 |
| Balance: | $1,380.00 | $1,380.00 | $1,380.00 |
| No. of Months (terms): | 0 | 0 | 0 |
| High Credit: | $2,034.00 | $2,034.00 | $0.00 |
| Credit Limit: | $3,000.00 | $3,000.00 | $3,000.00 |
| Past Due: | $0.00 | $0.00 | $0.00 |
| Payment Status: | Current | Current | Current |
| Last Reported: | 05/07/2022 | 05/07/2022 | 05/01/2022 |

10/4/22, 2:03 PM                    **EXHIBIT A** Credit Report - IdentityIQ

## Summary                                                    ⬆ Back to Top

ⓘ Below is an overview of your present and past credit status including open and closed accounts and balance information.

| | TransUnion | Experian | Equifax |
|---|---|---|---|
| Total Accounts: | 8 | 10 | 18 |
| Open Accounts: | 7 | 7 | 7 |
| Closed Accounts: | 1 | 3 | 11 |
| Delinquent: | 1 | 1 | 1 |
| Derogatory: | 0 | 0 | 0 |
| Collection: | 0 | 0 | |
| Balances: | $546,564.00 | $549,553.00 | $549,553.00 |
| Payments: | $2,703.00 | $2,802.00 | $2,802.00 |
| Public Records: | 0 | 0 | 0 |
| Inquiries(2 years): | 0 | 1 | 0 |

## Account History                                            ⬆ Back to Top

ⓘ Information on accounts you have opened in the past is displayed below.

**NR/SMS/CAL**

| | TransUnion | Experian | Equifax |
|---|---|---|---|
| Account #: | 57815**** | 57815**** | 57815**** |
| Account Type: | Mortgage | Mortgage | Mortgage |
| Account Type - Detail: | Conventional real estate mortgage | Conventional real estate mortgage | Real estate mortgage |
| Bureau Code: | Individual | Individual | Individual |
| Account Status: | Open | Open | Open |
| Monthly Payment: | $2,410.00 | $2,410.00 | $2,410.00 |
| Date Opened: | 03/07/2006 | 03/01/2006 | 03/01/2006 |
| Balance: | $536,187.00 | $536,187.00 | $536,187.00 |
| No. of Months (terms): | 360 | 360 | 0 |
| High Credit: | $448,800.00 | $448,800.00 | $448,800.00 |
| Credit Limit: | $0.00 | $0.00 | $0.00 |
| Past Due: | $65,000.00 | $203,852.00 | $203,852.00 |
| Payment Status: | Late 120 Days | Late 180 Days | Late 120 Days |
| Last Reported: | 04/30/2022 | 04/30/2022 | 04/01/2022 |
| Comments: | - | **CONSUMER STATEMENT** Y ITEM DISPUTED BY CONSUMER | Real Estate Mortgage Conventional mortgage |
| Date Last Active: | 04/30/2022 | 11/01/2016 | 11/01/2015 |
| Date of Last Payment: | 02/05/2020 | 02/05/2020 | 11/01/2015 |

⊞ Legend

**Two-Year payment history**

| Month | Apr | Mar | Feb | Jan | Dec | Nov | Oct | Sep | Aug | Jul | Jun | May | Apr | Mar | Feb | Jan | Dec | Nov | Oct | Sep | Aug | Jul | Jun | May |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Year | | | | | | | | | | | | | | | | | | | | | | | | |

*Exhibit A*



**Thank you for your request for the CareCredit credit card, issued by Synchrony Bank.**

# Unfortunately, your request has been declined at this time.

Your reference number is: **18804447**

Our decision was based in part on a credit scoring system that was used to evaluate your request. The most significant reason(s) where you did not score well are listed below:

- **Delinquent or derogatory real estate secured loan**

- **Balances on accounts too high compared to credit limits and loan amounts**
- **Too many bankcards with high balance compared to credit limit**

Some information used to make this decision was obtained from the consumer reporting agency (agencies) listed below. This consumer reporting agency (agencies) did not make this credit decision and is unable to provide you with the specific reason(s) for our action. If you believe there may be information on your credit bureau that is not correct, we suggest you contact the consumer reporting agency below to verify the information. If more than one agency is disclosed the reason(s) shown are based on the report provided by the first listed agency.

T.U. CONSUMER RELATIONS
2 BALDWIN PLACE
PO BOX 1000
CHESTER, PA 19016
800-888-4213

*Exhibit A*

**Information about your Credit Score used in this evaluation for credit**

In addition, we also obtained an external credit score from the consumer reporting agency indicated above and used it in making our credit decision. If more than one agency is listed the credit score was obtained from the first listed agency. Your credit score is a number that reflects the information in your credit report. Your credit score can change, depending on how the information in your credit report changes. The credit score below was developed using standard industry methods and was used to evaluate your application. The credit score may differ from the score you obtain from a consumer reporting agency.

| Your credit score: | Date: |
|---|---|
| **565** | **10/06/2022** |

**Scores range from a low of 300 to a high of 850**

- **Delinquent or derogatory real estate secured loan**
- **Delinquent or derogatory status on real estate secured loan is too recent**
- **Balances on accounts too high compared to credit limits and loan amounts**
- **Too many bankcards with high balance compared to credit limit**

If you have questions regarding this letter, please write to us at:
Synchrony Bank
PO Box 965037
Orlando FL 32896-5037
Sincerely,


Synchrony Bank, Creditor


**Important information required by federal law and state law**

The Federal Equal Credit Opportunity Act prohibits creditors from discriminating against credit applicants on the basis of race, color, religion, national origin, sex, marital status, age (provided the applicant has the

Rocket Mortgage, LLC
1050 Woodward Ave
Detroit, MI 48226-1906
(800) 863-4332
Company NMLS#: 3030



**EXHIBIT A**



Page 1 of 2

Date: October 14, 2022
Loan Number: 3515958081

Mario Castro
419 W Hills Rd
Melville, NY 11747-1045

Dear Mario Castro,

Thank you for giving Rocket Mortgage, LLC the opportunity to help with your home loan. Unfortunately, we are unable to offer you financing at this time. We made every effort to help you with your unique financial situation, and wanted to remind you of the reasons why we are currently unable to help you with your loan:

* Credit History: Current/previous slow payments, judgments, liens or BK

It is important to note that this denial for home financing is confidential and not reported to any credit bureau. Our decision was made partially or completely on information we found in a credit report from the consumer reporting agency listed below. Though we used their report, they did not play any part in our decision, and will not be able to give you specific reasons why we denied your request for a home loan. You should know that under the Fair Credit Reporting Act you have the right to request a free copy of your credit report within 60 days of receiving this letter. If you get your report and discover that any information is inaccurate or incomplete, you have the right to dispute the information with the agency:

Consumer Reporting Agency: FactualData-Soft
Address: 5100 Hahns Peak Drive, Loveland, CO  80538
Toll Free: (866) 870-9526

Please see the following page for information related to your individual credit score.

Our sister company, Rocket HQ, is a great place to see how your past and current financial trends can impact your credit. Rocket HQ's convenient tools and simplified explanations help you understand your credit report and score. They even make it easy to track all of your debts in one place. You can sign up for free today at RocketHQ.com.

You should have already had a conversation with your Mortgage Banker about our inability to provide you with financing at this time. However, if this is the first you've heard about this or if you have any additional questions or concerns, please contact our Client Relations team at (800) 863-4332 between 8:30AM to 9:00PM ET Monday-Friday and 9:00AM to 4:00PM ET Saturday or email us at help@RocketMortgage.com.

Thank you again for giving us the chance to help with your financing.  We're sorry we couldn't help you this time.  We'll keep in touch with you and when you're ready to look at home financing options again, we hope that you'll give us the same opportunity to earn your business and your trust.

Sincerely,

Douglas Corsetti
Douglas Corsetti - NMLS#: 583541
Mortgage Banker
Phone: (800)226-6308 Ext. 68164
Fax: (877)382-0235

The federal Equal Credit Opportunity Act prohibits creditors from discriminating against credit applicants on the basis of race, color, religion, national origin, sex, marital status, age (provided the applicant has the capacity to enter into a binding contract); because all or part of the applicant's income derives from any public assistance program; or because the applicant has in good faith exercised any right under the Consumer Credit Protection Act. The federal agency that administers compliance with this law concerning this creditor is:  Federal Trade Commission - Equal Credit Opportunity, Washington, D.C. 20580.

6924491845

**EXHIBIT A**



3515958081

q03515958081 0284 003 0202

Mario Castro
Loan Number: 3515958081

We obtained your credit score from Equifax Credit Information Services and used it in making our credit decision.  Your credit score is a number that reflects the information in your credit report and can change depending on how the information in your credit report changes.

- * Your credit score: 660
- * Date: October 14, 2022
- * Scores range from a low of 350 to a high of 900.
- * Key factors which adversely affected your credit score:

   10: Balances are too high on your bank revolving or all revolving Credit History accounts.
   23: None
   13: Delinquent account appears too recent.
   11: Too many high current balances on revolving accounts.

The federal Equal Credit Opportunity Act prohibits creditors from discriminating against credit applicants on the basis of race, color, religion, national origin, sex, marital status, age (provided the applicant has the capacity to enter into a binding contract); because all or part of the applicant's income derives from any public assistance program; or because the applicant has in good faith exercised any right under the Consumer Credit Protection Act. The federal agency that administers compliance with this law concerning this creditor is: Federal Trade Commission - Equal Credit Opportunity, Washington, D.C. 20580.

# EXHIBITS
# B

# REQUEST FOR ACCOUNTING! EXHIBIT B

U.C.C. 9 – 210, NY UCC § 9-210 and other applicable laws.

**Date: October** _26 th_ **, 2022**

**From:**   Mario E. Castro, Homeowner
419 West hills Road
Melville, NY 11747

**To:**   REAL TIME SOLUTIONS
Attention: Eric C. Green (CEO)
1349 Empire Central Drive Dallas, T.X. 75247
**Via U.S.P.S. Certified Mail No.: 7022 2410 0000 5366 2550**

**Reference account No.'s: 0126376016**

Dear Principal or Agent and/or Recipient:

This communication is with reference to the alleged contractual relationship, I have a right to an authenticated record of accounting. I am not requesting a statement of account, but for an authenticated record of the accounting. I am hereby disputing the alleged debt and any alleged balance, and to require that you provide the requested information within the time allotted by law, which is 14 calendar-days. My property is considered consumer goods under UCC 9-102(a) 23 and 24.

I do wish to thank you for your time in providing this information, which is readily available to you as the custodian of records, and/or the collective entity. Please note that each day beyond the 14th calendar-day of receipt of this communication I will BE assessing a $33 per day penalty for your failure to comply and/or $1000 per month, whichever is greatest. I have the right to this information as indicated by the Uniform Commercial Code:

U.C.C. § 9-210, NY UCC § 9-210. REQUEST FOR ACCOUNTING; REQUEST REGARDING LIST OF COLLATERAL OR STATEMENT OF ACCOUNT.

**§ 9-210 AND NY UCC § 9-210. REQUEST FOR ACCOUNTING; REQUEST REGARDING LIST OF COLLATERAL OR STATEMENT OF ACCOUNT.**

**(A) [DEFINITIONS.] (1) "REQUEST" MEANS A RECORD...**

**(2) "REQUEST FOR AN ACCOUNTING" MEANS A RECORD AUTHENTICATED**

**(B) [DUTY TO RESPOND TO REQUESTS.] ... SHALL COMPLY WITH A REQUEST WITHIN 14 DAYS AFTER RECEIPT:**

**(1) IN THE CASE OF A REQUEST FOR AN ACCOUNTING, BY AUTHENTICATING AND SENDING TO THE DEBTOR AN ACCOUNTING; AND...**

**(E) [REQUEST FOR ACCOUNTING OR REGARDING STATEMENT OF ACCOUNT; NO INTEREST IN OBLIGATION CLAIMED.]**

**EXHIBIT B**

**A PERSON THAT RECEIVES A REQUEST FOR AN ACCOUNTING OR A REQUEST REGARDING A STATEMENT OF ACCOUNT..., AND CLAIMED AN INTEREST IN THE OBLIGATIONS AT AN EARLIER TIME SHALL COMPLY WITH THE REQUEST WITHIN 14 DAYS AFTER RECEIPT BY SENDING TO THE DEBTOR AN AUTHENTICATED RECORD:**

**(1) DISCLAIMING ANY INTEREST IN THE OBLIGATIONS; AND**

**(2) IF KNOWN TO THE RECIPIENT, PROVIDING THE NAME AND MAILING ADDRESS OF ANY ASSIGNEE OF OR SUCCESSOR TO THE RECIPIENT'S INTEREST IN THE OBLIGATIONS.**

This authenticated record must include all tax filings (including all 1099's, 1096's, and 1098's) any and all trades and/or investments and/or interests associated with this account of which I am alleged to be a party. I have a right to this information, as its directly associated with the reporting activities associated with my financial record. It is believed that this was and/or is considered a consumer debt, and is classified as household goods exempt from taxation. The associated debt was not used for commercial purposes nor for-profit and/or gain as defined by the Uniform Commercial Code article 9 section 102 and 109! Please correct your records to reflect the aforementioned, my property is neither real estate, nor investment property, it is private property, and under the right to property clause of the Bill of Rights for the State and for the United States of America, these are my possessions, my property, my interest, and I do not wish to be libeled by any other attempts to seize what is mine by right.

As noted above you have a duty and/or obligation to respond with the appropriate information within the time frame allotted and or permitted by law, in conjunction with other related laws and/or statutes of limitations. Because this is associated with a debt that is being reported the following principles associated with my rights applies respectively, **THE FAIR DEBT COLLECTION PRACTICES ACT, THE FAIR CREDIT REPORTING ACT,** and/or **THE TRUTH IN LENDING ACT,** penalties and assessments and/or failure to act and/or failure to comply with the statutory requirements, please be advised.

**NOTICE TO AGENT IS NOTICE TO PRINCIPLE AND VICE VERSA**

I sincerely intentionally thank you for your compliance with this NOTIFICATION,

Mario E. Castro

x

2

Settlement Offer, I Believe That I, If I Owe Anything, It Is Possibly $10, And I Am Willing To Settle The Account For That Amount Without Admitting Any Liability, Ownership Of The Debt, and/or Fault Concerning This Alleged Debt. If You Accept My Offer Please Acknowledge Such Communication With A Bill Of $10 Waiving and/or Canceling The Remaining Portion Of The Alleged Debt, So As To Settle This Matter, At Which Time You Are Free To Utilize Government's Administrative Process For Cancellation and/or Forgiveness Of Debt As Noted Above.

# REQUEST FOR ACCOUNTING! EXHIBIT B

U.C.C. 9 – 210, NY UCC § 9-210 and other applicable laws.

Date: October 26th, 2022

**From:**  Mario E. Castro, Homeowner
419 West hills Road
Melville, NY 11747

**To:**  SHELLPOINT MORTGAGE SERVICING
Attention: Jack Navarro (CEO)
Po Box 10826 Greenville, S.C. 29603-0826
**Via U.S.P.S. Certified Mail No.: 7022 2410 0000 5366 2543**

**Reference account No.'s: 0578156729**

Dear Principal or Agent and/or Recipient:

This communication is with reference to the alleged contractual relationship, I have a right to an authenticated record of accounting. I am not requesting a statement of account, but for an authenticated record of the accounting. I am hereby disputing the alleged debt and any alleged balance, and to require that you provide the requested information within the time allotted by law, which is 14 calendar-days. My property is considered consumer goods under UCC 9-102(a) 23 and 24.

I do wish to thank you for your time in providing this information, which is readily available to you as the custodian of records, and/or the collective entity. Please note that each day beyond the 14th calendar-day of receipt of this communication I will BE assessing a $33 per day penalty for your failure to comply and/or $1000 per month, whichever is greatest. I have the right to this information as indicated by the Uniform Commercial Code:

U.C.C. § 9-210, NY UCC § 9-210. REQUEST FOR ACCOUNTING; REQUEST REGARDING LIST OF COLLATERAL OR STATEMENT OF ACCOUNT.

§ 9-210 AND NY UCC § 9-210. REQUEST FOR ACCOUNTING; REQUEST REGARDING LIST OF COLLATERAL OR STATEMENT OF ACCOUNT.

(A) [DEFINITIONS.] (1) "REQUEST" MEANS A RECORD...

(2) "REQUEST FOR AN ACCOUNTING" MEANS A RECORD AUTHENTICATED

(B) [DUTY TO RESPOND TO REQUESTS.] ... SHALL COMPLY WITH A REQUEST WITHIN 14 DAYS AFTER RECEIPT:

(1) IN THE CASE OF A REQUEST FOR AN ACCOUNTING, BY AUTHENTICATING AND SENDING TO THE DEBTOR AN ACCOUNTING; AND...

(E) [REQUEST FOR ACCOUNTING OR REGARDING STATEMENT OF ACCOUNT; NO INTEREST IN OBLIGATION CLAIMED.]

EXHIBIT B

**A PERSON THAT RECEIVES A REQUEST FOR AN ACCOUNTING OR A REQUEST REGARDING A STATEMENT OF ACCOUNT..., AND CLAIMED AN INTEREST IN THE OBLIGATIONS AT AN EARLIER TIME SHALL COMPLY WITH THE REQUEST WITHIN 14 DAYS AFTER RECEIPT BY SENDING TO THE DEBTOR AN AUTHENTICATED RECORD:**

**(1) DISCLAIMING ANY INTEREST IN THE OBLIGATIONS; AND**

**(2) IF KNOWN TO THE RECIPIENT, PROVIDING THE NAME AND MAILING ADDRESS OF ANY ASSIGNEE OF OR SUCCESSOR TO THE RECIPIENT'S INTEREST IN THE OBLIGATIONS.**

This authenticated record must include all tax filings (including all 1099's, 1096's, and 1098's) any and all trades and/or investments and/or interests associated with this account of which I am alleged to be a party. I have a right to this information, as its directly associated with the reporting activities associated with my financial record. It is believed that this was and/or is considered a consumer debt, and is classified as household goods exempt from taxation. The associated debt was not used for commercial purposes nor for-profit and/or gain as defined by the Uniform Commercial Code article 9 section 102 and 109! Please correct your records to reflect the aforementioned, my property is neither real estate, nor investment property, it is private property, and under the right to property clause of the Bill of Rights for the State and for the United States of America, these are my possessions, my property, my interest, and I do not wish to be libeled by any other attempts to seize what is mine by right.

As noted above you have a duty and/or obligation to respond with the appropriate information within the time frame allotted and or permitted by law, in conjunction with other related laws and/or statutes of limitations. Because this is associated with a debt that is being reported the following principles associated with my rights applies respectively, **THE FAIR DEBT COLLECTION PRACTICES ACT, THE FAIR CREDIT REPORTING ACT,** and/or **THE TRUTH IN LENDING ACT,** penalties and assessments and/or failure to act and/or failure to comply with the statutory requirements, please be advised.

NOTICE TO AGENT IS NOTICE TO PRINCIPLE AND VICE VERSA

I sincerely intentionally thank you for your compliance with this NOTIFICATION,

Mario E. Castro

x _____

2

Settlement Offer, I Believe That I, If I Owe Anything, It Is Possibly $10, And I Am Willing To Settle The Account For That Amount Without Admitting Any Liability, Ownership Of The Debt, and/or Fault Concerning This Alleged Debt. If You Accept My Offer Please Acknowledge Such Communication With A Bill Of $10 Waiving and/or Canceling The Remaining Portion Of The Alleged Debt, So As To Settle This Matter, At Which Time You Are Free To Utilize Government's Administrative Process For Cancellation and/or Forgiveness Of Debt As Noted Above.

# REQUEST FOR ACCOUNTING! **EXHIBIT B**

U.C.C. 9 – 210, NY UCC § 9-210 and other applicable laws.

**Date: October** _26ᵗʰ_, **2022**

**From:**   Mario E. Castro, Homeowner
419 West hills Road
Melville, NY 11747

**To:**   THE BANK OF NEW YORK MELLON
Attention: Charles W. Scharf, Chair and CEO of
BANK OF NEW YORK MELLON
24 Greenwich Street, N.Y., New York 10286
**Via U.S.P.S. Certified Mail No.: 7022 2410 0000 5366 2574**

**Reference account No.'s: 0578156729 and 0126376016**

Dear Principal or Agent and/or Recipient:

This communication is with reference to the alleged contractual relationship, I have a right to an authenticated record of accounting. I am not requesting a statement of account, but for an authenticated record of the accounting. I am hereby disputing the alleged debt and any alleged balance, and to require that you provide the requested information within the time allotted by law, which is 14 calendar-days.  My property is considered consumer goods under UCC 9-102(a) 23 and 24.

I do wish to thank you for your time in providing this information, which is readily available to you as the custodian of records, and/or the collective entity. Please note that each day beyond the 14ᵗʰ calendar-day of receipt of this communication I will BE assessing a $33 per day penalty for your failure to comply and/or $1000 per month, whichever is greatest. I have the right to this information as indicated by the Uniform Commercial Code:

U.C.C. § 9-210, NY UCC § 9-210. REQUEST FOR ACCOUNTING; REQUEST REGARDING LIST OF COLLATERAL OR STATEMENT OF ACCOUNT.

**§ 9-210 AND NY UCC § 9-210. REQUEST FOR ACCOUNTING; REQUEST REGARDING LIST OF COLLATERAL OR STATEMENT OF ACCOUNT.**

**(A) [DEFINITIONS.] (1) "REQUEST" MEANS A RECORD...**

**(2) "REQUEST FOR AN ACCOUNTING" MEANS A RECORD AUTHENTICATED**

**(B) [DUTY TO RESPOND TO REQUESTS.] ... SHALL COMPLY WITH A REQUEST WITHIN 14 DAYS AFTER RECEIPT:**

**(1) IN THE CASE OF A REQUEST FOR AN ACCOUNTING, BY AUTHENTICATING AND SENDING TO THE DEBTOR AN ACCOUNTING; AND...**

**(E) [REQUEST FOR ACCOUNTING OR REGARDING STATEMENT OF ACCOUNT; NO INTEREST IN OBLIGATION CLAIMED.]**

**EXHIBIT B**

**A PERSON THAT RECEIVES A REQUEST FOR AN ACCOUNTING OR A REQUEST REGARDING A STATEMENT OF ACCOUNT..., AND CLAIMED AN INTEREST IN THE OBLIGATIONS AT AN EARLIER TIME SHALL COMPLY WITH THE REQUEST WITHIN 14 DAYS AFTER RECEIPT BY SENDING TO THE DEBTOR AN AUTHENTICATED RECORD:**

**(1) DISCLAIMING ANY INTEREST IN THE OBLIGATIONS; AND**

**(2) IF KNOWN TO THE RECIPIENT, PROVIDING THE NAME AND MAILING ADDRESS OF ANY ASSIGNEE OF OR SUCCESSOR TO THE RECIPIENT'S INTEREST IN THE OBLIGATIONS.**

This authenticated record must include all tax filings (including all 1099's, 1096's, and 1098's) any and all trades and/or investments and/or interests associated with this account of which I am alleged to be a party. I have a right to this information, as its directly associated with the reporting activities associated with my financial record. It is believed that this was and/or is considered a consumer debt, and is classified as household goods exempt from taxation. The associated debt was not used for commercial purposes nor for-profit and/or gain as defined by the Uniform Commercial Code article 9 section 102 and 109! Please correct your records to reflect the aforementioned, my property is neither real estate, nor investment property, it is private property, and under the right to property clause of the Bill of Rights for the State and for the United States of America, these are my possessions, my property, my interest, and I do not wish to be libeled by any other attempts to seize what is mine by right.

As noted above you have a duty and/or obligation to respond with the appropriate information within the time frame allotted and or permitted by law, in conjunction with other related laws and/or statutes of limitations. Because this is associated with a debt that is being reported the following principles associated with my rights applies respectively, **THE FAIR DEBT COLLECTION PRACTICES ACT, THE FAIR CREDIT REPORTING ACT,** and/or **THE TRUTH IN LENDING ACT,** penalties and assessments and/or failure to act and/or failure to comply with the statutory requirements, please be advised.

NOTICE TO AGENT IS NOTICE TO PRINCIPLE AND VICE VERSA

I sincerely intentionally thank you for your compliance with this NOTIFICATION,

Mario E. Castro

x _____

2

Settlement Offer, I Believe That I, If I Owe Anything, It Is Possibly $10, And I Am Willing To Settle The Account For That Amount Without Admitting Any Liability, Ownership Of The Debt, and/or Fault Concerning This Alleged Debt. If You Accept My Offer Please Acknowledge Such Communication With A Bill Of $10 Waiving and/or Canceling The Remaining Portion Of The Alleged Debt, So As To Settle This Matter, At Which Time You Are Free To Utilize Government's Administrative Process For Cancellation and/or Forgiveness Of Debt As Noted Above.

**EXHIBIT B**

Today's Date is: <u>2020-10-15</u>     Credit Report Data Resource: <u>Identity IQ 10/15/2020</u>

My First and Last Name is and ONLY is   <u>Mario Castro</u>

My Address Street Number, Street Name, City, and State is and only is

<u>419, West Hills Road, Melville, New York</u>

My Date of Birth is and only is   <u>1/18/1966</u>

My current Legally acquired lawful Social Security Number last four is and only is   <u>4651</u>

****To begin, I would like to ensure you have and ONLY RETAIN current, TRUE, CORRECT, COMPLETE, and MANDATED REPORTED information per FCRA regulations, any and all others that might be reported now or else wise I DEMAND, as is my lawful RIGHT(s) to do so, that you annul permanently and immediately any and all deficient of these afore-noted conditions, mentioned or not, especially if related directly or indirectly to any potentially injurious information be it true or unknown! Again, I DO NOT AUTHORIZE you to mis-report any mis-information now or ever, please review and ENSURE your adequate and full accordance to the laws upon which govern your practice of reporting consumer credit profiles.

(a)I do NOT have any requisite OTHER NAMES or aliases and I do NOT desire any OTHER NAMES or aliases to be retained or reported, if ANY DELETE NOW or produce PROOF of your legitimate AUTHORITY to retain much less report without infringing my consumer right(s).

(b)I do NOT have any requisite OTHER CURRENT addresses and I do NOT desire any OTHER ADDRESSES to be retained or reported, if ANY DELETE NOW or produce PROOF of your legitimate AUTHORITY to retain much less report without infringing my consumer right(s).

(c )I do NOT have any requisite OTHER SSNs and I do NOT desire any OTHER SSNs to be retained or reported, if ANY DELETE NOW or product PROOF of your legitimate AUTHORITY to retain much less report without infringing my consumer right(s)..

(d)I do NOT have any requisite OTHER Dates of Birth and I do NOT desire any OTHER Dates of Birth to be retained or reported, if ANY DELETE NOW or product PROOF of your legitimate AUTHORITY to retain much less report without infringing my consumer right(s).

(e)I do NOT have any requisite telephone numbers and I do NOT desire any telephone numbers to be retained or reported, if ANY DELETE NOW or product PROOF of your legitimate AUTHORITY to retain much less report without infringing my consumer right(s).

(f)I do NOT have any requisite employers and I do NOT desire any employers to be retained or reported, if ANY DELETE NOW or product PROOF of your legitimate AUTHORITY to retain much less report without infringing my consumer right(s).

(g)I do NOT have any requisite spouses/ roommates/ co-applicants and I do NOT desire any spouses/ roommates/ co-applicants to be retained or reported, if ANY DELETE NOW or product PROOF of your legitimate AUTHORITY to retain much less report without infringing my consumer right(s).

My Personal Tracking Number is   <u>1580 3632 8940 3415 9612</u>

Destination of my Consumer Complaint is   <u>EXPERIAN PO BOX 9701, ALLEN, TX 75013</u>

R E : Consumer Notice to PHYSICALLY CHECK for complete and CERTIFIED COMPLIANCE of reporting ensuring that any and all claims of delinquency, derogatoriness, and or inquiry are factually proven fully TRUE, CORRECT, COMPLETE, TIMELY, and or elsewise VALID as reported and additionally as mandatory ensure that any injurious claim is PERFECT and COMPLETE in its CERTIFIED METRO 2 FORMAT REPORTING COMPLIANCE! Compliant reporting of ONLY TRUE ACCURATE COMPLETE VERIFIABLY VALID and CERTIFIED as such is a MINIMAL REQUISITE of lawful reporting NOT AN OPTIONAL ONE! I as well use this notice to contest ignorant or elsewise

EXHIBIT B

deficient allegations regardless of reason of derelictio . My notice here serves as my OFFICIALLY WRIT notification of my lawful consumer CHALLENGE to not yet substantiated claims as regards to REPORT-ABILITY, not a consideration of the claim(s) reality of collect-ability or not!

# To Whom it Concerns,

I would like to forge forward with a righted disputation challenging what likely is an inaccurate, untrue, incomplete, untimely, not compliant, and or possibly not even of my ownership of responsibility allegation of a derogatory item that I see you currently have on my credit report, possibly causing violating infringements and injury to my credibility. While studying my report I have come across a number of mistakes and inaccuracies that you are reporting. Please review and eradicate any and all of these following unproven true, correct, complete, timely, mine, my responsibility, FCRA compliant, Metro 2 Format compliant, or else wise compliant to every single one even each any and all of the regulations ,applicable laws, and or applicable standards of reporting of which you are undoubtedly mandated in your reporting obligation(s) to obey without default or deficiency of any sort. The following challenged information is among such allegations of which each and one all require immediate deletion OR REMOVAL FROM REPORTING otherwise. I DEMAND rightfully that you do so today, even now and here! Below listed is the currently reported not yet proven valid nor demonstrated as being certifiably compliant reported allegation(s) of information that I mark as being in question:

**SHELLPOINT**

**Account #:**  57815****  57815****  57815****

**Account Type:**  Mortgage   Mortgage   Mortgage

**Account Type - Detail:**  Conventional real estate mortgage   Conventional real estate mortgage   Real estate mortgage

**Address:**  SHELLPOINT MORTGAGE SVC : 55 BEATTIE PLACE STE 600 GREENVILLE, SC 29601

| SHELLPOINT | TransUnion | Experian | Equifax |
|---|---|---|---|
| Account #: | 57815**** 🔄 | 57815**** 🔄 | 57815**** 🔄 |
| Account Type: | Mortgage-U | Mortgage-U | Mortgage-U |
| Account Type - Detail: | Conventional real estate mortgage-U | Conventional real estate mortgage-I | Real estate mortgage |
| Bureau Code: | Individual-U | Individual-U | Individual-U |
| Account Status: | Open-U | Open-U | Open-U |
| Monthly Payment: | $2,410.00-U | $2,410.00-U | $2,410.00-U |
| Date Opened: | 03/07/2006-I | 03/01/2006-U | 03/01/2006-I |
| Balance: | $498,639.00-U | $498,639.00-U | $498,639.00-U |
| No. of Months (terms): | 360-U | 360-I | 0-I |
| High Credit: | $448,800.00-U | $448,800.00-U | $448,800.00-U |
| Credit Limit: | $0.00-U | $0.00-U | $0.00-U |
| Past Due: | $65,000.00-I | $147,310.00-U | $147,310.00-I |
| Payment Status: | Late 120 Days-I | Late 180 Days-I | Late 120 Days-U |
| Last Reported: | 07/31/2020-U | 07/31/2020-I | 07/01/2020-I |
| Comments: | -M | -M | Real Estate Mortgage Conventional mortgage |
| Date Last Active: | 07/31/2020-I | 08/01/2017-I | 11/01/2015-I |
| Date of Last Payment: | 02/05/2020-U | 02/05/2020-U | 11/01/2015-I |

**Two-Year payment history**

| Month | Jun | May | Apr | Mar | Feb | Jan | Dec | Nov | Oct | Sep | Aug | Jul | Jun | May | Apr | Mar | Feb | Jan | Dec | Nov | Oct | Sep |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Year | 20 | 20 | 20 | 20 | 20 | 20 | 19 | 19 | 19 | 19 | 19 | 19 | 19 | 19 | 19 | 19 | 19 | 19 | 18 | 18 | 18 | 18 |

Page 2 of 5

**EXHIBIT B**

My state and the applicable federal regulations and standards for proper lawful reporting requires that any injurious claim of delinquency and or derogatoriness be factual and physically verified as being fully True, ACCURATE, COMPLETE, TIMELY, of a known ownership of responsibility, and else wise undeniably VALIDATED and further mandates that all such allegations are reported in a perfect and certifiable compliant manner such as in relation to the mandatorily perfect correct and complete certificated Metro 2 Format reporting standard(s). Being that the noted allegation(s) of delinquencies and derogatoriness's are reported as one or more fallible conditions of being "missing or incomplete", inconsistent, questionable, and or else wise UNPROVEN reporting. Inability to validate and certify compliant reporting is grounds to demand eradication of claims, and this is my REBUTTAL to ANY AND ALL NEGATIVE ACCUSATIONS and my rightful DEMAND TO REMOVE such claims from REPORTING!

********************************************************************************

Be aware that I have obtained a recent copy of my credit report and discovered it contains inaccurate or otherwise questionably reported injurious information or derogatoriness elsewise. Of greater concern is the fact that I have found at least one circumstance of reported claim(s) that still yet are factually UNPROVEN TO BE COMPLIANT much less TRUE, complete and or accurately reported allegations of Account(s)/ Inquiry(ies)/ or personal identifier information otherwise that you are currently reporting, each of which appear to be not in lawful compliance to requisite reporting regulations or else wise improperly reported and or transferred by other lender/servicer(s) on the report. I adequately have researched and fully understand my rights and I am serving you written notice of my consumer demand checking for your federally required proof of compliance even to the metro 2 data field formatted regulatory reporting obligations of you as a specific mandate due to the CRSA enactment and implementation of the standardized CDIA sponsored Metro 2 Compliance rules. The Fair Credit Reporting Act dictates that every single one even each any and or all accusations of debts, true or not, must be accurately and timely reported in all deferment/transfer cases. It appears that it cannot be determined in irrefutable fact (as required) that everyone and all of the loans in question were or were not handled properly when they were transferred. I am enacting both my consumer and my civil rights lawfully to COMPEL YOU IN WRIT DEMAND to demonstrate all facts and further to unequivalently provide me with written documentation of the deletion of this erroneous information for each and every one of the unproven or else otherwise not lawfully compliant reportings of accounts, which obviously are in question. You can be assured also that immediately I am also notifying the Better Business Bureau and Consumer Financial Protection offices in regard to this unforgivable and extremely injurious error in your clear mis-reporting of illegal mis-information! To date, no entity (neither the accusers nor you) has elected to properly and lawfully in truth, accuracy, completeness, timeliness, and otherwise in full reporting compliance (particularly in metro 2 compliance) to provide to me , the consumer alleged, even a single or ONE tangible shred of evidence from any much less any of these data furnisher(s). As is generally so advised by representatives of the Consumer Financial Protection Bureau (CFPB) I have indeed made known my concerns of unlawful chancery-based subterfuge in my credit reports related to these allegations hereby declared. I have never received any substantiating verification of irrefutable full truth, accuracy, completeness, timeliness, ownership, responsibility, and compliance to any and all federal obligations and even the metro 2 compliance requirements from anyone even if and when I forwarded written request of information to VALIDATE the account information that your firm reported as miraculously verified, yet without any such proof of this alleged affirmation of facts. Being now possibly several weeks I was informed by the Loan servicer that the INFORMATION REQUIRED TO VALIDATE the LOAN information HAD NOT BEEN RETAINED AND THAT THEY COULD NOT CONFIRM ANY INFORMATION AT THIS TIME! I feel it is in your best interest to suspend reporting this disputed information immediately! If you choose not too or send along one of your

Page 3 of 5

**EXHIBIT B**

famous ridiculous and unflattering much less insulting of intelligence form letters I will have no choice but commence the unpleasantness of a Sections 1024.35 (Notice of Error) under Regulation X (CFPB regulation) that confirms my private right of action directly against your firm for FAILING to respond and CONTINUING to report disputed information after direct notice of said dispute was provided. You have 5 calendar days to comply and provide a written notice of the suspension of this item pending the resolution of the investigation action or face litigation. Here now and forever annul any and all account records of derogatory, adversary, or else wise deficient of proof of full of reporting compliance( be it FCBA, FCRA, FDCPA, Metro 2 Format Compliance, or else whether mentioned or not) claims or aspects of claims associated. UNLESS IRREFUTABLY PROVEN,PHYSICALLY,   TO   BE   FULLY   METRO   2   COMPLIANT   AND   CURRENT, TRUE,CORRECT,COMPLETE,TIMELY,MINE,OF MY RESPONSIBILITY,OR ELSEWISE MANDATED PER REPORTING LAWS OF MY STATE AND OR FEDERALLY ABSOLUTELY NO ADVERSE OR DEROGATORY ALLEGATIONS CAN BE LAWFULLY RETAINED MUCH LESS LEGALLY REPORTED.AS SUCH, I AM NOW ENACTING MY CONSUMER AND CIVIL RIGHTS TO COMPEL YOU TO ANNUL ANY NOW BY FULL AND PERMANENT DELETION OR ELSE ADEQUATELY TESTIMONY TO THE DOCUMENT CERTIFICATION OF YOUR OBEYING OF THE MANDATED METRO 2 DATA FORMATTED REPORTING REGULATION STANDARDS. FAILURE TO REMEDY THIS APPROPRIATELY WILL LEAD TO MY DETERMINED AND RIGHTFUL CIVIL ACTIONS TO SUIT YOU AND SEEK MONETARY RESOLUTION GRANTED ME VIA A COURT IN MY JURISDICTION.

## In Genuine Sincerity I close,

My First and Last Name is and ONLY is  **Mario Castro**

My Address Street Number, Street Name, City, and State is and only is

419, West Hills Road, Melville, New York



**EXHIBIT B**



Conditional Acceptance for the Value/Agreement/Counter Offer to Acceptance of Offer   **EXHIBIT B**

**SHOW OF CAUSE PROOF OF CLAIM DEMAND**
**SERVED OR PRESENTED via the: UNITED STATES POSTAL SERVICE**
**by the UNITED STATES POST OFFICE via First Class Postage Prepaid**

**Contract # 2019-01091221MMLJC-WBF4UJCSM–U123899811**<sup>①</sup>

**PARTIES:**
(RESPONDENTS/OFFEREE:)

**To:** THE BANK OF NEW YORK MELLON
Attention: Charles W. Scharf, Chair and CEO of
BANK OF NEW YORK MELLON
24 Greenwich Street, N.Y., New York 10286
**Account No.:: 0578156729 and 0126376016 ***
CERTIFIED MAIL NUMBER: 7018 0680 0002 3047 0602
-----

**To:** SHELLPOINT MORTGAGE SERVICING
c/o  Jack Navarro (CEO)
Po Box 10826 Greenville, S.C.
29603-0826
**Account No.:: 0578156729**
CERTIFIED MAIL NUMBER: 7018 0680 0002 3047 0626
---

UNITED STATES OF AMERICA
c/o U.S. Department of Justice
**Address:** 950 Pennsylvania Avenue, NW Washington, DC 20530-0001
CERTIFIED MAIL NUMBER: 7018 0680 0002 3047 0640

**To:** THE NEW YORK STATE Supreme Court
Honorable Chief Judge Janet DiFiore
**Address:** 25 Beaver Street, New York, N.Y. 12207
CERTIFIED MAIL NUMBER: 7018 0680 0002 3047 0664

**To:** State of NEW YORK Attorney General's Office
Attorney General: Letitia James
**Address:** Office of The Attorney General
The Capitol, Albany , N.Y. 12224-0341
CERTIFIED MAIL NUMBER: 7018 0680 0002 3047 0688

**To:** Federal Reserve
Board of Governors of the Federal Reserve System
**Address:** 20th Street and Constitution Avenue N.W., Washington, DC 20551
CERTIFIED MAIL NUMBER: 7018 0680 0002 3047 0701

**To:** THE BANK OF NEW YORK MELLON
c/o  AKERMAN LLP ATTENTION : Natsayi Mawere, Joseph DeFazio
666 Fifth Avenue 20th Fl.,
New York, N.Y., 10103
**Account No. 0578156729**
CERTIFIED MAIL NUMBER: 7018 0680 0002 3047 0619
--

**To:** REAL TIME SOLUTIONS,
Attention: Eric C. Green(CEO)
1349 Empire Central Drive Dallas, T.X. 75247
**Account No: 0126376016 ***
CERTIFIED MAIL NUMBER: 7018 0680 0002 3047 0633
--

**To:** the United States Supreme Court
**Address:** 1 First St NE, Washington, DC 20543
CERTIFIED MAIL NUMBER: 7018 0360 0001 0340 6057

**To:** The United States Department of Agriculture
Fiscal Service, Director, Finance Office
**Address:** 1400 Independence Avenue, SW, Washington, DC 20250
CORTIFIED MAIL NUMBER: 7018 0680 0002 3047 0671

**To:** Department of the Treasury
Bureau of The Fiscal Service
**Address:** 3201 Pennsy Drive, Building E, Landover, MD 20785
CERTIFIED MAIL NUMBER: 7018 0680 0002 3047 0695

**To:** The United States District Court
Eastern District Division of New York
**Address:** 100 Federal Plaza, Central Islip, N.Y., 11722
**Case No.(s):** 2:17 CV-04375
CERTIFIED MAIL NUMBER: 7018 0680 0002 3047 0718

(CLAIMANTS/OFFEROR:)

**From:**   Mario E. Castro and Magdalena Dumancela Castro
**Address:** 419 West Hills Rd, Melville , N.Y. 11747

**January 9, 2019**

To the Holder in Due Course and/or agent and/or representative,

I Mario E. Castro and associates have received your offer and accept your offer under the following terms and conditions-

That you provide the following proof of claim, your failure to provide proof of claim, and to accept payment for credit on account shall constitute a breach of this binding self-executing irrevocable contractual agreement coupled with interest and subject the breaching party to fines, penalties, fees, taxes and other assessments.

**10251.** PROOF OF CLAIM, the legal status of these "un/non-constitutional legislative entities" operating/functioning as sources of authority for these so-called "Revised Codes/Statutes"; and specifically the United States Code and/or specifically THE ACT OF MARCH 9TH, 1933 Proclamation 2038, 2039, 2040 AND Titles 4, 7, 11, 12, 15, 16, 18, 28, 31 and 42 USC; C.F.R., THE FEDERAL REGISTRY, thereof, is not that of a corporation/quasi corporation; which, is also created by statute. [See: 73 C.J.S., Public Administrative Law and Procedures, § 10, p. 372, citing: Parker v. Unemployment Compensation Commission, 214 S.W. 2d 529, 358 Mo. 365, which States: "The powers granted to an administrative body may be such as to establish it as a legal entity, and, although not expressly

declared to be a corporation, it may be considered a public quasi corporation."; Texas & Pacific Railway v. InterState Commerce Commission, 162 U.S. 197 (1895), which States: "The InterState Commerce Commission is a body corporate, with legal capacity to be a party plaintiff or defendant in the Federal courts."; 2 Am.Jur.2d, Administrative Law, § 32, p.56, which States: "Some administrative agencies are corporate bodies with legal capacity to sue and be sued."].

I.   **SHOW OF CAUSE PROOF OF CLAIM DEMAND**

10252.  PROOF OF CLAIM, that the Legislative Reference Bureau, created by Act of April 27, 1909, P.L. 208, and, reorganized by Act of May 7, 1923, P.L. 158, as a legislative "agency' with the primary function to draft and pass upon legislative bills and resolutions for introduction in the General Assembly, and to prepare for "adoption" by the General Assembly, "Codes" by topics, of the existing general statutes for which it was handed over statutory authority in 1974 to publish an "official publication" of the United States Code, is not operating/functioning as a "un/non-constitutional legislative entity"; and, is not operating or functioning as a foreign corporate entity representing the source of authority for the existence of statute(s)/law(s) known as the United States Code, in the capacity of an "administrative law agency" administering the corporate affairs and public of that which created it by statute.

10253.  PROOF OF CLAIM, these alleged statute(s)/law(s) of this "un/non-constitutional legislative entity"; i.e., the Legislative Reference Bureau, operating/functioning as a foreign corporate "administrative law agency" are not by nature akin private "by-laws" of a "corporation" for the administration of its internal Government and public; and, are binding and of force or effect over and upon the private, non-enfranchised, and non-assumpsit's thereto; and therewith, living, breathing, flesh-and-blood man, i.e. a natural person/man; and, as such, are not ultimately governed by, through, and within the realm of commercial law as adopted and codified within The United States Code thereby; and therein, representing commercial law for operating/functioning in commerce.

10254.  PROOF OF CLAIM, whereas the Constitution for the United States of America at Article I, Section 8 and 10 clearly prohibits the Congress from printing and issuing Federal Reserve Notes as it is a constitutional entity, or purportedly so, and its actions are limited thereby; and therein, a corporation or trust is not; e.g., the Federal Reserve System, created by Congressional Act in 1913, and as a "un/non-constitutional Congressional entity" without the Constitution, and therefore not bound NOR encumbered by said document/instrument, may proceed to print and issue money (currency) which would be an unconstitutional form of money for Congress; restrained as it is, by the instrument/document of its creation, these "un/non-constitutional legislative entities"; e.g., the Legislative Reference Bureau, and the alleged statute(s)/law(s) they create/generate is not a "un/non-constitutional" issue having no nexus with the Constitution; and, the binding force or effect of said statute(s)/law(s) is not established/created solely from; or by, contract between the parties; which, once silent judicial notice of said contract is taken by the Holder in due Course any affidavits in support thereof; and specifically within the above referenced alleged Loan/Debt/Security Instrument, unless said presumption of a contract is rebutted?

a.   Please note that although it is the United States Treasury Department who prints the so-called Federal Reserve notes, these notes have no value and are not backed by anything·

"Federal Reserve notes are not redeemable, and receive no backing by anything this has been the case since 1933. The notes have no value for themselves," this is taken from the official website of the United States financial expert, the United States Department of the Treasury whose job it is to print the money to be utilized by the public, and note how they say that since the government declared bankruptcy in 1933 their notes have had no value.

**An official website of the United States Government**

EXHIBIT B

*An official website of the United States Government*

## U.S. DEPARTMENT OF THE TREASURY

https://www.treasury.gov/resource-center/faqs/Currency/Pages/legal-tender.aspx

the Federal Reserve issues bookkeeping entry credit; there is no constitutional amendment permitting the Federal Reserve and/or the treasury to create worthless items and declared them to be currency. The Constitution has held that the monies created by Congress must have a value, and this is not a market value but a national currency value. Federal Reserve bookkeeping entry credit is not regulated by Congress, making this process by the Federal Reserve, the issuance of bookkeeping entry credit, unconstitutional. That is, unless and until you can provide facts and conclusions of law and not opinion to the contrary.

10255. PROOF OF CLAIM, that the original lender did not lend "bookkeeping entry credit" in the form of a loan, and failed to provide such notification and clear, unambiguous, conspicuous language/terminology that any reasonable man or woman would understand? "intentionally created fraud in the factum" and withheld from plaintiff... "vital information concerning said debt and all of the matrix involved in making the loan". Deutsche Bank v. Peabody, 866 N.Y.S.2d 91 (2008). EquiFirst, when making the loan, violated Regulation Z of the Federal Truth in Lending Act- 15 USC §1601 and the Fair Debt Collections Practices Act 15 USC §1692

10256. PROOF OF CLAIM- That the banking Holiday proclaimed by Pres. Roosevelt under proclamation 2039 prohibiting any during the course of such emergency to include but not be limited to deposits, credits, receipts, withdrawals within and between banking institutions has been suspended, declared over, abolished, repealed?

10257. PROOF OF CLAIM- That the government loan represented by this account is not backed by the full faith and credit of the United States government?

10258. PROOF OF CLAIM- That the government loan represented by this account is not secured by mortgage insurance, and that the holder in due course is the beneficiary of that mortgage insurance? That the mortgage insurance is in place should the borrower default?

10259. PROOF OF CLAIM- That the Loan associated with the debt is classified as a personal loan and not a home loan? And that if it were to be classified as a home loan the original lender would be responsible for capital gains taxes? That the Home is purchased not from a bank but a Private home Owner?

10260. PROOF OF CLAIM- That the property securing the loan (an unsecured loan), has been fully paid as a result of the treasury program and/or other government program respecting or associated with such loans (PROGRAMS LIKE THE SINGLE-FAMILY HOME LOAN GUARANTEE PROGRAM)?

10261. PROOF OF CLAIM- That issuing the loan in the form of "BOOKKEEPING ENTRY CREDIT" was deceptive, intentional, and a deliberate attempt to conceal pertinent information regarding the origination of the loan and the matrix associated thereto?

10262. PROOF OF CLAIM- That tax credits and/or a charge off whereby the government has issued credits respecting the associated loan/debt has not been applied to the borrower's side of the ledger indicating the adjustment in balance?

10263. PROOF OF CLAIM- That the Uniform Nonjudicial Foreclosure Act, The Uniform Home Foreclosure Procedure Act, the Administrative Procedures Act, do not recognize arbitration as an alternative dispute resolution remedy?

10264. PROOF OF CLAIM- That the associated loan has not been satisfied as outlined in the Uniform Satisfaction of Mortgage Act?

10265. PROOF OF CLAIM- That the borrower is entitled to a full and complete accounting, as you and/or your associated organizations are the keepers of record, the custodians of record, and or to supply a full and complete accounting of the record upon demand? Please note that demand is hereby made for a complete comprehensive accounting of this account, and the same deadline for furnishing a

response to this presentment is the exact same deadline for furnishing the accounting as/is demanded!

**10266.** PROOF OF CLAIM- That your organization nor the original lender ever intended on limiting lawful money as required in law, regulated by Congress and prescribed by the Constitution of the United States of America?

**10267.** PROOF OF CLAIM- That there is no lawful statute and/or Constitution delegation of authority authorizing your institution in creating "BOOKKEEPING ENTRY CREDIT", as a form of acceptable currency within the United States?

**10268.** PROOF OF CLAIM- That all property in the United States is owned by the state by virtue of government?

**10269.** PROOF OF CLAIM- That the following statement and/or record of Congress remains extant?

*"Mr. Speaker, we are here now in chapter 11. Members of Congress are official trustees presiding over the greatest reorganization of any Bankrupt entity in world history, the U.S. Government. We are setting forth hopefully, a blueprint for our future. There are some who say it is a coroner's report that will lead to our demise." [Rep. James Traficant, Jr. (Ohio) addressing the House, Congressional Record, March 17, 1993, Vol. 33, page H-1303]*

**10270.** PROOF OF CLAIM- That as a banking Institution the Borrower may utilize Bookkeeping Entry Credit as a form of acceptable currency as it was the initiating currency of issuance-

Now, Therefore I, Franklin D. Roosevelt, President of the United States of America, *in view of such national emergency and by virtue of the authority vested in me by said Act* ... do hereby proclaim, order, direct and declare that ... there shall be maintained and observed by all banking institutions and all branches thereof located in the United States of America, including the territories and insular possessions, a bank holiday, and that during said period all banking transactions shall be suspended. During such holiday ... no such banking institution or branch shall ... permit the withdrawal or transfer in any manner or by any device whatsoever, of any ... currency ... nor shall any such banking institution or branch pay out deposits, make loans or discounts ... transfer credits ... or transact any other banking business whatsoever.

During such holiday, the Secretary of the Treasury, with the approval of the President and under such regulations as he may prescribe, is authorized and empowered (a) to permit any or all of such banking institutions to perform any or all of the usual banking functions, (b) to direct, require or permit the issuance of clearing house certificates or other evidences of claims against assets of banking institutions, and (c) to authorize and direct the creation in such banking institutions of special trust accounts for the receipt of new deposits which shall be subject to withdrawal on demand without any restriction or limitation and shall be kept separately in cash or on deposit in Federal Reserve Banks or invested in obligations of the United States.

As used in this order the term "banking institutions" shall include all Federal Reserve Banks, national banking associations, banks, trust companies, savings banks, building and loan associations, credit unions, or other corporations, partnerships, associations or **persons**, engaged in the business of receiving deposits, making loans, discounting business paper, or transacting any other form of banking business

· Proclamation 2039—Declaring Bank Holiday March 9, 1933; Public Papers and Addresses of Franklin D. Roosevelt declared Law By the General Assembly US Congress March 9, 1933 and the Act associated by the same name.

**10271.** PROOF OF CLAIM- That the loan and the Associated Debt is an Obligations of the UNITED STATES as defined in statute-

**EXHIBIT B**

September 14, 1976," The Senate Special Committee had found that President Roosevelt's 1933 proclamation of a national emergency were still extant. See: SENATE SPECIAL COMMITTEE ON NATIONAL EMERGENCIES AND DELEGATED EMERGENCY POWERS, FINAL REPORT: NATIONAL EMERGENCIES AND DELEGATED EMERGENCY POWERS, S. Rept. No. 94-922, 94th Cong., 2d Sess. (1976). P.L. 94-412 (Sept. 14, 1976); 90 Stat. 1255; 50 U.S.C. 1601 et seq.

10272. PROOF OF CLAIM- That *"The ownership of all property is NOT in the state; AND THAT individual so-called 'ownership' is only by virtue of the government, i.e., law, amounting to mere user; and THAT use must be in accordance with law and subordinate to the necessities of the state."* Senate Document No. 43, 73rd Congress, 1st Session;

10273. PROOF OF CLAIM- That *"Under the new law the money is issued to the banks in return for government obligations... The money will be worth 100 cents on the dollar, because it is backed by the credit of the nation. THAT IT represents a mortgage on all the homes, and ... all the people of the nation."* Congressional Record, March 9, 1933 on HR 1491 p. 83.

10274. PROOF OF CLAIM- That it has been *"Resolved by the Senate and the House of Representatives of the United States of America in Congress assembled: That (a) every provision contained in or made with respect to any obligation which purports to give the obligee the right to require payment in gold or a particular kind of coin or currency, or in an amount in money of the United States measured thereby, is declared to be against public policy, and no such provision shall be contained in or made with respect to an obligation hereafter incurred. Every obligation heretofore or hereafter incurred, whether or not any such provision is contained therein or made with respect thereto, shall be discharged upon payment, dollar for dollar, in any such coin or currency, which at the time of payment is legal tender for public or private debts . . ." The GOLD Abrogation Act of June 5th, 1933*

10275. PROOF OF CLAIM- That *"Since March 9, 1933, the United States has been in a state of declared national emergency." "These proclamations give force to 470 provisions of federal law. These hundreds of statutes delegate to the President extraordinary powers exercised by Congress, which affect the lives of American citizens in a host of all-encompassing manners. This vast range of powers taken together, confer enough authority to rule this country without reference to normal constitutional process."* Senate Report 93-549, July 24, 1973

10276. PROOF OF CLAIM- That the following is the current and is the current understanding:

> *[Mr. McPhadin] "... The first section of the bill, as I grasped it, is practically the war powers that were given back in 1917. I would like to ask the chairman of the committee if this is a plan to change the holding of the security back of the Federal Reserve notes to the Treasury of the United States rather than the Federal Reserve agent."*

> *[Mr. Stiggle] "This provision is for the issuance of Federal Reserve bank notes; and not for Federal Reserve notes; and the security back of it is the obligations, notes, drafts, bills of exchange, bank acceptances, outlined in the section to which the gentleman has referred."*

> *[McPhadin] "Then the new circulation is to be Federal Reserve bank notes and not Federal Reserve notes. Is that true?"*

> *[Stiggle] "Insofar as the provisions of this section are concerned, yes."*

> *"[Mr. Brtain] From my observations of the bill as it was read to the House, it would appear that the amount of bank notes that might be issued by the Federal Reserve System is not limited. That will depend entirely upon the amount of collateral that is presented from time to time from exchange for bank notes. Is that not correct?"*

> *[McPhadin] "Yes, I think that is correct."???*

the Congressional Record during the debate over the Emergency Banking Act of 1933.

10277. PROOF OF CLAIM- That the amendment of § 5(b) provided that the Act can only be invoked "(d)uring the time of war." The elimination of the exclusion made clear that any and all emergency powers that might have previously been available pursuant to a national emergency declared under § 5(b) Congress did not formally terminate the one declared by President Roosevelt (apparently believing that only the President could do so). And so, 50 U.S.C. App. 5(b); 12 U.S.C. 95a. In amending TWEA, Congress did provide for the continuation of the emergency and of any economic sanctions that were the result of a Presidential declaration of national emergency that were in effect

on July 1, 1977, subject to automatic termination unless they were renewed annually. This provision allowed the continuation of the National Bankruptcy and the National Banking Holiday, as well as the sanctions on regimes like Cuba, North Korea, China, and North Vietnam to continue without the President having to declare a new national emergency under IEEPA. See 50 U.S.C.A. App. 5, note.

10278. PROOF OF CLAIM- That as first adopted in 1976, the National Emergencies Act excluded from its purview Section 5(b) of the Trading with the Enemy Act. As noted above, the law under which President Roosevelt issued the declaration of national emergency with respect to the National bankruptcy was never cancelled. With the Cold War sections under that act had also been used by the executive branch as the legal basis for imposing economic sanctions on the communist nations of North Korea, Cuba, China, and North Vietnam; and the National Emergencies Act had been terminated, there would have been no other legal basis for continuing the sanctions against those countries, accept to enact a set of new specific laws, Congress chose not to consider. As a consequence, the State Department asked that Section 5(b) be excluded from the National Emergencies Act until other legislation providing a basis for the continuation of economic sanctions against those countries could be enacted. Is this not the case?

10279. PROOF OF CLAIM- That "Whenever in the judgment of the Secretary of the Treasury such action is necessary to protect the currency system of the United State, the Secretary of the Treasury, in his discretion, may regulate any or all individuals... Whoever shall not comply with the provisions of this act shall be fined not more than $10,000 or if a natural person, may in addition to such fine may be imprisoned for a year, not exceeding ten years." [Stat 48, Section 1, Title 1, Subsection N. March 9, 1933]; that it is under discretion and the direct supervision of the United States treasury that the banking institutions are utilizing "bookkeeping entry credit", and because the law defines a "banking institution" as one who engages in the business of banking i.e. banking business. during this current national banking emergency defined in law as bankruptcy, such "bookkeeping entry credit utilization" is construed as currency of the United States, and may be utilized for the payment and/or repayment of a loan instituted and or issued in the same species, is this not so?

10280. PROOF OF CLAIM, that you notify the undersigned and/or the undersigned's representative of your attempt to deceive them, and that they knowingly and intentionally agreed to such deception, for instance, if this matter involve the lending of credit, and/or a mortgage loan, proof that you provided the borrower with evidence as to the origination of the loan, and the species of currency utilized in the origination of the loan?

10281. PROOF OF CLAIM, that you have provided and/or will provide to the undersigned a copy of the original contract in its current state, without alterations and or amendments, for we know that any alteration and/or amendment on a contract has to be done in the presence of the other party with the approval of the other party, and that if you have provided a copy prior to the issuance of this document please provide proof and the date upon which such was done, and if you have not provided a copy please provide a copy with your response, and failure to do so would be constituted as a refusal on your part and a breach of this agreement invoking the tacit acquiescence and your forfeiture and waiver of all rights and full consent to every provision of the agreement and the penalties and assessment and fees associated therewith.

10282. PROOF OF CLAIM, that you provide a list of all of your subsidiaries, EIN numbers and the like, plus a copy of your COMPREHENSIVE ANNUAL FINANCIAL REPORT for the past 10 years inclusive of notes, ledgers, references, with term definitions within the next 14 calendar days, as the custodian of record for this account, you are to highlight the Association of this account within those records, failure to do so will invoke the default principles of this agreement and your full and complete consent with all of the terms and conditions as well as penalties associated thereto, hereto, therewith.

10283. PROOF OF CLAIM, that you will not attempt to circumvent the process after default, or after your consent and approval and agreement to this presentment, and that you agree that any attempt to circumvent the process shall invoke and cause to be placed in full affect the treble damage provision of this agreement plus, penalties, fines, assessment, fees.

10284. PROOF OF CLAIM, that you agree that if you should in any way attempt to evade, and or provide a general response, and or refuse to respond, and or refuse to provide the evidence and information and/or documents and/or records demanded, that you are guilty of fraud, deception, racketeering, and you will not object to your full prosecution as an organization with the co-conspirators mainly

your Board of Directors if you are a corporation, with a minimum jail time of five years day for day and a maximum not to exceed that of 65% of a proscribed law. And that such failure and/or refusal on your part shall constitute your binding and willful consent to the relinquishing of the total value of the claim of this agreement, payable on demand with your waiver to a defense, and or a trial, and or hearing, and or notice, and or presentment, and or right to review and or right to appeal and or right to object!

## II.    CAVEAT

10285. Please understand that while the Undersigned wants, wishes and desires to resolve this matter as promptly as possible, the Undersigned can only do so upon Respondent('s) 'official response' to this Conditional Acceptance for Value and counter offer/claim for Proof of Claim by Respondent('s) providing the Undersigned with the requested and necessary Proof of Claims raised herein above.

10286. Therefore, as the Undersigned is not a signatory; NOR a party, to your "social compact" (contract) known as the Constitution (Charter) of the UNITED STATES; NOR noticed NOR cognizant, of any agreement/contract between the UNITED STATES, and the Undersigned and specifically any obtained through FULL DISCLOSURE and containing any FAIR/VALUABLE CONSIDERATION therein, which would act/operate to create and establish a "relationship" (nexus) and thereby; and therein, bind the Undersigned to the specific "source of authority" for the creation and existence of the alleged statute(s)/law(s) as contained and allegedly promulgated within the "Code" known as the United States Code; which, with the privity of contract or contract itself would thereby; and therein, create and establish legal force and or effect of said statute(s)/law(s) over and upon the Undersigned; and, would also act/operate to subject the Undersigned to the "statutory jurisdiction" of the UNITED STATES, its laws, venue, jurisdiction, and the like of its commercial courts/administrative tribunals/units and thereby; and therein, bind the Undersigned to said courts/administrative tribunal's/unit's decisions, orders, judgments, and the like; and specifically as within the above referenced alleged Commercial/Civil/Cause; and, which would act/operate to establish and confer upon said court/administrative tribunal/unit the necessary requirement/essential of "subject-matter jurisdiction" without which it is powerless to move in any action other than to dismiss. And as a result thereof the parties agree that any statute and/or code introduced by the United States Congress and or state legislature under its non-governmental capacity i.e. it's "corporate business commercial transacting capacity", are not binding on any of the parties, and cannot be introduced and or used as any justification for any proceeding, and/or procedure, and or remedy respecting this matter. That the arbitration process is binding on all parties and is the sole and exclusive remedy for redressing any issue associated with this agreement. That this agreement supersedes and predates as well as replaces any and all prior agreements between the parties, and is binding on all parties and irrevocable, and the parties agreed to the terms and conditions of this agreement upon default of the defaulting party as of the date of the default, that the value of this agreement is $1,275,000 (ONE MILLION TWO HUNDERED   SEVENTY FIVE THOUSAND DOLLARS), the amount demanded is..$1,275,000). The Undersigned once more respectfully requests the Respondent(s) provide said necessary Proof of Claims so as to resolve the Undersigned's confusion and concerns within this/these matter(s). Otherwise, the Undersigned must ask, "What is the Undersigned's remedy?"

10287. THEREFORE, as Respondent(s) have superior knowledge of the law, and as custodian of record has access to the requested and necessary Proof of Claims, and otherwise being in a 'catbird's seat' to provide the requested and necessary Proof of Claims raised herein above, Respondent(s) is able, capable, and most qualified to inform the Undersigned on those matters relating to and bearing upon the above referenced alleged *CIVIL/COMMERCIAL/Cause* and thereby; that there is a duty on the part of the parties to communicate and/or respond to the aforementioned proof of claim and/or demand associated with this self-executing binding irrevocable contractual agreement coupled with interests and therein, has an obligation to clear-up all confusion and concerns in said matter(s) for the Undersigned as to the nature and cause of said process(s), proceeding(s), and the like as well as the lawfulness and validity of such to include; inter ali, all decisions, orders, and the like within; and arising from, all such within said Commercial/Civil/Cause.

10288. The Undersigned herein; and hereby, provides the Respondent(s) ten (10) Calendar days; to commence the day after receipt of this Conditional Acceptance for Value and counter offer/claim for Proof of Claim, in which to gather and provide the Undersigned with the requested and necessary Proof of Claims raised herein above, with the instruction, to transmit said Proof of Claims to the Undersigned and the below named Notary/Third Party and or their representative as stipulated and

attached hereto if applicable, for the sole purpose of certifying RESPONSE or want thereof from Respondent(s). Further, the Undersigned herein; and hereby, extends to the Respondent(s) the offer for an additional ten (10) Calendar days in which to provide the requested and necessary Proof of Claims raised herein above.  If Respondent(s) desires the additional ten (10) Calendar days, Respondent must cause to be transmitted to the Undersigned and the below named Notary/Third Party etc. al; a signed written REQUEST. Upon receipt thereof, the extension is automatic; however, the Undersigned strongly recommends the Respondent(s) make request for the additional ten (10) Calendar days well before the initial ten (10) Calendar days have elapse to allow for mailing time. NOTICE: Should Respondent(s) make request for the additional ten (10) Calendar days, said request will be deemed "good faith" on the part of Respondent(s) to perform to this offer and provide the requested and necessary Proof of Claims.  Should Respondent(s) upon making request for the additional ten (10) Calendar days, of which there will be, cannot be, and shall not be any extension as the aforementioned requested information is required to be readily available for inspection and review upon demand, then fail or otherwise refuse to provide the requested and necessary Proof of Claims, and/or fails to provide the specific information in full detail as specified according to the terms of this agreement, and or shall cause to have presented a nonresponse, and or a general response, and or a nonspecific response, which shall only constitute as an attempt to evade, to avoid, to delay, said act(s) on the part of Respondent(s) shall be deemed and evidenced as an attempted constructive fraud, deception, bad faith, and the like upon Respondent's (s') part and further attempts to cause an inflict injury upon the Undersigned. Further, the Undersigned herein strongly recommends to Respondent(s) that any Proof of Claims and request for the additional ten (10) Calendar days be transmitted "Certified" Mail, Return Receipt Requested, and the contents therein under Proof of Mailing for the good of all concerned.

10289.   Should the Respondent(s) fail or otherwise refuse to provide the requested and necessary Proof of Claims raised herein above within the expressed period of time established and set herein above, Respondent(s) will have failed to State any claim upon which relief can be granted. Further, Respondent(s) will have agreed and consented through "tacit acquiescence" to ALL the facts in relation to the above referenced alleged Commercial/Civil/Cause, as raised herein above as Proof of Claims herein; and ALL facts necessarily and of consequence arising there from, are true as they operate in favor of the Undersigned, and that said facts shall stand as prima facie and ultimate (un-refutable) between the parties to this Conditional Acceptance for Value and counter offer/claim for Proof of Claim, the corporate Government juridical construct(s) Respondent(s) represents/serves, and ALL officers, agents, employees, assigns, and the like in service to Respondent(s), as being undisputed. Further, failure and/or refusal by Respondent(s) to provide the requested and necessary Proof of Claims raised herein above shall act/operate as ratification by Respondent(s) that ALL facts as set, established, and agreed upon between the parties to this Conditional Acceptance for Value and counter offer/claim for Proof of Claim, are true, correct, complete, and NOT misleading.

### III.   ARBITRATION- AN ADMINISTRATIVE REMEDY COGNIZABLE AT COMMON-LAW

10290.   ADDITIONALLY it is exigent and of consequence for the Undersigned to inform Respondent(s), in accordance with and pursuant to the principles and doctrines of "clean hands" and "good faith," that by Respondents(s) failure and or refusal to respond and provide the requested and necessary Proof of Claims raised herein above and thereby; and it shall be held and noted and agreed to by all parties, that a general response, a nonspecific response, or a failure to respond with specificities and facts and conclusions of common law, and or to provide the requested information and documentation that is necessary and in support of the agreement shall constitute a failure and a deliberate and intentional refusal to respond and as a result thereby and or therein, expressing the defaulting party's consent and agreement to said facts and as a result of the self-executing agreement, the following is contingent upon their failure to respond in good faith, with specificity, with facts and conclusions of common-law to each and every averment, condition, and/or claim raised; as they operate in favor of the Undersigned, through "tacit acquiescence," Respondent(s) NOT ONLY expressly affirm the truth and validity of said facts set, established, and agreed upon between the parties to this Conditional Acceptance for Value and counter offer/claim for Proof of Claim, but Respondent(s); having agreed and consented to Respondent(s) having a duty and obligation to provide the requested and necessary Proof of Claims raised herein above, will create and establish for Respondent(s) an estoppel in this matter(s), and ALL matters relating hereto; and arising necessarily therefrom; and,

10291.   In accordance with and pursuant to this agreement; a contractually (consensual) binding agreement between the parties to this Conditional Acceptance for Value and counter offer/claim for

**10291.** In accordance with and pursuant to this agreement; a contractually (consensual) binding agreement between the parties to this Conditional Acceptance for Value and counter offer/claim for Proof of Claim to include the corporate Government Agency/Department construct(s) whom Respondent(s) represents/serves; as well as, ALL officers, agents, employees, assigns, and the like in service to Respondent(s) will not argue, controvert, oppose, or otherwise protest ANY of the facts already agreed upon by the parties set and established herein; and necessarily and of consequence arising therefrom, in ANY future remedial proceeding(s)/action(s), including binding arbitration and confirmation of the award in the District Court of the United States at any competent court under original jurisdiction, in accordance with the general principles of non-statutory Arbitration, wherein this Conditional Acceptance for the Value/Agreement/Contract no. **2019-01091221MMIJC-WBF4UJCSM–U123899811©** constitutes an agreement of all interested parties in the event of a default and acceptance through silence/failure to respond when a request for summary disposition of any claims or particular issue may be requested and decided by the arbitrator, whereas a designated arbitrator shall be chosen at random, who is duly authorized, and in the event of any physical or mental incapacity to act as arbitrator, the Undersigned shall retain the authority to select any neutral(s)/arbitrator(s) that qualify pursuant to the common law right to arbitration, as the arbitration process is a private remedy decided upon between the parties, and with respects this agreement, the defaulting party waives any and all rights, services, notices, and consents to the undersigned and or the undersigned's representative selection of the arbitrator thereby constituting agreement, and any controversy or claim arising out of or relating in any way to this Agreement or with regard to its formation, interpretation or breach, and any issues of substantive or procedural arbitrability shall be settled by arbitration, and the arbitrator may hear and decide the controversy upon evidence produced although a party who was duly notified of the arbitration proceeding did not appear; that the Undersigned deems necessary to enforce the "good faith" of ALL parties hereto within without respect to venue, jurisdiction, law, and forum the Undersigned deems appropriate.

**10292.** Further, Respondent(s) agrees the Undersigned can secure damages via financial lien on assets, properties held by them or on their behalf for ALL injuries sustained and inflicted upon the Undersigned for the moral wrongs committed against the Undersigned as set, established, agreed and consented to herein by the parties hereto, to include but not limited to: constitutional impermissible misapplication of statute(s)/law(s) in the above referenced alleged Commercial/Civil/Cause; fraud, conspiracy (two or more involved); trespass of title, property, and the like; and, ALL other known and unknown trespasses and moral wrongs committed through ultra vires act(s) of ALL involved herein; whether by commission or omission. Final amount of damages to be calculated prior to submission of Tort Claim and/or the filing of lien and the perfection of a security interest via a Uniform Commercial Code financing 1 Statement; estimated in excess of TEN (10) Million dollars (USD- or other lawful money or currency generally accepted with or by the financial markets in America), and notice to Respondent('s) by invoice. Per Respondent('s) failure and or refusal to provide the requested and necessary Proof of Claims and thereby; and therein consenting and agreeing to ALL the facts set, established, and agreed upon between the parties hereto, shall constitute a self-executing binding irrevocable durable general power of attorney coupled with interests; this Conditional Acceptance for Value and counter offer/claim for Proof of Claim becomes the security agreement under commercial law whereby only the non-defaulting party becomes the secured party, the holder in due course, the creditor in and at commerce. It is deemed and shall always and forever be held that the undersigned and any and all property, interest, assets, estates, trusts commercial or otherwise shall be deemed consumer and household goods not-for-profit and or gain, private property, and exempt, not for commercial use, nontaxable as defined by the Uniform Commercial Code article 9 section 102 and article 9 section 109 and shall not in any point and/or manner, past, present and/or future be construed otherwise- see the Uniform Commercial Code article 3, 8, and 9.

**10293.** Should Respondent(s) allow the ten (10) Calendar days or twenty (20) Calendar days total if request was made by signed written application for the additional ten (10) Calendar days to elapse without providing the requested and necessary Proof of Claims, Respondent(s) will go into fault and the Undersigned will cause to be transmitted a Notice of Fault and Opportunity to Cure and Contest Acceptance to the Respondent(s); wherein, Respondent(s) will be given an additional three (3) days (72 hours) to cure Respondent's (s') fault. Should Respondent(s) fail or otherwise refuse to cure Respondent's(s') fault, Respondent will be found in default and thereby; and therein, Respondent will have established Respondent's(s') consent and agreement to the facts contained within this Conditional Acceptance for Value and counter offer/claim for Proof of Claim as said facts operate in favor of the Undersigned; e.g., that the judgment of alleged "court of record" within the above referenced alleged *Commercial/Civil/Cause* is VOID AB INITIO for want of subject-matter

statute(s)/law(s) for want of privity of contract, or contract itself; improperly identified parties to said judgment, as well as said dispute/matter; and, Respondent(s) agrees and consents that Respondent(s) does have a duty and obligation to Undersigned; as well as the corporate Government Department/agency construct(s) Respondent(s) represents/serves, to correct the record in the above referenced alleged *Commercial/Civil/Cause* and thereby; and therein, release the indenture (however termed/styled) upon the Undersigned and cause the Undersigned to be restored to liberty, and releasing the Undersigned's property rights, as well as ALL property held under a storage contract in the "name" of the all-capital-letter "named" defendant within the above referenced alleged *Commercial/Civil/Cause* within the alleged commercially "bonded" warehousing agency d.b.a., for the commercial corporate Government construct d.b.a. the United States. That this presentment is to be construed contextually and not otherwise, and that if any portion and/or provision contained within this presentment, this self-executing binding irrevocable contractual agreement coupled with interests, is deemed non-binding it shall in no way affect any other portion of this presentment. That the arbitrator is permitted and allowed to adjust the arbitration award to no less than two times the original value of the properties associated with this agreement, plus the addition of fines, penalties, and other assessments that are deemed reasonable to the arbitrator upon presentment of such claim, supported by prima facie evidence of the claim.

10294. The defaulting party will be estopped from maintaining or enforcing the original offer/presentment; i.e., the above referenced alleged *Commercial/Civil/Cause* as well as ALL commercial paper (negotiable instruments) therein, within any court or administrative tribunal/unit within any venue, jurisdiction, and forum the Undersigned may deem appropriate to proceed within in the event of ANY and ALL breach(s) of this agreement by Respondent(s) to compel specific performance and or damages arising from injuries there from. The defaulting party will be foreclosed by laches and or estoppel from maintaining or enforcing the original offer/presentment in any mode or manner whatsoever, at any time, within any proceeding/action. Furthermore, the respondents are foreclosed against the enforcement, retaliation, assault, infringement, imprisonment, trespass upon the rights, properties, estate, person whether legal, natural or otherwise of the presenter/petitioner and/or his interest and/or his estate retroactively, at present, post-actively, forever under any circumstances, guise, and or presumption!

### IV.   NOTICE OF COMMON-LAW ARBITRATION:

10295. Please be advised that in-as-much as the Undersigned has "secured" the "interest" in the "name" of the all-capital-letter "named" defendant as employed/used upon the face; and within, ALL documents/instruments/records within the above referenced alleged Commercial/Civil/Cause, to include any and all derivatives and variations in the spelling of said "name" except the "true name" of the Undersigned as appearing within the Undersigned's signature block herein below, through a Common-Law Copyright, filed for record within the Office of the Secretary of State, of NEW YORK and or Las Vegas State of Nevada, and, having "perfected said interest" in same through incorporation within a Financing (and all amendments and transcending filings thereto), by reference therein, the Undersigned hereby; and herein, waives the Undersigned's rights as set, established, and the like therein, and as "perfected" within said Financing Statement acting/operating to "register" said Copyright, to allow for the Respondent(s) to enter the record of the alleged "court of record" within the above referenced alleged *Commercial/Civil/Cause* for the SOLE purpose to correct said record and comply with Respondent's(s') agreed upon duty/obligation to write the "order" and cause same to be transmitted to restore and release the Undersigned, the Undersigned's corpus, and ALL property currently under a "storage contract" under the Undersigned's Common-Law Copyrighted trade-name; i.e., the all-capital-letter "named" defendant within the above referenced alleged Commercial/Civil/Cause, within the alleged commercially "bonded" warehousing agency d.b.a. the commercial corporate Government juridical construct d.b.a. the United States. Please take special note, that the copyright is with reference to the name and its direct association and/or correlation to the presenter.

10296. NOTICE: That the arbitrators "must not necessarily judge according to the strict law but as a general rule ought chiefly to consider the principles of practical business" *Norske Atlas Insurance Co v London General Insurance Co (1927) 28 Lloyds List Rep 104*

- "internationally accepted principles of law governing contractual relations"[ *Deutsche Schachtbau v R'As al-Khaimah National Oil Co (1990) 1 AC 295*]

EXHIBIT B

- If the contract (valid or otherwise) contains an arbitration clause, then the proper forum to determine whether the contract is void or not, is the arbitration tribunal.[For example, see Heyman v Darkins Ltd. (1942) AC 356]

- That any determination by the arbitrator is binding upon all parties, and that all parties agree to abide by the decision of the arbitrator, that the arbitrator is to render a decision based upon the facts and conclusions as presented within the terms and conditions of the contract. Any default by any party must be supported by proof and evidence of said default, that default shall serve as tacit acquiescence on behalf of the party who defaulted as having agreed to the terms and conditions associated with the self-executing binding irrevocable contract coupled with interests. That the arbitrator is prohibited from considering and/or relying on statutory law, as it has been held that any time any party relies on or enforces a statute, they possess no judicial power

- "A judge ceases to set as a judicial officer because the governing principals of administrative law provides that courts are prohibited from substituting their evidence, testimony; record, arguments and rationale for that of the agency. Additionally, courts are prohibited from their substituting their judgments for that of the agency." AISI v US, 568 F2d 284

- "...judges who become involved in enforcement of mere statutes (civil or criminal in nature and otherwise), act as mere "clerks" of the involved agency..." K.C. Davis, ADMIN. LAW, Ch. 1 (CTP. West's 1965 Ed.)

- "...their supposed 'court' becoming thus a court of limited jurisdiction' as a mere extension of the involved agency for mere superior reviewing purposes." K.C. Davis, ADMIN. LAW, P. 95, (CTP, 6 Ed. West's 1977) FRC v G.E. 281 US 464; Keller v PE, 261 US 428.

- "When acting to enforce a statute, the judge of the municipal court is acting as administrative officer and not as a judicial capacity; courts in administrating or enforcing statutes do not act judicially. but, merely administratively." Thompson v Smith, 155 Va. 376, 154 SE 583, 71 ALR 604.

- "It is basic in our law that an administrative agency may act only within the area of jurisdiction marked out for it by law. If an individual does not come within the coverage of the particular agency's enabling legislation the agency is without power to take any action which affects him." Endicott v Perkins, 317 US 501.

- It is not every act, legislative in form, that is law. Law is something more than mere will exerted as an act of power. ..Arbitrary power, enforcing its edicts to the injury of the person and property of its subjects is not law." Hurtado v. California (1884) 110 US 515 (1884).

- Some of the aforementioned cases are not published, however, these are still fundamental principles of law, and one of the fundamental principles of arbitration is that the arbitrator sits as judge over the facts, and as such to preserve the sanctity of the process an arbitrator receives the same immunity as a judge and is exempt from prosecution and or review, unless it can be proved that the arbitrator intentionally ignored the evidence and acted in conspiracy to defraud the parties.

10297. As the Undersigned has no desire NOR wish to tie the hands of Respondent(s) in performing Respondent's(s') agreed upon duty/obligation as set, established, and agreed upon within this Conditional Acceptance for Value and counter offer/claim for Proof of Claim and thereby create/cause a "breach" of said contractually binding agreement on the part of the Respondent(s), Respondent(s) is hereby; and herein, NOTICED that if this waiver of said Copyright is not liberal, NOR extensive enough, to allow for the Respondent(s) to specifically perform all duties/obligations as set, established, and agreed upon within the Conditional Acceptance for Value and counter offer/claim for Proof of Claim; Respondent(s) may; in "good faith" and NOT in fraud of the Undersigned, take all needed and required liberties with said Copyright and this waiver in order to fulfill and accomplish Respondent's(s') duties/obligations set, established, and agreed upon between the parties to this agreement.

10298. If Respondent(s) has any questions and or concerns regarding said Copyright and or the waiver, Respondent(s) is invited to address such questions and or concerns to the Undersigned in writing, and causing said communiqués to be transmitted to the Undersigned and below named Notary/Third Party. The respondents have acted as if the contract quasi-or otherwise does not place a binding obligation upon their persons, upon their organizations, upon their institutions, upon their job qualifications, and breaching that obligation breaches the contract, for which they cannot address due to the direct conflict of interest. It is as a result of that conflict of interest that binding arbitration shall be instituted

10299. Your failure to respond, and this would include each of the respondents by their representative, and if represented by the Atty. Gen., such representation must be responsive for each State and/or State organization/department/agency, separately and severally to each of the points of averment, failure to respond to a single point of averment will constitute acquiescence, forfeiture, and a waiver of all rights with respects all of the points raised in this presentment.

## V.    NOTICE TO AGENT IS NOTICE TO PRINCIPLE AND VICE VERSA

10300. NOTICE: In this Conditional Acceptance for Value and counter offer/claim for Proof of Claim(a) the words "include," "includes," and "including," are not limiting; (b) the word "all" includes "any" and the word "any" includes "all"; (c) the word "or" is not exclusive except when used in conjunction with the word "and"; as in, "and/or"; and (d) words and terms (i) in the singular number include the plural, and in the plural, the singular; (ii) in the masculine gender include both feminine and neuter.

with the word "and"; as in, "and/or"; and (d) words and terms (i) in the singular number include the plural, and in the plural, the singular; (ii) in the masculine gender include both feminine and neuter.

**10301.** This presentment shall constitute a CLAIM against the assets of your institution and is valid upon your failure to comply with the requirement of this agreement and to VALIDATE NOT VERIFY THE COMPREHENSIVE ACCOUNTING!

**10302. NOTICE:** All titles/names/appellations of corporate Government juridical constructs, and branches, departments, agencies, bureaus, offices, sub-whatever's, and the like thereof, include any and all derivatives and variations in the spelling of said titles/names/appellations.

**10303. NOTICE:** Any and all attempts at providing the requested and necessary Proof of Claims raised herein above; and, requesting the additional ten (10) Calendar days in which to provide same; and, to address any and all questions and concerns to the Undersigned in regards to the Stated Copyright and waiver herein expressed, in any manner other than that provided for herein will be deemed non-responsive.

The Undersigned extends to the Respondent(s) the Undersigned's appreciations and thanks for Respondent's(s) prompt attention, response, production of above Proof(s) of Claim and assistance in this/these matter(s). This presentment is not to be construed as an acceptance and/or application and/or subscription and/or request for license, admittance to any jurisdiction quasi-or otherwise. But shall remain as a direct objection to any and all claims to the contrary.

Sincerely,

Without Recourse

_____
**Mario E. Castro a Natural Man**

_____
**Magdalena Dumancela Castro a Natural Woman**

**2019-01091221MMLJC-WBF4UJCSM~U123899811**© is secured and reserved with all rights retained. Private Property no trespass permitted or allowed under common law restrictions and prohibitions.

(THE REMAINDER OF THIS PAGE INTENTIONALLY LEFT BLANK)

Doc I.D. #: 2019-0211M1221MMLJC-WBF4UJCSM–ADDEN1©

**EXHIBIT B**

**ADDENDUM TO AGREEMENT/CONTRACT - (In the form of the Original Agreement/Contract)**
**Date of Addendum:  February 13, 2019**
Conditional Acceptance for the Value/Agreement/Counter Offer to Acceptance of Offer

**SHOW OF CAUSE PROOF OF CLAIM DEMAND**
**SERVED OR PRESENTED via the: UNITED STATES POSTAL SERVICE**
**by the UNITED STATES POST OFFICE via First Class Postage Prepaid**

**Contract # 2019-01091221MMLJC-WBF4UJCSM–U123899811©**

**PARTIES:**
(RESPONDENTS/OFFEREE:)

**To:** THE BANK OF NEW YORK MELLON
Attention: Charles W. Scharf, Chair and CEO of
BANK OF NEW YORK MELLON
24 Greenwich Street, N.Y., New York 10286
**Account No.: 0578156729** and **0126376016 ***
CERTIFIED MAIL NUMBER:7018 0680 0002 3047 0725

**To:** SHELLPOINT MORTGAGE SERVICING and or/their
Successor and assigns
c/o  Jack Navarro (CEO)
Po Box 10826 Greenville, S.C. 29603-0826
**Account No.: 0578156729 ***
CERTIFIED MAIL NUMBER: 7018 0680 0002 3047 0749

Bank of America (merged with Countrywide FSB)
c/o  Bank of America Corporation - att: Brian Moynihan (CEO)
100 N. Tryon Street, Charlotte, North Carolina 28255
Account# 126376008/ Account# 1263760016
CERTIFIED MAIL NUMBER: 7018 0680 0002 3047 0992

United State of America
UNITED STATES ATTORNEY GENERAL at U.S. Department of Justice
**Address:** 950 Pennsylvania Avenue, NW Washington, DC 20530-0001
CERTIFIED MAIL NUMBER: 7018 0680 0002 3047 0817

**To:** The NEW YORK STATE Supreme Court
Honorable Chief Judge Janet DiFiore
**Address:** 230 Park Ave, suite 826 New York, N.Y. 12207
CERTIFIED MAIL NUMBER:7018 0680 0002 3047 0831

Office of the NY State Comptroller
Att: Thomas P. DiNapoli - NYS Comptroller
59 Maiden Ln #31, New York, N.Y. 10038
CERTIFIED MAIL NUMBER:  7018 0680 0002 3047 0855

**To:** State of NEW YORK Attorney General's Office
Attorney General: Letitia James
**Address:** Office of The Attorney General
The Capitol, Albany , N.Y. 12224-0341
CERTIFIED MAIL NUMBER: 7018 0680 0002 3047 1012

To: The United States House of Representatives
New York State Congressman - Thomas Suozzi 3rd District
478 A Park Ave, Huntington, N.Y. 11743
CERTIFIED MAIL NUMBER: 7018 0680 0002 0954

**To:** THE BANK OF NEW YORK MELLON
c/o  AKERMAN LLP ATTENTION : Natsayi Mawere, Joseph DeFazio
666 Fifth Avenue 20th Fl., New York, N.Y., 10103
**Account No. 0578156729**
CERTIFIED MAIL NUMBER:7018 0680 0002 3047 0732

**To:** REAL TIME SOLUTIONS
Attention: Eric C. Green(CEO)
1349 Empire Central Drive, Dallas, T.X. 75247
**Account No:0126376016**
CERTIFIED MAIL NUMBER
7018 0680 0002 3047 0756

The Treasurer of The United States
Office of The Treasurer and or their assigns
1500 Pennsylvania Ave. NW Room 2134
Washington, District of Colombia 20220
CERTIFIED MAIL NUMBER: 7018 0680 0002 3047 0794

To: the United States Supreme Court
chief justice John Glover Roberts Jr.
**Address:** 1 First St NE, Washington, DC 20543
CERTIFIED MAIL NUMBER: 7018 0680 0002 3047 0824

**To:** The United States Department of Agriculture
Fiscal Service, Director, Finance Office
**Address:**  1400 Independence Avenue, SW, Washington, DC 20250
CERTIFIED MAIL NUMBER: 7018 0680 0002 3047 0848

The Governor of The State of New York
Honorable Andrew M. Cuomo Governor of New York State
NYS State Capitol Building, Albany, N.Y. 12224
CERTIFIED MAIL NUMBER: 7018 0680 0002 3047 0879

**To:** New York State Assembly
att: Steve Stern Assemblyman 10th District
630 New York Avenue, Suite D, Huntington, N.Y. 11743
CERTIFIED MAIL NUMBER: 7018 0680 0002 3047 0923

To: The United States District Court
Eastern District Division of New York
100 Federal Plaza, Central Islip, N.Y. 11722
case no: 2'17 cv-04375
CERTIFIED MAIL NUMBER: 7018 0680 0002 3047 0961

(CLAIMANTS/OFFEROR:)

**From:**   Mario E. Castro and Magdalena Dumancela Castro
**Address:** 419 West Hills Rd, Melville , N.Y. 11747

**January 9, 2019**

To the Holder in Due Course and/or agent and/or representative,

Doc I.D. #: 2019-0211M1221MMLIC-WBF4UJCSM–ADDEN1[c]

**EXHIBIT B**

I Mario E. Castro and associates have received your offer and accept your offer under the following terms and conditions-

That you provide the following proof of claim, your failure to provide proof of claim, and to accept payment for credit on account shall constitute a breach of this binding self-executing irrevocable contractual agreement coupled with interest and subject the breaching party to fines, penalties, fees, taxes and other assessments. **Notice** – all parties are hereby notified that this addendum is being presented/incorporated and attached to as part of the original agreement/contract number referenced above to remove/add the following parties to the original agreement/contract: **Remove -** "Department of the Treasury, Federal Reserve," and to **Add -** "Bank of America, United States House of Representatives  NYS Congressman  3rd District, NYS Assemblyman  10th District, Governor of the state of New York , NYS Comptroller  , The Treasurer of the United States, and UNITED STATES ATTORNEY GENERAL." This addendum also modifies BANK OF AMERICA, N.A. one of the original parties to the original agreement to include, as a party to the original agreement/contract and document that they bought out and merged with Countrywide Bank, FSB (a party to this agreement/contract) the "original lender" to which they have full access to all documentation and records to properly respond in regards to the original referenced account. "The addendum also notes change of address for New York State Supreme Court. In consideration of this modification/addition to the original agreement, we are granting the original parties to this agreement 3 additional days (72 hours) from receipt of this addendum to respond to this conditional acceptance as requested below. After the additional timeframe referenced above has elapsed for the original parties to the **January 9, 2019** agreement/contract, the claimant will proceed to transmit a **"notice of fault"** as referenced in **section 10293**. There has been no other modifications to the original agreement nor its terms other than what has been stated above therefore all other provisions of this agreement/contract are still in force and binding upon all original parties unless removed by this addendum. The additional parties referenced above who are being added with the receipt of this addendum, or if you are an original party who just received or have not received the original presentment due to no fault of the claimants, you have the timeframe specified in section **10293** of this addendum to respond in accords with the provisions of this conditional acceptance agreement/contract specified below.

10251. PROOF OF CLAIM, the legal status of these "un/non-constitutional legislative entities" operating/functioning as sources of authority for these so-called "Revised Codes/Statutes"; and specifically the United States Code and/or specifically THE ACT OF MARCH 9TH, 1933 Proclamation 2038, 2039, 2040 AND Titles 4, 7, 11, 12, 15, 16, 18, 28, 31 and 42 USC; C.F.R., THE FEDERAL REGISTRY, thereof, is not that of a corporation/quasi corporation; which, is also created by statute. [See: 73 C.J.S., Public Administrative Law and Procedures, § 10, p. 372, citing: Parker v. Unemployment Compensation Commission, 214 S.W. 2d 529, 358 Mo. 365, which States: "The powers granted to an administrative body may be such as to establish it as a legal entity, and, although not expressly declared to be a corporation, it may be considered a public quasi corporation."; Texas & Pacific Railway v. InterState Commerce Commission, 162 U.S. 197 (1895), which States: "The InterState Commerce Commission is a body corporate, with legal capacity to be a party plaintiff or defendant in the Federal courts."; 2 Am.Jur.2d, Administrative Law, § 32, p.56, which States: "Some administrative agencies are corporate bodies with legal capacity to sue and be sued."].

### I.   SHOW OF CAUSE PROOF OF CLAIM DEMAND

10252.  PROOF OF CLAIM, that the Legislative Reference Bureau, created by Act of April 27, 1909, P.L. 208, and, reorganized by Act of May 7, 1923, P.L. 158, as a legislative "agency" with the primary function to draft and pass upon legislative bills and resolutions for introduction in the General Assembly, and to prepare for "adoption" by the General Assembly, "Codes" by topics, of the existing general statutes for which it was handed over statutory authority in 1974 to publish an "official publication" of the United States Code, is not operating/functioning as a "un/non-constitutional legislative entity"; and, is not operating or functioning as a foreign corporate entity representing the source of authority for the existence of statute(s)/law(s) known as the United States Code, in the capacity of an "administrative law agency" administering the corporate affairs and public of that which created it by statute.

10253.  PROOF OF CLAIM, these alleged statute(s)/law(s) of this "un/non-constitutional legislative entity"; i.e., the Legislative Reference Bureau, operating/functioning as a foreign corporate "administrative law agency" are not by nature akin private "by-laws" of a "corporation" for the administration of its internal Government and public; and, are binding and of force or effect over and upon the private, non-enfranchised, and non-assumpsit's thereto; and therewith, living, breathing, flesh-and-blood man, i.e. a natural person/man; and, as such, are not ultimately governed by, through, and within the realm of commercial law as adopted and codified within The United States Code thereby; and therein, representing commercial law for operating/functioning in commerce.

**10254.** PROOF OF CLAIM, whereas the Constitution for the United States of America at Article I, Section 8 and 10 clearly prohibits the Congress from printing and issuing Federal Reserve Notes as it is a constitutional entity, or purportedly so, and its actions are limited thereby; and therein, a corporation or trust is not; e.g., the Federal Reserve System, created by Congressional Act in 1913, and as a "un/non-constitutional Congressional entity" without the Constitution, and therefore not bound NOR encumbered by said document/instrument, may proceed to print and issue money (currency) which would be an unconstitutional form of money for Congress; restrained as it is, by the instrument/document of its creation, these "un/non-constitutional legislative entities"; e.g., the Legislative Reference Bureau, and the alleged statute(s)/law(s) they create/generate is not a "un/non-constitutional" issue having no nexus with the Constitution; and, the binding force or effect of said statute(s)/law(s) is not established/created solely from; or by, contract between the parties; which, once silent judicial notice of said contract is taken by the Holder in due Course any affidavits in support thereof; and specifically within the above referenced alleged Loan/Debt/Security Instrument, unless said presumption of a contract is rebutted?

a. Please note that although it is the United States Treasury Department who prints the so-called Federal Reserve notes, these notes have no value and are not backed by anything-

"Federal Reserve notes are not redeemable, and receive no backing by anything this has been the case since 1933. The notes have no value for themselves," this is taken from the official website of the United States financial expert, the United States Department of the Treasury whose job it is to print the money to be utilized by the public, and note how they say that since the government declared bankruptcy in 1933 their notes have had no value.

**An official website of the United States Government**

*An official website of the United States Government*

# U.S. DEPARTMENT OF THE TREASURY

https://www.treasury.gov/resource-center/faqs/Currency/Pages/legal-tender.aspx

the Federal Reserve issues bookkeeping entry credit, there is no constitutional amendment permitting the Federal Reserve and/or the treasury to create worthless items and declared them to be currency. The Constitution has held that the monies created by Congress must have a value, and this is not a market value but a national currency value. Federal Reserve bookkeeping entry credit is not regulated by Congress, making this process by the Federal Reserve, the issuance of bookkeeping entry credit, unconstitutional. That is, unless and until you can provide facts and conclusions of law and not opinion to the contrary.

**10255.** PROOF OF CLAIM, that the original lender did not lend "bookkeeping entry credit" in the form of a loan, and failed to provide such notification and clear, unambiguous, conspicuous language/terminology that any reasonable man or woman would understand? "intentionally created fraud in the factum" and withheld from plaintiff... 'vital information concerning said debt and all of the matrix involved in making the loan". Deutsche Bank v. Peabody, 866 N.Y.S.2d 91 (2008). EquiFirst, when making the loan, violated Regulation Z of the Federal Truth in Lending Act- 15 USC §1601 and the Fair Debt Collections Practices Act 15 USC §1692

**10256.** PROOF OF CLAIM- That the banking Holiday proclaimed by Pres. Roosevelt under proclamation 2039 prohibiting any during the course of such emergency to include but not be limited to deposits, credits, receipts, withdrawals within and between banking institutions has been suspended, declared over, abolished, repealed?

**10257.** PROOF OF CLAIM- That the government loan represented by this account is not backed by the full faith and credit of the United States government?

**EXHIBIT B**

**10258.** PROOF OF CLAIM- That the government loan represented by this account is not secured by mortgage insurance, and that the holder in due course is the beneficiary of that mortgage insurance? That the mortgage insurance is in place should the borrower default?

**10259.** PROOF OF CLAIM- That the Loan associated with the debt is classified as a personal loan and not a home loan? And that if it were to be classified as a home loan the original lender would be responsible for capital gains taxes? That the Home is purchased not from a bank but a Private home Owner?

**10260.** PROOF OF CLAIM- That the property securing the loan (an unsecured loan), has been fully paid as a result of the treasury program and/or other government program respecting or associated with such loans (PROGRAMS LIKE THE SINGLE-FAMILY HOME LOAN GUARANTEE PROGRAM)?

**10261.** PROOF OF CLAIM- That issuing the loan in the form of "BOOKKEEPING ENTRY CREDIT" was deceptive, intentional, and a deliberate attempt to conceal pertinent information regarding the origination of the loan and the matrix associated thereto?

**10262.** PROOF OF CLAIM- That tax credits and/or a charge off whereby the government has issued credits respecting the associated loan/debt has not been applied to the borrower's side of the ledger indicating the adjustment in balance?

**10263.** PROOF OF CLAIM- That the Uniform Nonjudicial Foreclosure Act, The Uniform Home Foreclosure Procedure Act, the Administrative Procedures Act, do not recognize arbitration as an alternative dispute resolution remedy?

**10264.** PROOF OF CLAIM- That the associated loan has not been satisfied as outlined in the Uniform Satisfaction of Mortgage Act?

**10265.** PROOF OF CLAIM- That the borrower is entitled to a full and complete accounting, as you and/or your associated organizations are the keepers of record, the custodians of record, and or to supply a full and complete accounting of the record upon demand? Please note that demand is hereby made for a complete comprehensive accounting of this account, and the same deadline for furnishing a response to this presentment is the exact same deadline for furnishing the accounting as/is demanded!

**10266.** PROOF OF CLAIM- That your organization nor the original lender ever intended on limiting lawful money as required in law, regulated by Congress and prescribed by the Constitution of the United States of America?

**10267.** PROOF OF CLAIM- That there is no lawful statute and/or Constitution delegation of authority authorizing your institution in creating "BOOKKEEPING ENTRY CREDIT", as a form of acceptable currency within the United States?

**10268.** PROOF OF CLAIM- That all property in the United States is owned by the state by virtue of government?

**10269.** PROOF OF CLAIM- That the following statement and/or record of Congress remains extant?

*"Mr. Speaker, we are here now in chapter 11. Members of Congress are official trustees presiding over the greatest reorganization of any Bankrupt entity in world history, the U.S. Government. We are setting forth hopefully, a blueprint for our future. There are some who say it is a coroner's report that will lead to our demise." [Rep. James Traficant, Jr. (Ohio) addressing the House, Congressional Record, March 17, 1993, Vol. 33, page H-1303]*

**10270.** PROOF OF CLAIM- That as a banking Institution the Borrower may utilize Bookkeeping Entry Credit as a form of acceptable currency as it was the initiating currency of issuance-

Now, Therefore I, Franklin D. Roosevelt, President of the United States of America, *in view of such national emergency and by virtue of the authority vested in me by said Act* ... do hereby proclaim, order, direct and declare that ... there shall be maintained and observed by all banking institutions and <u>all branches thereof located in the United States of America</u>, including the territories and insular possessions, a bank holiday, and that during said period

all banking transactions shall be suspended. During such holiday ... no such banking institution or branch shall ... permit the withdrawal or transfer in any manner or by any device whatsoever, of any ... currency ... nor shall any such banking institution or branch pay out deposits, make loans or discounts ... transfer credits ... or transact any other banking business whatsoever.

During such holiday, the Secretary of the Treasury, with the approval of the President and under such regulations as he may prescribe, is authorized and **empowered** (a) to permit any or all of such banking institutions to perform any or all of the usual banking functions, (b) to direct, require or permit the issuance of clearing house certificates or other evidences of claims against assets of banking institutions, and (c) to authorize and direct the creation in such banking institutions of special trust accounts for the receipt of new deposits which shall be subject to withdrawal on demand without any restriction or limitation and shall be kept separately in cash or on deposit in Federal Reserve Banks or **invested in obligations of the United States.**

As used in this order the term "banking institutions" shall include all Federal Reserve Banks, national banking associations, banks, trust companies, savings banks, building and loan associations, credit unions, or other corporations, partnerships, associations or **persons, engaged in the business of receiving deposits, making loans, discounting business paper, or transacting any other form of banking business**

· Proclamation 2039—**Declaring Bank Holiday** March 9, 1933; Public Papers and Addresses of Franklin D. Roosevelt declared Law By the General Assembly US Congress March 9, 1933 and the Act associated by the same name.

**10271.** PROOF OF CLAIM- That the loan and the Associated Debt is an Obligations of the UNITED STATES as defined in statute-

September 14, 1976." The Senate Special Committee had found that President Roosevelt's 1933 proclamation of a national emergency were still extant. See: **SENATE SPECIAL COMMITTEE ON NATIONAL EMERGENCIES AND DELEGATED EMERGENCY POWERS, FINAL REPORT: NATIONAL EMERGENCIES AND DELEGATED EMERGENCY POWERS, S. Rept. No. 94-922, 94th Cong., 2d Sess. (1976). P.L. 94-412 (Sept. 14, 1976); 90 Stat. 1255; 50 U.S.C. 1601 et seq.**

**10272.** PROOF OF CLAIM- That *"The ownership of all property is NOT in the state; AND THAT individual so-called 'ownership' is only by virtue of the government, i.e., law, amounting to mere user; and THAT use must be in accordance with law and subordinate to the necessities of the state."* **Senate Document No. 43, 73rd Congress, 1st Session;**

**10273.** PROOF OF CLAIM- That *"Under the new law the money is issued to the banks in return for government obligations... The money will be worth 100 cents on the dollar, because it is backed by the credit of the nation. THAT IT represents a mortgage on all the homes, and ... all the people of the nation." Congressional Record, March 9, 1933 on HR 1491 p. 83.*

**10274.** PROOF OF CLAIM- That it has been *"Resolved by the Senate and the House of Representatives of the United States of America in Congress assembled: That (a) every provision contained in or made with respect to any obligation which purports to give the obligee the right to require payment in gold or a particular kind of coin or currency, or in an amount in money of the United States measured thereby, is declared to be against public policy, and no such provision shall be contained in or made with respect to an obligation hereafter incurred. Every obligation heretofore or hereafter incurred, whether or not any such provision is contained therein or made with respect thereto, shall be discharged upon payment, dollar for dollar, in any such coin or currency, which at the time of payment is legal tender for public or private debts . . ." The GOLD Abrogation Act of June 5th, 1933*

**10275.** PROOF OF CLAIM- That *"Since March 9, 1933, the United States has been in a state of declared national emergency." "These proclamations give force to 470 provisions of federal law. These*

*hundreds of statutes delegate to the President extraordinary powers exercised by Congress, which affect the lives of American citizens in a host of all-encompassing manners. This vast range of powers taken together, confer enough authority to rule this country without reference to normal constitutional process."* **Senate Report 93-549**, July 24, 1973

**10276.** PROOF OF CLAIM- That the following is the current and is the current understanding:

> *[Mr. McPhadin] "... The first section of the bill, as I grasped it, is practically the war powers that were given back in 1917. I would like to ask the chairman of the committee if this is a plan to change the holding of the security back of the Federal Reserve notes to the Treasury of the United States rather than the Federal Reserve agent."*

> *[Mr. Stiggle] "This provision is for the issuance of Federal Reserve bank notes; and **not for Federal Reserve notes**, and the security back of it is the obligations, notes, drafts, bills of exchange, bank acceptances, outlined in the section to which the gentleman has referred."*

> *[McPhadin] "Then the new circulation is to be Federal Reserve bank notes and **not Federal Reserve notes**. Is that true?"*

> [Stiggle] "Insofar as the provisions of this section are concerned, yes."

> *"[Mr. Britain] From my observations of the bill as it was read to the House, it would appear that the amount of bank notes that might be issued by the Federal Reserve System is not limited. That will depend entirely upon the mount of collateral that is presented from time to time from exchange for bank notes. Is that not correct?"*

> *[McPhadin] "Yes, I think that is correct."???*

the Congressional Record during the debate over the Emergency Banking Act of 1933.

**10277.** PROOF OF CLAIM- That the amendment of § 5(b) provided that the Act can only be invoked "(d)uring the time of war." The elimination of the exclusion made clear that any and all emergency powers that might have previously been available pursuant to a national emergency declared under § 5(b) Congress did not formally terminate the one declared by President Roosevelt (apparently believing that only the President could do so). And so, 50 U.S.C. App. 5(b); 12 U.S.C. 95a. In amending TWEA, Congress did provide for the continuation of the emergency and of any economic sanctions that were the result of a Presidential declaration of national emergency that were in effect on July 1, 1977, subject to automatic termination unless they were renewed annually. This provision allowed the continuation of the National Bankruptcy and the National Banking Holiday, as well as the sanctions on regimes like Cuba, North Korea, China, and North Vietnam to continue without the President having to declare a new national emergency under IEEPA. See 50 U.S.C.A. App. 5, note.

**10278.** PROOF OF CLAIM- That as first adopted in 1976, the National Emergencies Act excluded from its purview Section 5(b) of the Trading with the Enemy Act. As noted above, the law under which President Roosevelt issued the declaration of national emergency with respect to the National bankruptcy was never cancelled. With the Cold War sections under that act had also been used by the executive branch as the legal basis for imposing economic sanctions on the communist nations of North Korea, Cuba, China, and North Vietnam; and the National Emergencies Act had been terminated, there would have been no other legal basis for continuing the sanctions against those countries, accept to enact a set of new specific laws, Congress chose not to consider. As a consequence, the State Department asked that Section 5(b) be excluded from the National Emergencies Act **until other legislation providing a basis for the continuation of economic sanctions against those countries could be enacted**. Is this not the case?

**10279.** PROOF OF CLAIM- That *"Whenever in the judgment of the Secretary of the Treasury such action is necessary to protect the currency system of the United State, the Secretary of the Treasury, in his discretion, may regulate any or all individuals... Whoever shall not comply with the provisions of this act shall be fined not more than $10,000 or if a natural person, may in addition to such fine may be imprisoned for a year, not exceeding ten years." [Stat 48, Section 1, Title 1, Subsection N, March 9, 1933]; that it is under discretion and the direct supervision of the United States treasury that the banking institutions are utilizing "bookkeeping entry credit"; and because the law defines a "banking institution" as one who engages in the business of banking i.e. banking business, during this current national banking emergency defined in law as bankruptcy, such "bookkeeping entry credit utilization" is construed as currency of the United States, and may be utilized for the payment and/or repayment of a loan instituted and or issued in the same species, is this not so?*

**10280.** PROOF OF CLAIM, that you notify the undersigned and/or the undersigned's representative of your attempt to deceive them, and that they knowingly and intentionally agreed to such deception,

for instance, if this matter involve the lending of credit, and/or a mortgage loan, proof that you provided the borrower with evidence as to the origination of the loan, and the species of currency utilized in the origination of the loan?

10281. PROOF OF CLAIM, that you have provided and/or will provide to the undersigned a copy of the original contract in its current state, without alterations and or amendments, for we know that any alteration and/or amendment on a contract has to be done in the presence of the other party with the approval of the other party, and that if you have provided a copy prior to the issuance of this document please provide proof and the date upon which such was done, and if you have not provided a copy please provide a copy with your response, and failure to do so would be constituted as a refusal on your part and a breach of this agreement invoking the tacit acquiescence and your forfeiture and waiver of all rights and full consent to every provision of the agreement and the penalties and assessment and fees associated therewith.

10282. PROOF OF CLAIM, that you provide a list of all of your subsidiaries, EIN numbers and the like, plus a copy of your COMPREHENSIVE ANNUAL FINANCIAL REPORT for the past 10 years inclusive of notes, ledgers, references, with term definitions within the next 14 calendar days, as the custodian of record for this account, you are to highlight the Association of this account within those records, failure to do so will invoke the default principles of this agreement and your full and complete consent with all of the terms and conditions as well as penalties associated thereto, hereto, therewith.

10283. PROOF OF CLAIM, that you will not attempt to circumvent the process after default, or after your consent and approval and agreement to this presentment, and that you agree that any attempt to circumvent the process shall invoke and cause to be placed in full affect the treble damage provision of this agreement plus, penalties, fines, assessment, fees.

10284. PROOF OF CLAIM, that you agree that if you should in any way attempt to evade, and or provide a general response, and or refuse to respond, and or refuse to provide the evidence and information and/or documents and/or records demanded, that you are guilty of fraud, deception, racketeering, and you will not object to your full prosecution as an organization with the co-conspirators mainly your Board of Directors if you are a corporation, with a minimum jail time of five years day for day and a maximum not to exceed that of 65% of a proscribed law. And that such failure and/or refusal on your part shall constitute your binding and willful consent to the relinquishing of the total value of the claim of this agreement, payable on demand with your waiver to a defense, and or a trial, and or hearing, and or notice, and or presentment, and or right to review and or right to appeal and or right to object!

## II.   CAVEAT

10285. Please understand that while the Undersigned wants, wishes and desires to resolve this matter as promptly as possible, the Undersigned can only do so upon Respondent('s) 'official response' to this Conditional Acceptance for Value and counter offer/claim for Proof of Claim by Respondent('s) providing the Undersigned with the requested and necessary Proof of Claims raised herein above.

10286. Therefore, as the Undersigned is not a signatory; NOR a party, to your "social compact" (contract) known as the Constitution (Charter) of the UNITED STATES; NOR noticed NOR cognizant, of any agreement/contract between the UNITED STATES, and the Undersigned and specifically any obtained through FULL DISCLOSURE and containing any FAIR/VALUABLE CONSIDERATION therein, which would act/operate to create and establish a "relationship" (nexus) and thereby; and therein, bind the Undersigned to the specific "source of authority" for the creation and existence of the alleged statute(s)/law(s) as contained and allegedly promulgated within the "Code" known as the United States Code; which, with the privity of contract or contract itself would thereby; and therein, create and establish legal force and or effect of said statute(s)/law(s) over and upon the Undersigned; and, would also act/operate to subject the Undersigned to the "statutory jurisdiction" of the UNITED STATES, its laws, venue, jurisdiction, and the like of its commercial courts/administrative tribunals/units and thereby; and therein, bind the Undersigned to said courts/administrative tribunal's/unit's decisions, orders, judgments, and the like; and specifically as within the above referenced alleged Commercial/Civil/Cause; and, which would act/operate to establish and confer upon said court/administrative tribunal/unit the necessary requirement/essential of "subject-matter jurisdiction" without which it is powerless to move in any action other than to dismiss. And as a result

thereof the parties agree that any statute and/or code introduced by the United States Congress and or state legislature under its non-governmental capacity i.e. it's "corporate business commercial transacting capacity", are not binding on any of the parties, and cannot be introduced and or used as any justification for any proceeding, and/or procedure, and or remedy respecting this matter. That the arbitration process is binding on all parties and is the sole and exclusive remedy for redressing any issue associated with this agreement. That this agreement supersedes and predates as well as replaces any and all prior agreements between the parties, and is binding on all parties and irrevocable, and the parties agreed to the terms and conditions of this agreement upon default of the defaulting party as of the date of the default, that the value of this agreement is **$1,275,000 (ONE MILLION TWO HUNDERED SEVENTY FIVE THOUSAND DOLLARS)**, the amount demanded is..$1,275,000). The Undersigned once more respectfully requests the Respondent(s) provide said necessary Proof of Claims so as to resolve the Undersigned's confusion and concerns within this/these matter(s). Otherwise, the Undersigned must ask, "What is the Undersigned's remedy?"

**10287. THEREFORE**, as Respondent(s) have superior knowledge of the law, and as custodian of record has access to the requested and necessary Proof of Claims, and otherwise being in a 'catbird's seat' to provide the requested and necessary Proof of Claims raised herein above, Respondent(s) is able, capable, and most qualified to inform the Undersigned on those matters relating to and bearing upon the above referenced alleged *CIVIL/COMMERCIAL/Cause* and thereby; that there is a duty on the part of the parties to communicate and/or respond to the aforementioned proof of claim and/or demand associated with this self-executing binding irrevocable contractual agreement coupled with interests and therein, has an obligation to clear-up all confusion and concerns in said matter(s) for the Undersigned as to the nature and cause of said process(s), proceeding(s), and the like as well as the lawfulness and validity of such to include; inter ali, all decisions, orders, and the like within; and arising from, all such within said Commercial/Civil/Cause.

**10288.** The Undersigned herein; and hereby, provides the Respondent(s) ten (10) Calendar days; to commence the day after receipt of this Conditional Acceptance for Value and counter offer/claim for Proof of Claim, in which to gather and provide the Undersigned with the requested and necessary Proof of Claims raised herein above, with the instruction, to transmit said Proof of Claims to the Undersigned and the below named Notary/Third Party and or their representative as stipulated and attached hereto if applicable, for the sole purpose of certifying RESPONSE or want thereof from Respondent(s). Further, the Undersigned herein; and hereby, extends to the Respondent(s) the offer for an additional ten (10) Calendar days in which to provide the requested and necessary Proof of Claims raised herein above.  If Respondent(s) desires the additional ten (10) Calendar days, Respondent must cause to be transmitted to the Undersigned and the below named Notary/Third Party etc. al; a signed written REQUEST. Upon receipt thereof, the extension is automatic; however, the Undersigned strongly recommends the Respondent(s) make request for the additional ten (10) Calendar days well before the initial ten (10) Calendar days have elapse to allow for mailing time. NOTICE: Should Respondent(s) make request for the additional ten (10) Calendar days, said request will be deemed "good faith" on the part of Respondent(s) to perform to this offer and provide the requested and necessary Proof of Claims.  Should Respondent(s) upon making request for the additional ten (10) Calendar days, of which there will be, cannot be, and shall not be any extension as the aforementioned requested information is required to be readily available for inspection and review upon demand, then fail or otherwise refuse to provide the requested and necessary Proof of Claims, and/or fails to provide the specific information in full detail as specified according to the terms of this agreement, and or shall cause to have presented a nonresponse, and or a general response, and or a nonspecific response, which shall only constitute as an attempt to evade, to avoid, to delay, said act(s) on the part of Respondent(s) shall be deemed and evidenced as an attempted constructive fraud, deception, bad faith, and the like upon Respondent's (s') part and further attempts to cause an inflict injury upon the Undersigned. Further, the Undersigned herein strongly recommends to Respondent(s) that any Proof of Claims and request for the additional ten (10) Calendar days be transmitted "Certified" Mail, Return Receipt Requested, and the contents therein under Proof of Mailing for the good of all concerned.

**10289.** Should the Respondent(s) fail or otherwise refuse to provide the requested and necessary Proof of Claims raised herein above within the expressed period of time established and set herein above, Respondent(s) will have failed to State any claim upon which relief can be granted. Further, Respondent(s) will have agreed and consented through "tacit acquiescence" to ALL the facts in relation to the above referenced alleged Commercial/Civil/Cause, as raised herein above as Proof of Claims herein; and ALL facts necessarily and of consequence arising there from, are true as they

operate in favor of the Undersigned, and that said facts shall stand as prima facie and ultimate (un-refutable) between the parties to this Conditional Acceptance for Value and counter offer/claim for Proof of Claim, the corporate Government juridical construct(s) Respondent(s) represents/serves, and ALL officers, agents, employees, assigns, and the like in service to Respondent(s), as being undisputed. Further, failure and/or refusal by Respondent(s) to provide the requested and necessary Proof of Claims raised herein above shall act/operate as ratification by Respondent(s) that ALL facts as set, established, and agreed upon between the parties to this Conditional Acceptance for Value and counter offer/claim for Proof of Claim, are true, correct, complete, and NOT misleading.

### III.    ARBITRATION- AN ADMINISTRATIVE REMEDY COGNIZABLE AT COMMON-LAW

10290. **ADDITIONALLY** it is exigent and of consequence for the Undersigned to inform Respondent(s), in accordance with and pursuant to the principles and doctrines of "clean hands" and "good faith," that by Respondents(s) failure and or refusal to respond and provide the requested and necessary Proof of Claims raised herein above and thereby; and it shall be held and noted and agreed to by all parties, that a general response, a nonspecific response, or a failure to respond with specificities and facts and conclusions of common law, and or to provide the requested information and documentation that is necessary and in support of the agreement shall constitute a failure and a deliberate and intentional refusal to respond and as a result thereby and or therein, expressing the defaulting party's consent and agreement to said facts and as a result of the self-executing agreement, the following is contingent upon their failure to respond in good faith, with specificity, with facts and conclusions of common-law to each and every averment, condition, and/or claim raised; as they operate in favor of the Undersigned, through "tacit acquiescence," Respondent(s) NOT ONLY expressly affirm the truth and validity of said facts set, established, and agreed upon between the parties to this Conditional Acceptance for Value and counter offer/claim for Proof of Claim, but Respondent(s); having agreed and consented to Respondent(s) having a duty and obligation to provide the requested and necessary Proof of Claims raised herein above, will create and establish for Respondent(s) an estoppel in this matter(s), and ALL matters relating hereto; and arising necessarily therefrom; and,

10291. In accordance with and pursuant to this agreement; a contractually (consensual) binding agreement between the parties to this Conditional Acceptance for Value and counter offer/claim for Proof of Claim to include the corporate Government Agency/Department construct(s) whom Respondent(s) represents/serves; as well as, ALL officers, agents, employees, assigns, and the like in service to Respondent(s) will not argue, controvert, oppose, or otherwise protest ANY of the facts already agreed upon by the parties set and established herein; and necessarily and of consequence arising therefrom, in ANY future remedial proceeding(s)/action(s), including binding arbitration and confirmation of the award in the District Court of the United States at any competent court under original jurisdiction, in accordance with the general principles of non-statutory Arbitration, wherein this Conditional Acceptance for the Value/Agreement/Contract no. **2019-01091221MMIJC-WBF4UJCSM–U123899811©** constitutes an agreement of all interested parties in the event of a default and acceptance through silence/failure to respond when a request for summary disposition of any claims or particular issue may be requested and decided by the arbitrator, whereas a designated arbitrator shall be chosen at random, who is duly authorized, and in the event of any physical or mental incapacity to act as arbitrator, the Undersigned shall retain the authority to select any neutral(s)/arbitrator(s) that qualify pursuant to the common law right to arbitration, as the arbitration process is a private remedy decided upon between the parties, and with respects this agreement, the defaulting party waives any and all rights, services, notices, and consents to the undersigned and or the undersigned's representative selection of the arbitrator thereby constituting agreement, and any controversy or claim arising out of or relating in any way to this Agreement or with regard to its formation, interpretation or breach, and any issues of substantive or procedural arbitrability shall be settled by arbitration, and the arbitrator may hear and decide the controversy upon evidence produced although a party who was duly notified of the arbitration proceeding did not appear; that the Undersigned deems necessary to enforce the "good faith" of ALL parties hereto within without respect to venue, jurisdiction, law, and forum the Undersigned deems appropriate.

10292. Further, Respondent(s) agrees the Undersigned can secure damages via financial lien on assets, properties held by them or on their behalf for ALL injuries sustained and inflicted upon the Undersigned for the moral wrongs committed against the Undersigned as set, established, agreed and consented to herein by the parties hereto, to include but not limited to: constitutional impermissible misapplication of statute(s)/law(s) in the above referenced alleged Commercial/Civil/Cause; fraud, conspiracy (two or more involved); trespass of title, property, and the like; and, ALL other known and

unknown trespasses and moral wrongs committed through ultra vires act(s) of ALL involved herein; whether by commission or omission. Final amount of damages to be calculated prior to submission of Tort Claim and/or the filing of lien and the perfection of a security interest via a Uniform Commercial Code financing 1 Statement; estimated in excess of TEN (10) Million dollars (USD- or other lawful money or currency generally accepted with or by the financial markets in America), and notice to Respondent('s) by invoice. Per Respondent('s) failure and or refusal to provide the requested and necessary Proof of Claims and thereby; and therein consenting and agreeing to ALL the facts set, established, and agreed upon between the parties hereto, shall constitute a self-executing binding irrevocable durable general power of attorney coupled with interests; this Conditional Acceptance for Value and counter offer/claim for Proof of Claim becomes the security agreement under commercial law whereby only the non-defaulting party becomes the secured party, the holder in due course, the creditor in and at commerce. It is deemed and shall always and forever be held that the undersigned and any and all property, interest, assets, estates, trusts commercial or otherwise shall be deemed consumer and household goods not-for-profit and or gain, private property, and exempt, not for commercial use, nontaxable as defined by the Uniform Commercial Code article 9 section 102 and article 9 section 109 and shall not in any point and/or manner, past, present and/or future be construed otherwise- see the Uniform Commercial Code article 3, 8, and 9.

**10293.** Should Respondent(s) allow the ten (10) Calendar days or twenty (20) Calendar days total if request was made by signed written application for the additional ten (10) Calendar days to elapse without providing the requested and necessary Proof of Claims, Respondent(s) will go into fault and the Undersigned will cause to be transmitted a Notice of Fault and Opportunity to Cure and Contest Acceptance to the Respondent(s); wherein, Respondent(s) will be given an additional three (3) days (72 hours) to cure Respondent's (s') fault. Should Respondent(s) fail or otherwise refuse to cure Respondent's(s') fault, Respondent will be found in default and thereby; and therein, Respondent will have established Respondent's(s') consent and agreement to the facts contained within this Conditional Acceptance for Value and counter offer/claim for Proof of Claim as said facts operate in favor of the Undersigned; e.g., that the judgment of alleged "court of record" within the above referenced alleged *Commercial/Civil/Cause* is VOID AB INITIO for want of subject-matter jurisdiction of said venue; insufficient document (Information) and affidavits in support thereof for want of establishing a claim of debt; want of Relationship with the "source of authority" for said statute(s)/law(s) for want of privity of contract, or contract itself; improperly identified parties to said judgment, as well as said dispute/matter; and, Respondent(s) agrees and consents that Respondent(s) does have a duty and obligation to Undersigned; as well as the corporate Government Department/agency construct(s) Respondent(s) represents/serves, to correct the record in the above referenced alleged *Commercial/Civil/Cause* and thereby; and therein, release the indenture (however termed/styled) upon the Undersigned and cause the Undersigned to be restored to liberty, and releasing the Undersigned's property rights, as well as ALL property held under a storage contract in the "name" of the all-capital-letter "named" defendant within the above referenced alleged *Commercial/Civil/Cause* within the alleged commercially "bonded" warehousing agency d.b.a., for the commercial corporate Government construct d.b.a. the United States. That this presentment is to be construed contextually and not otherwise, and that if any portion and/or provision contained within this presentment, this self-executing binding irrevocable contractual agreement coupled with interests, is deemed non-binding it shall in no way affect any other portion of this presentment. That the arbitrator is permitted and allowed to adjust the arbitration award to no less than two times the original value of the properties associated with this agreement, plus the addition of fines, penalties, and other assessments that are deemed reasonable to the arbitrator upon presentment of such claim, supported by prima facie evidence of the claim.

**10294.** The defaulting party will be estopped from maintaining or enforcing the original offer/presentment; i.e., the above referenced alleged *Commercial/Civil/Cause* as well as ALL commercial paper (negotiable instruments) therein, within any court or administrative tribunal/unit within any venue, jurisdiction, and forum the Undersigned may deem appropriate to proceed within in the event of ANY and ALL breach(s) of this agreement by Respondent(s) to compel specific performance and or damages arising from injuries there from. The defaulting party will be foreclosed by laches and or estoppel from maintaining or enforcing the original offer/presentment in any mode or manner whatsoever, at any time, within any proceeding/action. Furthermore, the respondents are foreclosed against the enforcement, retaliation, assault, infringement, imprisonment, trespass upon the rights, properties, estate, person whether legal, natural or otherwise of the presenter/petitioner and/or his interest and/or his estate retroactively, at present, post-actively, forever under any circumstances, guise, and or presumption!

**EXHIBIT B**

### IV.    NOTICE OF COMMON-LAW ARBITRATION:

**10295.** Please be advised that in-as-much as the Undersigned has "secured" the "interest" in the "name" of the all-capital-letter "named" defendant as employed/used upon the face; and within, ALL documents/instruments/records within the above referenced alleged Commercial/Civil/Cause, to include any and all derivatives and variations in the spelling of said "name" except the "true name" of the Undersigned as appearing within the Undersigned's signature block herein below, through a Common-Law Copyright, filed for record within the Office of the Secretary of State, of NEW YORK and or Las Vegas State of Nevada, and, having "perfected said interest" in same through incorporation within a Financing (and all amendments and transcending filings thereto), by reference therein, the Undersigned hereby; and herein, waives the Undersigned's rights as set, established, and the like therein, and as "perfected" within said Financing Statement acting/operating to "register" said Copyright, to allow for the Respondent(s) to enter the record of the alleged "court of record" within the above referenced alleged ***Commercial/Civil/Cause*** for the SOLE purpose to correct said record and comply with Respondent's(s') agreed upon duty/obligation to write the "order" and cause same to be transmitted to restore and release the Undersigned, the Undersigned's corpus, and ALL property currently under a "storage contract" under the Undersigned's Common-Law Copyrighted trade-name; i.e., the all-capital-letter "named" defendant within the above referenced alleged Commercial/Civil/Cause, within the alleged commercially "bonded" warehousing agency d.b.a. the commercial corporate Government juridical construct d.b.a. the United States. Please take special note, that the copyright is with reference to the name and its direct association and/or correlation to the presenter.

**10296. NOTICE**: That the arbitrators "must not necessarily judge according to the strict law but as a general rule ought chiefly to consider the principles of practical business" *Norske Atlas Insurance Co v London General Insurance Co (1927) 28 Lloyds List Rep 104*

- "internationally accepted principles of law governing contractual relations"[ *Deutsche Schachtbau v R As al-Khaimah National Oil Co [1990] 1 AC 295;*
- If the contract (valid or otherwise) contains an arbitration clause, then the proper forum to determine whether the contract is void or not, is the arbitration tribunal.[ *For example, see Heyman v Darwins Ltd [1942] AC 356;*
- That any determination by the arbitrator is binding upon all parties, and that all parties agree to abide by the decision of the arbitrator, that the arbitrator is to render a decision based upon the facts and conclusions as presented within the terms and conditions of the contract. Any default by any party must be supported by proof and evidence of said default, that default shall serve as tacit acquiescence on behalf of the party who defaulted as having agreed to the terms and conditions associated with the self-executing binding irrevocable contract coupled with interests. That the arbitrator is prohibited from considering and/or relying on statutory law, as it has been held that any time any party relies on or enforces a statute, they possess no judicial power
- "A judge ceases to set as a judicial officer because the governing principals of administrative law provides that courts are prohibited from substituting their evidence, testimony, record, arguments and rationale for that of the agency. Additionally, courts are prohibited from their substituting their judgments for that of the agency." **AISI v US**, 568 F2d 284
- " ...judges who become involved in enforcement of mere statutes (civil or criminal in nature and otherwise), act as mere "clerks" of the involved agency...." K.C. Davis, ADMIN. LAW, Ch. 1 (CTP. West's 1965 Ed.)
- "... their supposed 'court' becoming thus a court of limited jurisdiction, as a mere extension of the involved agency for mere superior reviewing purposes." K.C. Davis, ADMIN. LAW, P. 95, (CTP, 6 Ed. West's 1977) *FRC v G.E.* 28J US 464; *Keller v PE*, 261 US 428.
- "When acting to enforce a statute, the judge of the municipal court is acting an administrative officer and not as a judicial capacity, courts in administrating or enforcing statutes do not act judicially, but, merely administerially." *Thompson v Smith*, 155 Va. 376; 154 SE 583, 71 ALR 604.
- "It is basic in our law that an administrative agency may act only within the area of jurisdiction marked out for it by law. If an individual does not come within the coverage of the particular agency's enabling legislation the agency is without power to take any action which affects him." Endicott v Perkins, 317 US 501.
- "It is not every act, legislative in form, that is law. Law is something more than mere will exerted as an act of power... Arbitrary power, enforcing its edicts to the injury of the person and property of its subjects is not law." *Hurtado v. California* (1884) 110 US 515 (1984).
- Some of the aforementioned cases are not published, however, these are still fundamental principles of law, and one of the fundamental principles of arbitration is that the arbitrator sits as judge over the facts, and as such to preserve the sanctity of the process an arbitrator receives the same immunity as a judge and is exempt from prosecution and or review, unless it can be proved that the arbitrator intentionally ignored the evidence and acted in conspiracy to defraud the parties.

**10297.** As the Undersigned has no desire NOR wish to tie the hands of Respondent(s) in performing Respondent's(s') agreed upon duty/obligation as set, established, and agreed upon within this Conditional Acceptance for Value and counter offer/claim for Proof of Claim and thereby create/cause a "breach" of said contractually binding agreement on the part of the Respondent(s), Respondent(s) is hereby; and herein, NOTICED that if this waiver of said Copyright is not liberal, NOR extensive enough, to allow for the Respondent(s) to specifically perform all duties/obligations as set, established, and agreed upon within the Conditional Acceptance for Value and counter offer/claim

Doc I.D. #: 2019-0211M1221MMLJC-WBF4UJCSM–ADDEN1<sup>c</sup>

**EXHIBIT B**

for Proof of Claim: Respondent(s) may; in "good faith" and NOT in fraud of the Undersigned, take all needed and required liberties with said Copyright and this waiver in order to fulfill and accomplish Respondent's(s') duties/obligations set, established, and agreed upon between the parties to this agreement.

10298. If Respondent(s) has any questions and or concerns regarding said Copyright and or the waiver, Respondent(s) is invited to address such questions and or concerns to the Undersigned in writing, and causing said communiqués to be transmitted to the Undersigned and below named Notary/Third Party. The respondents have acted as if the contract quasi-or otherwise does not place a binding obligation upon their persons, upon their organizations, upon their institutions, upon their job qualifications, and breaching that obligation breaches the contract, for which they cannot address due to the direct conflict of interest. It is as a result of that conflict of interest that binding arbitration shall be instituted

10299. Your failure to respond, and this would include each of the respondents by their representative, and if represented by the Atty. Gen., such representation must be responsive for each State and/or State organization/department/agency, separately and severally to each of the points of averment, failure to respond to a single point of averment will constitute acquiescence, forfeiture, and a waiver of all rights with respects all of the points raised in this presentment.

## V.   NOTICE TO AGENT IS NOTICE TO PRINCIPLE AND VICE VERSA

10300. **NOTICE**: In this Conditional Acceptance for Value and counter offer/claim for Proof of Claim(a) the words "include," "includes," and "including," are not limiting; (b) the word "all" includes "any" and the word "any" includes "all"; (c) the word "or" is not exclusive except when used in conjunction with the word "and"; as in, "and/or"; and (d) words and terms (i) in the singular number include the plural, and in the plural, the singular; (ii) in the masculine gender include both feminine and neuter.

10301. This presentment shall constitute a CLAIM against the assets of your institution and is valid upon your failure to comply with the requirement of this agreement and to VALIDATE NOT VERIFY THE COMPREHENSIVE ACCOUNTING!

10302. **NOTICE**: All titles/names/appellations of corporate Government juridical constructs, and branches, departments, agencies, bureaus, offices, sub-whatever's, and the like thereof, include any and all derivatives and variations in the spelling of said titles/names/appellations.

10303. **NOTICE**: Any and all attempts at providing the requested and necessary Proof of Claims raised herein above; and, requesting the additional ten (10) Calendar days in which to provide same; and, to address any and all questions and concerns to the Undersigned in regards to the Stated Copyright and waiver herein expressed, in any manner other than that provided for herein will be deemed non-responsive.

The Undersigned extends to the Respondent(s) the Undersigned's appreciations and thanks for Respondent's(s) prompt attention, response, production of above Proof(s) of Claim and assistance in this/these matter(s). This presentment is not to be construed as an acceptance and/or application and/or subscription and/or request for license, admittance to any jurisdiction quasi-or otherwise. But shall remain as a direct objection to any and all claims to the contrary.

Sincerely,

Without Recourse

Mario E. Castro a Natural Man

Magdalena Dumancela Castro a Natural Woman

**2019-01091221MMLJC-WBF4UJCSM–U123899811**<sup>c</sup> is secured and reserved with all rights retained, Private Property no trespass permitted or allowed under common law restrictions and prohibitions

(THE REMAINDER OF THIS PAGE INTENTIONALLY LEFT BLANK)

# EXHIBITS
# C

**EXHIBIT C**



# EQUIFAX

## CREDIT FILE : November 07, 2020
## Confirmation # 0291062379

Dear MARIO E CASTRO:

We are pleased to let you know that the results of the dispute you recently filed with Equifax are complete. Here are a few things to know about the process:

**Were changes made to my credit report and what actions were taken?**

Please see the following page(s) for more detailed information on your specific results.

If we were able to make changes to your credit report based on the information you provided, we have done so. Otherwise, we contacted the company reporting the information to Equifax for them to investigate your dispute.

In this situation:

- We request that the reporting company verify the accuracy of the information you disputed;

- We provide them with any relevant information and supporting documentation you provided us with the dispute to consider as part of the investigation; and

- We request that they send Equifax a response to your dispute and update their records and systems, as necessary.

If your dispute involves a public record item, Equifax contacts a third party vendor to obtain the most recent status of the public record.

**How do I know that all of this is happening?**

When the reporting company replies to us, they certify that they have followed Equifax's instructions and the law; considered all information and documentation provided; and updated your information, as necessary.

**What should I do if I do not agree with the results of the investigation?**

You have a few options:

- You may add a statement of up to 100 words (200 words for Maine residents) to your credit report. If you provide a consumer statement that contains

(Continued On Next Page)

0000001888 FECE00001108200011844 01 000000 001961 006

0000008407- DISC
MARIO E CASTRO
419 W HILLS RD
MELVILLE, NY 11747-1045

P.O. Box 105518
Atlanta, GA 30348

0291062379-APPL-ADM-0850010300000002-11072020

EXHIBIT C

- medical information related to services provided or medical procedures, then you expressly consent to including this information in every credit report we issue about you.

- You may contact the company that reports the information to us and dispute it directly with them. If you would like written proof about your accounts (such as the original agreement), please contact your creditors directly.

- You may provide us additional information or documents (such as an identity theft report or a letter from the reporting company) about your dispute to help us resolve it by visiting our website https://www.equifax.com/personal/disputes. You may also mail your documents to PO Box 740256, Atlanta GA 30374-0256 or contact us by calling a Customer Representative at 866-349-5191.

- You may contact the Consumer Financial Protection Bureau or your State Attorney General's office about your issue or complaint against Equifax or the company reporting the information.

029106Z379-APPLADM-0856010300000002-11072020

L961.0000T.00.8P84.0002801-U0005Z9B5.0000+1000.Z0+80.9881:0Z00

EXHIBIT C

## What else should I know?

If there has been a change to your credit report based on your dispute, or if you add a consumer statement, you may request that Equifax send an updated report to companies who received your credit report within the last two years for employment purposes, or within the last six months for any other purpose (the past 12 months for residents of California, Colorado, Maryland, New York and New Jersey residents).

Also, if you are interested, you may request a description of how the reinvestigation was conducted along with the business name, address and telephone number (if reasonably available) of the furnisher of your disputed information.

For frequently asked questions about your credit report and the dispute process, please visit Equifax at https://help.equifax.com/.

As always, we thank you for contacting Equifax and the results of your dispute are on the pages following this letter.

## How should I read my dispute results?

To better assist you with understanding the results of your dispute, please review the information below:

- If an item states **"Deleted"**, we have removed it from your credit report and taken steps so it does not reappear.
- If an item states **"Verified as Reported"**, the reporting company has certified it is reporting accurately.
- If an item states **"Updated"**, we have updated one or more fields on the item based on information received from the reporting company.

Updated disputed account information only. **The information you disputed has been updated.**

Updated disputed account information. Additional account information was also updated. **The information you disputed has been updated as well as other information on this item.**

Disputed information accurate. Updated account information unrelated to the dispute. **The information you disputed has been verified as accurate, however, information unrelated to your dispute has been updated.**

Consumer's dispute not specific. Consumer information verified. Account information updated. **Information on your report has been updated.**

> The Results Of Our Reinvestigation

> >> *We have reviewed the former employment information. The results are:* This item has been deleted from the credit file.   *Long Island Savings*

> >> *We have reviewed the employment information. The results are:* This item has been deleted from the credit file.   *Costco Date Employed: 08/2019 Date Employed: 08/2019*

> >> *We have reviewed the former address. The results are:* The disputed address has been deleted.   *419 W Hills Rd Apt 1 Melville NY 11747 Residence Since: 10/2020 MIXED*

> >> *We have reviewed the former address. The results are:* The disputed address has been deleted.   *6832 Manse St Forest Hills NY 11375 Residence Since: 09/2009 MIXED*

(Continued On Next Page)

EXHIBIT C

>>> We have reviewed the former address. The results are: The disputed address has been deleted. **11406 89th Ave FL 3 Richmond Hill NY 11418 Residence Since: 08/2009 MIXED**

>>> We have reviewed the former address. The results are: The disputed address has been deleted. **503 5th St Conway AR 72032 Residence Since: 04/2005 MIXED**

>>> We have reviewed the former address. The results are: The disputed address has been deleted. **4 Hogan Cv Maumelle AR 72113 Residence Since: 02/2005 MIXED**

>>> The disputed address has been deleted. **11406 167th St Jamaica NY 11434 Residence Since: 02/2005 MIXED**

>>> We have reviewed the formerly used name. The results are: This item has been deleted from the credit file. **Marlon J Castro**

>>> We have reviewed the formerly used name. The results are: This item has been deleted from the credit file. **Mario E Casstro**

>>> We have reviewed the identification information. The results are: Please submit a copy of your social security card, driver's license and/ or an official document to update your name. **Name: Mario E Castro Ssn: XXX-XX-4651 Birthdate: 1/18/1966**

>>> We have reviewed your concerns and our conclusions are:

Your date of birth is currently reporting correctly on your Equifax credit file. Equifax does not add telephone numbers to the credit file. Please be advised that Equifax does not report roommate?s and spouse information on credit file. The current address has been added/updated per the information you have supplied.

| Credit Account Information | | | |
|---|---|---|---|
| (For your security, the last 4 digits of account number(s) have been replaced by *) (This section includes open and closed accounts reported by credit grantors) | | | |
| **Account History** | 1 : 30-59 Days Past Due | 5 : 150-179 Days Past Due | J : Voluntary Surrender |
| | 2 : 60-89 Days Past Due | 6 : 180 or More Days Past Due | K : Repossession |
| **Status Code** | 3 : 90-119 Days Past Due | G : Collection Account | L : Charge Off |
| **Descriptions** | 4 : 120-149 Days Past Due | H : Foreclosure | |

>>> We have researched the credit account. Account # - 517805839323* The results are: We have verified that this item has been reported correctly. If you have documents that release you from this obligation, please forward a copy to us. THE FOLLOWING FIELDS HAVE BEEN MODIFIED: "BALANCE "HISTORICAL ACCOUNT INFORMATION. If you have additional questions about this item please contact: **Capital One Bank USA Na, PO Box 31293, Salt Lake City, UT 84131-1293 Phone: (800) 955-7070**

| Capital One Bank USA Na | PO BOX 31293 SALT LAKE CITY UT 84131-1293 ; (800) 955-7070 | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Account Number 517805839323* | Date Opened 09/01/2016 | High Credit $ 574 | Credit Limit $ 500 | Terms Duration | Terms Frequency Monthly | Date of 1st Delinquency | Date of Last Activity 09/2020 | Date Maj/Del 1st Rptd | Months Rev'd 24 | Charge Off Amount | Activity Designator | Creditor Classification | Deferred Pay Start Date | Deferred Pay Balloon Pay Amount | Balloon Pay Date | Date Closed |
| Items at. of Date Reported 10/21/2020 | Amount | Balance Past Due $ 0 | Amount | Date of Last Payment 09/2020 | Actual Payment Amount | Scheduled Payment Amount $ 25 | Whose Account Individual Account | | Portfolio Indicator | | Portfolio Status: |
| Status Pays As Agreed | High Credit $ 574 | Past Due Type of Loan Credit Card | | | | | | | | |

(Continued On Next Page)

029106379-APPLADM-0856010300000002-11072020

**EXHIBIT C**

**ADDITIONAL INFORMATION:**
Credit Card

Account History with Status Codes
08/2019
1

Historical Account Information

| Balance | Scheduled Payment Amount | Actual Payment Amount | Date of Last Payment | High Credit | Credit Limit | Amount Past Due | Type of Loan | Activity Designator |
|---|---|---|---|---|---|---|---|---|
| 09/20 | $ 239 | $ 25 | | 09/01/2020 | $ 574 | $ 500 | | Credit Card | |
| 08/20 | $ 213 | $ 25 | | 08/01/2020 | $ 574 | $ 500 | | Credit Card | |
| 07/20 | $ 218 | $ 25 | | 07/01/2020 | $ 574 | $ 500 | | Credit Card | |
| 06/20 | $ 288 | $ 25 | | 06/01/2020 | $ 574 | $ 500 | | Credit Card | |
| 05/20 | $ 334 | $ 25 | | 05/01/2020 | $ 574 | $ 500 | | Credit Card | |
| 04/20 | $ 483 | $ 55 | | 04/01/2020 | $ 574 | $ 500 | | Credit Card | |
| 03/20 | $ 476 | $ 42 | | 02/01/2020 | $ 574 | $ 500 | | Credit Card | |
| 02/20 | $ 441 | $ 25 | | 02/01/2020 | $ 574 | $ 500 | | Credit Card | |
| 01/20 | $ 512 | $ 56 | | 12/01/2019 | $ 574 | $ 500 | | Credit Card | |
| 12/19 | $ 504 | $ 44 | | 11/01/2019 | $ 574 | $ 500 | | Credit Card | |
| 11/19 | $ 452 | $ 42 | | 10/01/2019 | $ 574 | $ 500 | | Credit Card | |
| 10/19 | $ 418 | $ 25 | | 10/01/2019 | $ 574 | $ 500 | | Credit Card | |
| 10/20 | $ 214 | | | 10/01/2020 | $ 574 | $ 500 | | Credit Card | |

**ADDITIONAL INFORMATION:**
Account Previously in Dispute - Now Resolved by Data Furnisher

(Continued On Next Page)

029106237S-APPLADM-085b0103000000002-11072020

EXHIBIT C

## Historical Account Information

| | Balance | Scheduled Payment Amount | Actual Payment Amount | Date of Last Payment | High Credit | Credit Limit | Amount Past Due | Type of Loan | Activity Designator |
|---|---|---|---|---|---|---|---|---|---|
| 09/19 | $463 | $25 | | 09/01/2019 | $574 | $500 | | Credit Card | |
| 08/19 | $522 | $44 | | | $574 | $500 | | Credit Card | |
| 07/19 | $466 | $25 | | 07/01/2019 | $574 | $500 | | Credit Card | |
| 06/19 | $574 | $59 | | | $574 | $500 | $25 | Credit Card | |
| 05/19 | $524 | $44 | | 04/01/2019 | $524 | $500 | | Credit Card | |
| 04/19 | $478 | $25 | | 04/01/2019 | $497 | $500 | | Credit Card | |
| 03/19 | $458 | $25 | | 03/01/2019 | $476 | $500 | | Credit Card | |
| 02/19 | $411 | $25 | | 02/01/2019 | $411 | $500 | | Credit Card | |
| 01/19 | $242 | $25 | | 01/01/2019 | $287 | $500 | | Credit Card | |
| 12/18 | $252 | $25 | | | $252 | $500 | | Credit Card | |
| 11/18 | $0 | $0 | | | $0 | $0 | | | |

---

## Shellpoint Mortgage Servicing   55 Beattie Pl Ste 600 Greenville SC 29601-2165: (484) 594-1038

Account Number: 57815*

| Date Opened | High Credit | Credit Limit | Terms Duration | Terms Frequency | Months Rev'd |
|---|---|---|---|---|---|
| 03/07/2006 | $448,800 | | Annually | | 43 |

| Items As of Date Reported | Amount | Balance | Amount Past Due | Date of Last Payment | Actual Payment Amount | Scheduled Payment | Date of 1st Delinquency | Date of Last Activity | Date Maj Del 1st Rptd | Charge Off Amount | Creditor Classification | Activity Designator |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 11/07/2020 | $500,337 | | $149,886 | 02/2020 | $448,800 | $2,410 | 11/2015 | | | | | |

| Status | Type of Loan | Type of Account | Whose Account | Portfolio Indicator | Deferred Pay Start Date | Balloon Pay Amount | Portfolio Status | Balloon Pay Date | Date Closed |
|---|---|---|---|---|---|---|---|---|---|
| Over 120 Days Past Due Mortgage | Conventional Re Mortgage | Conventional Re Mortgage | Individual Account | | | | | | |

>>> **Information on your report has been updated. Account #- 57815* The results are:** We verified that this item belongs to you. This account has been updated. Additional information has been provided from the original source regarding this item. THE FOLLOWING FIELDS HAVE BEEN MODIFIED: *TERMS DURATION *TERMS FREQUENCY *ADDITIONAL INFORMATION *ACCOUNT HISTORY *HISTORICAL ACCOUNT INFORMATION. If you have additional questions about this item please contact: **Shellpoint Mortgage Servic, 55 Beattie Pl Ste 600, Greenville, SC 29601-2165 Phone: (484) 594-1038**

ADDITIONAL INFORMATION:
*Consumer Disputes This Account*

(Continued On Next Page)

0291062379-APPL-ADM-085b01030000002-11072020

**EXHIBIT C**

Real Estate Mortgage

Conventional Mortgage

## Annual Payment

### Account History with Status Codes

| 09/2020 | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 08/2020 6 | 07/2020 6 | 06/2020 6 | 05/2020 6 | 04/2020 6 | 03/2020 6 | 02/2020 6 | 01/2020 6 | 12/2019 6 |
| **11/2019** | | | | | | | | |
| 10/2019 6 | 09/2019 6 | 08/2019 6 | 07/2019 6 | 06/2019 6 | 05/2019 6 | 04/2019 6 | 03/2019 6 | 02/2019 6 |
| **01/2019** | | | | | | | | |
| 12/2018 6 | 11/2018 6 | 10/2018 6 | 09/2018 6 | 08/2018 6 | 07/2018 6 | 06/2018 6 | 05/2018 6 | 04/2018 6 |
| **03/2018** | | | | | | | | |
| 02/2018 6 | 01/2018 6 | 12/2017 6 | 11/2017 6 | 10/2017 6 | 09/2017 6 | 08/2017 6 | 07/2017 6 | 06/2017 6 |
| **05/2017** | | | | | | | | |
| 04/2017 6 | 03/2017 6 | 02/2017 6 | 01/2017 6 | | | | | |

### Historical Account Information

| | Balance | Scheduled Payment Amount | Actual Payment Amount | Date of Last Payment | High Credit | Credit Limit | Amount Past Due | Type of Loan | Activity Designator |
|---|---|---|---|---|---|---|---|---|---|
| 10/20 | No Data Available | | | | | | | | |
| 09/20 | No Data Available | | | | | | | | |
| 08/20 | $ 500,337 | $ 2,410 | | 02/01/2020 | $ 448,800 | | $ 149,886 | Conventional Re Mortgage | |
| 07/20 | $ 498,639 | $ 2,410 | | 02/01/2020 | $ 448,800 | | $ 147,310 | Conventional Re Mortgage | |
| 06/20 | $ 496,937 | $ 2,410 | | 02/01/2020 | $ 448,800 | | $ 144,718 | Conventional Re Mortgage | |
| 05/20 | $ 495,219 | $ 2,410 | | 02/01/2020 | $ 448,800 | | $ 142,141 | Conventional Re Mortgage | |

ADDITIONAL INFORMATION:
180 Days or More Past Due
Fixed Rate

ADDITIONAL INFORMATION:
180 Days or More Past Due
Fixed Rate

ADDITIONAL INFORMATION:
180 Days or More Past Due
Fixed Rate

ADDITIONAL INFORMATION:
180 Days or More Past Due
Fixed Rate

(Continued On Next Page)

029106237-9-APPLADM-0856010300000002-11072020

0000-8661-010:00-0P11-0009-0300-0009-0200:01-1P11-08P1-0000-1-00001:861-

EXHIBIT C

| Historical Account Information | Balance | Scheduled Payment Amount | Actual Payment Amount | Date of Last Payment | High Credit | Credit Limit | Amount Past Due | Type of Loan | Activity Designator |
|---|---|---|---|---|---|---|---|---|---|
| 04/20 | $493,177 | $2,410 | | 02/01/2020 | $448,800 | | $139,213 | Conventional Re Mortgage | |
| ADDITIONAL INFORMATION: 180 Days or More Past Due Fixed Rate | | | | | | | | | |
| 03/20 | $491,118 | $2,410 | | 02/01/2020 | $448,800 | | $136,301 | Conventional Re Mortgage | |
| ADDITIONAL INFORMATION: 180 Days or More Past Due Fixed Rate | | | | | | | | | |
| 02/20 | $489,071 | $2,410 | | 02/01/2020 | $448,800 | | $130,396 | Conventional Re Mortgage | |
| ADDITIONAL INFORMATION: 180 Days or More Past Due Fixed Rate | | | | | | | | | |
| 01/20 | $486,927 | $2,410 | | | $448,800 | | $132,786 | Conventional Re Mortgage | |
| ADDITIONAL INFORMATION: 180 Days or More Past Due Fixed Rate | | | | | | | | | |
| 12/19 | $484,876 | $2,410 | | | $448,800 | | $129,859 | Conventional Re Mortgage | |
| ADDITIONAL INFORMATION: 180 Days or More Past Due Fixed Rate | | | | | | | | | |
| 11/19 | $482,806 | $2,410 | | | $448,800 | | $126,946 | Conventional Re Mortgage | |
| ADDITIONAL INFORMATION: 180 Days or More Past Due Fixed Rate | | | | | | | | | |
| 10/19 | $480,750 | $2,410 | | | $448,800 | | $123,951 | Conventional Re Mortgage | |

(Continued On Next Page)

**EXHIBIT C**

| Historical Account Information | Balance | Scheduled Payment Amount | Actual Payment Amount | Date of Last Payment | High Credit | Credit Limit | Amount Past Due | Type of Loan | Activity Designator |
|---|---|---|---|---|---|---|---|---|---|
| ADDITIONAL INFORMATION: 180 Days or More Past Due Fixed Rate | | | | | | | | | |
| 09/19 | $ 478,608 | $ 2,410 | | | $ 448,800 | | $ 121,024 | Conventional Re Mortgage | |
| ADDITIONAL INFORMATION: 180 Days or More Past Due Fixed Rate | | | | | | | | | |
| 08/19 | $ 476,531 | $ 2,410 | | | $ 448,800 | | $ 118,112 | Conventional Re Mortgage | |
| ADDITIONAL INFORMATION: 180 Days or More Past Due Fixed Rate | | | | | | | | | |
| 07/19 | $ 474,467 | $ 2,410 | | | $ 448,800 | | $ 115,200 | Conventional Re Mortgage | |
| ADDITIONAL INFORMATION: 180 Days or More Past Due Fixed Rate | | | | | | | | | |
| 06/19 | $ 472,401 | $ 2,410 | | | $ 448,800 | | $ 112,287 | Conventional Re Mortgage | |
| ADDITIONAL INFORMATION: 180 Days or More Past Due Fixed Rate | | | | | | | | | |
| 05/19 | No Data Available | | | | | | | | |
| 04/19 | $ 468,567 | $ 2,410 | $ 230 | | $ 448,800 | | $ 106,784 | Conventional Re Mortgage | |
| ADDITIONAL INFORMATION: 180 Days or More Past Due Fixed Rate | | | | | | | | | |
| 03/19 | $ 466,814 | $ 2,410 | $ 15 | | $ 448,800 | | $ 104,163 | Conventional Re Mortgage | |

(Continued On Next Page)

0291062379-APPL-ADM-085db0103000000002-11072020

**EXHIBIT C**

ADDITIONAL INFORMATION:
180 Days or More Past Due
Fixed Rate

| Historical Account Information | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Balance | Scheduled Payment Amount | Actual Payment Amount | Date of Last Payment | High Credit | Credit Limit | Amount Past Due | Type of Loan | Activity Designator |
| 02/19 | $ 465,044 | $ 2,410 | | | $ 448,800 | | $ 98,982 | Conventional Re Mortgage | |

ADDITIONAL INFORMATION:
180 Days or More Past Due
Fixed Rate

| 01/19 | No Data Available |
|---|---|

| 12/18 | $ 461,497 | $ 2,410 | $ 15 | | $ 448,800 | | $ 96,346 | Conventional Re Mortgage |
|---|---|---|---|---|---|---|---|---|

ADDITIONAL INFORMATION:
180 Days or More Past Due
Fixed Rate

| 11/18 | $ 459,720 | $ 2,410 | $ 15 | | $ 448,800 | | $ 91,149 | Conventional Re Mortgage |
|---|---|---|---|---|---|---|---|---|

ADDITIONAL INFORMATION:
180 Days or More Past Due
Fixed Rate

(Continued On Next Page)

0291062379-APPLADM-0B5b0103000000002-11072020

EXHIBIT C

**Notice to Consumers**

You may request a description of the procedure used to determine the accuracy and completeness of the information, including the business name and address of the furnisher of information contacted, and if reasonably available the telephone number.

If the reinvestigation does not resolve your dispute, you have the right to add a statement to your credit file disputing the accuracy or completeness of the information; the statement should be brief and may be limited to not more than one hundred words (two hundred words for Maine residents) explaining the nature of your dispute.

If the reinvestigation results in the deletion of disputed information, or you submit a statement in accordance with the preceding paragraph, you have the right to request that we send your revised credit file to any company specifically designated by you that received your credit report in the past six months (twelve months for California, Colorado, Maryland, New Jersey and New York residents) for any purpose or in the past two years for employment purposes.



0291062379-APPLADM-0850010300000002-11072020

EXHIBIT C

Page 12 of 12

00001888.06112.0006-D06 DECE0000110820001848.001.00001961

0291062379-APPLADM-0856010300000002-11072020

EXHIBIT C

## Summary of Rights

### GENERAL SUMMARY OF RIGHTS UNDER THE FCRA

Para informacion en espanol, visite www.consumerfinance.gov/learnmore o escribe a la Consumer Financial Protection Bureau, 1700 G Street N.W. Washington, DC 20552.

#### A Summary of Your Rights Under the Fair Credit Reporting Act

The federal Fair Credit Reporting Act (FCRA) promotes the accuracy, fairness, and privacy of information in the files of consumer reporting agencies. There are many types of consumer reporting agencies, including credit bureaus and specialty agencies (such as agencies that sell information about check writing histories, medical records, and rental history records). For more information, including information about additional rights, go to www.consumerfinance.gov/learnmore or write to: Consumer Financial Protection Bureau, 1700 G Street N.W., Washington, DC 20552.

- **You must be told if information in your file has been used against you.** Anyone who uses a credit report or another type of consumer report to deny your application for credit, insurance, or employment – or to take another adverse action against you – must tell you, and must give you the name, address, and phone number of the agency that provided the information.

- **You have the right to know what is in your file.** You may request and obtain all the information about you in the files of a consumer reporting agency (your 'file disclosure'). You will be required to provide proper identification, which may include your Social Security Number. In many cases, the disclosure will be free. You are entitled to a free disclosure if:

  - a person has taken adverse action against you because of information in your credit report;
  - you are the victim of identity theft and place a fraud alert on your file;
  - your file contains inaccurate information as a result of fraud;
  - you are on public assistance;
  - you are unemployed but expect to apply for employment within 60 days.

In addition, all consumers are entitled to one free disclosure every 12 months upon request from each nationwide credit bureau and from nationwide specialty consumer reporting agencies. See www.consumerfinance.gov/learnmore for more additional information.

- **You have the right to ask for a credit score.** Credit scores are numerical summaries of your credit-worthiness based on information from credit bureaus. You may request a credit score from consumer reporting agencies that create scores or distribute scores used in residential real property loans, but you will have to pay for it. In some mortgage transactions, you will receive credit score information for free from the mortgage lender.

- **You have the right to dispute incomplete or inaccurate information.** If you identify information in your file that is incomplete or inaccurate, and report it to the consumer reporting agency, the agency must investigate unless your dispute is frivolous. See www.consumerfinance.gov/learnmore for an explanation of dispute procedures.

- **Consumer reporting agencies must correct or delete inaccurate, incomplete, or unverifiable information.** Inaccurate, incomplete, or unverifiable information must be removed or corrected, usually within 30 days. However, a consumer reporting agency may continue to report information it has verified as accurate.

- **Consumer reporting agencies may not report outdated negative information.** In most cases, a consumer reporting agency may not report negative information that is more than seven years old, or bankruptcies that are more than 10 years old.

- **Access to your file is limited.** A consumer reporting agency may provide information about you only to people with a valid need usually to consider an application with a creditor, insurer, employer, landlord or other business. The FCRA specifies those with a valid need for access.

- **You must give your consent for reports to be provided to employers.** A consumer reporting agency may not give out information about you to your employer, or a potential employer, without your written consent given to the employer. Written consent generally is not required in the trucking industry. For more information, go to www.consumerfinance.gov/learnmore.

- **You may limit "prescreened" offers of credit and insurance you get based on information in your credit report.** Unsolicited "prescreened" offers for credit and insurance must include a toll-free phone number you can call if you choose to remove your name and address from the lists these offers are based on. You may opt-out with the nationwide credit bureaus at 1-888-567-8688 (888-5OPTOUT).

- **CONSUMERS HAVE THE RIGHT TO OBTAIN A SECURITY FREEZE.** You have a right to place a "security freeze" on your credit report, which will prohibit a consumer reporting agency from releasing information in your credit report without your express authorization. The security freeze is designed to prevent credit, loans, and services from being approved in your name without your consent. However, you should be aware that using a security freeze to take control over who gets access to the personal and financial information in your credit report may delay, interfere with, or prohibit the timely

File Number:          372555031
Date Issued:          12/11/2020

**EXHIBIT C**

# Your Investigation Results

**INVESTIGATION RESULTS - VERIFIED AS ACCURATE:** The disputed item was verified as accurate.

SHELLPOINT MORTGAGE SVC #57815**** ( 55 BEATTIE PLACE, SUITE 600, GREENVILLE, SC 29601, (800) 365-7107 )
We investigated the information you disputed and the disputed information was **VERIFIED AS ACCURATE.**
Here is how this item appears on your credit report following our investigation.

| | | | |
|---|---|---|---|
| Date Opened: | 03/07/2006 | Balance: | $502,545 |
| Responsibility: | Individual Account | Date Updated: | 11/13/2020 |
| Account Type: | Mortgage Account | Payment Received: | 02/05/2020 ($0) |
| Loan Type: | CONVENTIONAL REAL ESTATE MTG | Last Payment Made: | 02/05/2020 |
| | | High Balance: | $448,800 |
| | | Past Due: | >$155,055< |

Pay Status:      >Account 120 Days Past Due Date<
Terms:           $2,410 per month, paid Monthly for 360 months
>Maximum Delinquency of 120 days in 01/2017 for $36,007 and in 11/2020 for $155,055<

Estimated month and year that this item will be removed: 10/2022

| | 10/2020 | 09/2020 | 08/2020 | 07/2020 | 06/2020 | 05/2020 | 04/2020 | 03/2020 | 02/2020 | 01/2020 | 12/2019 | 11/2019 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Rating | N/R | X | X | 120 | 120 | 120 | 120 | 120 | 120 | 120 | 120 | 120 |

| | 10/2019 | 09/2019 | 08/2019 | 07/2019 | 06/2019 | 05/2019 | 04/2019 | 03/2019 | 02/2019 | 01/2019 | 12/2018 | 11/2018 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Rating | 120 | 120 | 120 | 120 | 120 | 120 | 120 | 120 | 120 | 120 | 120 | 120 |

| | 10/2018 | 09/2018 | 08/2018 | 07/2018 | 06/2018 | 05/2018 | 04/2018 | 03/2018 | 02/2018 | 01/2018 | 12/2017 | 11/2017 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Rating | 120 | 120 | 120 | 120 | 120 | 120 | 120 | 120 | 120 | 120 | 120 | 120 |

| | 10/2017 | 09/2017 | 08/2017 | 07/2017 | 06/2017 | 05/2017 | 04/2017 | 03/2017 | 02/2017 | 01/2017 |
|---|---|---|---|---|---|---|---|---|---|---|
| Rating | 120 | 120 | 120 | 120 | 120 | 120 | 120 | 120 | 120 | 120 |

File Number:        372555031                 Page 2 of 5
Date Issued:        12/11/2020                                        **EXHIBIT C**

## A Note on Credit Report Updates

Information in your credit report is updated frequently which means items you disputed may not appear on your credit report or have already changed by the time we received your dispute. In most cases, the **Date Updated** represents the last time the account information was updated or reported by the data furnisher. Please note that this date may not change following our investigation of your dispute. For **Payment Received** and **Last Payment Made**, please keep in mind, the data may not represent very recent payment activity.

## Definitions

For your reference, here are some definitions to help you understand **Your Investigation Results.**

### For ACCOUNTS:

| | |
|---|---|
| **Balance:** The balance owed as of the date the account was verified or reported | **Original Charge Off:** If applicable, the amount charged off due to non-payment of the account |
| **Credit Limit:** The maximum amount of credit approved by the creditor on the account | **Past Due:** The amount past due as of the date the account was verified or reported |
| **Date Opened:** The date the account was Opened | **Pay Status:** The current status of the account; how you are currently paying. For accounts that have been paid and closed, sold or transferred, it represents the last reported status of the account. |
| **High Balance:** The highest amount ever owed on an account | **Remarks:** If applicable, the creditor may provide additional information here related to the account |
| **Last Payment Made:** The date the creditor received the last payment on the account | **Responsibility:** The type of contractual ownership (individual, joint, authorized user, etc.) of the account |
| **Maximum Delinquency:** If applicable, the maximum amount past due before an account becomes a charge-off or a collection account | **Terms:** The monthly payment amount or monthly minimum payment due on the account |

## Rating Key

Some creditors report the timeliness of your payments each month in relation to your agreement with them. The ratings in the key below describe the payments that may be reported by your creditors.  This rating key will help you understand any updates to your **PAYMENT HISTORY**, if applicable to **YOUR INVESTIGATION RESULTS**. Any rating that is shaded or any value in the account detail appearing with brackets (> <) may indicate that it is considered adverse.

| N/R | X | OK | 30 | 60 | 90 | 120 | COL | VS | RPO | C/O | FC |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Not Reported | Unknown | Current | 30 days late | 60 days late | 90 days late | 120+ days late | Collection | Voluntary Surrender | Repossession | Charge Off | Foreclosure |

# EXHIBITS
# D

Case 2:22-cv-06340-JS-JMW Document 16 Filed 04/18/23 Page 88 of 125 PageID #: 322

EXHIBIT D

under section 206 after the date of such newspaper publication and before the time when the affairs of the bank are returned to its directors.

Sec. 209. Conservators appointed pursuant to the provisions of this title shall be subject to the provisions of and to the penalties prescribed by section 5209 of the Revised Statutes (U. S. C., title 12, sec. 592), and sections 112, 113, 114, 115, 116, and 117 of the Criminal Code of the United States (U. S. C., title 18, secs. 202, 203, 204, 205, 206, and 207, in so far as applicable, are extended to apply to contracts, agreements, proceedings, dealings, claims, and controversies by or with any such conservator or the Comptroller of the Currency under the provisions of this title.

Sec. 210. Nothing in this title shall be construed to impair in any manner any powers of the President, the Secretary of the Treasury, the Comptroller of the Currency, or the Federal Reserve Board.

Sec. 211. The Comptroller of the Currency is hereby authorized and empowered, with the approval of the Secretary of the Treasury, to prescribe such rules and regulations as he may deem necessary in order to carry out the provisions of this title. Whoever violates any rule or regulation made pursuant to this section shall be deemed guilty of a misdemeanor and, upon conviction thereof, shall be fined not more than $5,000, or imprisoned not more than one year, or both.

TITLE III

Sec. 301. Notwithstanding any other provision of law, any national banking association may, with the approval of the Comptroller of the Currency and by vote of shareholders owning a majority of the stock of such association, upon not less than five days' notice, given by registered mail pursuant to action taken by its board of directors, issue preferred stock in such amount and with such par value as shall be approved by said comptroller, and make such amendments to its articles of association as may be necessary for this purpose; but, in the case of any newly organized national banking association which has not yet issued common stock, the requirement of notice to and vote of shareholders shall not apply. No issue of preferred stock shall be valid until the par value of all stock so issued shall be paid in.

Sec. 302. (a) The holders of such preferred stock shall be entitled to cumulative dividends at a rate not exceeding 6 per cent per annum, but shall not be held individually responsible as such holders for any debts, contracts, or engagements of such association, and shall not be liable for assessments to restore impairments in the capital of such association as now provided by law with reference to holders of common stock. Notwithstanding any other provision of law, the holders of such preferred stock shall have such voting rights, and such stock shall be subject to retirement in such manner and on such terms and conditions as may be provided in the articles of association with the approval of the Comptroller of the Currency.

(b) No dividends shall be declared or paid on common stock until the cumulative dividends on the preferred stock shall have been paid in full; and, if the association is placed in voluntary liquidation or a conservator or a receiver is appointed therefor, no payments shall be made to the holders of the common stock until the holders of the preferred stock shall have been paid in full the par value of such stock plus all accumulated dividends.

Sec. 303. The term "common stock" as used in this title means stock of national banking associations other than preferred stock issued under the provisions of this title. The term "capital" as used in provisions of law relating to the capital of national banking associations shall mean the amount of unimpaired common stock plus the amount of preferred stock outstanding and unimpaired; and the term "capital stock," as used in section 12 of the act of March 14, 1900, shall mean only the amount of common stock outstanding.

Sec. 304. If in the opinion of the Secretary of the Treasury any national banking association or any State bank or trust company is in need of funds for capital purposes either in connection with the organization or reorganization of such association, State bank or trust company or otherwise, he may, with the approval of the President, request the Reconstruction Finance Corporation to subscribe for preferred stock in such association, State bank, or trust company, or to make loans secured by such stock as collateral, and the Reconstruction Finance Corporation may comply with such request. The Reconstruction Finance Corporation may, with the approval of the Secretary of the Treasury, and under such rules and regulations as he may prescribe, sell in the open market or otherwise the whole or any part of the preferred stock of any national banking association, State bank, or trust company acquired by the corporation pursuant to this section. The amount of notes, bonds, debentures, and other such obligations which the Reconstruction Finance Corporation is authorized and empowered to issue and to have outstanding at any one time under existing law is hereby increased by an amount sufficient to carry out the provisions of this section.

TITLE IV

Sec. 401. The sixth paragraph of section 18 of the Federal Reserve Act is amended to read as follows:

"Upon the deposit with the Treasurer of the United States (a) of any direct obligations of the United States or (b) of any notes, drafts, bills of exchange, or bankers' acceptances acquired under the provisions of this act, any Federal Reserve bank making such deposit in the manner prescribed by the Secretary of the Treasury shall be entitled to receive from the Comptroller of the Currency circulating notes in blank, duly registered and countersigned.

When such circulating notes are issued against the security of obligations of the United States the amount of such circulating notes shall be equal to the face value of the direct obligations of the United States so deposited as security; and, when issued against the security of notes, drafts, bills of exchange, and bankers' acceptances acquired under the provisions of this act, the amount thereof shall be equal to not more than 90 percent of the estimated value of such notes, drafts, bills of exchange, and bankers' acceptances so deposited as security. Such notes shall be the obligations of the Federal Reserve bank procuring the same, shall be in form prescribed by the Secretary of the Treasury, shall be receivable at par in all parts of the United States for the same purposes as are national-bank notes, and shall be redeemable in lawful money of the United States on presentation at the United States Treasury or at the bank of issue. The Secretary of the Treasury is authorized and empowered to prescribe regulations governing the issuance, redemption, replacement, retirement, and destruction of such circulating notes and the release and substitution of security therefor. Such circulating notes shall be subject to the same tax as is provided by law for the circulating notes of national banks secured by 2 percent bonds of the United States. No such circulating notes shall be issued under this paragraph after the President has declared by proclamation that the emergency recognized by the President by proclamation of March 6, 1933, has terminated, unless such circulating notes are secured by deposits of bonds of the United States bearing the circulation privilege. When required to do so by the Secretary of the Treasury, each Federal Reserve agent shall act as agent of the Treasurer of the United States or of the Comptroller of the Currency, or both, for the performance of any of the functions which the Treasurer or the Comptroller may be called upon to perform in carrying out the provisions of this paragraph. Appropriations available for distinctive paper and printing United States currency or national-bank currency are hereby made available for the production of the circulating notes of Federal Reserve banks herein provided; but the United States shall be reimbursed by the Federal Reserve bank to which such notes are issued for all expenses necessarily incurred in connection with the procuring of such notes and all other expenses incidental to their issue, redemption, replacement, retirement, and destruction."

Sec. 402. Section 10 (b) of the Federal Reserve Act, as amended, is further amended to read as follows:

"Sec. 10. (b) In exceptional and exigent circumstances, and when any member bank has no further eligible and acceptable assets available to enable it to obtain adequate credit accommodations through rediscounting at the Federal Reserve bank or any other method provided by this act other than that provided by section 10 (a), any Federal Reserve bank, under rules and regulations prescribed by the Federal Reserve Board may make advances to such member bank on its time or demand notes secured to the satisfaction of such Federal Reserve bank. Each such note shall bear interest at a rate not less than 1 per cent per annum higher than the highest discount rate in effect at such Federal Reserve bank on the date of such note. No advance shall be made under this section after March 3, 1934, or after the expiration of such additional period not exceeding one year as the President may prescribe."

Sec. 403. Section 13 of the Federal Reserve Act, as amended, is amended by adding at the end thereof the following new paragraph:

"Subject to such limitations, restrictions, and regulations as the Federal Reserve Board may prescribe, any Federal Reserve bank may make advances to any individual, partnership, or corporation on the promissory notes of such individual, partnership, or corporation secured by direct obligations of the United States. Such advances shall be made for periods not exceeding 90 days and shall bear interest at rates fixed from time to time by the Federal Reserve bank, subject to the review and determination of the Federal Reserve Board."

TITLE V

Sec. 501. There is hereby appropriated, out of any money in the Treasury not otherwise appropriated, the sum of $2,000,000, which shall be available for expenditure, under the direction of the President and in his discretion, for any purpose in connection with the carrying out of this act.

Sec. 502. The right to alter, amend, or repeal this act is hereby expressly reserved. If any provision of this act, or the application thereof to any person or circumstances, is held invalid, the remainder of the act, and the application of such provision to other persons or circumstances, shall not be affected thereby.

Mr. STEAGALL. Mr. Speaker, in view of the supreme emergency confronting the Congress and the country, it was thought that the House should act upon the legislation before us without the delay incident to the organization of the Committee on Banking and Currency to which the legislation would be referred for consideration under the usual procedure of the House.

Members of the House, including the distinguished leader and the beloved Speaker of the House, and Members of the Senate were called into conference last evening by the Chief Executive of the Nation and this bill was discussed by him and the request made that the measure be expedited in every possible manner. In response to this request and in re-

Case 2:22-cv-06340-JS-JMW   Document 16   Filed 04/18/23   Page 89 of 125 PageID #: 323

EXHIBIT D

sponse to the demands of the hour, we have adopted this unusual method of consideration.

The first provision of the bill validates and maintains the authority exercised by the President of the United States in the proclamation relating to the banks of the Nation issued by the President on March 6, 1933.

Section 2 confers upon the President the powers bestowed under the act of October 6, 1917, regardless of whether or not the country is involved in war.

Section 3 gives authority to regulate transactions in gold and to exercise such powers as are required from time to time to conserve our supply of gold to prevent hoarding and to protect the currency of the United States.

Section 4 confers specific authority to control the banking operations of national banks and State banks that are members of the Federal Reserve System to the end that the public may have restored to them, at the earliest possible hour, such banking facilities as may be afforded by banks that are in position to transact banking activities without restriction.

The Comptroller of the Currency, with the approval of the Secretary of the Treasury, is given authority to appoint conservators to manage the affairs of national and member banks that are not, for the moment, in condition to resume complete operation. The conservator is empowered to do all the things essential to the preservation of the assets of an institution, to the protection of depositors and the public. But no power is given to proceed with final liquidation of the assets of a bank or to exercise completely the powers reposed in receivers of national banks.

State banks are not included in this provision of the bill. We thought it wise, after consideration of the measure, that State banks should not be embodied in legislation to the extent that we have provided for the control of national banks and member banks. The bill leaves State banks to the control of the State banking authorities, to work out their own problems in their own way, aided by some additional credit facilities established by this legislation and by further accommodations through the Reconstruction Finance Corporation.

The bill authorizes the Reconstruction Finance Corporation to subscribe for preferred stock in banks; and, after discussion and deliberation, it was decided—and the bill is so drawn—that State banks and trust companies shall share in the benefits of this provision the same as national banks and member banks of the Federal Reserve System.

So the Reconstruction Finance Corporation is not only authorized, as under existing law, to make loans upon the assets of State banks and National banks that are in distress, but the facilities of the Reconstruction Finance Corporation for accommodation have been enlarged to include loans upon the preferred stock which any bank, State or National, will be permitted to issue, or to subscribe for preferred stock, and assist State banks as well as national banks, in working out the problems with which they are confronted and to assist in reorganization.

I venture to say that this provision of the bill will prove of great advantage to the State banks of the country, over which we have no Federal control, and as to which we have not attempted to set up Federal control and regulation.

We have provided a simpler and broader authority for loans by Federal Reserve banks upon securities and collateral not eligible under the general authority of the Federal Reserve Act. This provision is extended for the period of 1 year, with power conferred upon the President to extend the operation for an additional year.

We have provided that any direct obligations of the United States or any notes, drafts, bills of exchange, or bankers' acceptances acquired by Federal Reserve banks may be deposited with the Treasurer of the United States or with the Federal Reserve agents, and upon these securities Federal Reserve bank notes may be issued. In case of the deposit of the obligations of the Government, the issue of Federal Reserve bank notes may be for the entire amount of such securities.

In the case of the deposit of notes, drafts, bills of exchange, and bankers' acceptances, Federal Reserve banks may issue Federal Reserve bank notes to the amount of 90 per cent of the value of such securities.

This provision affords a plan for constructive expansion of the currency of the country. [Applause.]

Mr. McREYNOLDS. To what amount?

Mr. STEAGALL. The amount will be limited by the demands and the exigency of the situation, and, of course, by the requirements of applying banks. [Applause.]

I will say to my friend on my right that there cannot be a greater expansion than the banks of the country demand for the protection of their depositors and for the support of trade and commerce in the United States. These depend on bank deposits and bank credit.

Mr. MAY. Will the gentleman yield?

Mr. STEAGALL. I will yield.

Mr. MAY. I understand that banks owning United States bonds can send them to the Federal Reserve bank and have 90 per cent of cash returned.

Mr. STEAGALL. An individual or any State bank may do it and to the amount of the face value of the bonds. That is where we have gone in liberalizing credit and expansion.

My friends, if you ask me if this is going to cure the situation in the United States, I do not say that it will cure all of our ills. If you ask me if this is what I would do in the existing emergency, I answer you that it is not all I would do. It is not all that is going to be done. [Applause.]

This is simply one step. We are building upon wreck and ruin. It has taken 50 years to develop the great financial system of the United States which is now prostrate and in ruins. We can not rebuild it in a day, we can not rebuild it in 3 days. We cannot rebuild it tomorrow or next week. We can only do it step by step.

> Heaven is not reached at a single bound;
>   But we build the ladder by which we rise
>   From the lowly earth to the vaulted skies
> And we mount to its summit round by round.

The step we take leads upward toward the light. We shall take this step today; we shall take another step tomorrow and then again another and another.

The people have summoned to their service a leader whose face is lifted toward the skies. [Applause.] We follow that leadership today, and we shall follow that leadership until we stand again in the glorious sunlight of prosperity and happiness in this Republic. [Applause.]

Mr. STEAGALL. I reserve the balance of my time.

Mr. McFADDEN. Mr. Speaker, I yield 5 minutes to the gentleman from Massachusetts [Mr. LUCE].

Mr. LUCE. It is, of course, out of the question, Mr. Speaker, that any man can grasp the full meaning of that bill by listening to its reading, having had no intimation whatever beforehand of what it contains.

I, too, desire to help the administration meet this crisis. Whenever it may be necessary I will waive all opportunities of discussion.

Perhaps it was necessary in this instance to keep us on the minority side who have some acquaintance with this subject in the dark until the bill was produced. I will not intimate that there was intentional refraining from consultation with Members of this House who now for many years have lived with these questions and who ought to know something about them. The majority leaders have brought us a bill on which I myself am unable to advise my colleagues, except to say that this is a case where judgment must be waived, where argument must be silenced, where we should take matters without criticism lest we may do harm by delay. [Applause.]

Let me illustrate the embarrassments that come from lack of information. There is in this bill a provision for preferred stock of banks. Imagine my own situation, confronted by the fact that not 4 hours ago I put into the box there a bill with provision for that very purpose, not having the slightest idea that there had been discussion

Case 2:22-cv-06340-JS-JMW   Document 16   Filed 04/18/23   Page 90 of 125 PageID #: 324

EXHIBIT D

of this matter. I do not want to be impatient, I do not want to seem even in the slightest disturbed, but I do think, and I say to my friends of the majority, that if they desire us to go along in these things, if they desire our sympathetic cooperation—we want to give it—let the desired results be accomplished by ways that will not arouse in the breast of any man the thought that he has not had a fair show, the feeling that he has not had opportunity to present his views, the feeling that he has had no chance to pass criticism, possibly helpful.

Let us forget what has happened in this instance, let us not allow it to remain in our minds against anyone. Doubtless the pressure of the situation made quick action imperative. I am not going to protest against it. I am going to ask my Republican friends to accept my own position and not begrudge any help to the President of the United States in this emergency. [Applause.]

There are in this bill some things that if they could have been discussed by the Banking and Currency Committee might have been reshaped, perhaps to the public advantage, but better have it go along as it is, without any attempt at change, without any repining, without any complaint. Let it go now, remembering that this House is to continue in session, at least off and on, for some time; and if it proves that errors have been made in the hasty drafting of the bill, we shall have the opportunity, by law, to make corrections—provided the opportunity is given to us, provided this procedure is not repeated except when absolutely necessary, provided the Committee on Banking and Currency is called together and given more opportunity than it had in the previous session to consider the great problems confronting the Nation, provided these problems are laid before the committee speedily, provided that we there may voice our matured views, express our friendly criticisms, and harmoniously work out together the results that shall be best for the country. [Applause.]

Mr. McFADDEN. Mr. Speaker, I regret that the membership of the House has had no opportunity to consider or even read this bill. The first opportunity I had to know what this legislation is was when it was read from the Clerk's desk. It is an important banking bill. It is a dictatorship over finance in the United States. It is complete control over the banking system in the United States. It seems to me that the casual reading which I have given to the bill indicates clearly that if banks are permitted to open tomorrow morning, only those banks which do open tomorrow morning will be opened under a limited receivership or a receivership. It is a protection for the solvent banks of the United States first. Of course it may be that the banking system is in such shape that it is necessary to deal with it in this manner. I have been calling attention for some years past to the manner in which the Federal Reserve System has been conducted, and have predicted that it would lead to this kind of a situation. We have, step by step, been proceeding along the lines of centralization. Attempts in past meetings of this Congress have succeeded in enacting increasingly centralized banking plans. This gives supreme authority to those people who have wanted to control the finances of this Government, through a centralized system, to have such a system. I wish, and I hope for the new administration all success. No one wants the new administration, under the leadership of President Roosevelt, to succeed any more than I do. I shall go as far as any other man to see that success comes to it, but I say now to that leadership that the first thing that must be done is to audit the United States Treasury. [Applause.]

We want to know, the people of the United States want to know, the condition of the Public Treasury and the obligations that are outstanding. We want to know the amount of gold in the United States Treasury, and we want to know the amount of gold in the Federal Reserve System. We want to know the total amount of outstanding Government obligations. This is a time to draw a line, and may I say to you Democrats here that if you do not draw a line through the Treasury operations now and the Federal Reserve opera-

tions, you will be enmeshed in all the things that they have been doing, and they have been doing some things, as I have pointed out heretofore, or we would not be in the condition we are in today. I want to know, so far as I am concerned, that this bill represents the ideas of the new administration—the new deal. I shall help to carry it through if it is that. If, on the other hand, this bill has been proposed and written by the same influences that are responsible for this financial situation, I shall fight it and do everything that I can to defeat it. It seems to me there is authority here to continue the Federal Reserve operations under the same management, and it seems to me I can see much in this bill that can be abused and that may have been dictated by the same banking influences that are responsible for our present predicament. I hope that is not so, but I do want to impress upon this House and upon the administration the importance of going to the bottom of this situation. This situation demands a house cleaning. Confidence in this country will not be restored until the people of the country know the condition of the United States Treasury and the condition of the Federal Reserve banks.

It is difficult under the circumstances to discuss this bill. The first section of the bill, as I grasped it, is practically the war powers that were given back in 1917, with some slight amendments. The other gives supreme authority to the Secretary of the Treasury of the United States to impound all the gold in the United States in the hands of individuals, corporations, or companies for the purpose, I suppose, of bringing together that gold and making it available for the issuance of Federal Reserve notes.

The third section deals with how banks are to be handled under this authority, how bank assets are to be frozen, and deals with the question of limited receiverships and receiverships. The last section of the bill provides for the issuance of a new money. I am a little at a loss, in the hurried way I have had to read the bill, to understand just how this new money is to be handled. I refer to section 401, which reads:

Upon deposit with the Treasurer of the United States of all contract obligations of the United States, or any notes—

And so forth.

Under the Federal Reserve Act obligations that are deposited as the security and gold for reserve notes are placed in the hands of the Federal Reserve agent. I would like to ask the chairman of the committee if this is a plan to change the holding of the security back of Federal Reserve notes to the Treasury of the United States rather than the Federal Reserve agent.

Mr. STEAGALL. This provision is for the issuance of Federal Reserve bank notes; not for Federal Reserve notes; and the security back of it is the obligations, notes, drafts, bills of exchange, bank acceptances, outlined in the section to which the gentleman has referred.

Mr. McFADDEN. Then the new circulation is to be Federal Reserve bank notes and not Federal Reserve notes? Is that true?

Mr. STEAGALL. Insofar as the provisions of this section are concerned, yes.

Mr. McFADDEN. I would like to ask the gentleman right in that connection, is there any gold reserve to be held as security back of these new Federal Reserve bank notes?

Mr. STEAGALL. The law provides 5 percent back of Federal Reserve bank notes, just as is maintained in case of national-bank notes. There have been issued a small amount of these notes; I cannot recall the exact figures. The gentleman is probably more familiar with it than I am. There is only a little of that currency outstanding. This contemplates a substantial addition to it. It is a liberalization of currency issue, to take care of banks in their efforts to respond to the demands of business and liability to their depositors.

Mr. McFADDEN. The current press reports indicate there will be issued under this authority some $2,000,000 or more of new currency, and made available to the banks. Is that correct?

EXHIBIT D

Mr. STEAGALL. To be frank with the gentleman, I should not like to be bound in my answer by estimates outlined in newspaper reports. The issue might greatly exceed the amount suggested.

Mr. McFADDEN. Will the gentleman say how much it is possible to be issued or is contemplated to be issued?

Mr. STEAGALL. No one knows. It is not an arbitrary expansion. The purpose is to provide an elastic expansion to meet the exigencies and development of banking and business conditions.

Mr. McFADDEN. I think it is fairly clear from the colloquy that has just taken place that the increased Federal Reserve circulation is to be in the form of Federal Reserve bank notes and not the present Federal Reserve notes that are in circulation to the extent of approximately $4,000,000,-000, which are secured by 60 percent of eligible paper or Government bonds and 40 percent of gold. This is a new issue which is authorized under the Federal Reserve Act, which has not to any great extent been resorted to heretofore.

Mr. BRITTEN. Will the gentleman yield for a question?

Mr. McFADDEN. I will.

Mr. BRITTEN. From my observation of the bill as it was read to the House, it would appear that the amount of bank notes that might be issued by the Federal Reserve System is not limited. That will depend entirely upon the amount of collateral that is presented from time to time for exchange for bank notes. Is that not correct?

Mr. McFADDEN. Yes. I think that is correct.

Mr. BRITTEN. So that it might run to $20,000,000,000?

Mr. McFADDEN. In the discretion of the President and the Secretary of the Treasury. These notes are to be secured by assets that are approved, that are turned over by financial institutions to the Treasury of the United States. [Applause.]

Mr. STEAGALL. Mr. Speaker, I yield 3 minutes to the gentleman from Maryland [Mr. GOLDSBOROUGH].

Mr. GOLDSBOROUGH. Mr. Speaker, in time of storm there can only be one pilot. In my judgment, the House of Representatives realize that the pilot in this case must be the President of the United States, and they will steer their course by him. [Applause.]

Mr. Speaker, in my deliberate judgment, under the leadership of the President of the United States, there will shortly be brought into the Committee on Banking and Currency carefully considered legislation insuring the depositors in all banks [applause] and carefully considered legislation which will reflate and stabilize the currency of this country. [Applause.] Mr. Speaker, those two measures, if enacted into law, will speedily give the people of this country such prosperity as we have never had before in all of its history. [Applause on the Democratic side.]

Mr. STEAGALL. Mr. Speaker, I yield the remainder of my time to the gentleman from Mississippi [Mr. BUSBY].

Mr. BUSBY. Mr. Speaker, in order for business to carry on, it is necessary to have a medium of exchange. In this country our medium of exchange is based on currency and on bank credits. For several months some of us have seen the bank-credit situation breaking down and going out of use. The condition in which we find ourselves today is absolutely no surprise to me, and it is no surprise to some of the other gentlemen who have studied the question. The house had to fall upon us to get some of the gentlemen who are responsible for our condition to understand our predicament.

I have hoped, and others have hoped, for a restoration of the currency and of the mediums of exchange in this country—to no avail. We have come to the point where we are willing to endorse in a formal way an Executive fiat on this question; and I want to follow on, because I want the people of this country to have currency and mediums of exchange with which to do business. [Applause.]

Mr. STEAGALL. Mr. Speaker, I move the previous question on the passage of the bill.

The SPEAKER. Under the unanimous-consent agreement the previous question is considered as ordered.

The bill was ordered to be read a third time, was read the third time, and passed.

On motion of Mr. STEAGALL, a motion to reconsider the vote by which the bill was passed was laid on the table.

EXTENSION OF REMARKS—H.R. 21

Mr. BYRNS. Mr. Speaker, I ask unanimous consent that all Members have 5 legislative days within which to extend their own remarks upon this bill.

The SPEAKER. Is there objection to the request of the gentleman from Tennessee?

There was no objection.

CURRENCY EXPANSION—PRESIDENT'S MOVE DRAMATIC AND INSPIRING

Mr. RANKIN. Mr. Speaker, for 3 years I have been pleading for a controlled expansion of the currency to raise commodity prices and restore the purchasing power of the American people. Other Members of the House and Senate have joined me in the fight, but up to this day our efforts have been in vain.

Those influences and individuals most responsible for the direful conditions through which we are now passing have resisted us at every point. We have been ridiculed and abused by the very money changers whose misconduct produced this terrible panic, with all its misery, its poverty, its hunger, its human suffering and human distress. "Whatsoever man soweth, that shall he also reap." The very ones who sowed the seeds of this panic are now reaping the fruits of their own misconduct as they see their monetary Tower of Babel crash amid a confusion of tongues.

We are in the bottom of the pit. Every direction is uphill. The gentleman from Illinois [Mr. BRITTEN] intimated a while ago that this bill might result in unlimited expansion or inflation. My answer to that statement is that conditions cannot be made worse, from an economic standpoint, than they are today.

Besides, this bill does not provide for an unlimited expansion. It provides for a controlled expansion. Every dollar of this new money will be worth 100 cents; and if issued in a sufficient amount, the result will be an immediate advance in the prices of wheat, cotton, corn, land, and other commodities.

It is the beginning of a new day—a turning point in the economic affairs of the American people, if not of the entire world. This bill will be followed by one providing permanent legislation on this subject; and if we will incorporate in that permanent legislation the provision laid down in the bill which I have been advocating and which I have reintroduced today—to expand the currency until the general commodity-price index as worked out by the United States Department of Labor reaches 100, and then providing for a retrenchment in case the commodity index rises above 103, and also for reexpansion in case the commodity index sinks below 97—if these provisions are written into the permanent legislation, this expansion will raise the commodity prices back to what they were in 1926, stabilize them there, and prevent those violent fluctuations in prices that have always proved disastrous to the farmers, the home owners, the small investors, and the masses of our people generally.

The American people are looking today to our new President to lead us out of the economic chaos in which we find ourselves. This is the most dramatic and inspiring move ever taken by a President of the United States in times of peace. If it is followed up by permanent legislation that will give us a controlled expansion of the currency, and an assurance of the safety of bank deposits, our country will immediately awake, as it were, from its nightmare of agony and leap forward into a glorious era of happiness and prosperity.

H.R. 21, A BILL TO REDUCE THE GOLD CONTENT OF THE GOLD DOLLAR

Mr. McGUGIN. Mr. Speaker, I have introduced H.R. 21. I wish to make a brief statement pertaining to this bill. In doing so I shall use the statement I gave to the press

Case 2:22-cv-06340-JS-JMW   Document 16   Filed 04/18/23   Page 92 of 125 PageID #: 326

EXHIBIT D

when I filed this bill with the bill clerk, Tuesday, March 7, 1933.

There is not any question but that sooner or later the gold dollar is going to be revalued with a reduction of the gold content. The only question involved is whether we are going to reduce the gold content in an orderly way or a disorderly way. The orderly way to do it is honestly, fearlessly, and frankly to reduce the content a given amount. The disorderly way is to break loose and start printing currency without any regard for the gold reserve.

The bill which I am introducing in the House and which, I understand, Senator CONNALLY will introduce in the Senate, provides for an outright reduction of one third in the gold content of the dollar. This is following the orderly course.

We now have approximately $4,000,000,000 of gold in the Treasury and Federal Reserve, based upon gold dollars of 23.22 grains of gold each. With this reduction of one third in the gold content, we shall have approximately $6,000,000,000 of gold in the Treasury and Federal Reserve. This additional $2,000,000,000 in gold will permit an additional issuance of from two to five billion dollars in currency. Based upon the established ratio of $1 of currency for 40 cents' worth of gold, these additional $2,000,000,000 obtained by reducing the gold content one third will permit additional currency in the amount of $5,000,000,000.

If we start out printing currency without regard for the gold reserve, then in the end, when we find that excessive inflation destroys the country and the people, we shall try to get back to the gold standard. Then we shall find that we have so much currency outstanding that we cannot tie it to our limited supply of gold except by reducing the content of the gold dollar in proportion to the increased amount of currency. That may mean that we shall have to decrease the gold content 50 percent, maybe 75 percent, and maybe 90 percent. It will all depend upon how far we carry the inflation during the period that our currency is not tied to gold. It may be that we shall do as Germany did by going so far that there is no possibility of tying all of our outstanding currency to gold, and we shall be obliged to repudiate and cancel some of our currency.

Now we are going to have some inflation or more currency. It does not make any difference whether every Member of Congress, the President, and everyone in the United States is opposed to any inflation, we can not stop the inevitable. The Government has for 3 years been spending more money than it has taken in by taxation. It has been meeting this deficit by borrowing money from the banks. That day is over. The banks are closed. Now the problem is, How is the Government going to get the banks open and keep them open, and not how are the banks going to provide credit for the Government?

The interest rate of the Government on short-term loans increased from one eighth of 1 percent last December to 4.26 percent last week. This means that the interest rate of the Government has increased thirty-four times, or 3,400 percent during a period of 3 months. Whenever institutions or individuals find their interest rates increasing at such a proportion in such a short length of time, one of two things is certain: either their credit is gone or their source of credit is gone. In plain English, the credit of the United States has either been absorbed or else its source of credit is gone. Anyone knows that this Government cannot now collect enough taxes to meet its present expenses. Whenever governments reach the position where they can neither collect enough taxes to meet their expenses nor borrow enough to meet their expenses, there is only one thing left for them, and that is to print money. Such is the position of the United States; and, whether we like it or not, there is going to be some inflation in order to meet the obligations of the Government. The question is, Are we going to have inflation tied to gold or not? This bill will permit inflation tied to gold, and that will mean some control. There is nothing new about this bill. It is the Burtness bill which has been before Congress for 4 or 5 years. A people

satisfied with a false security and led by a financial leadership steeped in selfishness and blind to shadows casting present events would have none of it. The Burtness bill, passed a year or more ago, would have saved us from much of our present trouble.

The welfare of the Government needs this or some other similar legislation. In addition to our governmental financial troubles, the debts, private and public, in this country cannot be paid on the basis of gold dollars of 23.22 grains.

## THE BANKING EMERGENCY RELIEF ACT

Mr. SMITH of Washington. Mr. Speaker, ladies and gentlemen of the House, I shall vote for this measure, although I should like to have had an opportunity to study and consider its provisions. It has not been possible to do this owing to the fact that the bill has merely been read to us by the Clerk this afternoon on the opening day of this special session, without our being furnished copies thereof, and the bill not being subject to amendment and only 40 minutes allowed for debate. This is a most extraordinary situation.

However, we are advised by President Roosevelt in his message which has just been read that the immediate passage of this legislation is absolutely necessary in order to reopen the banks in the Nation and provide them with additional and adequate currency. We are further informed by our distinguished majority leader [Mr. BYRNS] that the Senate is now awaiting the action of the House on this particular bill, and that in order to reopen the banks of the country on tomorrow it must be enacted into law today. I shall, therefore, vote for the bill, Mr. Speaker, because of these assurances of our great President and our able leaders in this body.

However, if time and opportunity had been afforded to do so, I believe that this legislation should have been amended or rewritten to include the State banks scattered throughout the land, which in many communities constitute the sole banking facilities enjoyed by the people.

I hope that the additional currency which may be issued by the national banks under this act will render available the credit and funds so sorely needed by the business and industrial interests of our country, in order that there may be a resumption of operations and employment for the people. If the new currency is not placed in circulation, this legislation, my colleagues, will fail of its purpose, which should be to aid the people rather than the banks.

Mr. Speaker, we must have a Federal guaranty of bank deposits law, so that the savings of our citizens and the money of our merchants and business men in all the communities of our land will be safe and secure. Not until such a Federal statute is passed and in force will complete confidence in our banking system be restored, nor the funds of the American people placed on deposit in the banks and enable the bankers to make loans to finance the transactions of business and industry in this country.

### HOW THE GOVERNMENT CAN SAVE AT LEAST $700,000,000 ANNUALLY—AND MAKE BANKS SAFE

Mr. PATMAN. Mr. Speaker, Thursday, March 9, Congress was convened in extraordinary session; it is the first session of the Seventy-third Congress. The President submitted a bill which was intended to assist in the opening of all the banks in the Nation. Although it was contrary to many of the principles that I have advocated for many years, it contained provisions I do not approve and failed to go far enough in other ways, I yielded and voted for the bill; it was an emergency measure and should have been passed immediately. The proposal embodied one feature that I have advocated for a long time, and that was the issuance of additional circulating medium. The banks of the Nation have inflated credit out of proportion to the amount of actual money. The result is the banks have become indebted to their depositors to the extent of $45,000,000,000 and have in their vaults less than $1,000,000,000 to pay it with. The new law will cause the printing presses at the Bureau of Engraving and Printing here in Washington to print more money and furnish it to the banks. One day this week this Bureau

Case 2:22-cv-06340-JS-JMW   Document 16   Filed 04/18/23   Page 93 of 125 PageID #: 327

EXHIBIT D

printed and delivered more than $30,000,000, running both day and night. Similar sums are now being printed and delivered daily.

#### EXPANSION OF CURRENCY NECESSARY

If the Republican Party had released itself from the clutches of Wall Street and expanded the currency immediately after the stock-market crash in 1929 or within a year after the crash, our people would have been saved from this awful money panic. Our President will doubtless ask amendments to this new law when conditions are more normal and when it is better understood. Under the new law the money is issued to the banks in return for Government obligations, bills of exchange, drafts, notes, trade acceptances, and banker's acceptances. The money will be worth 100 cents on the dollar, because it is backed by the credit of the Nation. It will represent a mortgage on all the homes and other property of all the people in the Nation.

#### NO GOLD COVERAGE

The money so issued will not have one penny of gold coverage behind it, because it is really not needed. We do not need gold to back our internal currency. We only need gold to settle our balances with foreign countries. Our people do not actually use gold as a medium of exchange; paper money is just as good and is much easier to handle. However, if gold is desired as a backing for paper money, we have a sufficient amount to permit the issuance of $5,000,-000,000 more money and still have a gold reserve of 40 percent. When England paid us approximately $100,000,000 in gold last December the Treasury should have taken that gold and issued $250,000,000 in paper money, using the gold as a sufficient coverage of 40 percent, and the money should have been put into circulation by paying it to Government employees or other governmental debts. Instead, the gold was delivered to the private banks and the Government given credit for the amount. The banks used a part of it as a base to issue considerable money, which they loaned to their customers, and the remainder, which was the most of it, was sold back to England by the bankers.

#### DRIVE AGAINST GOLD HOARDERS

The gold that is given up by the people in the present crisis should be delivered to the Government. It should be used to issue additional money upon which the people will not have to pay interest while it is in circulation.

#### PRESENT SATISFACTION

Those of us who have worked for 3 years trying to get the currency expanded have the consolation of knowing that our plan has been adopted. I do not believe that the expansion is being made in a manner that will permit the most good. However, the same kind of money is being issued that we have advocated should be issued. It is sound money, although not as well secured as the money we proposed to issue.

#### DISTRIBUTION OF NEW MONEY

Since our leaders have endorsed the plan to issue more money, consideration should be given to plans for its distribution that will best promote the general welfare.

It could be paid to Federal employees. It could be used to retire a part of the national debt and save a considerable sum in interest each year. At the present time our entire national debt of $20,000,000,000 could be retired with new money without placing too much money in circulation and the Government saved more than $700,000,000 annually.

#### SAVE $700,000,000 ANNUALLY

Instead of the banks being permitted to loan $45,000,000,-000 with a reserve of from one to three billion dollars to back it up, they should be denied that privilege and a much greater money reserve required of them. Then, instead of the banks having so little money to pay their depositors, they could have 40 or 50 cents in actual money to back up every dollar in deposits. We would then have safe banking, and the Government would not owe a penny of national debt. Further, our Government would be saved the $700,-000,000 that is now being paid annually as interest on the

national debt. That would help balance the Budget; it would take tax-exempt securities out of the way and cause more income taxes to be paid to the Government and less taxdodging by the big rich.

#### OPPOSITION TO CONCENTRATION OF MONEY AND CREDIT CONTROL IN THE HANDS OF A FEW GREAT INTERNATIONAL BANKING CONCERNS

Mr. LUNDEEN. Mr. Speaker, today the Chief Executive sent to this House of Representatives a banking bill for immediate enactment. The author of this bill seems to be unknown. No one has told us who drafted the bill. There appears to be a printed copy at the Speaker's desk, but no printed copies are available for the House Members. The bill has been driven through the House with cyclonic speed after 40 minutes' debate, 20 minutes for the minority and 20 minutes for the majority.

I have demanded a roll call, but have been unable to get the attention of the Chair. Others have done the same, notably Congressman SINCLAIR, of North Dakota, and Congressman BILL LEMKE, of North Dakota, as well as some of our other Farmer-Labor Members. Fifteen men were standing, demanding a roll call, but that number is not sufficient; we therefore have the spectacle of the great House of Representatives of the United States of America passing, after a 40-minute debate, a bill its Members never read and never saw, a bill whose author is unknown. The great majority of the Members have been unable to get a minute's time to discuss this bill; we have been refused a roll call; and we have been refused recognition by the Chair. I do not mean to say that the Speaker of the House of Representatives intended to ignore us, but everything was in such a turmoil and there was so much excitement that we simply were not recognized.

I want to put myself on record against a procedure of this kind and against the use of such methods in passing legislation affecting millions of lives and billions of dollars. It seems to me that under this bill thousands of small banks will be crushed and wiped out of existence, and that money and credit control will be still further concentrated in the hands of those who now hold the power.

It is safe to say that in normal times, after careful study of a printed copy and after careful debate and consideration, this bill would never have passed this House or any other House. Its passage could be accomplished only by rapid procedure, hurried and hectic debate, and a general rush for voting without roll call.

I believe in the House of Representatives. I believe in the power that was given us by the people. I believe that Congress is the greatest and most powerful body in America, and I believe that the people have vested in Congress their ultimate and final power in every great, vital question, and the Constitution bears me out in that.

I am suspicious of this railroading of bills through our House of Representatives, and I refuse to vote for a measure unseen and unknown.

I want the RECORD to show that I was, and am, against this bill and this method of procedure; and I believe no good will come out of it for America. We must not abdicate our power to exercise judgment. We must not allow ourselves to be swept off our feet by hysteria, and we must not let the power of the Executive paralyze our legislative action. If we do, it would be better for us to resign and go home—and save the people the salary they are paying us.

I look forward to that day when we shall read the bill we are considering, and see the author of the bill stand before the House and explain it; and then, after calm deliberation and sober judgment—after full and free debate—I hope to see sane and sensible legislation passed which will lift America out of this panic and disaster into which we were plunged by the World War.

#### RULES OF THE HOUSE

Mr. POU. Mr. Speaker, I offer a resolution and ask for its immediate consideration.

EXHIBIT D

---

United States presidential
certificate of authority as authorized by
presidential proclamation 2039.

---

I do hereby declare that I accept the role as a banking institution during the ongoing and substantiated national emergency. That I accept the suspending of all normal banking activities and elect to utilize section 401 of the Federal Reserve act as amended by the 1933 Congress on March 9 referring to subsection 18 paragraph 6 of the Federal Reserve act and section 4 of the March 1933 act and page 78 through 83 of the Cong. Rec. of the first session of the 73rd Congress standing as irrefutable evidence as to what the law is!

---

**the** statutes at large of the united states of america from sixty-fifth congress. sess. i. ch. 106. 1917, p. 418. 50 u.s. code § 4305 - suspension of provisions relating...property transfers, vested interests, enforcement and penalties...- credit money/money credits assignments...

"the alien property custodian and such other persons as the president may appoint shall have power to execute, acknowledge, and deliver any such instrument or instruments as may be necessary or proper to evidence upon the record or otherwise such acquittance and discharge, and shall, in case of payment to the' alien property custodian of any debt or obligation owed to an enemy or ally of enemy, deliver up any notes bonds, or other evidences of indebtedness or obligation, or any security therefor in which such enemy or ally of enemy had any right or interest that may have come into the possession of the alien property custodian, with like effect as if he or they, respectively, were duly appointed by the enemy or ally of enemy, creditor, or obligee. the president shall issue to every person so appointed a certificate of the appointment and authority of such person, and such certificate shall be received in evidence in all courts within the united states. whenever any such certificate of authority shall be offered to any, registrar, clerk, or other recording officer, federal or otherwise, within the united states, such officer shall record the same in like manner as a power of attorney, and such record or a duly certified copy thereof shall be received in evidence in all courts of the -united states or other courts within the united states..."

individuals should not be liable for damages for acting pursuant to a statute later declared invalid. "Citizens and public officials have a right to accept the law as it is written until it is repealed or judicially condemned. *They are not required to speculate upon the validity of a statute or to act under it at their peril.*" Downs v. Jacobs, 272 A.2d 706, 707 (Del. 1970).

---

# Proclamation 2039 – Declaring Bank Holiday
## (March 6, 1933)

By the President of the United States of America

A Proclamation

Whereas there have been heavy and unwarranted withdrawals of gold and currency from our banking institutions for the purpose of hoarding; and

Whereas continuous and increasingly extensive speculative activity abroad in foreign exchange has resulted in severe drains on the Nation's stocks of gold; and

Whereas those conditions have created a national emergency; and

Whereas it is in the best interests of all bank depositors that a period of respite be provided with a view to preventing further hoarding of coin, bullion or currency or speculation in foreign exchange and permitting the application of appropriate measures to protect the interests of our people; and

Whereas it is provided in Section 5 (b) of the Act of October 6, 1917 (40 Stat. L. 411), as amended, "That the President may investigate, regulate, or prohibit, under such rules and regulations as he may prescribe, by means of licenses or otherwise, any transactions in foreign exchange and the export, hoarding, melting, or earmarkings of gold or silver coin or bullion or currency . . ."; and

Whereas it is provided in Section 16 of the said Act "That whoever shall willfully violate any of the provisions of this Act or of any license, rule, or regulation issued thereunder, and whoever shall willfully violate, neglect, or refuse to comply with any order of the President issued in compliance with the provisions of this Act, shall, upon conviction, be fined not more than $10,000, or, if a natural person, imprisoned for not more than ten years, or both . . .";

Now, Therefore I, Franklin D. Roosevelt, President of the United States of America, in view of such national emergency and by virtue of the authority vested in me by said Act and in order to prevent the export, hoarding, or earmarking of gold or silver coin or bullion or currency, do hereby proclaim, order, direct and declare that from Monday, the Sixth day of March, to Thursday, the Ninth day of March, Nineteen Hundred and Thirty-three, both dates inclusive, there shall be maintained and observed by all banking institutions and all branches thereof located in the United States of America, including the territories and insular possessions, a bank holiday, and that during said period all banking transactions shall be suspended. During such holiday, excepting as hereinafter provided, no such banking institution or branch shall pay out, export, earmark, or permit the withdrawal or transfer in any manner or by any device whatsoever, of any gold or silver coin or bullion or currency or take any other action which might facilitate the hoarding thereof; nor shall any such banking institution or branch pay out deposits, make loans or discounts, deal in foreign exchange, transfer credits from the United States to any place abroad, or transact any other banking business whatsoever.

During such holiday, the Secretary of the Treasury, with the approval of the President and under such regulations as he may prescribe, is authorized and empowered (a) to permit any or all of such banking institutions to perform any or all of the usual banking functions, (b) to direct, require or permit the issuance of clearing house certificates or other evidences of claims against assets of banking institutions, and (c) to authorize and direct the creation in such banking institutions of special trust accounts for the receipt of new deposits which shall be subject to withdrawal on demand without any restriction or limitation and shall be kept separately in cash or on deposit in Federal Reserve Banks or invested in obligations of the United States.

**As used in this order the term "banking institutions" shall include all Federal Reserve Banks, national banking associations, banks, trust companies, savings banks, building and loan associations, credit unions, or other corporations, partnerships, associations or persons, engaged in the business of receiving deposits, making loans, discounting business paper, or transacting any other form of banking business.**

FRANKLIN D. ROOSEVELT        emphasis added

# PUBLIC LAWS OF THE SEVENTY-THIRD CONGRESS

## OF THE

# UNITED STATES OF AMERICA

*Passed at the first session, which was begun and held at the city of Washington, in the District of Columbia, on Thursday, the ninth day of March, 1933, and was adjourned without day on Friday, the sixteenth day of June, 1933.*

FRANKLIN D. ROOSEVELT, President; JOHN N. GARNER, Vice President; KEY PITTMAN, President of the Senate *pro tempore*; HENRY T. RAINEY, Speaker of the House of Representatives.

---

[CHAPTER 1.]

## AN ACT

To provide relief in the existing national emergency in banking, and for other purposes.

March 9, 1933.
[H.R. 1491.]
[Public, No. 1.]

*Be it enacted by the Senate and House of Representatives of the United States of America in Congress assembled,* That the Congress hereby declares that a serious emergency exists and that it is imperatively necessary speedily to put into effect remedies of uniform national application.

National banking system.
Emergency declared existing.

## TITLE I

SECTION 1. The actions, regulations, rules, licenses, orders and proclamations heretofore or hereafter taken, promulgated, made, or issued by the President of the United States or the Secretary of the Treasury since March 4, 1933, pursuant to the authority conferred by subdivision (b) of section 5 of the Act of October 6, 1917, as amended, are hereby approved and confirmed.

Proclamations, orders, etc., issued since March 4, 1933; approval.
*Post*, p. 343.
Trading with the Enemy Act, amended.
Vol. 40, pp. 415, 966, amended.

SEC. 2. Subdivision (b) of section 5 of the Act of October 6, 1917 (40 Stat. L. 411), as amended, is hereby amended to read as follows:

Foreign exchange, export or hoarding of coin, bullion, etc.
Regulatory powers of President during national emergency.

"(b) During time of war or during any other period of national emergency declared by the President, the President may, through any agency that he may designate, or otherwise, investigate, regulate, or prohibit, under such rules and regulations as he may prescribe, by means of licenses or otherwise, any transactions in foreign exchange, transfers of credit between or payments by banking institutions as defined by the President, and export, hoarding, melting, or earmarking of gold or silver coin or bullion or currency, by any person within the United States or any place subject to the jurisdiction thereof; and the President may require any person engaged in any transaction referred to in this subdivision to furnish under oath, complete information relative thereto, including the production of any books of account, contracts, letters or other papers, in connection therewith in the custody or control of such person, either before or after such transaction is completed. Whoever willfully violates any of the provisions of this subdivision or of any license, order, rule or regulation issued thereunder, shall, upon conviction, be fined not more than $10,000, or, if a natural person, may be imprisoned

Compulsory testimony, etc.

Punishment for violation.

86637°—34——1

1

2                    73d CONGRESS.  SESS. I.  CH. 1.  MARCH 9, 1933.

for not more than ten years, or both; and any officer, director, or agent of any corporation who knowingly participates in such violation may be punished by a like fine, imprisonment, or both. As used in this subdivision the term 'person' means an individual, partnership, association, or corporation."

"Person" construed.

SEC. 3. Section 11 of the Federal Reserve Act is amended by adding at the end thereof the following new subsection:

Federal Reserve Act, amended.
Vol. 39, p. 752.
Emergency impounding of gold.
Authority of Secretary of Treasury.

"(n) Whenever in the judgment of the Secretary of the Treasury such action is necessary to protect the currency system of the United States, the Secretary of the Treasury, in his discretion, may require any or all individuals, partnerships, associations and corporations to pay and deliver to the Treasurer of the United States any or all gold coin, gold bullion, and gold certificates owned by such individuals, partnerships, associations and corporations. Upon receipt of such gold coin, gold bullion or gold certificates, the Secretary of the Treasury shall pay therefor an equivalent amount of any other form of coin or currency coined or issued under the laws of the United States. The Secretary of the Treasury shall pay all costs of the transportation of such gold bullion, gold certificates, coin, or currency, including the cost of insurance, protection, and such other incidental costs as may be reasonably necessary. Any individual, partnership, association, or corporation failing to comply with any requirement of the Secretary of the Treasury made under this subsection shall be subject to a penalty equal to twice the value of the gold or gold certificates in respect of which such failure occurred, and such penalty may be collected by the Secretary of the Treasury by suit or otherwise."

Exchange for any other form of currency, etc.

Reimbursing transportation costs.

Hoarding, etc., deemed an offense.

Penalty.

Operations of the National Banking and Federal Reserve Systems.
Emergency suspension, etc., provided for.

SEC. 4. In order to provide for the safer and more effective operation of the National Banking System and the Federal Reserve System, to preserve for the people the full benefits of the currency provided for by the Congress through the National Banking System and the Federal Reserve System, and to relieve interstate commerce of the burdens and obstructions resulting from the receipt on an unsound or unsafe basis of deposits subject to withdrawal by check, during such emergency period as the President of the United States by proclamation may prescribe, no member bank of the Federal Reserve System shall transact any banking business except to such extent and subject to such regulations, limitations and restrictions as may be prescribed by the Secretary of the Treasury, with the approval of the President. Any individual, partnership, corporation, or association, or any director, officer or employee thereof, violating any of the provisions of this section shall be deemed guilty of a misdemeanor and, upon conviction thereof, shall be fined not more than $10,000 or, if a natural person, may, in addition to such fine, be imprisoned for a term not exceeding ten years. Each day that any such violation continues shall be deemed a separate offense.

Proclamation.

Penalty for violation.

Each day a separate offense.

TITLE II

"Bank Conservation Act."
Citation of title.
Terms construed Post, p. 72.

SEC. 201. This title may be cited as the "Bank Conservation Act."
SEC. 202. As used in this title, the term "bank" means (1) any national banking association, and (2) any bank or trust company located in the District of Columbia and operating under the supervision of the Comptroller of the Currency; and the term "State" means any State, Territory, or possession of the United States, and the Canal Zone.

Conservators.

SEC. 203. Whenever he shall deem it necessary in order to conserve the assets of any bank for the benefit of the depositors and other

Case 2:22-cv-06340-JS-JMW   Document 16   Filed 04/18/23   Page 98 of 125 PageID #: 332

creditors thereof, the Comptroller of the Currency may appoint a conservator for such bank and require of him such bond and security as the Comptroller of the Currency deems proper. The conservator, under the direction of the Comptroller, shall take possession of the books, records, and assets of every description of such bank, and take such action as may be necessary to conserve the assets of such bank pending further disposition of its business as provided by law. Such conservator shall have all the rights, powers, and privileges now possessed by or hereafter given receivers of insolvent national banks and shall be subject to the obligations and penalties, not inconsistent with the provisions of this title, to which receivers are now or may hereafter become subject. During the time that such conservator remains in possession of such bank, the rights of all parties with respect thereto shall, subject to the other provisions of this title, be the same as if a receiver had been appointed therefor. All expenses of any such conservatorship shall be paid out of the assets of such bank and shall be a lien thereon which shall be prior to any other lien provided by this Act or otherwise. The conservator shall receive as salary an amount no greater than that paid to employees of the Federal Government for similar services.

Sec. 204. The Comptroller of the Currency shall cause to be made such examinations of the affairs of such bank as shall be necessary to inform him as to the financial condition of such bank, and the examiner shall make a report thereon to the Comptroller of the Currency at the earliest practicable date.

Sec. 205. If the Comptroller of the Currency becomes satisfied that it may safely be done and that it would be in the public interest, he may, in his discretion, terminate the conservatorship and permit such bank to resume the transaction of its business subject to such terms, conditions, restrictions and limitations as he may prescribe.

Sec. 206. While such bank is in the hands of the conservator appointed by the Comptroller of the Currency, the Comptroller may require the conservator to set aside and make available for withdrawal by depositors and payment to other creditors, on a ratable basis, such amounts as in the opinion of the Comptroller may safely be used for this purpose; and the Comptroller may, in his discretion, permit the conservator to receive deposits, but deposits received while the bank is in the hands of the conservator shall not be subject to any limitation as to payment or withdrawal, and such deposits shall be segregated and shall not be used to liquidate any indebtedness of such bank existing at the time that a conservator was appointed for it, or any subsequent indebtedness incurred for the purpose of liquidating any indebtedness of such bank existing at the time such conservator was appointed. Such deposits received while the bank is in the hands of the conservator shall be kept on hand in cash, invested in the direct obligations of the United States, or deposited with a Federal reserve bank. The Federal reserve banks are hereby authorized to open and maintain separate deposit accounts for such purpose, or for the purpose of receiving deposits from State officials in charge of State banks under similar circumstances.

Sec. 207. In any reorganization of any national banking association under a plan of a kind which, under existing law, requires the consent, as the case may be, (a) of depositors and other creditors or (b) of stockholders or (c) of both depositors and other creditors and stockholders, such reorganization shall become effective only (1) when the Comptroller of the Currency shall be satisfied that the plan of reorganization is fair and equitable as to all depositors, other cred-

Appointment Bond, etc., required

To take over all books, assets, etc.

Powers and obligations of.

Rights under.

Expenses of conservatorship.

Salary.

Bank examination; reports.

Termination of conservatorship and resumption of bank business.

Sums for depositors' withdrawals or payments for creditors set aside by conservator.

Receipt of deposits.

Certain limitations not applicable to.

Segregation; restriction on use, etc.

To be kept on hand in cash.

Separate accounts to be kept.

Bank reorganization. Post, p. 72. Requirements, etc.

Approval of Comptroller.

4        73d CONGRESS.  SESS. I.  CH. 1.  MARCH 9, 1933.

itors and stockholders and is in the public interest and shall have approved the plan subject to such conditions, restrictions and limitations as he may prescribe and (2) when, after reasonable notice of such reorganization, as the case may require, (A) depositors and other creditors of such bank representing at least 75 per cent in amount of its total deposits and other liabilities as shown by the books of the national banking association or (B) stockholders owning at least two-thirds of its outstanding capital stock as shown by the books of the national banking association or (C) both depositors and other creditors representing at least 75 per cent in amount of the total deposits and other liabilities and stockholders owning at least two-thirds of its outstanding capital stock as shown by the books of the national banking association, shall have consented in writing to the plan of reorganization: *Provided, however*, That claims of depositors or other creditors which will be satisfied in full under the provisions of the plan of reorganization shall not be included among the total deposits and other liabilities of the national banking association in determining the 75 per cent thereof as above provided. When such reorganization becomes effective, all books, records, and assets of the national banking association shall be disposed of in accordance with the provisions of the plan and the affairs of the national banking association shall be conducted by its board of directors in the manner provided by the plan and under the conditions, restrictions and limitations which may have been prescribed by the Comptroller of the Currency. In any reorganization which shall have been approved and shall have become effective as provided herein, all depositors and other creditors and stockholders of such national banking association, whether or not they shall have consented to such plan of reorganization, shall be fully and in all respects subject to and bound by its provisions, and claims of all depositors and other creditors shall be treated as if they had consented to such plan of reorganization.

SEC. 208. After fifteen days after the affairs of a bank shall have been turned back to its board of directors by the conservator, either with or without a reorganization as provided in section 207 hereof, the provisions of section 206 of this title with respect to the segregation of deposits received while it is in the hands of the conservator and with respect to the use of such deposits to liquidate the indebtedness of such bank shall no longer be effective: *Provided*, That before the conservator shall turn back the affairs of the bank to its board of directors he shall cause to be published in a newspaper published in the city, town or county in which such bank is located, and if no newspaper is published in such city, town or county, in a newspaper to be selected by the Comptroller of the Currency published in the State in which the bank is located, a notice in form approved by the Comptroller, stating the date on which the affairs of the bank will be returned to its board of directors and that the said provisions of section 206 will not be effective after fifteen days after such date; and on the date of the publication of such notice the conservator shall immediately send to every person who is a depositor in such bank under section 206 a copy of such notice by registered mail addressed to the last known address of such person as shown by the records of the bank, and the conservator shall send similar notice in like manner to every person making deposit in such bank under section 206 after the date of such newspaper publication and before the time when the affairs of the bank are returned to its directors.

*Margin notes:*

Consent of depositors representing 75 per cent of deposits, etc.

Or stockholders.

Depositors and other creditors.

*Proviso.* Satisfied claims to be deducted.

Disposition of records, assets, etc., on reorganization.

Plan to apply equally.

Segregation of deposits to cease.

*Proviso.* Notice before turning back control.

To be furnished each depositor.

73d CONGRESS.  SESS. I.  CH. 1.  MARCH 9, 1933.                     **5**

SEC. 209. Conservators appointed pursuant to the provisions of this title shall be subject to the provisions of and to the penalties prescribed by section 5209 of the Revised Statutes (U. S. C., Title 12, sec. 592) ; and sections 112, 113, 114, 115, 116 and 117 of the Criminal Code of the United States (U. S. C., Title 18, secs. 202, 203, 204, 205, 206 and 207), in so far as applicable, are extended to apply to contracts, agreements, proceedings, dealings, claims and controversies by or with any such conservator or the Comptroller of the Currency under the provisions of this title.

SEC. 210. Nothing in this title shall be construed to impair in any manner any powers of the President, the Secretary of the Treasury, the Comptroller of the Currency, or the Federal Reserve Board.

SEC. 211. The Comptroller of the Currency is hereby authorized and empowered, with the approval of the Secretary of the Treasury, to prescribe such rules and regulations as he may deem necessary in order to carry out the provisions of this title.  Whoever violates any rule or regulation made pursuant to this section shall be deemed guilty of a misdemeanor and, upon conviction thereof, shall be fined not more than $5,000, or imprisoned not more than one year, or both.

*Provisions governing conservators.*
*R.S. sec. 5209, p. 1007;*
*U.S.C. pp. 291, 475.*
*Vol. 35, p. 1108.*
*Vol. 40, p. 972.*

*Powers of President, etc., not impaired.*

*Rules to be prescribed.*

## TITLE III

SEC. 301. Notwithstanding any other provision of law, any national banking association may, with the approval of the Comptroller of the Currency and by vote of shareholders owning a majority of the stock of such association, upon not less than five days' notice, given by registered mail pursuant to action taken by its board of directors, issue preferred stock in such amount and with such par value as shall be approved by said Comptroller, and make such amendments to its articles of association as may be necessary for this purpose; but, in the case of any newly organized national banking association which has not yet issued common stock, the requirement of notice to and vote of shareholders shall not apply.  No issue of preferred stock shall be valid until the par value of all stock so issued shall be paid in.

SEC. 302. (a) The holders of such preferred stock shall be entitled to cumulative dividends at a rate not exceeding 6 per centum per annum, but shall not be held individually responsible as such holders for any debts, contracts, or engagements of such association and shall not be liable for assessments to restore impairments in the capital of such association as now provided by law with reference to holders of common stock.  Notwithstanding any other provision of law, the holders of such preferred stock shall have such voting rights, and such stock shall be subject to retirement in such manner and on such terms and conditions, as may be provided in the articles of association with the approval of the Comptroller of the Currency.

(b) No dividends shall be declared or paid on common stock until the cumulative dividends on the preferred stock shall have been paid in full; and, if the association is placed in voluntary liquidation or a conservator or a receiver is appointed therefor, no payments shall be made to the holders of the common stock until the holders of the preferred stock shall have been paid in full the par value of such stock plus all accumulated dividends.

SEC. 303. The term "common stock" as used in this title means stock of national banking associations other than preferred stock issued under the provisions of this title.  The term "capital" as used in provisions of law relating to the capital of national banking associations shall mean the amount of unimpaired common stock plus

*National banks.*
*Preferred stock.*
*Post, p. 147.*
*Issue of, by vote of shareholders.*

*Amount, par value, etc.*

*Payment.*

*Dividends.*
*Post, p. 148.*
*Liability of shareholders.*

*Voting rights.*

*Retirement provisions.*

*Priority.*

*Definitions.*
*"Common stock."*

*"Capital."*

**6**          73d CONGRESS.  SESS. I.  CH. 1.  MARCH 9, 1933.

the amount of preferred stock outstanding and unimpaired; and the term "capital stock", as used in section 12 of the Act of March 14, 1900, shall mean only the amount of common stock outstanding.

*"Capital stock."*

SEC. 304. If in the opinion of the Secretary of the Treasury any national banking association or any State bank or trust company is in need of funds for capital purposes either in connection with the organization or reorganization of such association, State bank or trust company or otherwise, he may, with the approval of the President, request the Reconstruction Finance Corporation to subscribe for preferred stock in such association, State bank or trust company, or to make loans secured by such stock as collateral, and the Reconstruction Finance Corporation may comply with such request.  The Reconstruction Finance Corporation may, with the approval of the Secretary of the Treasury, and under such rules and regulations as he may prescribe, sell in the open market or otherwise the whole or any part of the preferred stock of any national banking association, State bank or trust company acquired by the Corporation pursuant to this section.  The amount of notes, bonds, debentures, and other such obligations which the Reconstruction Finance Corporation is authorized and empowered to issue and to have outstanding at any one time under existing law is hereby increased by an amount sufficient to carry out the provisions of this section.

*Reconstruction Finance Corporation. Subscription for preferred stock. Post, p. 21.*

*Sale of, permitted.*

*Increase of outstanding obligations authorized.*

## TITLE IV

*****DEPOSITS****

SEC. 401. The sixth paragraph of Section 18 of the Federal Reserve Act is amended to read as follows:

*Federal Reserve Act, amendments. Vol. 38, p. 269, amended. U.S.C., p. 286. Delivery of circulating notes on deposit of U.S. bonds, etc. Post, p. 21.*

" Upon the deposit with the Treasurer of the United States, (a) of any direct obligations of the United States or (b) of any notes, drafts, bills of exchange, or bankers' acceptances acquired under the provisions of this Act, any Federal reserve bank making such deposit in the manner prescribed by the Secretary of the Treasury shall be entitled to receive from the Comptroller of the Currency circulating notes in blank, duly registered and countersigned.  When such circulating notes are issued against the security of obligations of the United States, the amount of such circulating notes shall be equal to the face value of the direct obligations of the United States so deposited as security; and, when issued against the security of notes, drafts, bills of exchange and bankers' acceptances acquired under the provisions of this Act, the amount thereof shall be equal to not more than 90 per cent of the estimated value of such notes, drafts, bills of exchange and bankers' acceptances so deposited as security.  Such notes shall be the obligations of the Federal reserve bank procuring the same, shall be in form prescribed by the Secretary of the Treasury, shall be receivable at par in all parts of the United States for the same purposes as are national bank notes, and shall be redeemable in lawful money of the United States on presentation at the United States Treasury or at the bank of issue.  The Secretary of the Treasury is authorized and empowered to prescribe regulations governing the issuance, redemption, replacement, retirement and destruction of such circulating notes and the release and substitution of security therefor.  Such circulating notes shall be subject to the same tax as is provided by law for the circulating notes of national banks secured by 2 per cent bonds of the United States.  No such circulating notes shall be issued under this paragraph after the President has declared by proclamation that the

*Amount of issue.*

Face value

*Value, use, etc.*

*Redemption.*

*Regulations.*

*Tax.*

*Issue to cease when emergency terminates; exception.*

73d CONGRESS.  SESS. I.  CH. 1.  MARCH 9, 1933.　　　**7**

emergency recognized by the President by proclamation of March 6, 1933, has terminated, unless such circulating notes are secured by deposits of bonds of the United States bearing the circulation privilege.  When required to do so by the Secretary of the Treasury, each Federal reserve agent shall act as agent of the Treasurer of the United States or of the Comptroller of the Currency, or both, for the performance of any of the functions which the Treasurer or the Comptroller may be called upon to perform in carrying out the provisions of this paragraph.  Appropriations available for distinctive paper and printing United States currency or national bank currency are hereby made available for the production of the circulating notes of Federal reserve banks herein provided; but the United States shall be reimbursed by the Federal reserve bank to which such notes are issued for all expenses necessarily incurred in connection with the procuring of such notes and all other expenses incidental to their issue, redemption, replacement, retirement and destruction."

*Agent of Treasurer or Comptroller of Currency.*

*Sums available for expenses.*

*Reimbursement.*

SEC. 402.  Section 10(b) of the Federal Reserve Act, as amended, is further amended to read as follows:

*Vol. 47, p. 56, amended.*
*U.S.C., Supp. VI, p. 136.*

"SEC. 10(b).  In exceptional and exigent circumstances, and when any member bank has no further eligible and acceptable assets available to enable it to obtain adequate credit accommodations through rediscounting at the Federal reserve bank or any other method provided by this Act other than that provided by section 10 (a), any Federal reserve bank, under rules and regulations prescribed by the Federal Reserve Board, may make advances to such member bank on its time or demand notes secured to the satisfaction of such Federal reserve bank.  Each such note shall bear interest at a rate not less than 1 per centum per annum higher than the highest discount rate in effect at such Federal reserve bank on the date of such note.  No advance shall be made under this section after March 3, 1934, or after the expiration of such additional period not exceeding one year as the President may prescribe."

*Advances to member banks when acceptable assets not available for rediscount.*
*Post, p. 21.*

*Security.*

*Interest.*

*Expiration.*

SEC. 403.  Section 13 of the Federal Reserve Act, as amended, is amended by adding at the end thereof the following new paragraph:

"Subject to such limitations, restrictions and regulations as the Federal Reserve Board may prescribe, any Federal reserve bank may make advances to any individual, partnership or corporation on the promissory notes of such individual, partnership or corporation secured by direct obligations of the United States.  Such advances shall be made for periods not exceeding 90 days and shall bear interest at rates fixed from time to time by the Federal reserve bank, subject to the review and determination of the Federal Reserve Board."

*Advances to individuals, etc.*

*Security, interest, etc.*

*Post, p. 20.*

## TITLE V

SEC. 501.  There is hereby appropriated, out of any money in the Treasury not otherwise appropriated, the sum of $2,000,000, which shall be available for expenditure, under the direction of the President and in his discretion, for any purpose in connection with the carrying out of this Act.

*Appropriation.*

SEC. 502.  The right to alter, amend, or repeal this Act is hereby expressly reserved.  If any provision of this Act, or the application thereof to any person or circumstances, is held invalid, the remainder of the Act, and the application of such provision to other persons or circumstances, shall not be affected thereby.

*Amendment, etc.*
*Saving provision.*

Approved, March 9, 1933, 8.30 p. m.

8      73d CONGRESS. SESS. I. CHS. 2, 3. MARCH 17, 20, 1933.

[CHAPTER 2.]

**JOINT RESOLUTION**

March 17, 1933.
[H. J. Res. 75.]
[Pub. Res., No. 1.]

To provide for certain expenses incident to the first session of the Seventy-third Congress.

Appropriations for certain expenses, first session, Seventy-third Congress.
Mileage.
Sums available.
Vol. 47, pp. 1351, 1354.

*Resolved by the Senate and House of Representatives of the United States of America in Congress assembled*, That the appropriations for mileage of Senators, Representatives, the Resident Commissioner from Puerto Rico, and the Delegate from Hawaii, and for expenses of the Delegate from Alaska and the Resident Commissioners from the Philippine Islands, contained in the Legislative Appropriation Act for the fiscal year 1934, are hereby made immediately available and authorized to be paid to Senators, Representatives, Delegates, and Resident Commissioners, for attendance on the first session of the Seventy-third Congress.

Stationery.
Vol. 47, p. 1358.

Limitations waived.
Vol. 47, p. 408.

*Proviso.*
Stationery allowance.

The appropriation for stationery for Representatives, Delegates, and Resident Commissioners, and for the committees and officers of the House, contained in the Legislative Appropriation Act for the fiscal year 1934, is hereby made immediately available for expenditure on account of the first session of the Seventy-third Congress notwithstanding the provisions of section 304 of the Act of June 30, 1932 (47 Stat. 408) : *Provided*, That from such sum each Representative, Delegate, and Resident Commissioner shall be allowed $90 for stationery allowance or commutation therefor.

Approved, March 17, 1933.

---

[CHAPTER 3.]

**AN ACT**

March 20, 1933.
[H.R. 2820.]
[Public, No. 2.]

Maintenance of credit of United States.

To maintain the credit of the United States Government.

*Be it enacted by the Senate and House of Representatives of the United States of America in Congress assembled,*

**TITLE I**

VETERANS

Veterans.

Pensions.
Regulations of the President.
*Post,* pp. 524, 1282.
Executive orders, Nos. 6080–6100, March 31, 1933; 6165–6169, June 6, 1933; 6231–6234, July 28, 1933.
Classes entitled.
Disease, etc., in line of duty.

SECTION 1. That subject to such requirements and limitations as shall be contained in regulations to be issued by the President, and within the limits of appropriations made by Congress, the following classes of persons may be paid a pension :

(a) Any person who served in the active military or naval service and who is disabled as a result of disease or injury or aggravation of a preexisting disease or injury incurred in line of duty in such service.

Certain war-time services.

(b) Any person who served in the active military or naval service during the Spanish-American War, including the Boxer Rebellion and the Philippine Insurrection, or the World War, and who is permanently disabled as a result of injury or disease : *Provided,* That nothing contained in this title shall deny a pension to a Spanish-American War veteran past the age of sixty-two years entitled to a pension under existing law, but the President may reduce the rate of pension as he may deem proper.

*Proviso.*
Spanish - American War veteran over 62.

Widows, dependent parents, etc.

(c) The widow, child, or children, dependent mother or father, of any person who dies as a result of disease or injury incurred or aggravated in line of duty in the active military or naval service.

Designated war service.

(d) The widow and/or child of any deceased person who served in the active military or naval service during the Spanish-American War, including the Boxer Rebellion and the Philippine Insurrection.

**EXHIBIT D**

# Emergency Powers Statutes (Senate Report 93-549)

In this 1973 official report, the U.S. Senate admits that the Emergency Powers given to the President under the pretense of the National Emergency of 1933 have remained in force and that the normal function of the Federal government has been suspended.

93d Congress
SENATE
Report No. 93-549
1st Session

**EMERGENCY POWERS STATUTES:**

**PROVISIONS OF FEDERAL LAW NOW IN EFFECT DELEGATING TO THE EXECUTIVE EXTRAORDINARY AUTHORITY IN TIME OF NATIONAL EMERGENCY REPORT OF THE SPECIAL COMMITTEE ON THE TERMINATION OF THE NATIONAL EMERGENCY UNITED STATES SENATE NOVEMBER 19, 1973**

**U.S. GOVERNMENT PRINTING OFFICE**
**WASHINGTON : 1973**
**24-509 O**

SPECIAL COMMITTEE ON THE TERMINATION OF THE NATIONAL EMERGENCY

FRANK CHURCH, Idaho Co-Chairman     CHARLES McC MATHIAS, Jr., Maryland
PHILIP A. HART, Michigan            CLIFFORD P. CASE, New Jersey
CLAIBORNE PELL, Rhode Island        JAMES B. PEARSON, Kansas
ADLAI E. STEVENSON III, Illinois    CLIFFORD P. HANSEN, Wyoming

WILLIAM G. MILLER, Staff Director
THOMAS A. DINE, Professional Staff

## FOREWORD

Since March 9, 1933, the United States has been in a state of declared national emergency. In fact, there are now in effect four presidentially-proclaimed states of national emergency: In addition to the national emergency declared by President Roosevelt in 1933, there are also the national emergency proclaimed by President Truman on December 16, 1950, during the Korean conflict, and the states of national emergency declared by President Nixon on March 23, 1970, and August 15, 1971.

These proclamations give force to 470 provisions of Federal law. These hundreds of statutes delegate to the President extraordinary powers, ordinarily exercised by the Congress, which affect the lives of American citizens in a host of all-encompassing manners. This vast range of powers, taken together, confer enough authority to rule the country without reference to normal Constitutional processes.

Under the powers delegated by these statutes, the President may: seize property; organize and control

Emergency Powers Statutes (Senate Report 93-549)

**EXHIBIT D**

the means of production; seize commodities; assign military forces abroad; institute martial law; seize and control all transportation and communication; regulate the operation of private enterprise; restrict travel; and, in a plethora of particular ways, control the lives of all American citizens.

With the melting of the cold war--the developing detente with the Soviet Union and China, the stable truce of over 20 years duration between North and South Korea, and the end of U.S. involvement in the war in Indochina--there is no present need for the United States Government to continue to function under emergency conditions.

The Special Committee on the Termination of the National Emergency was created (1) to examine the consequences of terminating the declared states of national emergency that now prevail; to recommend what steps the Congress should take to ensure that the termination can be accomplished without adverse effect upon the necessary tasks of governing; and, also, to recommend ways in which the United States can meet future emergency situations with speed and effectiveness but without relinquishment of congressional oversight and control.

In accordance with this mandate, the Special Committee-- in conjunction with the Executive branch, expert constitutional authorities, as well as former high officials of this Government-- is now engaged in a detailed study to determine the most reasonable ways to restore normalcy to the operations of our Government.

A first and necessary step was to bring together the body of statutes, which have been passed by Congress, conferring extraordinary powers upon the Executive branch in times of national emergency.

This has been a most difficult task. Nowhere in the Government, in either the Executive or Legislative branches, did there exist a complete catalog of all emergency statutes. Many were aware that there had been a delegation of an enormous amount of power but, of how much power, no one knew. In order to correct this situation, the Special Committee staff was instructed to work with the Executive branch, the Library of Congress, and knowledgeable legal authorities to compile an authoritative list of delegated emergency powers.

This Special Committee study, which contains a list of all provisions of Federal law, except the most trivial, conferring extraordinary powers in time of national emergency, was compiled by the staff under the direction of Staff Director William G. Miller, and Mr. Thomas A. Dine; utilizing the help of the General Accounting Office, the American Law Division of the Library of Congress, the Department of Justice, the Department of Defense, and the Office of Emergency Planning.

The Special Committee is grateful for the assistance provided by Jack. Goldklang of the Office of Legal Counsel, Department of Justice; Lester S. Jayson, the director of the Congressional Research Service of the Library of Congress; Joseph E. Ross, head of the American Law Division of CRS; and especially Raymond Celada of the American Law Division and his able assistants, Charles V. Dale and Grover S. Williams; Paul Armstrong of the General Accounting Office; Linda Lee, Patrick Norton, Roland Moore, William K. Sawyer, Audrey Hatry, Martha Mecham, and David J. Kyte.

The Special Committee will also publish a list of Executive Orders, issued pursuant to statutes brought into force by declared states of emergency, at a later date.

CHARLES McC. MATHIAS, JR.
FRANK CHURCH,
Co-Chairmen.

Note 1: S. Res. 9, 93d Cong., 1st Sess.

––––––––––––––––––––––

## EMERGENCY POWERS STATUTES:
## PROVISIONS OF FEDERAL LAW NOW IN EFFECT DELEGATING TO THE EXECUTIVE EXTRAORDINARY AUTHORITY IN TIME OF NATIONAL EMERGENCY

November 19, 1973.-Ordered to be printed

Mr. MATHIAS (for Mr. CHURCH) as co-chairman of the Special Committee on the Termination of the National Emergency, submitted the following

REPORT
[Pursuant to S. Res. 9, 93d Cong.]

INTRODUCTION

### (A) A BRIEF HISTORICAL SKETCH OF THE ORIGINS OF EMERGENCY POWERS NOW IN FORCE

A majority of the people of the United States have lived all of their lives under emergency rule. For 40 years, freedoms and governmental procedures guaranteed by the Constitution have, in varying degrees, been abridged by laws brought into force by states of national emergency. The problem of how a constitutional democracy reacts to great crises, however, far antedates the Great Depression. As a philosophical issue, its origins reach back to the Greek city-states and the Roman Republic. And, in the United States, actions taken by the Government in times of great crises have-from, at least, the Civil War-in important ways, shaped the present phenomenon of a permanent state of national emergency.

American political theory of emergency government was derived and enlarged from John Locke, the English political-philosopher whose thought influenced the authors of the Constitution. Locke argued that the threat of national crisis-unforeseen, sudden, and potentially catastrophic-required the creation of broad executive emergency powers to be exercised by the Chief Executive in situations where the legislative authority had not provided a means or procedure of remedy. Referring to emergency power in the 14th chapter of his Second Treatise on Civil Government as "prerogative," Locke suggested that it:

> ...should be left to the discretion of him that has the executive power...since in some governments the lawmaking power is not always in being and is usually too numerous, and so too slow for the dispatch requisite to executions, and because, also it is impossible to foresee and so by laws to provide for all accidents and necessities that may concern the public, or make such laws as will do no harm, if they are executed with an inflexible rigour on all occasions and upon all persons that may come in their way, therefore there is a latitude left to the executive power to do many things of choice; which the laws do not prescribe.

To what extent the Founding Fathers adhered to this view of the executive role in emergencies is a much disputed issue. Whatever their conceptions of this role, its development in practice has been based largely on the manner in which individual President's have viewed their office and its functions. Presidents Theodore Roosevelt and William Howard Taft argued the proper role of the President and, perhaps, their debate best expounds diametrically-opposed philosophies of the presidency. In his

Emergency Powers Statutes (Senate Report 93-549)

autobiography, Roosevelt asserted his "stewardship theory."

> My view was that every Executive officer...was a steward of the people bound actively and affirmatively to do all he could for the people and not to content himself with the negative merit of keeping his talents undamaged in a napkin...My belief was that it was not only [the President's] right but his duty to do anything that the needs of the Nation demanded unless such action was forbidden by the Constitution or by the laws. Under this interpretation of executive power I did and caused to be done many things not previously done by the President and the heads of departments. I did not usurp power but I did greatly broaden the use of executive power. In other words, I acted for the common well being of all our people whenever and whatever measure was necessary, unless prevented by direct constitutional or legislative prohibition.

Roosevelt compared this principle of "stewardship" to what he called the Jackson-Lincoln theory, and contrasted it to the theory ascribed to William Howard Taft.

Roosevelt's ideas on the limit of presidential authority and responsibility were vigorously disputed by Taft. In lectures on the presidency--delivered at Columbia University in 1915-1916-Taft responded that: "... the wide field of action that this would give to the Executive one can hardly limit. A President can exercise no power which cannot fairly and reasonably be traced to some specific grant of power." And he cautioned that: "... such specific grants must be either in the Federal Constitution, or in any act of Congress passed in pursuance thereof. There is no undefined residuum of power which he can exercise because it seems to him to be in the public interest."

In recent years, most scholars have interpreted the Roosevelt-Taft dispute in Roosevelt's favor. In the prevailing academic view, Roosevelt is described as "active," "expansionist," and "strong." The historical reality, in fact, does not afford such a sharp distinction either between the actions of these two Presidents, or between their analysis of the problem of emergency powers. Taft, in his concluding remarks to his Columbia lectures, said : "Executive power is limited, so far as it is possible to limit such a power consistent -with that discretion and promptness of action that are essential to preserve the interests of the public in times of emergency or legislative neglect or inaction." Thus, even Taft was disposed to employ emergency power when the need arose, but, he did not wish to go beyond his own narrower, conservative conception of what was meant by constitutional and legal bounds. Thus, the dispute was over where those bounds lay, rather than the nature of the office itself.

Taft's successor, Woodrow Wilson, was no less zealous in observing what he thought the Constitution demanded. Faced with the exigencies of World War I, Wilson found it necessary to expand executive emergency powers enormously. In many respects, this expansion of powers in wartime was based on precedents set by Lincoln decades earlier. Unlike Lincoln, however, Wilson relied heavily on Congress for official delegations of authority no matter how broadly these might be.

Wilson's exercise of power in the First World War provided a model for future Presidents and their advisors. During the preparedeness period of 1915-1916, the submarine crisis in the opening months of 1917, and the period of direct involvement of U.S. armed forces from April 1917 to November 1918, Wilson utilized powers as sweeping as Lincoln's. Because governmental agencies were more highly organized and their jurisdictions wider, presidential powers were considerably more effective than ever before. Yet, perhaps, because of Wilson's scrupulous attention to obtaining prior congressional concurrence, there was only one significant congressional challenge to Wilson's wartime measures.

That challenge came in February-March 1917, following the severance of diplomatic relations with Germany. A group of Senators successfully filibustered a bill authorizing the arming of American

Case 2:22-cv-06340-JS-JMW   Document 16   Filed 04/18/23   Page 108 of 125 PageID #: 342
Emergency Powers Statutes (Senate Report 93-549)

Page 5 of 15

EXHIBIT D

merchant ships. In response--records American historian Frank Freidel in his book Roosevelt: the Apprenticeship-Assistant Secretary of the Navy Franklin D. Roosevelt found an old statute under which the President could proceed without fresh authorization from Congress. Roosevelt, impatient for action, was irritated because Wilson waited a few days before implementing the statute.

Lincoln had drawn most heavily upon his power as Commander-in-Chief; Wilson exercised emergency power on the basis of old statutes and sweeping new legislation--thus drawing on congressional delegation as a source of authority: The most significant Wilsonian innovations were economic, including a wide array of defense and war agencies, modeled to some extent upon British wartime precedents. In August 1916 just prior to the United States entry into the war, Congress at Wilson's behest established a Council of National Defense-primarily advisory. In 1917, a War Industries Board, also relatively weak, began operating. The ineffectiveness of the economic mobilization led Republicans in Congress-in the winter of 1917-1918 to demand a coalition War Cabinet similar to that in England. Wilson forestalled Congress by proposing legislation delegating him almost total economic power and, even before legislative approval, authorized the War Industries Board to exercise extensive powers. Subsequently Congress enacted Wilson's measure, the Overman Act, in April 1918. Other legislation extended the economic authority of the Government in numerous directions.

Following the allied victory, Wilson relinquished his wartime authority and asked Congress to repeal the emergency statutes, enacted to fight more effectively the war. Only a food-control measure and the 1917 Trading With the Enemy Act were retained. This procedure of terminating emergency powers when the particular emergency itself has, in fact, ended has not been consistently followed by his successors.

The next major development in the use of executive emergency powers came under Franklin D. Roosevelt. The Great Depression had already overtaken the country by the time of Roosevelt's inauguration and confronted him with a totally different crisis. This emergency, unlike those of the past, presented a nonmilitary threat. The Roosevelt administration, however, conceived the economic crisis to be a calamity equally as great as a war and employed the metaphor of war to emphasize the depression's severity. In his inaugural address, Roosevelt said: "I shall ask the Congress for the one remaining instrument to meet the crisis--broad executive power to wage a war against the emergency, as great as the power that would be given me if we were in fact invaded by a foreign foe."

Many of the members of the Roosevelt administration, including F.D.R. himself, were veterans of the economic mobilization of World War I and drew upon their experiences to combat the new situation. The first New Deal agencies, indeed, bore strong resemblance to wartime agencies and many had the term "emergency" in their titles-such as the Federal Emergency Relief Administration and the National Emergency Council.

In his first important official act, Roosevelt proclaimed a National Bank Holiday on the basis of the 1917 Trading With the Enemy Act-itself a wartime delegation of power. New Deal historian William E. Leuchtenburg writes:

> When he sent his banking bill to Congress, the House received it with much the same ardor as it had greeted Woodrow Wilson's war legislation. Speaker Rainey said the situation reminded him of the late war when "on both sides of this Chamber the great war measures suggested by the administration were supported with practical unanimity....Today we are engaged in another war, more serious even in its character and presenting greater dangers to the Republic."
> After only 38 minutes debate, the House passed the administration's banking bill, sight unseen.

Case 2:22-cv-06340-JS-JMW   Document 16   Filed 04/18/23   Page 109 of 125 PageID #: 343
Emergency Powers Statutes (Senate Report 93-549)                                                    Page 6 of 15

EXHIBIT D

The Trading With the Enemy Act had, however, been specifically designed by its originators to meet only wartime exigencies. By employing it to meet the demands of the depression, Roosevelt greatly extended the concept of "emergencies" to which expansion of executive powers might be applied. And in so doing, he established a pattern that was followed frequently: In time of crisis the President should utilize any statutory authority readily at hand, regardless of its original purposes, with the firm expectation of ex post facto congressional concurrence.

Beginning with F.D.R., then, extensive use of delegated powers exercised under an aura of crisis has become a dominant aspect of the presidency. Concomitant with this development has been a demeaning of the significance of "emergency." It became a term used to evoke public and congressional approbation, often bearing little actual relation to events. Roosevelt brain-truster, Rexford G. Tugwell, has described the manner in which Roosevelt used declarations of different degrees of emergency:

> The "limited emergency" was a creature of Roosevelt's imagination, used to make it seem
> that he was doing less than he was. He did not want to create any more furor than was
> necessary. The qualifying adjective had no limiting force. It was purely for public effect.
> But the finding that an emergency existed opened a whole armory of powers to the
> Commander-in-Chief, far more than Wilson had had.

Roosevelt and his successor, Harry S. Truman, invoked formal states of emergency to justify extensive delegations of authority during actual times of war. The Korean war, however, by the fact of its never having been officially declared a "war" as such by Congress, further diluted the concept of what constituted circumstances sufficiently critical to warrant the delegation of extraordinary authority to the President.

At the end of the Korean war, moreover, the official state of emergency was not terminated. It is not yet terminated. This may be primarily attributed to the continuance of the Cold War atmosphere which, until recent years, made the imminent threat of hostilities an accepted fact of everyday life, with "emergency" the normal state of affairs. In this, what is for all practical purposes, permanent state of emergency, Presidents have exercised numerous powers-most notably under the Trading With the Enemy Act-legitimated by that ongoing state of national emergency. Hundreds of others have lain fallow, there to be exercised at any time, requiring only an order from the President.

Besides the 1933 (1) and Korean war emergencies (2), two other states of declared national emergency remain in existence. On March 23, 1970, confronted by a strike of Postal Service employees, President Nixon declared a national emergency. (3) The following year, on August 15, 1971, Nixon proclaimed another emergency (4) under which he imposed stringent import controls in order to meet an international monetary crisis. Because of its general language, however, that proclamation could serve as sufficient authority to use a substantial proportion of all the emergency statutes now on the books.

Over the course of at least the last 40 years, then, Presidents have had available an enormous-seemingly expanding and never-ending -range of emergency powers. Indeed, at their fullest extent and during the height of a crisis, these "prerogative" powers appear to be virtually unlimited, confirming Locke's perceptions. Because Congress and the public are unaware of the extent of emergency powers, there has never been any notable congressional or public objection made to this state of affairs. Nor have the courts imposed significant limitations.

During the New Deal, the Supreme Court initially struck down much of Roosevelt's emergency economic legislation (*Schecter v. United States*, 295 U.S. 495). However, political pressures, a change in personnel, and presidential threats of court-packing, soon altered this course of decisions (*NLRB v. Jones & Lauqhlin Steel Corp.*, 301 U.S. 1). Since 1987, the Court has been extremely reluctant to

Case 2:22-cv-06340-JS-JMW   Document 16   Filed 04/18/23   Page 110 of 125 PageID #: 344
Emergency Powers Statutes (Senate Report 93-549)                                    Page 7 of 15

EXHIBIT D

invalidate any congressional delegation of economic powers to the President. It appears that this will not change in the foreseeable future.

In a significant case directly confronting the issue of wartime emergency powers, *Youngstown Sheet & Tube Co. v. Sawyer* (343 U.S. 579), the Court refused to allow the President to rely upon implied constitutional powers during a crisis. The action at issue involved presidential seizure of steel plants in a manner apparently directly at odds with congressional policy, Justice Black's plurality opinion specifically acknowledges that if Congress delegates powers to the President for use during an emergency those powers are absolutely valid within constitutional restraints on Congress' own power to do so. Concurring opinions appear to agree on this point. It should be noted, therefore, that all statutes in this compilation are precisely these kinds of specific congressional delegations of power.

The 2,000-year-old problem of how a legislative body in a democratic republic may extend extraordinary powers for use by the executive during times of great crisis and dire emergency-but do so in ways assuring both that such necessary powers will be terminated immediately when the emergency has ended and that normal processes will be resumed - has not yet been resolved in this country. Too few are aware of the existence of emergency powers and their extent, and the problem has never been squarely faced.

## (B) SUMMARY VIEWS OF THE PRESENT STATUS OF EMERGENCY POWERS STATUTES

A review of the laws passed since the first state of national emergency was declared in 1933, reveals a consistent pattern of lawmaking. It is a pattern showing that the Congress, through its own actions, transferred awesome magnitudes of power to the executive ostensibly to meet the problems of governing effectively in times of great crisis. Since 1933, Congress has passed or recodified over 470 significant statutes delegating to the President powers that had been the prerogative and responsibility of the Congress since the beginning of the Republic. No charge can be sustained that the Executive branch has usurped powers belonging to the Legislative branch; on the contrary, the transfer of power has been in accord with due process of normal legislative procedures.

It is fortunate that at this time that, when the fears and tensions of the cold war are giving way to relative peace and detente is now national policy, Congress can assess the nature, quality, and effect of what has become known as emergency powers legislation. Emergency powers make up a relatively small but important body of statutes-some 470 significant provisions of law out of the total of tens of thousands that have been passed or recodified since 1933. But emergency powers laws are of such significance to civil liberties, to the operation of domestic and foreign commerce, and the general functioning of the U.S. Government, that, in microcosm, they reflect dominant trends in the political, economic, and judicial life in the United States.

A number of conclusions can be drawn from the Special Committee's study and analysis of emergency powers laws now in effect. Congress has in most important respects, except for the final action of floor debate and the formal passage of bills, permitted the Executive branch to draft and in large measure to "make the laws." This has occurred despite the constitutional responsibility conferred on Congress by Article I Section 8 of the Constitution which states that it is Congress that "makes all Laws..."

Most of the statutes pertaining to emergency powers were passed in times of extreme crisis. Bills drafted in the Executive branch were sent to Congress by the President and, in the case of the most significant laws that ate on the books, were approved with only the most perfunctory committee review and virtually no consideration of their effect on civil liberties or the delicate structure of the U.S. Government of divided powers. For example, the economic measures that were passed in 1933 pursuant

to the proclamation of March 5, 1933, by President Roosevelt, asserting that a state of national emergency now existed, were enacted in the most turbulent circumstances. There was a total of only 8 hours of debate in both houses. There were no committee reports; indeed, only one copy of the bill was available an the floor.

This pattern of hasty and inadequate consideration was repeated during World War II when another group of laws with vitally significant and far reaching implications was passed. It was repeated during the Korean war and, again, in most recent memory, during the debate on the Tonkin Gulf Resolution passed on August 6, 1064.

On occasion, legislative history shows that during the limited debates that did take place, a few, but very few, objections were raised by Senators and Congressmen that expressed serious concerns about the lack of provision for congressional oversight. Their speeches raised great doubts about the wisdom of giving such open-ended authority to the President, with no practical procedural means to withdraw that authority once the time of emergency had passed.

For example, one of the very first provisions passed in 1988 was the Emergency Banking Act based upon Section 5(b) of the Trading With the Enemy Act of 1917. The provisions gave to President Roosevelt, with the full approval of the Congress, the authority to control major aspects of the economy, an authority which had formerly been reserved to the Congress. A portion of that provision, still in force, is quoted here to illustrate the kind of open-ended authority Congress has given to the President during the past 40 years:

> (b)(1) During the time of war or during any other period of national emergency declared by the President, the President may, through any agency that he may designate, or otherwise, and under such rules and regulations as he may prescribe, by means of instructions, licenses, or otherwise-
>
>> (A) investigate, regulate, or prohibit, any transactions in foreign exchange, transfers of credit or payments between, by, through, or to any banking institution, and the importing, exporting, hoarding, melting, or earmarking of gold or silver coin or bullion, currency or securities, and
>> (B) investigate, regulate, direct and compel, nullify, void, prevent or prohibit, any acquisition, holding, withholding, use, transfer, withdrawal, transportation, importation or exportation of, or dealing in, or exercising any right, power, or privilege with respect to, or transactions involving, any property in which any foreign country or a national thereof has any interest.

by any person, or with respect to any property, subject to the jurisdiction of the United States; and any property or interest of any foreign country or national thereof shall vest, when, as, and upon the terms, directed be the President, in such agency or person as may be designated from time to time by the President, and upon such terms and conditions as the President may prescribe such interest or property shall be held, used, administered, liquidated, sold, or otherwise dealt with in the interest of and for the benefit of the United States, and such designated agency or person may perform any and all acts incident to the accomplishment or furtherance of these purposes; and the President shall, in the manner hereinabove provided, require any person to keep a full record of, and to furnish under oath, in the form of reports or otherwise, complete information relative to any act or transaction referred to in this subdivision either before, during, or after the completion thereof, or relative to any interest in foreign property, or relative to any property in which any foreign country or any national thereof has or has had anger interest, or as may be otherwise

necessary to enforce the provisions of this subdivision, and in any case in which a report could be required, the President may, in the manner hereinabove provided, receive the production, or if necessary to the national security or defense, the seizure, of any books of account, records, contracts, letters. memoranda. or other papers, in the custody or control of such person; and the President, may, in the manner hereinabove provided, take other and further measures not inconsistent herewith for the enforcement of this subdivision.

(2) Any payment, conveyance, transfer, assignment, or delivery of property or interest therein, made to or for the account of the United States, or as otherwise directed, pursuant to this subdivision or any rule, regulation, instruction, or direction issued hereunder shall to the extent thereof be a full acquittance and discharge for all purposes of the obligation of the person making the same; and no person shall be held liable in any court for or in respect to anything done or omitted in good faith in connection with the administration of, or in pursuance of and in reliance on, this subdivision, or any rule, regulation, instruction, or direction issued hereunder.

To cite two further examples:

In the context of the war powers issue and the long debate of the past decade over national commitments, 10 U.S.C. 712 is of importance:

10 U.S.C. 712. Foreign governments: detail to assist.
(a) Upon the application of the country concerned, the President, whenever he considers it in the public interest, may detail members of the Army, Navy, Air Force, and Marine Corps to assist in military matters-
(1) any republic in North America, Central America, or South America;
(2) the Republic of Cuba, Haiti, or Santo Domingo and
(3) during a war or a declared national emergency, any other country that he considers it advisable to assist in the interest of national defense.
(b) Subject to the prior approval of the Secretary of the military department concerned, a member detailed under this section may accept any office from the country to which he is detailed. He is entitled to credit for all service while so detailed, as if serving with the armed forces of the United States. Arrangements may be made by the President, with countries to which such members are detailed to perform functions under this section, for reimbursement to the United States or other sharing of the cost of performing such functions.

The Defense Department, in answer to inquiries by the Special Committee concerning this provision, has stated that it has only been used with regard to Latin America, and interprets its applicability as being limited to noncombatant advisers. However, the language of Section 712 is wide open to other interpretations. It could be construed as a way of extending considerable military assistance to any foreign country. Since Congress has delegated this power, arguments could be made against the need for further congressional concurrence in a, time of national emergency.

The repeal of almost all of the Emergency Detention Act of 1950 was a constructive and necessary step, but the following provision remains:

18. U.S.C. 1383. Restrictions in military areas and zones.

Whoever, contrary to the restrictions applicable thereto, enters, remains in, leaves, or commits any act in any military area or military zone prescribed under the authority of an

Executive order of the President, by the Secretary of the Army, or by any military commander designated by the Secretary of the Army, shall, if it appears that he knew or should have known of the existence and extent of the restrictions or order and that his act was in violation thereof, be fined not more than $5,000 or imprisoned not more than one year, or both.

18 U.S.C. 1383 does not appear on its face to be an emergency power. It was used as the basis for internment of Japanese-Americans in World War II. Although it seems to be cast as a permanent power, the legislative history of the section shows that the statute was intended as a World War II emergency power only, and was not to apply in "normal" peacetime circumstances. Two years ago, the Emergency Detention Act was repealed, yet 18 U.S.C. 1383 has almost the same effect.

Another pertinent question among many, that the Special Committee's work has revealed, concerns the statutory authority for domestic surveillance by the FBI. According to some experts, the authority for domestic surveillance appears to be based upon an Executive Order issued by President Roosevelt during an emergency period. If it is correct that no firm statutory authority exists, then it is reasonable to suggest that the appropriate committees enact proper statutory authority for the FBI with adequate provision for oversight by Congress.

What these examples suggest and what the magnitude of emergency powers affirm is that most of these laws do not provide for congressional oversight or termination. There are two reasons which can be adduced as to why this is so. First, few, if any, foresaw that the temporary states of emergency declared in 1938, 1939, 1941, 1950, 1970, and 1971 would become what are now regarded collectively as virtually permanent states of emergency (the 1939 and 1941 emergencies were terminated in 1952). Forty years can, in no way, be defined as a temporary emergency. Second, the various administrations who drafted these laws for a variety of reasons were understandably not concerned about providing for congressional review, oversight, or termination of these delegated power's which gave the President enormous powers and flexibility to use those powers.

The intense anxiety and sense of crisis was contained in the rhetoric of Truman's 1050 proclamation:

Whereas recent events in Korea and elsewhere constitute a grave threat to the peace of the world and imperil the efforts of this country and those of the United Nations to prevent aggression and armed conflict; and

Whereas world conquest by communist imperialism is the goal of the forces of aggression that have been loosed upon the world; and

Whereas, if the goal of communist imperialism were to be achieved. the people of this country would no longer enjoy the full and rich life they have with God's help built for themselves and their children; they would no longer enjoy the blessings of the freedom of worshipping as they severally choose, the freedom of reading and listening to what they choose, the right of free speech, including the right to criticize their Government, the right to choose those who will conduct their Government, the right to engage freely in collective bargaining, the right to engage freely in their own business enterprises, and the many other freedoms and rights which are a part of our way of life; and

Whereas, the increasing menace of the forces of communist aggression requires that the national defense of the United States be strengthened as speedily as possible:

Now, therefore, I, Harry S. Truman, President of the United States of America, do proclaim the existence of a national emergency, which requires that the military, naval, air, and civilian defenses of this country be strengthened as speedily as possible to the end that we may be able to repel any and all threats against our national security and to fulfill our responsibilities in the efforts being made through the United Nations and otherwise to bring about lasting peace.

I summon all citizens to make a united effort for the security and well-being of our beloved country and to place its needs foremost in thought and action that the full moral and material strength of the Nation may be readied for the dangers which threaten us.

I summon our farmers, our workers in industry, and our businessmen to make a mighty production effort to meet the defense requirements of the Nation and to this end to eliminate all waste and inefficiency and to subordinate all lesser interests to the common good.

I summon every person and every community to make, with a spirit of neighborliness, whatever sacrifices are necessary for the welfare of the Nation.

I summon all State and local leaders and officials to cooperate fully with the military and civilian defense agencies of the United States in the national defense program.

I summon all citizens to be loyal to the principles upon which our Nation is founded, to keep faith with our friends and allies, and to be firm in our devotion to the peaceful purposes for which the United Nations was founded.

I am confident that we will meet the dangers that confront us with courage and determination, strong in the faith that we can thereby "secure the Blessings of Liberty to ourselves and our Posterity."

In witness whereof, I have hereunto set my hand and caused the Seal of the United States of America to be affixed. Done at the City of Washington this 16th day of December (10:90 a.m.) in the year of our Lord nineteen hundred and fifty, and of the Independence of the United States of America the one hundred and seventy-fifth.

HARRY S. TRUMAN
[SEAL]
By the President:

DEAN ACHESON,
Secretary of State

The heightened sense of crisis of the cold war so evident in Truman's proclamation has fortunately eased. The legislative shortcomings contained in this body of laws can be corrected on the basis of rational study and inquiry.

In the view of the Special Committee, an emergency does not now exist. Congress, therefore, should act in the near future to terminate officially the states of national emergency now in effect.

At the same time, the Special Committee is of the view that it is essential to provide the means for the Executive to act effectively in an emergency. It is reasonable to have a body of laws in readiness to

Case 2:22-cv-06340-JS-JMW   Document 16   Filed 04/18/23   Page 115 of 125 PageID #: 349
Emergency Powers Statutes (Senate Report 93-549)                                    Page 12 of 15

EXHIBIT D

delegate to the President extraordinary powers to use in times of real national emergency. The portion of the concurring opinion given by Justice Jackson in the Youngstown Steel case with regard to emergency powers provides sound and pertinent guidelines for the maintenance of such a body of emergency laws kept in readiness to be used in times of extreme crisis. Justice Jackson, supporting the majority opinion that the "President's power must stem either from an act of Congress or from the Constitution itself" wrote:

> The appeal, however, that we declare the existence of inherent powers ex necessitate to meet an emergency asks us to do what many think would be wise, although it is something the forefathers omitted. They knew what emergencies were, knew the pressures they engender for authoritative action, knew, too, how they afford a ready pretext for usurpation. We may also suspect that they suspected that emergency powers would tend to kindle emergencies. Aside from suspension of the privilege of the writ of habeas corpus in time of rebellion or invasion, when the public safety may require it, they made no express provision for exercise of extraordinary authority because of a crisis. I do not think we rightfully may so amend their work, and, if we could, I am not convinced it would be wise to do so, although many modern nations have forthrightly recognized that war and economic crises may upset the normal balance between liberty and authority. Their experience with emergency powers may not be irrelevant to the argument here that we should say that the Executive, of his own volition, can invest himself with undefined emergency powers.

> Germany, after the First World War, framed the Weimar Constitution, designed to secure her liberties in the Western tradition. However, the President of the Republic, without concurrence of the Reichstag, was empowered temporarily to suspend any or all individual rights if public safety and order were seriously disturbed or endangered. This proved a temptation to every government, whatever its shade of opinion, and in 13 years suspension of rights was invoked on more than 250 occasions. Finally, Hitler persuaded President Von Hindenburg to suspend ail such rights, and they were never restored.

> The French Republic provided for a very different kind of emergency government known as the "state of seige." It differed from the German emergency dictatorship particularly in that emergency powers could not be assumed at will by the Executive but could only be granted as a parliamentary measure. And it did not, as in Germany, result in a suspension or abrogation of law but was a legal institution governed by special legal rules and terminable by parliamentary authority.

> Great Britain also has fought both World Wars under a sort of temporary dictatorship created by legislation. As Parliament is not bound by written constitutional limitations, it established a crisis government simply by delegation to its Ministers of a larger measure than usual of its own un1imited power, which is exercised under its supervision by Ministers whom it may dismiss, This has been called the "high-water mark in the voluntary surrender of liberty," but, as Churchill put it, "Parliament stands custodian of these surrendered liberties, and its most sacred duty will be to restore them in their fullness when victory has crowned our exertions and our perseverance." Thus, parliamentary controls made emergency powers compatible with freedom.

> This contemporary foreign experience may be inconclusive as to the wisdom of lodging emergency powers somewhere in a modern government. But it suggests that emergency powers are consistent with free government only when their control is lodged elsewhere than in the Executive who exercises them. That is the safeguard that would be nullified by our adoption of the "inherent pointers" formula.

Case 2:22-cv-06340-JS-JMW   Document 16   Filed 04/18/23   Page 116 of 125 PageID #: 350
Emergency Powers Statutes (Senate Report 93-549)                                    Page 13 of 15

EXHIBIT D

Nothing in my experience convinces me that such risks are warranted by any real necessity, although such powers would, of course, be an executive convenience.

In the practical working of our Government we already have evolved a technique within the framework of the Constitution by which normal executive powers may be considerably expanded to meet an emergency, Congress may and has granted extraordinary authorities which lie dormant in normal times but may be called into play by the Executive in war or upon proclamation of a national emergency. In 1939, upon congressional request, the Attorney General listed ninety-nine such separate statutory grants by Congress of emergency or wartime executive powers. They were invoked from time to time as need appeared. Under this procedure we retain Government by law-special, temporary law, perhaps, but law nonetheless. The public may know the extent and limitations of the powers that can be asserted, and persons affected may be informed from the statute of their rights and duties.

In view of the ease, expedition and safety with which Congress can grant and has granted large emergency powers, certainly ample to embrace this crisis, I am quite unimpressed with the argument that we should affirm possession of them without statute. Such power either has no beginning or it has no end, If it exists, it need submit to no legal restraint. I am not alarmed that it would plunge us straightway into dictatorship, but it is at least a step in that wrong direction.

24-509 O - 73 - 3

But I have no illusion that any decision by this Court can keep power in the hands of Congress if it is not wise and timely in meeting its problems. A crisis that challenges the President equally, or perhaps primarily, challenges Congress. If not good law, there was worldly wisdom in the maxim attributed to Napoleon that "The tools belong to the man who can use them." We may say that power to legislate for emergencies belongs in the hands of Congress, but only Congress itself can prevent power from slipping through its fingers.

The essence of our free Government is "leave to live by no man's leave, underneath the law"-to be governed by those impersonal forces which we call law. Our Government is fashioned to fulfill this concept so far as humanly possible. The Executive, except for recommendation and veto, has no legislative power. The executive action we have here originates in the individual will of the President and represents an exercise of authority without law. No one, perhaps not even the President, knows the limits of the power he may seek to exert in this instance and the parties affected cannot learn the limit of their rights. We do not know today what powers over labor or property would be claimed to flow from Government possession if we should legalize it, what rights to compensation would be claimed or recognized, or on what contingency it would end. With all its defects, delays and inconveniences, men have discovered no technique for long preserving free government except that the Executive be under the law, and that the law be made by parliamentary deliberations.

Such institutions may be destined to pass away. But it is the duty of the Court to be last, not first, to give them up.

Case 2:22-cv-06340-JS-JMW   Document 16   Filed 04/18/23   Page 117 of 125 PageID #: 351
Emergency Powers Statutes (Senate Report 93-549)                                                Page 14 of 15

EXHIBIT D

With these guidelines and against the background of experience of the last 40 years, the task that remains for the Special Committee is to determine - in close cooperation with all the Standing Committees of the Senate and all Departments, Commissions, and Agencies of the Executive branch - which of the laws now in force might be of use in a future emergency. Most important, a legislative formula needs to be devised which will provide a regular and consistent procedure by which any emergency provisions are called into force. It will also be necessary to establish a means by which Congress can exercise effective oversight over such actions as are taken pursuant to a state of national emergency as well as providing a regular and consistent procedure for the termination of such grants of authority.

## TEXTUAL NOTE

## COMPILING THE TEXTS OF EMERGENCY POWER STATUTES

Pursuant to S. Res. 9 of January 6, 1973, the U.S. Senate directed the Special Committee on the Termination of the National Emergency to study and investigate emergency powers legislation now in force.

From the outset of its work, the Special Committee faced the problem of determining, with reasonable accuracy, the number, nature, and extent of emergency statutes passed by Congress since 1933 which delegate extraordinary powers to the President in time of crisis or impending catastrophe. It was evident, initially, that existing listings of executive emergency powers were either out-of-date or inadequate for the Special Committee's purposes. It became apparent, too, that the United States Government has been operating under an unrelieved state of emergency of 40 years' duration. During this period, an enormous body of laws dealing with severe economic crisis and America's response to three wars had been passed by Congress through an almost unnoticed process of gradual accretion.

In the past, the only way to compile a catalog useful to Congress would have required going through every page of the 86 volumes of the Statutes-at-Large. Fortunately, the U.S. Code (1970 edition and one supplement) was put onto computer tapes by the United States Air Force in the so-called LITE System, which is located at a military facility in the State of Colorado. The Special Committee staff, working in conjunction with the Justice Department, the Library of Congress, and the General Accounting Office, devised several programs for computer searches. These programs were based on a wide spectrum of key words and phrases contained in typical provisions of law ,which delegate extraordinary powers. Examples of some trigger words are "national emergency," "war," "national defense," "invasion," "insurrection," etc. These programs, designed to produce a computer printout of all provisions of the U.S. Code that pertain to a state of war or national emergency, resulted in several thousand citations. At this point, the Special Committee staff and the staff of the American Law Division, Library of Congress, went through the printouts, separated out all those provisions of the U,S, Code most relevant to war or national emergency, and weeded out those provisions of a trivial or extremely remote nature. Two separate teams worked on the computer printouts and the results were put together in a third basic list of U.S. Code citations.

To determine legislative intent, the U.S. Code citations were then hand checked against the Statutes-at-Large, the Reports of Standing Committees of the U.S. Senate and House of Representatives and, where applicable, Reports of Senate and House Conferences.

In addition, the laws passed since the publishing of the 1970 Code were checked and relevant citations were added to the master list. The compilation was then checked against existing official catalogs: That of the Department of Defense, "Digest of War and Emergency Legislation Affecting the Department of Defense"; that of the Once of Emergency Planning, "Guide to the Emergency Powers Conferred by

Emergency Powers Statutes (Senate Report 93-549)                          Page 15 of 15

**EXHIBIT D**

Laws in Effect on January 1, 1969"; and, the 1962 House Judiciary Committee synopsis of emergency powers, "Provisions of Federal Law in Effect in Time of National Emergency."

The task of compiling a catalog of emergency powers statutes, therefore, has been immeasurably assisted by use of computers, but computers could not replace the need for a systematic and very laborious hand search of all of the volumes of the U.S. Code, the Statutes-at-Large, and Senate and House Reports. The following compilation is intended to be used as a working list of the most relevant emergency provisions of the law. The Special Committee cannot be certain that every statute that could or may be called into use during a time of war or national emergency is in the following compilation. However, the Special Committee believes that the most significant provisions are herein cataloged.

The compilation is organized as follows:

1. A summary of all the U.S. Code citations in order of their appearance in the Code, and specific Public Laws with the Congress and the year they were enacted.

2. The texts of U.S. Code citations and Public Laws with explanatory notes and such material from Senate and House Reports which explains Congress' primary intent concerning these provisions of law.

3. Citation of statutes in accordance to committee jurisdictions.

The appendix contains:

1. Seven tables that list various breakdowns of the usage of the United States Code.

2. The four proclamations of national emergency now in effect.

3. A subject index.

---

1 See Appendix. p. 594.
2 Ibid
3 Ibid, p. 596.
4 Ibid, p. 597.

**EXHIBIT D**

## FORM OF OFFICIAL OC-10 AUTHORIZATION LIST

Routing (ABA) No. _____

Page _____ of _____

This supersedes our previous Official OC-10 Authorization List:

(circle:)  **YES or NO**

If neither is circled, previous list will also remain in effect.

| Name of Borrower: | Date: |
|---|---|
| Street Address: | Telephone: |

**To the Federal Reserve Banks**:  Below are the names, titles and signatures of the individuals authorized to pledge collateral to/ request to borrow money from the Federal Reserve Banks on behalf of the Borrower identified above.

| Name and Title (printed): | Telephone No. and E-Mail Address: | Signature: | Borrow[1] | Pledge[1] |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

**Authorizing Officer** (must be identified by title in Borrower's Authorizing Resolutions):

| | |
|---|---|
| Signature:_____ <br><br> _____ <br> (Printed Name and Title) <br><br> _____ <br> (Telephone) <br><br> _____ <br> (E-Mail Address) | State of _____) <br> County of _____) <br> Subscribed and sworn to before me on _____, <br> 20___, by_____. <br><br> _____ <br> Notary Public <br><br> *(Notary Seal)* |

**Secretary's Certification:**

| | |
|---|---|
| I, _____, Secretary (or Assistant Secretary) of the above Borrower do hereby certify that <br> _____ is a <br> _____ of such Borrower. <br><br> Signature: _____ <br><br> _____ <br> (Printed Name and Title) | State of _____) <br> County of _____) <br> Subscribed and sworn to before me on _____, <br> 20___, by_____. <br><br> _____ <br> Notary Public <br><br> *(Notary Seal)* |

_____

[1] Check as appropriate.  For instance, check both if authorized to pledge <u>and</u> to make borrowing requests on behalf of the borrower.

Appendix 3
to Operating Circular No. 10

assignee or holder.  The Borrower ratifies any and all action authorized herein and taken by any such Federal Reserve Bank as the Borrower's attorney-in-fact.  The rights, powers, and authority of the attorney-in-fact to perform any and all act(s) whatsoever necessary remains in full force and effect and binds the Borrower, its legal representatives, successors, and assigns until all indebtedness of the Borrower to any such Federal Reserve Bank has been fully satisfied and discharged.

4.      RESOLVED, that we approve and consent to be bound by the provisions of the Federal Reserve Bank of _____'s Operating Circular No 10, effective October 15, 2006, as amended and supplemented from time to time thereafter ("OC-10").

5.      RESOLVED, that the Borrower is authorized and approved to use any record (as such term is used in OC-10) to endorse or pledge to a Reserve Bank the notes and other obligations offered as collateral to secure payment or performance of any obligations of the Borrower to a Reserve Bank. The record will have the full force and effect of a manual endorsement.

6.      RESOLVED, that these resolutions and the powers and authorizations granted or confirmed by them continue in effect until written notice of revocation is received by each Reserve Bank that has relied or is relying on such resolutions and the Borrower shall continue to be bound with respect to any outstanding obligations and pledges to any Reserve Bank at the time the notice of revocation is received by such Reserve Bank.

7.      RESOLVED, that a duly certified copy of these resolutions be furnished to each Reserve Bank to which the Borrower applies for an advance or has an account.

IN WITNESS WHEREOF, I have hereunto subscribed my name.

_____
Signature of certifying official[7]

_____
Name and Title

_____
Date

---

[7]      The certifying official must be the secretary of the Borrower or another person authorized to certify the statements in this document and, in any case, may not be a person authorized in Paragraph 2.

## FORM OF AUTHORIZING RESOLUTIONS FOR BORROWERS

As evidenced by my signature below, I certify that the following are correct and complete copies of the resolutions duly adopted on _____ at a meeting[5] of _____
             (Date)                                      (Type of governing body, e.g. board of directors)
of the _____ ("Borrower"), a _____
           (Official name of the Borrower)                  (Commercial bank, mutual savings bank, savings bank and loan association, credit union, or other charter type)
duly established and operating under the laws of _____, with its head office located at _____ in accordance with applicable law and the Borrower's chartering documents. I also certify that the resolutions have not been modified, remain in effect, are not in conflict with any provisions of the Borrower's certificate of incorporation, bylaws, or chartering and/or licensing statutes or requirements, and are reflected in the minutes of the meeting at which these resolutions were approved:

1.    RESOLVED, that the Borrower is authorized to request advance(s) from, incur indebtedness, including overdrafts, to and pledge and grant a security interest in the Borrower's property, whether now owned or hereafter acquired, to a Federal Reserve Bank.

2.    RESOLVED, that the persons with the following titles:

_____
                         (Exact titles of authorized persons)
and each of their successors in office, any _____ of whom _____ authorized to
                              (one/two)         (is/are)
(1) take each of the actions listed in paragraphs (a)-(e) immediately below and (2) send the names, titles, and signatures of individuals authorized to take such actions in the name and on behalf of the Borrower:[6]

    (a)    to borrow money from a Federal Reserve Bank on the terms and security that such Federal Reserve Bank requires;

    (b)    to discount, rediscount, or sell (with or without the Borrower's agreement to repurchase) and, for any of those purposes, to endorse and assign notes, drafts, bills of exchange, acceptances, other bills receivable, evidences of indebtedness, and securities, now or hereafter acquired by the Borrower;

    (c)    to make, execute, and deliver any application, note, agreement, certificate, power of attorney, and any other document that any Federal Reserve Bank requires in connection with any transaction authorized by this resolution;

    (d)    to grant, assign, pledge, and transfer to any Federal Reserve Bank security interests in any or all property of the Borrower, whether now owned or hereafter acquired, and to endorse, assign, deliver, deposit, and/or pledge any of such property to any Federal Reserve Bank as collateral to secure payment or performance of any obligation of the Borrower to a Federal Reserve Bank; and

    (e)    to do any and all other acts and things that may be necessary or incidental to any transaction authorized by the relevant resolution, or that may be designed or intended to carry out the purpose of such resolution.

3.    RESOLVED, that a Federal Reserve Bank making an extension of credit to the Borrower is appointed as the Borrower's attorney-in-fact for it and in its place and stead, to endorse, assign, transfer and sell, set over and deliver collateral pledged to such Federal Reserve Bank, and to take any other action deemed necessary or advisable by the Federal Reserve Bank to exercise its rights with respect to any advance or indebtedness owed by the Borrower, in its capacity as secured party, including but not limited to accepting and endorsing payments on loans, preparing and/or filing of any documents necessary to perfect, protect, preserve, or release the interest of the Federal Reserve Bank or the Borrower in such collateral, or compromising disputes or handling insurance issues related to such collateral.  The power of attorney is coupled with an interest and as such is irrevocable, and full power of substitution is granted to the

---

[5]    The language of this certification should be modified if the resolutions were adopted by written consent or otherwise.
[6]    If certain persons are authorized to undertake only some of these activities, e.g., to borrow, but not to pledge on behalf of the Borrower, this resolution should be split to so specifically identify who is authorized to undertake which activit(y)(ies).

**EXHIBIT D**

**SCHEDULE A**
**To Letter of Agreement**

FORM OF CERTIFICATE[1]

The undersigned, the _____ and _____ of
                                 (Title)                      (Title)

_____ (the "Borrower") hereby certifies, with reference to Operating Circular
     (Name of Borrower)

No. 10, effective as of October 15, 2006, as amended or supplemented from time to time thereafter ("OC-10"; terms used but not defined herein have the meaning specified therein), as agreed to by the Borrower by Letter of Agreement dated _____
___, _____ to the
                                            (Date of Letter of Agreement)

Bank as follows:

(a)      attached hereto are true, correct and complete, as of the date of this Certificate, copies of the official document that specifies the official name or names of the Borrower in its jurisdiction of organization ("Organizational Document").

(b)      The information listed below is true and correct as of the date of this certificate:

     1.     Borrower's current mailing address is:

     2.     Borrower's jurisdiction of organization is[2]:

     3.     Borrower's Organizational number is (indicate n/a if not applicable):

     4.     Borrower's ABA number is :

IN WITNESS WHEREOF, the undersigned has signed this Certificate on _____ ___, 2___.

_____ [3]
Name:
Title:

_____ [4]
Name:
Title:

---

[1]   Borrowers that have previously provided the documents and information requested in this Certificate need only certify that the previously provided documents and information have not changed.

[2]   Borrowers operating under a Federal charter (*e.g.*, national banks or Federal savings banks or associations) (*see* 12 U.S.C. §§ 22 and 1464(a), and 12 C.F.R. § 552.3), please specify the State of the Borrower's main office or home office.

[3]   One signatory should be someone authorized to sign documents on behalf of the Borrower as provided in the Authorizing Resolutions for Borrowers required by OC-10.

[4]   The other signatory should be in-house or outside counsel to the Borrower.

**EXHIBIT D**

## FORM OF LETTER OF AGREEMENT
[Letterhead of the Borrower]

Date: _____

Federal Reserve Bank of _____
Address
City, State, Zip

Attention:

In consideration of being able to request Advances from and incur Indebtedness to you and in consideration of your making Advances to us we agree to the provisions of your Operating Circular No. 10, effective October 15, 2006, as amended and supplemented from time to time thereafter ("Circular;" capitalized terms used but not defined herein shall have the meaning specified in the Circular).

[Enclosed are (1) certified copies of the Certificate, (2) certified copies of the resolutions that you requested and (3) documents(s) containing the name, title, and signature of those persons authorized to request Advances from and to pledge our assets to you.][1]

Any notices required under the Lending Agreement may be directed to the following department(s):  [list department(s) and address(es)].

_____
Full Legal Name of Borrower

By: _____ [2]
      Authorized signature(s)

_____
Name(s)

_____
Title(s)

---

[1]    Each Borrower should contact the Bank for instructions as to whether this paragraph and the referenced documents, forms of which are provided as part of this Appendix 3, must be submitted.

[2]    The signatory or signatories should be authorized to sign documents on behalf of the Borrower as provided in the Authorizing Resolutions for Borrowers required by OC-10.

Appendix 3
to Operating Circular No. 10

## APPENDIX 3: APPLICATION PACKAGE FOR U.S. BORROWERS

U.S. Borrowers desiring capacity to request to borrow funds from their local Federal Reserve Bank should submit the following documents, forms of which are included in this appendix:

Letter of Agreement
Certificate
Authorizing Resolutions
Official OC-10 Authorization List

Before submitting such documentation, a Borrower should consult with its Reserve Bank for any special instructions.

☆FILED☆

2023 APR -4  AM 8:50

CLERK
U.S. DISTRICT COURT
E.D.N.Y.

① First Amended Complaint   21 pgs

② Summons in civil action
   (6) Total Summons
    A) equifax,  B) Experian  c.) New Rez d) TUnion
    (e) Real Time  f) Melon

③ Exhibits
   A) 12 pgs
   B.) 35 pgs
   C.) 15 pgs
   D.) 37 pgs