UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| MARIO E. CASTRO,<br><br>Plaintiff(s),<br><br>v.<br><br>NEWREZ, LLC et al.<br><br>Defendant(s) | Civil Action No.: 22CV6340(JS) (JMW)<br><br>**AFFIDAVIT OF SERVICE** |

STATE OF NEW YORK     )
                                           ) ss:
COUNTY OF NEW YORK   )

I, **Alisha McGhee**, being duly sworn, hereby certify that I am over eighteen years of age, a resident of Kings County, New York, employed as an Office Services Clerk with Akerman LLP, 1251 Avenue of the Americas, 37th Floor, New York, NY 10020, and that I am not a party to this action.

I hereby certify that on the 26th day of June, 2023, I caused a true and correct copy of **PRE-MOTION LETTER TO HON, JOANNA SEYBERT, U.S.D.J. and CASE LAW**, to be served upon the party listed below, by depositing said documents in a securely sealed, fully post-paid, mail envelope, for Regular Mail delivery under the exclusive care and custody of the USPS, properly addressed, to the following:

> **Mario Castro**
> **419 West Hills Road**
> **Melville, NY 11747**

71154201;1

_____
Alisha McGhee

Sworn to before me this
26th day of June, 2022

_____
Notary Public

PAMELA ROSANA MARTINEZ
NOTARY PUBLIC-STATE OF NEW YORK
No. 01MA6314397
Qualified in Queens County
My Commission Expires 11-03-2026

71154201;1