F I L E D
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★  JUN 2 6 2023  ★

LONG ISLAND OFFICE

**UNITED STATES DISTRICT COURT
FOR THE
EASTERN DISTRICT OF NEW YORK**

Mario E. Castro,

                Plaintiff,

vs.

NewRez LLC, et al.

                Defendant(s).

)
)
)
)
)
)
)
)
)
)

**Case No. 2:22-cv-06340-JS-JMW**

**PROOF OF SERVICE ON DEFENDANTS**

      I, Plaintiff, Mario E. Castro hereby notify the court that on or about June 23rd, 2023, the summons issued by the clerk and amended complaint was served on all defendants in this case under first class certified mail returned receipt by the Notary Public who Signed, Packaged, Sealed and mailed the documents out as evidenced by the notary's certificate of service (See... Exhibit 1). The below defendants was served directly or upon a person who the defendant(s) have designated by law to accept service of process on their behalf served upon them on June 8 or June 9th of 2023 and was returned back as delivered to the parties as evidenced by the parties signatures, Initials or receipt stamps acknowledging receipt of the above documents:

1. **C/O CORPORATION SERVICE COMPANY** - registered Agent for Equifax Information Service, LLC
**80 STATE STREET**
**ALBANY, NY, UNITED STATES, 12207-2543**
**Certified Mail # 9589 0710 5270 0665 5572 74**

**Tracking Number:**

**9589071052700665557274**

☐ Copy   ✶ Add to Informed Delivery

**Latest Update**

Your item has been delivered to an agent for final delivery in ALBANY, NY 12207 on June 9, 2023 at 8:46 am.

**Get More Out of USPS Tracking:**
🔍 USPS Tracking Plus®

✅ **Delivered to Agent**
**Delivered to Agent for Final Delivery**
ALBANY, NY 12207
June 9, 2023, 8:46 am

**See All Tracking History**

2. EXPERIAN INFORMATION SOLUTIONS, INC.
   475 ANTON BOULEVARD
   COSTA MESA, CA, UNITED STATES, 92626
   **Certified Mail # 9589 0710 5270 0665 5572 67**

**Tracking Number:**

**9589071052700665557267**

☐ Copy   ✶ Add to Informed Delivery

**Latest Update**

Your item has been delivered to an agent for final delivery in COSTA MESA, CA 92628 on June 8, 2023 at 9:52 am.

**Get More Out of USPS Tracking:**
🔍 USPS Tracking Plus®

✅ **Delivered to Agent**
**Delivered to Agent for Final Delivery**
COSTA MESA, CA 92628
June 8, 2023, 9:52 am

**See All Tracking History**

3. C/O CORPORATION SERVICE COMPANY - Registered Agent for NewRez, LLC
   80 STATE STREET
   ALBANY, NY, UNITED STATES, 12207
   **Certified Mail # 9589 0710 5270 0665 5572 81**

**Tracking Number:**

**9589071052700665557281**

☐ Copy   ✶ Add to Informed Delivery

**Latest Update**

Your item has been delivered to an agent for final delivery in ALBANY, NY 12207 on June 9, 2023 at 8:46 am.

**Get More Out of USPS Tracking:**
🔍 USPS Tracking Plus®

✅ **Delivered to Agent**
**Delivered to Agent for Final Delivery**
ALBANY, NY 12207
June 9, 2023, 8:46 am

**See All Tracking History**

4. THE LLC - Registered Agent for Trans Union, LLC

ATTN: TAX DEPARTMENT
555 WEST ADAMS ST.
CHICAGO, IL, UNITED STATES, 60661 – 3601
**Certified Mail # 9589 0710 5270 0665 5572 43**

**Tracking Number:**
**95890710527006655557243**
Copy      Add to Informed Delivery

**Latest Update**
Your item was delivered to an individual at the address at 11:18 am on June 8, 2023 in CHICAGO, IL 60661.

**Get More Out of USPS Tracking:**
USPS Tracking Plus®

**Delivered**
Delivered, Left with Individual
CHICAGO, IL 60661
June 8, 2023, 11:18 am

See All Tracking History

5. Real Time Resolutions, Inc.
PO Box 561207
Dallas, TX 75356-10207
**Certified Mail # 9589 0710 5270 0665 5572 29**

**Tracking Number:**
**95890710527006655557229**
Copy      Add to Informed Delivery

**Latest Update**
Your item was delivered to an individual at the address at 10:03 am on June 8, 2023 in DALLAS, TX 75207.

**Get More Out of USPS Tracking:**
USPS Tracking Plus®

**Delivered**
Delivered, Left with Individual
DALLAS, TX 75207
June 8, 2023, 10:03 am

See All Tracking History

6. THE BANK OF NEW YORK MELLON CORPORATION
ATTENTION: GENERAL COUNSEL
240 GREENWICH STREET
NEW YORK, NY, UNITED STATES, 10286
**Certified Mail # 9589 0710 5270 0665 5572 36**

**Tracking Number:**
**95890710527006655557236**
Copy      Add to Informed Delivery

**Latest Update**
Your item has been delivered to an agent for final delivery in NEW YORK, NY 10007 on June 8, 2023 at 6:17 am.

**Get More Out of USPS Tracking:**
USPS Tracking Plus®

**Delivered to Agent**
Delivered to Agent for Final Delivery
NEW YORK, NY 10007
June 8, 2023, 6:17 am

See All Tracking History

I hereby certify and return that the above is true and correct. Dated this __23rd__ day of

**June, 2023**.

RESPECTFULLY PRESENTED,

"Without Prejudice"

Mario E. Castro, Propria Persona, Sui Juris
U.C.C.1-308
c/o 419 West Hills Road, Melville, New York 11747
Ph. 917-513-7741
Email: 4lifemcastro@gmail.com

( Exhibit 1 )

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

### Eastern District of New York

| | |
|---|---|
| Mario E. Castro <br><br> _Plaintiff(s)_ <br> v. <br><br> NewRez, LLC, et al. <br> _Defendant(s)_ | Civil Action No.: 22cv6340(JS)(JMW) |

## SUMMONS IN A CIVIL ACTION

To: _(Defendant's name and address)_

C/O CORPORATION SERVICE COMPANY - registered Agent for Equifax Information Service, LLC
80 STATE STREET
ALBANY, NY, UNITED STATES, 12207-2543

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Mario E. Castro,
c/o 419 West Hills Road
Melville, New York 11747

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

BRENNA B. MAHONEY

_CLERK OF COURT_

Date:  4/20/2023

/s/ C. Valle
_Signature of Clerk or Deputy Clerk_

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

### Eastern District of New York

| | | |
|---|---|---|
| Mario E. Castro | ) | |
| | ) | |
| | ) | |
| | ) | |
| _Plaintiff(s)_ | ) | Civil Action No.:   22cv6340(JS)(JMW) |
| v. | ) | |
| | ) | |
| | ) | |
| NewRez, LLC, et al. | ) | |
| _Defendant(s)_ | ) | |

### SUMMONS IN A CIVIL ACTION

To: _(Defendant's name and address)_

EXPERIAN INFORMATION SOLUTIONS, INC.
475 ANTON BOULEVARD
COSTA MESA, CA, UNITED STATES, 92626

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Mario E. Castro,
c/o 419 West Hills Road
Melville, New York 11747

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

BRENNA B. MAHONEY

_CLERK OF COURT_

/s/ C. Valle

Date:  ___4/20/2023___     _____
_Signature of Clerk or Deputy Clerk_

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

### Eastern District of New York

| | |
|---|---|
| Mario E. Castro<br><br>_____<br>*Plaintiff(s)*<br>v.<br><br>NewRez, LLC, et al.<br>_____<br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

Civil Action No.:   22cv6340(JS)(JMW)

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

    C/O CORPORATION SERVICE COMPANY - Registered Agent for NewRez, LLC
    80 STATE STREET
    ALBANY, NY, UNITED STATES, 12207.

    A lawsuit has been filed against you.

    Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

           Mario E. Castro,
           c/o 419 West Hills Road
           Melville, New York 11747

    If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

                                    BRENNA B. MAHONEY
                                   *CLERK OF COURT*

Date:     4/20/2023                                 /s/ C. Valle

                                         *Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

### Eastern District of New York

| | |
|---|---|
| Mario E. Castro | ) )  )  ) |
| _____ | ) |
| *Plaintiff(s)* | ) |
| v. | ) )  ) |
| NewRez, LLC, et al. | ) )  ) |
| _____ | ) |
| *Defendant(s)* | ) |

Civil Action No.:  22cv6340(JS)(JMW)

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

THE LLC - Registered Agent for Trans Union, LLC
ATTN: TAX DEPARTMENT
555 WEST ADAMS ST.
CHICAGO, IL, UNITED STATES, 60661 - 3601

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Mario E. Castro,
c/o 419 West Hills Road
Melville, New York 11747

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

BRENNA B. MAHONEY

*CLERK OF COURT*

/s/ C. Valle

Date:  4/20/2023          _____
                          *Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Eastern District of New York ▼

| | |
|---|---|
| Mario E. Castro, | ) |
| | ) |
| | ) |
| | ) |
| _____ | ) |
| Plaintiff(s) | ) |
| | ) Civil Action No.  2:22-cv-06340-JS-JMW |
| NewRez LLC D.B.A. SHELLPOINT, et al.; | ) |
| | ) |
| | ) |
| _____ | ) |
| Defendant(s) | ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Real Time Resolutions, Inc.
PO Box 561207
Dallas, TX 75356-10207

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Mario E. Castro and Magdalena Dumancela Castro
419 West Hills Rd.
Melville, N.Y. 11747

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

BRENNA B. MAHONEY

*CLERK OF COURT*

/s/ C. Valle

Date: _____4/20/2023_____    _____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Eastern District of New York  ▼

| | |
|---|---|
| Mario E. Castro, <br><br> _____ <br> *Plaintiff(s)* <br><br> NewRez LLC D.B.A. SHELLPOINT, et al.; <br><br> _____ <br> *Defendant(s)* | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) Civil Action No.  2:22-cv-06340-JS-JMW <br> ) <br> ) <br> ) <br> ) <br> ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  THE BANK OF NEW YORK MELLON CORPORATION
ATTENTION: GENERAL COUNSEL
240 GREENWICH STREET
NEW YORK, NY, UNITED STATES, 10286

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Mario E. Castro and Magdalena Dumancela Castro
419 West Hills Rd.
Melville, N.Y. 11747

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

BRENNA B. MAHONEY
*CLERK OF COURT*

Date:  _____4/20/2023_____

/s/ C. Valle

_____
*Signature of Clerk or Deputy Clerk*

## NOTARY'S CERTIFICATE OF SERVICE

It is hereby certified, that on the date noted below, the undersigned Notary Public Notarized, Packaged, Sealed and mailed the sets of documents referenced below by Certified Mail Restricted delivery addressed to:

_C/o Corporation Service Company — (Registered Agent For)_
_80 State Street_ _Equifax_
_Albany, N.Y. United States 12207-2543_ _Information service_

herein after, "Defendant," the following related to case No. 2:22-cv-06340-JS-JMW:

1. Copy of Summon addressed to _Equifax Information service_ ( _1_ pages); and
2. Copy of 1st Amended Complaint ( _11_ pages); and
3. Reference copy of this **Notary's Certificate of Service** (signed original on file) 1 page.

**by U.S.P.S. Certified Mail Restricted Delivery No.** _958 0710 5270 0665 5572 74_ **by placing same in an envelope properly addressed to Defendant at the said address and depositing same at an official depository under the exclusive face and custody of the UNITED STATES POSTAL SERVICE via UNITED STATES POST OFFICE.**

Total of _127_ pages.

Name: _Mario E. Castro_        Date _6/7/23_

Notary Public Signature: _George Elias Xanthopoulos_

GEORGE ELIAS XANTHOPOULOS
NOTARY PUBLIC - STATE OF NEW YORK
No. 01XA6442832
Qualified in Suffolk County
Commission Expires October 24, 2026

Notary Public Print: _George Elias Xanthopoulos_

Date: _June 7th, 2023_

(SEAL)

My Commission Expires: _October 24, 2026_

## NOTARY'S CERTIFICATE OF SERVICE

It is hereby certified, that on the date noted below, the undersigned Notary Public Notarized, Packaged, Sealed and mailed the sets of documents referenced below by Certified Mail Restricted delivery addressed to:

_Experian Information Solutions Inc._
_475 Anton Boulevard_
_Costa mesa, CA, United States, 92626_

herein after, "Defendant," the following related to case No. 2:22-cv-06340-JS-JMW:

1. Copy of Summon addressed to _Experian Information Solutions Inc._ (_1_ pages); and
2. Copy of 1ˢᵗ Amended Complaint (_125_ pages); and
3. Reference copy of this **Notary's Certificate of Service** (signed original on file) 1 page.

**by U.S.P.S. Certified Mail Restricted Delivery No.** _9589 - 0710 · 5270 0665 5572 67_ **by placing same in an envelope properly addressed to Defendant at the said address and depositing same at an official depository under the exclusive face and custody of the UNITED STATES POSTAL SERVICE via UNITED STATES POST OFFICE.**

Total of _127_ pages.

_Mario E. Castro_          _6/6/23_
Name:                      Date

GEORGE ELIAS XANTHOPOULOS
NOTARY PUBLIC - STATE OF NEW YORK
No. 01XA6442832
Qualified in Suffolk County
Commission Expires October 24, 2026

(SEAL)

Notary Public Signature:

_George Elias Xanthopoulos_
Notary Public Print:

_June 6th, 2023_
Date:

_October 24, 2026_
My Commission Expires:

## NOTARY'S CERTIFICATE OF SERVICE

It is hereby certified, that on the date noted below, the undersigned Notary Public Notarized, Packaged, Sealed and mailed the sets of documents referenced below by Certified Mail Restricted delivery addressed to:

*Corporation Service Company* — ( *Registered Agent for NewRez LLC* )
*80 State Street*
*Albany, NY. United States 12207*

herein after, "Defendant," the following related to case No.  2:22-cv-06340-JS-JMW:

1. Copy of Summon addressed to *NewRez LLC* ( *1* pages); and
2. Copy of 1ˢᵗ Amended Complaint (*125* pages); and
3. Reference copy of this **Notary's Certificate of Service** (signed original on file) 1 page.

**by U.S.P.S. Certified Mail Restricted Delivery No.** *9589 0710 5270 0665 5572 81* **by placing same in an envelope properly addressed to Defendant at the said address and depositing same at an official depository under the exclusive face and custody of the UNITED STATES POSTAL SERVICE via UNITED STATES POST OFFICE.**

Total of *127* pages.

Name: *Mario Castro*                       *6/7/23* Date

Notary Public Signature: *George Elias Xanthopoulos*

Notary Public Print: *June 7th, 2023*

Date: *October 24, 2026*

My Commission Expires:

GEORGE ELIAS XANTHOPOULOS
NOTARY PUBLIC - STATE OF NEW YORK
No. 01XA6442832
Qualified in Suffolk County
Commission Expires October 24, 2026

(SEAL)

## NOTARY'S CERTIFICATE OF SERVICE

It is hereby certified, that on the date noted below, the undersigned Notary Public Notarized, Packaged, Sealed and mailed the sets of documents referenced below by Certified Mail Restricted delivery addressed to:

Att: _The LLC - Registered Agent for Trans Union LLC_
_TAX Department_
_555 West Adam Street_
_Chicago IL, United States 60661-3601_

herein after, "Defendant," the following related to case No.  2:22-cv-06340-JS-JMW:

1. Copy of Summon addressed to _TRANS UNION LLC_ ( _1_ pages); and
2. Copy of 1ˢᵗ Amended Complaint (_125_ pages); and
3. Reference copy of this **Notary's Certificate of Service** (signed original on file) 1 page.

by U.S.P.S. Certified Mail Restricted Delivery No. _9589-0710-5270-0665 5572 43_ **by placing same in an envelope properly addressed to Defendant at the said address and depositing same at an official depository under the exclusive face and custody of the UNITED STATES POSTAL SERVICE via UNITED STATES POST OFFICE.**

Total of _127_ pages.

Name: _MARIO E Castro_         Date _6/6/23_

Notary Public Signature:

Notary Public Print: _George Elias Xanthopoulos_

Date: _June 6th, 2023_

My Commission Expires: _October 24, 2026_

GEORGE ELIAS XANTHOPOULOS
NOTARY PUBLIC - STATE OF NEW YORK
No. 01XA6442832
Qualified in Suffolk County
Commission Expires October 24, 2026

(SEAL)

## NOTARY'S CERTIFICATE OF SERVICE

It is hereby certified, that on the date noted below, the undersigned Notary Public Notarized, Packaged, Sealed and mailed the sets of documents referenced below by Certified Mail Restricted delivery addressed to:

*Real Time Resolutions, Inc.*
*PO Box 561207*
*Dallas, TX 75356-10207*

herein after, "Defendant," the following related to case No.  2:22-cv-06340-JS-JMW:

1. Copy of Summon addressed to *Real Time Resolutions* ( *1* pages); and
2. Copy of 1ˢᵗ Amended Complaint (*125* pages); and
3. Reference copy of this **Notary's Certificate of Service** (signed original on file) 1 page.

by U.S.P.S. Certified Mail Restricted Delivery No. *9580 7152 7006 65 5572 29*  by placing same in an envelope properly addressed to Defendant at the said address and depositing same at an official depository under the exclusive face and custody of the UNITED STATES POSTAL SERVICE via UNITED STATES POST OFFICE.

Total of *127* pages.

Name: *Mario E. Castro*   Date: *6/6/23*

Notary Public Signature: *George Elias Xanthopoulos*

Notary Public Print: *George Elias Xanthopoulos*

Date: *June 6ᵗʰ, 2023*

My Commission Expires: *October 24, 2026*

GEORGE ELIAS XANTHOPOULOS
NOTARY PUBLIC - STATE OF NEW YORK
No. 01XA6442832
Qualified in Suffolk County
Commission Expires October 24, 2026

(SEAL)

## NOTARY'S CERTIFICATE OF SERVICE

It is hereby certified, that on the date noted below, the undersigned Notary Public Notarized, Packaged, Sealed and mailed the sets of documents referenced below by Certified Mail Restricted delivery addressed to:

The Bank OF NEW YORK MELLON Corporation
Att: General Counsel
240 Greenwich Street, New York, NY
United States 10286

herein after, "Defendant," the following related to case No.  2:22-cv-06340-JS-JMW:

1. Copy of Summon addressed to Bank of New York Mellon Corp. ( 1 pages); and
2. Copy of 1st Amended Complaint ( 125 pages); and
3. Reference copy of this **Notary's Certificate of Service** (signed original on file) 1 page.

**by U.S.P.S. Certified Mail Restricted Delivery No.** 9589 - 0710 - 5270 0665 557236 **by placing same in an envelope properly addressed to Defendant at the said address and depositing same at an official depository under the exclusive face and custody of the UNITED STATES POSTAL SERVICE via UNITED STATES POST OFFICE.**

Total of 127 pages.

Name: Mario E Castro _____ Date _____

GEORGE ELIAS XANTHOPOULOS
NOTARY PUBLIC - STATE OF NEW YORK
No. 01XA6442832
Qualified in Suffolk County
Commission Expires October 24, 2026

(SEAL)

Notary Public Signature: George Elias Xanthopoulos

Notary Public Print:
June 6th, 2023

Date:
October 24, 2026

My Commission Expires:

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

THE LLC
Att: Tax Dept.
555 West Adam St.
Chicago, IL USA
60661-3601

9590 9402 7713 2152 7309 83

2. Article Number (Transfer from service label)

9589 0710 5270 0665 5572 43

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X
☐ Agent
☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:  ☐ No

TransUnion LLC
JUN 09 2023

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)
☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2020 PSN 7530-02-000-9053   Domestic Return Receipt

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Real Time Resolutions Inc.
PO Box 561207
Dallas, TX 75356-10207

9590 9402 7713 2152 7313 24

2. Article Number (Transfer from service label)

9589 0710 5270 0665 5572 29

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X
☐ Agent
☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery
GTAY OY   08.23

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:  ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Restricted Delivery
☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2020 PSN 7530-02-000-9053   Domestic Return Receipt

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

The Bank of New York Mellon
Corporation
Att: General Counsel
240 Greenwich Street
New York, NY.
USA 10286

9590 9402 7713 2152 7312 25

2. Article Number (Transfer from service label)

9589 0710 5270 0665 5572 36

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X
☐ Agent
☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery
M. Chesher

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:  ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Restricted Delivery
☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2020 PSN 7530-02-000-9053   Domestic Return Receipt

USPS TRACKING #

9590 9402 7713 2152 7309 83

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

United States
Postal Service

• Sender: Please print your name, address, and ZIP+4® in this box•

Mario Castro
419 West Hills Rd.
Melville, NY.
11747

---

USPS TRACKING #

9590 9402 7713 2152 7313 24

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

United States
Postal Service

• Sender: Please print your name, address, and ZIP+4® in this box•

Mario Castro
419 West Hills Rd.
Melville, NY.
11747



---

USPS TRACKING #

9590 9402 7713 2152 7312 25

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

United States
Postal Service

• Sender: Please print your name, address, and ZIP+4® in this box•

Mario Castro
419 West Hills Rd.
Melville, NY.
11747



---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

*Newlez*

Corporation Service
Company
80 State Street
Albany, N.Y. 12207
United States

9590 9402 7713 2152 7309 76

2. Article Number *(Transfer from service label)*

9589 0710 5270 0665 5572 81

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X ☐ Agent
☐ Addressee

B. Received by *(Printed Name)*   C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

CSC 6/9/23

3. Service Type
- ☐ Adult Signature
- ☐ Adult Signature Restricted Delivery
- ☐ Certified Mail®
- ☐ Certified Mail Restricted Delivery
- ☐ Collect on Delivery
- ☐ Collect on Delivery Restricted Delivery
- ☐ Restricted Delivery

- ☐ Priority Mail Express®
- ☐ Registered Mail™
- ☐ Registered Mail Restricted Delivery
- ☐ Signature Confirmation™
- ☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2020 PSN 7530-02-000-9053          Domestic Return Receipt

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Experian Information
Solutions Inc.
475 Anton Boulevard
Costa Mesa, Ca,
United States 92626

9590 9402 7713 2152 7312 94

2. Article Number *(Transfer from service label)*

9589 0710 5270 0665 5572 67

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X EXP. ☐ Agent
☐ Addressee

B. Received by *(Printed Name)*   C. Date of Delivery
PB                                6-8-23

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
- ☐ Adult Signature
- ☐ Adult Signature Restricted Delivery
- ☐ Certified Mail®
- ☐ Certified Mail Restricted Delivery
- ☐ Collect on Delivery
- ☐ Collect on Delivery Restricted Delivery
- ☐ Insured Mail
- ☐ Insured Mail Restricted Delivery

- ☐ Priority Mail Express®
- ☐ Registered Mail™
- ☐ Registered Mail Restricted Delivery
- ☐ Signature Confirmation™
- ☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2020 PSN 7530-02-000-9053          Domestic Return Receipt

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

*Equifax*

Corporation Service
Company
80 State Street
Albany, N.Y. 12207-2543
United States

9590 9402 7713 2152 7312 63

2. Article Number *(Transfer from service label)*

9589 0710 5270 0665 5572 74

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X ☐ Agent
☐ Addressee

B. Received by *(Printed Name)*   C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

CSC 6/9/23

3. Service Type
- ☐ Adult Signature
- ☐ Adult Signature Restricted Delivery
- ☐ Certified Mail®
- ☐ Certified Mail Restricted Delivery
- ☐ Collect on Delivery
- ☐ Collect on Delivery Restricted Delivery
- ☐ Restricted Delivery
*(over $500)*

- ☐ Priority Mail Express®
- ☐ Registered Mail™
- ☐ Registered Mail Restricted Delivery
- ☐ Signature Confirmation™
- ☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2020 PSN 7530-02-000-9053          Domestic Return Receipt

USPS TRACKING #

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

9590 9402 7713 2152 7309 76

**United States**
**Postal Service**

• Sender: Please print your name, address, and ZIP+4® in this box•

Mario Castro
419 West Hills Rd.
Melville, NY 11747

---

USPS TRACKING #

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

9590 9402 7713 2152 7312 94

**United States**
**Postal Service**

• Sender: Please print your name, address, and ZIP+4® in this box•

Mario E Castro
419 West Hills Rd.
Melville, NY.
11747

104519



---

USPS TRACKING #

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

9590 9402 7713 2152 7312 63

**United States**
**Postal Service**

• Sender: Please print your name, address, and ZIP+4® in this box•

Mario Castro
419 West Hills Rd.
Melville, NY. 11747

7-104519



PRIORITY MAIL
FLAT RATE ENVELOPE
POSTAGE REQUIRED

PRESS FIRMLY TO SEAL

FROM:

Mario E. Castro
419 West Hills Rd.
Melville, N.J.
11747

TO:

United States District
court for The
Eastern District of New York
Att: clerks office/ Prose

100 Federal Plaza
Central Islip, N.Y.
11722

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ JUN 26 2023 ★
LONG ISLAND OFFICE

Schedule free Package Pickup,
scan the QR code.

USPS.COM/PICKUP

PRIORITY®
MAIL

(ions apply).*

y international destinations.

s required.

clusions see the

l limitations of coverage.

Retail

UNITED STATES POSTAL SERVICE.

US POSTAGE PAID
$9.65

Origin: 11747
06/24/23
3540610747-09

PRIORITY MAIL®

0 Lb 4.90 Oz

RDC 05

C003

EXPECTED DELIVERY DAY: 08/26/23

SHIP
TO:
100 FEDERAL PLZ
CENTRAL ISLIP NY 11722-4438

USPS TRACKING® #

9505 5192 2917 3175 9185 46

*Insura
Domes
** See

FL
ONE

TR