**F I L E D**
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ **JUN 3 0 2023** ☆

LONG ISLAND OFFICE

☆FILED☆

JUN 30  AM 8: 57

CLERK
U.S. DISTRICT COURT
E.D.N.Y.

**UNITED STATES DISTRICT COURT**
**FOR THE**
**EASTERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| Mario E. Castro, | ) |
| | ) **Case No. 2:22-cv-06340-JS-JMW** |
| Plaintiff), | ) |
| | ) **AMENDED PROOF OF SERVICE ON** |
| vs. | ) **DEFENDANTS** |
| | ) |
| NewRez LLC, et al. | ) |
| | ) |
| Defendant(s). | ) |
| | ) |

I, Plaintiff, Mario E. Castro hereby notify the court that this filing is being amended to include plaintiff's affidavit of service (See...Exhibit 1), and to notify the court that the summons issued by the clerk and amended complaint was served on all defendants in this case under U.S.P.S. first class certified mail returned receipt by the Notary Public who Signed, Packaged, Sealed and mailed the documents out as evidenced by the notary's certificate of service and plaintiff's affidavit of Service (See... Exhibit 1).

I hereby certify and return that the above is true and correct. Dated this 29th day of **June, 2023**.

**RESPECTFULLY PRESENTED,**

"Without Prejudice"

Mario E. Castro, Propria Persona, Sui Juris
U.C.C.1-308
c/o 419 West Hills Road, Melville, New York 11747
Ph. 917-513-7741
Email: 4lifemcastro@gmail.com

# EXHIBIT - 1

Case 2:22-cv-06340-JS-JMW   Document 17   Filed 04/20/23   Page 1 of 12 PageID #: 360

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

### Eastern District of New York

| | |
|---|---|
| Mario E. Castro <br><br>_____ <br> *Plaintiff(s)* <br> v. <br><br> NewRez, LLC, et al. <br>_____ <br> *Defendant(s)* | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> Civil Action No.:   22cv6340(JS)(JMW) |

### SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

C/O CORPORATION SERVICE COMPANY - registered Agent for Equifax Information Service, LLC
80 STATE STREET
ALBANY, NY, UNITED STATES, 12207-2543

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Mario E. Castro,
c/o 419 West Hills Road
Melville, New York 11747

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

BRENNA B. MAHONEY

*CLERK OF COURT*

Date: _____   4/20/2023

/s/ C. Valle
_____
*Signature of Clerk or Deputy Clerk*

Case 2:22-cv-06340-JS-JMW   Document 35   Filed 06/30/23   Page 4 of 24 PageID #: 589

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

### Eastern District of New York

|  |  |  |
|---|---|---|
| Mario E. Castro | ) | |
| | ) | |
| | ) | |
| _____ | ) | 22cv6340(JS)(JMW) |
| *Plaintiff(s)* | ) | Civil Action No.: |
| v. | ) | |
| | ) | |
| | ) | |
| NewRez, LLC, et al. | ) | |
| _____ | ) | |
| *Defendant(s)* | ) | |

### SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

      THE LLC - Registered Agent for Trans Union, LLC
      ATTN: TAX DEPARTMENT
      555 WEST ADAMS ST.
      CHICAGO, IL, UNITED STATES, 60661 - 3601

    A lawsuit has been filed against you.

    Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

          Mario E. Castro,
          c/o 419 West Hills Road
          Melville, New York 11747

    If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

                              BRENNA B. MAHONEY

                            *CLERK OF COURT*

                                 /s/ C. Valle

Date: _____4/20/2023_____

                                 *Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Eastern District of New York  ▼

| | |
|---|---|
| Mario E. Castro, | ) |
| | ) |
| | ) |
| | ) |
| _____ | ) |
| *Plaintiff(s)* | ) |
| | ) Civil Action No.  2:22-cv-06340-JS-JMW |
| NewRez LLC D.B.A. SHELLPOINT, et al.; | ) |
| | ) |
| | ) |
| _____ | ) |
| *Defendant(s)* | ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  THE BANK OF NEW YORK MELLON CORPORATION
ATTENTION: GENERAL COUNSEL
240 GREENWICH STREET
NEW YORK, NY, UNITED STATES, 10286

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Mario E. Castro and Magdalena Dumancela Castro
419 West Hills Rd.
Melville, N.Y. 11747

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

BRENNA B. MAHONEY
*CLERK OF COURT*

Date: _____  4/20/2023        /s/ C. Valle
_____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

### Eastern District of New York

| | |
|---|---|
| Mario E. Castro | ) )  ) ) |
| _____ | ) |
| *Plaintiff(s)* | ) |
| v. | ) ) |
| | ) |
| NewRez, LLC, et al. | ) |
| _____ | ) |
| *Defendant(s)* | ) |

Civil Action No.:   22cv6340(JS)(JMW)

### SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

      EXPERIAN INFORMATION SOLUTIONS, INC.
      475 ANTON BOULEVARD
      COSTA MESA, CA, UNITED STATES, 92626

    A lawsuit has been filed against you.

    Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

        Mario E. Castro,
        c/o 419 West Hills Road
        Melville, New York 11747

    If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

                          BRENNA B. MAHONEY

                        *CLERK OF COURT*

                          /s/ C. Valle

Date:    4/20/2023                                   *Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

### Eastern District of New York

| | |
|---|---|
| Mario E. Castro | ) |
| | ) |
| | ) |
| | ) |
| _____ | ) |
| *Plaintiff(s)* | )     Civil Action No.:    22cv6340(JS)(JMW) |
| v. | ) |
| | ) |
| NewRez, LLC, et al. | ) |
| | ) |
| _____ | ) |
| *Defendant(s)* | ) |

### SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

        C/O CORPORATION SERVICE COMPANY - Registered Agent for NewRez, LLC
        80 STATE STREET
        ALBANY, NY, UNITED STATES, 12207.

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

        Mario E. Castro,
        c/o 419 West Hills Road
        Melville, New York 11747

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

                                        BRENNA B. MAHONEY
                                        *CLERK OF COURT*

                                        /s/ C. Valle

Date:       4/20/2023                                         *Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Eastern District of New York ▼

| | | |
|---|---|---|
| Mario E. Castro, | ) | |
| | ) | |
| | ) | |
| | ) | |
| | ) | |
| _____ | ) | |
| *Plaintiff(s)* | ) | Civil Action No.  2:22-cv-06340-JS-JMW |
| | ) | |
| NewRez LLC D.B.A. SHELLPOINT, et al.; | ) | |
| | ) | |
| | ) | |
| | ) | |
| _____ | ) | |
| *Defendant(s)* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Real Time Resolutions, Inc.
                              PO Box 561207
                              Dallas, TX 75356-10207

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Mario E. Castro and Magdalena Dumancela Castro
                              419 West Hills Rd.
                              Melville, N.Y. 11747

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

BRENNA B. MAHONEY

*CLERK OF COURT*

/s/ C. Valle

Date:  _____4/20/2023_____          _____
                                      *Signature of Clerk or Deputy Clerk*

## NOTARY'S CERTIFICATE OF SERVICE

It is hereby certified, that on the date noted below, the undersigned Notary Public Notarized, Packaged, Sealed and mailed the sets of documents referenced below by Certified Mail Restricted delivery addressed to:

C/o Corporation Service Company – (Registered Agent For Equifax Information Service)
80 State Street
Albany, N.Y. United States 12207-2543

herein after, "Defendant," the following related to case No. 2:22-cv-06340-JS-JMW:

1. Copy of Summon addressed to *Equifax Information Service* ( 1 pages); and
2. Copy of 1st Amended Complaint ( 1 pages); and
3. Reference copy of this **Notary's Certificate of Service** (signed original on file) 1 page.

**by U.S.P.S. Certified Mail Restricted Delivery No.** 9580 0710 5270 0665 5572 74 **by placing same in an envelope properly addressed to Defendant at the said address and depositing same at an official depository under the exclusive face and custody of the UNITED STATES POSTAL SERVICE via UNITED STATES POST OFFICE.**

Total of 127 pages.

Name: Mario E. Castro          6/7/23
                               Date

Notary Public Signature:

George Elias Xanthopoulc
Notary Public Print:

June 7th, 2023
Date:

October 24, 2026
My Commission Expires:

GEORGE ELIAS XANTHOPOULOS
NOTARY PUBLIC - STATE OF NEW YORK
No. 01XA6442832
Qualified in Suffolk County
Commission Expires October 24, 2026

(SEAL)

## NOTARY'S CERTIFICATE OF SERVICE

It is hereby certified, that on the date noted below, the undersigned Notary Public Notarized, Packaged, Sealed and mailed the sets of documents referenced below by Certified Mail Restricted delivery addressed to:

Att: *The LLC - Registered Agent for Trans Union LLC*
*TAX Department*
*555 West Adam Street*
*Chicago IL, United States 60661-3601*

herein after, "Defendant," the following related to case No. 2:22-cv-06340-JS-JMW:

1. Copy of Summon addressed to *TRANS Union LLC* ( *1* pages); and
2. Copy of 1ˢᵗ Amended Complaint (*125* pages); and
3. Reference copy of this **Notary's Certificate of Service** (signed original on file) 1 page.

by **U.S.P.S. Certified Mail Restricted Delivery No.** *9589-0710-5270-0665 5572 43* by placing same in an envelope properly addressed to Defendant at the said address and depositing same at an official depository under the exclusive face and custody of the UNITED STATES POSTAL SERVICE via UNITED STATES POST OFFICE.

Total of *127* pages.

Name: *MARIO E Castro*        Date: *6/6/23*

GEORGE ELIAS XANTHOPOULOS
NOTARY PUBLIC - STATE OF NEW YORK
No. 01XA6442832
Qualified in Suffolk County
Commission Expires October 24, 2026

(SEAL)

Notary Public Signature:

Notary Public Print: *George Elias Xanthopoulos*

Date: *June 6ᵗʰ, 2023*

My Commission Expires: *October 24, 2026*

## NOTARY'S CERTIFICATE OF SERVICE

It is hereby certified, that on the date noted below, the undersigned Notary Public Notarized, Packaged, Sealed and mailed the sets of documents referenced below by Certified Mail Restricted delivery addressed to:

*The Bank of New York Mellon Corporation*
*Att: General Counsel*
*240 Greenwich Street, New York, NY*
*United States 10286*

herein after, "Defendant," the following related to case No.  2:22-cv-06340-JS-JMW:

1. Copy of Summon addressed to *Bank of New York Mellon* ( *1* pages); and
2. Copy of 1ˢᵗ Amended Complaint ( *125* pages); and *corp.*
3. Reference copy of this **Notary's Certificate of Service** (signed original on file) 1 page.

by **U.S.P.S. Certified Mail Restricted Delivery No.** *9589 - 0710 - 5270 0665 5572 36* **by placing same in an envelope properly addressed to Defendant at the said address and depositing same at an official depository under the exclusive face and custody of the UNITED STATES POSTAL SERVICE via UNITED STATES POST OFFICE.**

Total of *127* pages.

_____
Name: *Mario E Castro*        Date

GEORGE ELIAS XANTHOPOULOS
NOTARY PUBLIC - STATE OF NEW YORK
No. 01XA6442832
Qualified in Suffolk County
Commission Expires October 24, 2026

(SEAL)

_____
Notary Public Signature

*George Elias Xanthopou*
Notary Public Print:

*June 6th, 2023*
Date:

*October 24, 2026*
My Commission Expires:

## NOTARY'S CERTIFICATE OF SERVICE

It is hereby certified, that on the date noted below, the undersigned Notary Public Notarized, Packaged, Sealed and mailed the sets of documents referenced below by Certified Mail Restricted delivery addressed to:

*Experian Information Solutions Inc.*
*475 Anton Boulevard*
*Costa mesa, CA, united States, 92626*

herein after, "Defendant," the following related to case No. 2:22-cv-06340-JS-JMW:

1. Copy of Summon addressed to *Experian Information Solutions INC.* ( *1* pages); and
2. Copy of 1st Amended Complaint (*125* pages); and
3. Reference copy of this **Notary's Certificate of Service** (signed original on file) 1 page.

by U.S.P.S. Certified Mail Restricted Delivery No. *9589-0710 5270 0665 5572 67* by placing same in an envelope properly addressed to Defendant at the said address and depositing same at an official depository under the exclusive face and custody of the UNITED STATES POSTAL SERVICE via UNITED STATES POST OFFICE.

Total of *127* pages.

Name: *Mario E. Castro*    Date: *6/6/23*

GEORGE ELIAS XANTHOPOULOS
NOTARY PUBLIC - STATE OF NEW YORK
No. 01XA6442832
Qualified in Suffolk County
Commission Expires October 24, 2026

(SEAL)

Notary Public Signature: _____

Notary Public Print: *George Elias Xanthopoulos*

Date: *June 6th, 2023*

My Commission Expires: *October 24, 2026*

## NOTARY'S CERTIFICATE OF SERVICE

It is hereby certified, that on the date noted below, the undersigned Notary Public Notarized, Packaged, Sealed and mailed the sets of documents referenced below by Certified Mail Restricted delivery addressed to:

_Corporation Service Company_ — ( _Registered Agent for NewRez LLC_ )
_80 State Street_
_Albany, NY. United States 12207_

herein after, "Defendant," the following related to case No.  2:22-cv-06340-JS-JMW:

1. Copy of Summon addressed to _NewRez LLC_ ( _1_ pages); and
2. Copy of 1ˢᵗ Amended Complaint ( _125_ pages); and
3. Reference copy of this **Notary's Certificate of Service** (signed original on file) 1 page.

**by U.S.P.S. Certified Mail Restricted Delivery No.** _9589 0710 5270 0665 5572 81_ by placing same in an envelope properly addressed to Defendant at the said address and depositing same at an official depository under the exclusive face and custody of the UNITED STATES POSTAL SERVICE via UNITED STATES POST OFFICE.

Total of _127_ pages.

Name: _Mario Castro_        Date _6/7/23_

Notary Public Signature:

Notary Public Print: _George Elias Xanthopoulos_

Date: _June 7th, 2023_

My Commission Expires: _October 24, 2026_

GEORGE ELIAS XANTHOPOULOS
NOTARY PUBLIC - STATE OF NEW YORK
No. 01XA6442832
Qualified in Suffolk County
Commission Expires October 24, 2026

(SEAL)

## NOTARY'S CERTIFICATE OF SERVICE

It is hereby certified, that on the date noted below, the undersigned Notary Public Notarized, Packaged, Sealed and mailed the sets of documents referenced below by Certified Mail Restricted delivery addressed to:

*Real Time Resolutions, Inc.*
*PO Box 561207*
*Dallas, TX 75356-10207*

herein after, "Defendant," the following related to case No.  2:22-cv-06340-JS-JMW:

1. Copy of Summon addressed to *Real Time Resolutions* ( *1* pages); and
2. Copy of 1ˢᵗ Amended Complaint (*125* pages); and
3. Reference copy of this **Notary's Certificate of Service** (signed original on file) 1 page.

**by U.S.P.S. Certified Mail Restricted Delivery No.** *9580 0715 270 0665 5572 29* **by placing same in an envelope properly addressed to Defendant at the said address and depositing same at an official depository under the exclusive face and custody of the UNITED STATES POSTAL SERVICE via UNITED STATES POST OFFICE.**

Total of *127* pages.

Name: *Mario E. Castro*     Date: 6/6/23

GEORGE ELIAS XANTHOPOULOS
NOTARY PUBLIC · STATE OF NEW YORK
No. 01XA6442832
Qualified in Suffolk County
Commission Expires October 24, 2026

(SEAL)

Notary Public Signature:

Notary Public Print: *George Elias Xanthopoulos*

Date: *June 6ᵗʰ, 2023*

My Commission Expires: *October 24, 2026*

## Receipt 1

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

*NewLez*

Corporation Service
company
80 State Street
Albany, NY. 12207
United States

9590 9402 7713 2152 7309 76

2. Article Number (Transfer from service label)

9589 0710 5270 0665 5572 81

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X
☐ Agent
☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

CSC  6/9/23

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail Restricted Delivery
☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2020 PSN 7530-02-000-9053   Domestic Return Receipt

## Receipt 2

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Experian Information
Solutions Inc.
475 Anton Boulevard
Costa Mesa, Ca,
United States 92626

9590 9402 7713 2152 7312 94

2. Article Number (Transfer from service label)

9589 0710 5270 0665 5572 67

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X EXP.
☐ Agent
☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery
PB   6-8-23

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery
☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2020 PSN 7530-02-000-9053   Domestic Return Receipt

## Receipt 3

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

*Equifax*

Corporation Service
company
80 State Street
Albany, N.Y. 12207-2543
United States

9590 9402 7713 2152 7312 63

2. Article Number (Transfer from service label)

9589 0710 5270 0665 5572 74

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X
☐ Agent
☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

CSC  6/9/23

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
all Restricted Delivery
(over $500)
☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2020 PSN 7530-02-000-9053   Domestic Return Receipt

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

THE LLC
Att: Tax Dept.
555 West Adam St.
Chicago, IL USA
(60661-360)

9590 9402 7713 2152 7309 83

2. Article Number (Transfer from service label)

9589 0710 5270 0665 5572 43

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X ☐ Agent
☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

TransUnion L...
JUN 09 20...

3. Service Type
- ☐ Adult Signature
- ☐ Adult Signature Restricted Delivery
- ☐ Certified Mail®
- ☐ Certified Mail Restricted Delivery
- ☐ Collect on Delivery
- ☐ Collect on Delivery Restricted Delivery
- ☐ Insured Mail
- ☐ Insured Mail Restricted Delivery (over $500)
- ☐ Priority Mail Express®
- ☐ Registered Mail™
- ☐ Registered Mail Restricted Delivery
- ☐ Signature Confirmation™
- ☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2020 PSN 7530-02-000-9053    Domestic Return Receipt

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Real Time Resolutions Inc.
P O Box 561207
Dallas, TX 75356-10207

9590 9402 7713 2152 7313 24

2. Article Number (Transfer from service label)

9589 0710 5270 0665 5572 29

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X ☐ Agent
☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery
                                  0.8.23

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
- ☐ Adult Signature
- ☐ Adult Signature Restricted Delivery
- ☐ Certified Mail®
- ☐ Certified Mail Restricted Delivery
- ☐ Collect on Delivery
- ☐ Collect on Delivery Restricted Delivery
- ☐ Insured Mail
- ☐ Priority Mail Express®
- ☐ Registered Mail™
- ☐ Registered Mail Restricted Delivery
- ☐ Signature Confirmation™
- ☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2020 PSN 7530-02-000-9053    Domestic Return Receipt

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

The Bank of New York Mellon
corporation
Att: General Counsel
240 Greenwich street
New York, NY.
USA 10286

9590 9402 7713 2152 7312 25

2. Article Number (Transfer from service label)

9589 0710 5270 0665 5572 36

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X ☐ Agent
☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
- ☐ Adult Signature
- ☐ Adult Signature Restricted Delivery
- ☐ Certified Mail®
- ☐ Certified Mail Restricted Delivery
- ☐ Collect on Delivery
- ☐ Collect on Delivery Restricted Delivery
- ☐ Insured Mail
- ☐ Insured Mail Restricted Delivery
- ☐ Priority Mail Express®
- ☐ Registered Mail™
- ☐ Registered Mail Restricted Delivery
- ☐ Signature Confirmation™
- ☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2020 PSN 7530-02-000-9053    Domestic Return Receipt

# Affidavit of Service

I, Mario E. Castro, Affiant and plaintiff in this matter, hereby swear under penalty of perjury that:

On June 9, 2023, the summons issued by the clerk and amended complaint was served on defendant **Equifax Information Service, LLC** under U.S.P.S. first class certified mail return receipt by the Notary Public who Signed, Packaged, Sealed and mailed the documents out as evidenced by the notary's certificate of service (See... Exhibit 1).   The below defendant was served directly or upon a person who the defendant has designated by law to accept service of process on their behalf and was returned back as delivered to the parties as evidenced by the parties signatures, Initials or receipt stamps acknowledging receipt of the above documents (See...Exhibit 1):

C/O CORPORATION SERVICE COMPANY - registered Agent for Equifax
Information Service, LLC
80 STATE STREET
ALBANY, NY, UNITED STATES, 12207-2543
**Certified Mail # 9589 0710 5270 0665 5572 74**

Tracking Number:
**9589071052700665557274**

☐ Copy   ✗ Add to Informed Delivery

**Latest Update**
Your item has been delivered to an agent for final delivery in ALBANY, NY 12207 on June 9, 2023 at 8:46 am.

**Got More Out of USPS Tracking:**
USPS Tracking Plus®

✓ **Delivered to Agent**
**Delivered to Agent for Final Delivery**
ALBANY, NY 12207
June 9, 2023, 8:46 am
See All Tracking History

Signed by: _____
Mario E. Castro: Affiant

Date: 6/29/2023

State of NY
County of Suffolk

Subscribed and sworn to before me this 29TH day of June, 2023.
Notary Public Print: Alyssa Dawn Giacobbe
Notary Signature: _____
Commission Expires: 10/06/26

Alyssa Dawn Giacobbe
Notary Public, State of NY
No. 01GI6312677
Qualified in Nassau County
Comm Exp Oct 6, 2026

SEAL

## Affidavit of Service

I, Mario E. Castro, Affiant and plaintiff in this matter, hereby swear under penalty of perjury that:

On June 8, 2023, the summons issued by the clerk and amended complaint was served on defendant **Trans Union, LLC** under U.S.P.S. first class certified mail return receipt by the Notary Public who Signed, Packaged, Sealed and mailed the documents out as evidenced by the notary's certificate of service (See… Exhibit 1). The below defendant was served directly or upon a person who the defendant has designated by law to accept service of process on their behalf and was returned back as delivered to the parties as evidenced by the parties signatures, Initials or receipt stamps acknowledging receipt of the above documents (See…Exhibit 1):

THE LLC - Registered Agent for Trans Union, LLC
ATTN: TAX DEPARTMENT
555 WEST ADAMS ST.
CHICAGO, IL, UNITED STATES, 60661 – 3601
**Certified Mail # 9589 0710 5270 0665 5572 43**

Tracking Number:
**9589071052700665557243**

☐ Copy   ⚓ Add to Informed Delivery

Latest Update
Your item was delivered to an individual at the address at 11:16 am on June 8, 2023 in CHICAGO, IL 60661.

Get More Out of USPS Tracking:
☐ USPS Tracking Plus®

✓ Delivered
Delivered, Left with Individual
CHICAGO, IL 60661
June 8, 2023, 11:16 am
See All Tracking History

Signed by: _____
Mario E. Castro: Affiant

Date: 6/29/2023

State of ny
County of Suffolk

Subscribed and sworn to before me this 29 day of June, 2023.

Notary Public Print: Alyssa Dawn Giacobbe

Notary Signature: _____

Commission Expires: 10/06/26

Alyssa Dawn Giacobbe
Notary Public, State of NY
No. 01GI6312677
Qualified in Nassau County
Comm Exp Oct 6, 2026

SEAL

# Affidavit of Service

I, Mario E. Castro, Affiant and plaintiff in this matter, hereby swear under penalty of perjury that:

On June 8, 2023, the summons issued by the clerk and amended complaint was served on defendant **Experian Information Solutions, Inc.** under U.S.P.S. first class certified mail return receipt by the Notary Public who Signed, Packaged, Sealed and mailed the documents out as evidenced by the notary's certificate of service (See… Exhibit 1). The below defendant was served directly or upon a person who the defendant has designated by law to accept service of process on their behalf and was returned back as delivered to the parties as evidenced by the parties signatures, Initials or receipt stamps acknowledging receipt of the above documents (See…Exhibit 1):

EXPERIAN INFORMATION SOLUTIONS, INC.
475 ANTON BOULEVARD
COSTA MESA, CA, UNITED STATES, 92626
**Certified Mail # 9589 0710 5270 0665 5572 67**

Tracking Number:

**9589071052700665557267**

☐ Copy    ⚡ Add to Informed Delivery

**Latest Update**

Your item has been delivered to an agent for final delivery in COSTA MESA, CA 92628 on June 8, 2023 at 9:52 am.

**Get More Out of USPS Tracking:**
USPS Tracking Plus®

✓ **Delivered to Agent**
**Delivered to Agent for Final Delivery**
COSTA MESA, CA 92628
June 8, 2023, 9:52 am

See All Tracking History

Signed by: _____
Mario E. Castro: Affiant

Date: 6/29/2023

State of NY
County of Suffolk

Subscribed and sworn to before me this 29th day of June, 2023.

Notary Public Print: Alyssa Dawn Giacobbe

Notary Signature: _____

Commission Expires: 10/06/26

Alyssa Dawn Giacobbe
Notary Public, State of NY
No. 01GI6312677
Qualified in Nassau County
Comm Exp Oct 6, 2026

SEAL

## Affidavit of Service

I, Mario E. Castro, Affiant and plaintiff in this matter, hereby swear under penalty of perjury that:

On June 9, 2023, the summons issued by the clerk and amended complaint was served on defendant **NewRez, LLC** under U.S.P.S. first class certified mail return receipt by the Notary Public who Signed, Packaged, Sealed and mailed the documents out as evidenced by the notary's certificate of service (See… Exhibit 1). The below defendant was served directly or upon a person who the defendant has designated by law to accept service of process on their behalf and was returned back as delivered to the parties as evidenced by the parties signatures, Initials or receipt stamps acknowledging receipt of the above documents (See…Exhibit 1):

C/O CORPORATION SERVICE COMPANY - Registered Agent for NewRez, LLC
80 STATE STREET
ALBANY, NY, UNITED STATES, 12207
Certified Mail # 9589 0710 5270 0665 5572 81

Tracking Number:
**95890710527000665557281**

☐ Copy    ⚒ Add to Informed Delivery

**Latest Update**

Your item has been delivered to an agent for final delivery in ALBANY, NY 12207 on June 9, 2023 at 8:46 am.

**Get More Out of USPS Tracking:**
🔍 USPS Tracking Plus®

✅ **Delivered to Agent**
Delivered to Agent for Final Delivery
ALBANY, NY 12207
June 9, 2023, 8:46 am
See All Tracking History

Signed by: _____
Mario E. Castro: Affiant

Date: _6/29/2023_____

State of _ny_____
County of _Suffolk_____

Subscribed and sworn to before me this _29th_ day of June, 2023.
Notary Public Print: _Alyssa Dawn Giacobbe_____
Notary Signature: _____
Commission Expires: _10/06/26._____

Alyssa Dawn Giacobbe
Notary Public, State of NY
No. 01GI6312677
Qualified In Nassau County
Comm Exp Oct 6, 2026

SEAL

## Affidavit of Service

I, Mario E. Castro, Affiant and plaintiff in this matter, hereby swear under penalty of perjury that:

On June 8, 2023, the summons issued by the clerk and amended complaint was served on defendant **Real Time Resolutions, Inc.** under U.S.P.S. first class certified mail return receipt by the Notary Public who Signed, Packaged, Sealed and mailed the documents out as evidenced by the notary's certificate of service (See… Exhibit 1).  The below defendant was served directly or upon a person who the defendant has designated by law to accept service of process on their behalf and was returned back as delivered to the parties as evidenced by the parties signatures, Initials or receipt stamps acknowledging receipt of the above documents (See…Exhibit 1):

Real Time Resolutions, Inc.
PO Box 561207
Dallas, TX 75356-10207
**Certified Mail # 9589 0710 5270 0665 5572 29**

**Tracking Number:**
**95890710527000665557229**
⬜ Copy   ✴ Add to Informed Delivery

| Latest Update | ✅ **Delivered** |
| Your item was delivered to an individual at the address at 10:03 am on June 8, 2023 in DALLAS, TX 75207. | Delivered, Left with Individual DALLAS, TX 75207 June 8, 2023, 10:03 am See All Tracking History |

**Get More Out of USPS Tracking:**
⬛ USPS Tracking Plus®

Signed by: _____
Mario E. Castro: Affiant

Date: 6/29/2023

State of _Ny_

County of _Suffolk_

Subscribed and sworn to before me this 29 day of June, 2023.

Notary Public Print: _Alyssa Dawn Giacobbe_

Notary Signature: _____

Commission Expires: 10/06/26

Alyssa Dawn Giacobbe
Notary Public, State of NY
No. 01GI6312677
Qualified In Nassau County
Comm Exp Oct 6, 2026

SEAL

## Affidavit of Service

I, Mario E. Castro, Affiant and plaintiff in this matter, hereby swear under penalty of perjury that:

On June 8, 2023, the summons issued by the clerk and amended complaint was served on defendant **The Bank Of New York Mellon Corporation** under U.S.P.S. first class certified mail return receipt by the Notary Public who Signed, Packaged, Sealed and mailed the documents out as evidenced by the notary's certificate of service (See... Exhibit 1). The below defendant was served directly or upon a person who the defendant has designated by law to accept service of process on their behalf and was returned back as delivered to the parties as evidenced by the parties signatures, Initials or receipt stamps acknowledging receipt of the above documents (See...Exhibit 1):

THE BANK OF NEW YORK MELLON CORPORATION
ATTENTION: GENERAL COUNSEL
240 GREENWICH STREET
NEW YORK, NY, UNITED STATES, 10286
**Certified Mail # 9589 0710 5270 0665 5572 36**

Tracking Number:
**9589071052700665557236**

◻ Copy    ⚊ Add to Informed Delivery

**Latest Update**
Your item has been delivered to an agent for final delivery in NEW YORK, NY 10007 on June 8, 2023 at 6:17 am.

**Get More Out of USPS Tracking:**
USPS Tracking Plus®

☑ **Delivered to Agent**
Delivered to Agent for Final Delivery
NEW YORK, NY 10007
June 8, 2023, 6:17 am

See All Tracking History

Signed by: _____
Mario E. Castro: Affiant

Date: 6/29/2023

State of NY
County of Suffolk

Subscribed and sworn to before me this 29th day of June, 2023.

Notary Public Print: Alyssa Dawn Giacobbe
Notary Signature: _____
Commission Expires: 10/06/26

Alyssa Dawn Giacobbe
Notary Public, State of NY
No. 01GI6312677
Qualified In Nassau County
Comm Exp Oct 6, 2026

SEAL



**UNITED STATES POSTAL SERVICE.**

MELVILLE
718 WALT WHITMAN RD
MELVILLE, NY 11747-2230
(800)275-8777

06/24/2023                    11:06 AM
---------------------------------------
Product          Qty    Unit      Price
                        Price
---------------------------------------
Prepaid Mail       1               $0.00
   Colorado Springs, CO 80906
   Weight: 0 lb  3.00 oz
   Acceptance Date:
     Sat 06/24/2023
   Tracking #:
     9202 0902 8290 3239 9743 07

---------------------------------------
Grand Total:                       $0.00
---------------------------------------
---------------------------------------

Text your tracking number to 28777 (2USPS)
to get the latest status. Standard Message
 and Data rates may apply. You may also
visit www.usps.com USPS Tracking or call
             1-800-222-1811.

           Preview your Mail
          Track your Packages
          Sign up for FREE @
   https://informeddelivery.usps.com

 All sales final on stamps and postage.
 Refunds for guaranteed services only.
       Thank you for your business.

      Tell us about your experience.
 Go to: https://postalexperience.com/Pos
 or scan this code with your mobile device,



      or call 1-800-410-7420.

---------------------------------------

UFN: 354061-0747
Receipt #: 840-51170244-2-7773969-1
Clerk: 09



**UNITED STATES POSTAL SERVICE.**

MELVILLE
718 WALT WHITMAN RD
MELVILLE, NY 11747-2230
(800)275-8777

06/24/2023                           11:05 AM

--------------------------------------------

| Product | Qty | Unit Price | Price |
|---------|-----|------------|-------|
| Priority Mail® | 1 | | $9.65 |

Flat Rate Env
   Central Isl'p, NY 11722
   Flat Rate
   Expected Delivery Date
     Mon 06/26/2023
   Tracking #:
     9505 5132 2917 3175 9185 46

Insurance                            $0.00
   Up to $100.00 included

Total                                $9.65

--------------------------------------------

Grand Total:                         $9.65

--------------------------------------------

Credit Card Remit                    $9.65
   Card Name: VISA
   Account #: XXXXXXXXXXXXX8283
   Approval #: 05651C
   Transaction #: 641
   AID: A0000000031010          Chip
   AL: VISA CREDIT
   PIN: Not Required        CHASE VISA

--------------------------------------------

Text your tracking number to 28777 (2USPS)
to get the latest status. Standard Message
and Data rates may apply. You may also
visit www.usps.com USPS Tracking or call
1-800-222-1811.

Save this receipt as evidence of
insurance. For information on filing an
insurance claim go to
https://www.usps.com/help/claims.htm
or call 1-800-222-1811

Preview your Mail
Track your Packages
Sign up for FREE @
https://informeddelivery.usps.com

All sales final on stamps and postage.
Refunds for guaranteed services only.
Thank you for your business.

Tell us about your experience.
Go to: https://postalexperience.com/Pos
or scan this code with your mobile device,

or call 1-800-410-7420.

--------------------------------------------

UFN: 354061-0747
Receipt #: 840-51170244-2-7773938-2
Clerk: 09