FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★　JUN 30 2023　★

LONG ISLAND OFFICE

UNITED STATES DISTRICT COURT
FOR THE
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| Mario E. Castro,<br><br>　　　　　Plaintiff),<br>vs.<br><br>NewRez LLC, et al.<br><br>　　　　　Defendant(s). | Case No. 2:22-cv-06340-JS-JMW<br><br>MOTION FOR ENLARGMENT OF TIME |

　　I, Plaintiff, Mario E. Castro hereby moves this court for a thirty (30) day enlargement of time to properly serve notice of summons and complaint on the defendants and to file with the court a affidavits of service as it appears that the parties were served under certified mail without restricted delivery when it should have been served by restricted delivery.

　　This motion is not being presented to cause unnecessary delay, or for any other improper purpose. This requested enlargement of time is much needed to properly serve the defendants as I work a full-time job Mon-Friday during hours that the Court house is open and available. I have also encountered my daughter being assaulted and injured and needs my attention.

**RESPECTFULLY PRESENTED,**

"Without Prejudice"

_____ 6-27-23
Mario E. Castro, Propria Persona, Sui Juris
All Natural Rights Explicitly Reserved and Retained
U.C.C. 1-207/1-308, 1.103.6
c/o 419 West Hills Road, Melville, New York 11747
Ph. 917-513-7741

PRESS FIRMLY TO SEAL   PRESS FIRMLY TO SEAL

**PRIORITY MAIL
FLAT RATE ENVELOPE
POSTAGE REQUIRED**

 **PRIORITY® MAIL**

- Expected delivery date specified for domestic use.
- Most domestic shipments include up to $50 of insurance (restrictions apply).*
- USPS Tracking® included for domestic and many international destinations.
- Limited international insurance.**
- When used internationally, a customs declaration form is required.

*Insurance does not cover certain items. For details regarding claims exclusions see the Domestic Mail Manual at *http://pe.usps.com*.

** See International Mail Manual at *http://pe.usps.com* for availability and limitations of coverage.

**FLAT RATE ENVELOPE**
ONE RATE ■ ANY WEIGHT

**TRACKED ■ INSURED**


PS00001000014

EP14F May 2020
OD: 12 1/2 x 9 1/2


RECEIVED
IN CLERK'S OFFICE
U.S. DISTRICT COURT  E.D.N.Y.
★ JUN 30 2023 ★
LONG ISLAND OFFICE

To schedule free Package Pickup,
scan the QR code.


USPS.COM/PICKUP


U.S. POSTAGE
$9.65
PM
29483
Date of sale
06/27/23
02    6W SSK
9812900501

**PRIORITY MAIL®**

MARIO E CASTRO
419 WEST HILLS ROAD
MELVILLE NY 11747

RDC 04

EXPECTED DELIVERY DAY: 06/30/23

C003

SHIP TO:



ATTN:CLERK/ PRO SE DEPT.
UNITED STATES DISTRICT COURT For the
100 FEDERAL PLZ                        Eastern District
CENTRAL ISLIP NY 11722-4438   of New York

**USPS TRACKING® NUMBER**


9505 5066 2226 3178 1040 55

