UNITED SATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

-----------------------------------------------------------------x
MARIO E. CASTRO,

              Plaintiff,

  v.

NEWREZ LLC D.B.A. SHELLPOINT MORTGAGE SERVICING; THE BANK OF NEW YORK MELLON, INC.; REAL TIME SOLUTIONS, INC.; EXPERIAN INFORMATION SOLUTIONS, INC.; TRANS UNION, LLC; EQUIFAX INFORMATION SERVICES, LLC, et al.
              Defendants.
-----------------------------------------------------------------x

Case No. 2:17 CV 06340

**LIMITED NOTICE OF APPEARANCE**

PLEASE TAKE NOTICE that the undersigned, Aliza Malouf, Esq. of the law firm Akerman LLP, 1251 Avenue of the Americas, 37th Floor, New York, NY 10020, hereby enters her *limited* appearance as counsel for Defendants NewRez LLC d/b/a Shellpoint Mortgage Servicing and Bank of New York Mellon, Inc., and hereby requests that all notices given or required to be given and all papers served or filed in connection with this case be served upon counsel at the below address, e-mail, telephone, and facsimile numbers. By filing this Limited Notice of Appearance, defendants do not waive formal service of process or waive defenses to any previous attempted service of process or other papers (or any other defenses).

71210824;1

Dated: July 07, 2023

**AKERMAN LLP**

*/s/ Aliza Malouf*
Aliza Malouf (Aliza.malouf@akerman.com)
1251 Avenue of the Americas
37th Floor
New York, New York 10020
Phone: (212) 880-3800

*Attorneys for Defendants NewRez, LLC*
*d/b/a Shellpoint Mortgage Servicing and*
*The Bank of New York Mellon, Inc.*

71210824;1

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on July 07, 2023, I electronically filed the foregoing document with the Clerk of Court using CM/ECF. I also certify that the foregoing is being served this day on all counsel of record via transmission of Notices of Electronic Filing generated by CM/ECF. Further, a copy of the foregoing will be served on plaintiff Mario Castro by FedEx Overnight Delivery to the following address:

Mario E. Castro
419 West hills Road
Melville, NY 11747

*/s/ Aliza Malouf*
Aliza Malouf

71210824;1