UNITED SATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

-------------------------------------------------------------------x
MARIO E. CASTRO,

                Plaintiff,

    v.

NEWREZ LLC D.B.A. SHELLPOINT MORTGAGE SERVICING; THE BANK OF NEW YORK MELLON, INC.; REAL TIME SOLUTIONS, INC.; EXPERIAN INFORMATION SOLUTIONS, INC.; TRANS UNION, LLC; EQUIFAX INFORMATION SERVICES, LLC, et al.
                Defendants.
-------------------------------------------------------------------x

Case No. 2:22 CV 06340

**DEFENDANT BANK OF NEW YORK MELLON, INC.'S RULE 7.1 DISCLOSURE STATEMENT**

       Defendant The Bank of New York Mellon Inc., files its Fed. R. Civ. P. 7.1 statement of corporate disclosure:

       1.    The Bank of New York Mellon Inc., a Delaware corporation, is a publicly held company. No corporation owns 10% or more of its stock.

Dated: July 07, 2023

                                          **AKERMAN LLP**

                                          */s/ Aliza Malouf*
                                          Aliza Malouf (Aliza.malouf@akerman.com)
                                          1251 Avenue of the Americas
                                          37th Floor
                                          New York, New York 10020
                                          Phone: (212) 880-3800

                                          *Attorneys for Defendants NewRez, LLC*
                                          *d/b/a Shellpoint Mortgage Servicing and*
                                          *The Bank of New York Mellon, Inc.*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on July 07, 2023, I electronically filed the foregoing document with the Clerk of Court using CM/ECF.  I also certify that the foregoing is being served this day on all counsel of record via transmission of Notices of Electronic Filing generated by CM/ECF. Further, a copy of the foregoing will be served on plaintiff Mario Castro by FedEx Overnight Delivery to the following address:

Mario E. Castro
419 West hills Road
Melville, NY 11747

                                                  */s/  Aliza Malouf*
                                                  Aliza Malouf

71210593;1