

**Seyfarth Shaw LLP**

620 Eighth Avenue

New York, New York  10018

**T** (212) 218-5500

**F** (212) 218-5526

dmansoor@seyfarth.com

T (212) 218-3391

www.seyfarth.com

November 8, 2023

Mario E. Castro
419 West Hills Road
Melville, NY 1747

Re: *Castro v. NewRez, LLC, et al.*, Case No. 2:22-cv-06340-JS-JMW

Dear Mr. Castro:

Pursuant to the Court's Order entered on October 10, 2023, enclosed please find the joint motion to dismiss by Equifax Information Services LLC, Experian Information Solutions, LLC and Trans Union, LLC. Also enclosed are the unpublished opinions cited in the memorandum of law in support of the motion to dismiss.

Respectfully,

SEYFARTH SHAW LLP


*/s/ Dustin P. Mansoor*


Dustin P. Mansoor


DPM: