

Aliza Pescovitz Malouf

Akerman LLP
The Victor Building
750 9th Street, N.W., Suite 750
Washington, DC  20001

November 9, 2023

Mario E. Castro
419 West Hills Road
Mellville, NY  11747

**Re:**  **Mario E. Castro v. Newrez LLC, et al., Case No. 2:22-cv-06340-PKC-JMW**

Dear Mr. Castro:

This firm represents defendants The Bank of New York Mellon, Inc. (**BoNYM**) and NewRez LLC d/b/a Shellpoint Mortgage Servicing (**Shellpoint**) in the above captioned matter.

By this correspondence, we hereby serve BoNYM's and Shellpoint's Motion to Dismiss, pursuant to Fed. R. Civ. P. 12(b)(1), 12(b)(5), and 12(b)(6). We include with this letter the following documents:

1.) Notice of Motion
2.) Memorandum of Law in Support of Motion
3.) Declaration of Aliza Malouf in Support of Motion
4.) Notice to Pro Se Litigants
5.) Copies of all unpublished opinions cited in the Memorandum of Law, pursuant to Local Rule 7.2.

Pursuant to the Honorable Pamela K. Chen's October 10, 2023 Order, the Court will follow a modified bundling rule pursuant to the Court's Individual Rule 3.D.  BoNYM and Shellpoint will not file the motion papers electronically until the motion has been fully briefed.  You may file your opposition papers on ECF on or before December 14, 2023. We will file a copy of this letter with the Court.  Upon a full briefing of the motion, we shall file all motion papers and provide courtesy copies to the Court.

Sincerely,

Aliza Pescovitz Malouf

Enclosures: Notice of Motion
Memorandum of Law in Support of Motion

akerman.com

73596355;1

Mario E. Castro
November 9, 2023
Page 2

_____

                Declaration of Aliza Malouf in Support of Motion
                Notice to Pro Se Litigants
                Copies of all unpublished opinions cited in the Memorandum of Law

cc:    VIA ECF FILING (without enclosures)
       United states District Court, Eastern District of New York
       Hon. Pamela K. Chen
       hon. James M. wicks, Magistrate Judge
       225 Cadman Plaza East
       Brooklyn, New York 11201

       VIA OVERNIGHT MAIL (with enclosures)
       Jonathan M. Marmo
       1650 Market Street, Suite 3300
       Philadelphia, PA 19103
       215-252-9568

       Julius Karey
       Jones Day
       250 Vesey Street
       Floor 31
       New York, NY 10281
       212-326-8305

       Camille Renee Nicodemus
       Schuckit & Associates, P.C.
       4545 Northwestern Drive
       Zionsville, IN 46077
       317-363-2400

       Dustin Peter Mansoor
       Seyfarth Shaw
       620 8th Avenue
       New York, NY 10018
       212-218-3391