# Holland & Knight

1650 Market Street, Suite 3300 | Philadelphia, PA 19103 | T 215.252.9600 | F 215.867.6070
Holland & Knight LLP | www.hklaw.com

Jonathan M. Marmo
+1 215-252-9568
Jonathan.Marmo@hklaw.com

December 18, 2023

<u>*Via ECF*</u>

The Honorable Pamela K. Chen
United States District Court, Eastern District of New York
225 Camden Plaza East
Brooklyn, New York 11201
Courtroom: 4F
Chambers: N631

      Re:    <u>Mario E. Castro v. NewRez LLC D.B.A Shellpoint, et al.</u>
              Case No. 2:22-cv-06340-PKC-JMW

Dear Judge Chen:

    We represent Real Time Resolutions, Inc. in the above-referenced matter. Pursuant to the Court's December 18, 2023 Docket Order, we write to advise the Court that undesigned counsel <u>has not</u> been served by Plaintiff with his opposition papers to Real Time Resolutions, Inc.'s Motion to Dismiss, which was served on Plaintiff on November 8, 2023.

    Absent an order from the Court in the interim, Real Time Resolutions, Inc. intends to file its reply in support of Motion to Dismiss by December 28, 2023, pursuant to the Court's October 10, 2023 Docket Order, and reserves all rights thereto.

    Kindly review this submission and advise if further information is needed from Real Time Resolutions, Inc.

Sincerely,

HOLLAND & KNIGHT LLP

Jonathan M. Marmo

Atlanta | Austin | Boston | Century City | Charlotte | Chicago | Dallas | Denver | Fort Lauderdale | Fort Worth
Houston | Jacksonville | Los Angeles | Miami | New York | Orange County | Orlando | Philadelphia
Portland | Richmond | San Francisco | Stamford | Tallahassee | Tampa | Tysons
Washington, D.C. | West Palm Beach