UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| Mario E. Castro,<br><br>Plaintiff),<br>vs.<br><br>NewRez LLC D.B.A. SHELLPOINT MORTGAGE SERVICING, THE BANK OF NEW YORK MELLON, INC., REAL TIME SOLUTIONS, INC., EXPERIAN INFORMATION SOLUTIONS, INC., TRANS UNION, LLC, EQUIFAX, INFORMATION SERVICES, LLC, et al.<br><br>Defendant(s). | Case No.: 2:22-cv-02211-BHH-MGB<br><br>**MOTION FOR AN EXTENSION OF TIME AND NOTICE TO THE COURT** |

I, Plaintiff, Mario E. Castro hereby notify the court that I have not received any letters nor motions from the defendants Real Time Resolutions Inc. I have only received a letter from NewRez LLC ("Shell Point") and Bank of New York Mellon, Inc. ("BONY") attorney dated 11-9-2023 regard notice that they are allegedly serving plaintiff with a motion to dismiss but I the package that Plaintiff received did not include any such motion papers to address nor file an opposition to. I hereby move this court for an extension of time of 30 days to respond to each defendant's motion to dismiss for a total of 60 days from the date of receipt of the actual motions to dismiss to respond to them should they decide to serve plaintiff with a copy of the motion to.

I hereby certify and return that the above is true and correct. Dated this 12th day of December, 2023.

RESPECTFULLY PRESENTED,

"Without Prejudice"

Mario E. Castro, Propria Persona, Sui Juris
U.C.C.1-308
c/o 419 West Hills Road, Melville, New York 11747
Ph. 917-513-7741
Email: 4lifemcastro@gmail.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been sent by notification from the court via the CM/ECF system to all Registered users identified on the service list. Dated this 12th day of December, 2023.

*(signature)* Without Prejudice"

Mario E. Castro, Propria Persona, Sui Juris
U.C.C.1-308
c/o 419 West Hills Road, Melville, New York 11747
Ph. 917-513-7741
Email: 4lifemcastro@gmail.com