

Aliza Pescovitz Malouf

Akerman LLP
The Victor Building
750 9th Street, N.W., Suite 750
Washington, DC  20001

December 19, 2023

The Honorable Pamela K. Chen
United States District Court, Eastern District of New York
225 Camden Plaza East
Brooklyn , NY  11201
Courtroom: 4F
Chambers: N631

**Re:** **Mario E. Castro v. NewRez LLC D.B.A Shellpoint, et al.**
**Case No. 2:22-cv-06340-PKC-JMW**

Dear Judge Chen:

We represent defendants The Bank of New York Mellon, Inc. (**BoNYM**) and NewRez LLC d/b/a Shellpoint Mortgage Servicing (**Shellpoint**) in the above captioned matter. Pursuant to the Court's December 18, 2023 Docket Order, we write to advise the Court that undesigned counsel has not been served by Plaintiff with his opposition papers to BoNYM and Shellpoint's Motion to dismiss, which was served on November 9, 2023.

In Plaintiff's motion for extension of time, Mr. Castro claims he received the cover letter but not the opening brief documents. BoNYM and Shellpoint are re-serving defendants opening motion to dismiss today with an updated cover letter which shall be promptly filed on ECF upon reservice. BoNYM and Shellpoint do not object to Mr. Castro's request to extend his deadline to respond to the motion to dismiss, but request the Court only extend Mr. Castro's deadline to 30-days following today's date, in lieu of the 90 days requested in Mr. Castro's motion.

Kindly review this submission and advise if further information is needed from BoNYM and Shellpoint.

Sincerely,

/s/Aliza Pescovitz Malouf
Partner

akerman.com

74105115;1