# Holland & Knight

1650 Market Street, Suite 3300 | Philadelphia, PA 19103 | T 215.252.9600 | F 215.867.6070
Holland & Knight LLP | www.hklaw.com

Jonathan M. Marmo
+1 215-252-9568
Jonathan.Marmo@hklaw.com

December 19, 2023

<u>Via ECF</u>

The Honorable Pamela K. Chen
United States District Court, Eastern District of New York
225 Camden Plaza East
Brooklyn, New York 11201
Courtroom: 4F
Cambers: N631

    Re:    <u>Mario E. Castro v. NewRez LLC D.B.A Shellpoint, et al.</u>
                Case No. 2:22-cv-06340-PKC-JMW

Dear Judge Chen:

       We represent Real Time Resolutions, Inc. ("RTR") in the above-referenced matter. On December 18, 2023, RTR notified the Court that it had not received any opposition papers from Plaintiff regarding RTR's Motion to Dismiss. In Plaintiff's Motion for Extension of Time and Notice to the Court, also submitted December 18, 2023, he claimed that he did not receive RTR's cover letter or opening brief for RTR's Motion to Dismiss. Notably, in his Motion for Extension, he also claimed to not have received any of the opening briefs of the remaining co-defendants as well.

       Rather than challenging the veracity of the statements in Plaintiffs' Motion for Extension, RTR agrees to reserve both its cover letter and opening brief on Plaintiff, if the Court wishes to reset briefing deadlines on the motion.

       Kindly review this submission and advise if further information is needed from RTR.

Sincerely,

HOLLAND & KNIGHT LLP

*[signature]*

Jonathan M. Marmo

Atlanta | Austin | Boston | Century City | Charlotte | Chicago | Dallas | Denver | Fort Lauderdale | Fort Worth
Houston | Jacksonville | Los Angeles | Miami | New York | Orange County | Orlando | Philadelphia
Portland |Richmond | San Francisco | Stamford | Tallahassee | Tampa | Tysons
Washington, D.C. | West Palm Beach