# Holland & Knight

1650 Market Street, Suite 3300 | Philadelphia, PA 19103 | T 215.252.9600 | F 215.867.6070
Holland & Knight LLP | www.hklaw.com

Jonathan M. Marmo
+1 215-252-9568
Jonathan.Marmo@hklaw.com

January 4, 2024

**VIA E-MAIL / FILED ECF/ OVERNIGHT DELIVERY**

Mario E. Castro
419 West Hills Road
Mellville, New York 11747

   Re: *Mario E. Castro v. Newrez LLC, et al.,* Case No. 2:22-cv-06340-PKC-JMW

Dear Mr. Castro:

As you know, this firm represents Defendant Real Time Resolutions, Inc. ("RTR") in the above captioned matter.

Pursuant to the Honorable Pamela K. Chen's December 23, 2023 Docket Order ("Order"), we hereby serve Defendant RTR's Motion to Dismiss, pursuant to Fed. R. Civ. P. 12(b)(5) and 12(b)(6). We include with this letter the following documents:

1. Notice of Motion to Dismiss
2. Memorandum of Law in Support of Motion to Dismiss

Pursuant to the Order, your opposition papers are due on, or before, February 2, 2024. Pursuant the Order, we will file a copy of this letter with the Court.

Respectfully submitted,

*Jonathan Marmo*

Jonathan M. Marmo

Mario E. Castro
January 4, 2024
Page 2

Enclosures:   Notice of Motion
              Memorandum of Law in Support of Motion

cc:   VIA ECF FILING (without enclosures)
      United States District Court, Eastern District of New York
      Hon. Pamela K. Chen
      Hon. James M. Wicks, Magistrate Judge
      225 Cadman Plaza East
      Brooklyn, New York 11201

      VIA OVERNIGHT MAIL (with enclosures)

      Aliza Malouf
      Akerman LLP
      750 Ninth Street NW
      Ste 750
      Washington, DC 20019
      202-824-1754

      Julius Kairey
      Jones Day
      250 Vesey Street
      Floor 31
      New York, NY 10281
      212-326-8305

      Camille Renee Nicodemus
      Schuckit & Associates, P.C.
      4545 Northwestern Drive
      Zionsville, IN 46077
      317-363-2400

      Dustin Peter Mansoor
      Seyfarth Shaw
      620 8th Avenue
      New York, NY 10018
      212-218-3391