UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------------X
MARIO E. CASTRO,

                Plaintiff,

    v.

NEWREZ LLC d/b/a SHELLPOINT
MORTGAGE SERVICING, et al.,

                Defendants.
----------------------------------------------------------------X

JUDGMENT

22-CV-6340 (PKC) (JMW)

A Memorandum and Order of the Honorable Pamela K. Chen, United States District Judge, having been filed on September 19, 2024, granting Defendants' Rule 12(b)(1) motions to dismiss for failure to satisfy Article III standing; denying Defendants' motions to dismiss pursuant to Rules 12(b)(5) and 12(b)(6) as moot; certifying pursuant to 28 U.S.C. § 1915(a)(3) that any appeal would not be taken in good faith; and denying *in forma pauperis* status for purpose of an appeal, *Coppedge v. United States*, 269 U.S. 438, 444–45 (1962).; it is

ORDERED and ADJUDGED that Defendants' Rule 12(b)(1) motions to dismiss for failure to satisfy Article III standing, is granted; that Defendants' motions to dismiss pursuant to Rules 12(b)(5) and 12(b)(6) are both denied as moot; that pursuant to 28 U.S.C. § 1915(a)(3), any appeal would not be taken in good faith; and that *in forma pauperis* status is denied for purpose of an appeal. *Coppedge v. United States,* 269 U.S. 438, 444–45 (1962).

Dated: Brooklyn, New York
       September 20, 2024

                Brenna B. Mahoney
                Clerk of Court

            By:    */s/Jalitza Poveda*
                         Deputy Clerk