

# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF NEW YORK

*FILED*
2024 NOV 22   AM 8:24

U.S. DIST...
E.D...

| | |
|---|---|
| Mario E. Castro,<br><br>                Plaintiff),<br><br>vs.<br><br>NewRez LLC D.B.A. SHELLPOINT MORTGAGE SERVICING, THE BANK OF NEW YORK MELLON, INC., REAL TIME SOLUTIONS, INC., EXPERIAN INFORMATION SOLUTIONS, INC., TRANS UNION, LLC, EQUIFAX, INFORMATION SERVICES, LLC, et al.<br><br>                Defendant(s). | Case No. 2:22-cv-06340-PKC-JMW<br><br><br>**NOTICE OF APPEAL** |

Comes now Plaintiff, Mario E. Castro with his Notice of Appeal. Notice is hereby given that Plaintiff in the above captioned case, hereby appeals to the United States Court of Appeals for the Circuit from the clerk's judgment (ECF No. 82) and courts order (ECF No. 83) of this Court filed and entered on 9/19/2024 and 9/20/2024. Plaintiff also appeals un-numbered text order filed and entered by the court on 10/23/2024 denying plaintiff's petition filed and entered on 10/21/2024 (ECF No. 84). I hereby certify that this appeal is not taken for purpose of delay. DATED this _21ˢᵀ_ day of November, 2024.

**RESPECTFULLY PRESENTED,**

                           Mario E. Castro, Propria Persona, Sui Juris
               c/o 419 West Hills Road, Melville, New York 11747
                All natural secured rights reserved and retained
                                 Ph. 917-513-7741
                   Email: 4lifemcastro@gmail.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been served

electronically to the Defendants on the service list **via the CM/ECF** system by the clerk:  **Dated**

**this** 21st **Day of November, 2024.**


**Sent to:**
Holland & Knight LLP
Attention: Jonathan M. Marmo
2929 Arch Street, Suite 800
Philadelphia, PA  19104
*Attorneys for Defendant Real Time Resolutions, Inc.*

Akerman LLP
Attention:Aliza Malouf
The Victor Building
750 9th Street, N.W., Suite 750
Washington, DC 20001
*Counsel for NewRez, LLC and BoNY*

JONES DAY
Attention: Victoria Dorfman and Julius I. Kairey
*Counsel for Defendant Experian Information Solutions, Inc.*

Quilling, Selander, Lownds
Attention: Camile R. Nicodemus
*Counsel for Defendant Trans Union, LLC*

Seyfarth Shaw LLP
Attention: Adam T. Hill
*Counsel for Defendant Equifax Information Services, LLC*

Mario E. Castro, Propria Persona, Sui Juris
c/o 419 West Hills Road, Melville, New York 11747
All natural secured rights reserved and retained
Ph. 917-513-7741
Email: 4lifemcastro@gmail.com