United States District Court
Eastern District of New York

NOTICE OF
RELATED CASE

---

The Civil Cover Sheet filed in civil action

**2:25CV1608(PKC)(JMW)**

2) was directly assigned as a Pro Se case as related to

2:22-cv-6340(PKC)(JMW)